UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

MACK WELLS and MAURICE SYMONETTE,

    Plaintiffs,

vs.

U.S. BANK N.A., JOSE E. MARTINEZ, District Judge of the United States District Court for the Southern District of Florida; EDUARDO SANCHEZ, Magistrate Judge of the United States District Court for the Southern District of Florida; MARY ANN CASALE, Official Court Reporter; JONATHAN BAILYN, Assistant United States Attorney; *et al*.

    Defendants.
_____/

## **FEDERAL DEFENDANTS' NOTICE OF REMOVAL**

Defendant United States District Judge Jose E. Martinez, Defendant United States Magistrate Judge Eduardo Sanchez, Defendant Official Court Reporter Mary Ann Casale, and Defendant Assistant United States Attorney Jonathan Bailyn (together, the "Federal Defendants"), by and through the undersigned Assistant United States Attorney, file this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and (3).[1] In support thereof, the Federal Defendants state the following:

    1.    Plaintiffs Mack Wells and Maurice Symonette filed an action entitled *Mack Wells, et al., v. U.S. Bank, et al.*, Case No. 23-012330-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

    2.    Miami-Dade County, Florida, is within the Southern District of Florida.

---

[1]    None of the Federal Defendants has been properly served under either Florida Rule of Civil Procedure 1.070 or Federal Rule of Civil Procedure 4(i).

3. The complaint seeks a writ of replevin as to real property that was the subject of an allegedly wrongful foreclosure and attempts to state a claim of conspiracy among all the named defendants, including the Federal Defendants, to effectuate the same. A copy of the state court complaint is attached as Exhibit 1.

4. Plaintiffs' purported claim appears to be based on actions taken by the identified Federal Defendants acting in their official capacity, in relation to Plaintiffs' previous lawsuit seeking to void the foreclosure sale, *Mack Wells, et al., v. U.S. Bank, N.A., et al.*, Case No. 23-22640-CIV-MARTINEZ/SANCHEZ, and an unrelated federal criminal prosecution, *United States v. Alfred Lenoris Davis*, Case No. 24-20051-CR-MARTINEZ/SANCHEZ.

5. "A civil action . . . that is commenced in a State court . . . may be removed . . . to the district court of the United States for the district and division embracing the place wherein it is pending" by "any officer . . . of the United States . . . for or relating to any act under color of such office", 28 U.S.C. § 1442(a)(1), and by "[a]ny officer of the courts of the United States, for or relating to any act under color of office or in the performance of his duties", 28 U.S.C. § 1442(a)(3).

6. As the claims against the Federal Defendants are for or relating to acts allegedly taken under color of office or in the performance of official duties, removal is proper under § 1442(a).

7. Accordingly, pursuant to § 1442(a), the state court action filed by Plaintiffs is removed to this Court.

8. By filing this removal, the Federal Defendants do not waive any of the defenses available under Fed. R. Civ. P. 12, including, but not limited to, failure to state a claim, insufficiency of process, and insufficiency of service of process.

WHEREFORE, for the foregoing reasons, Defendant United States District Judge Jose E. Martinez, Defendant United States Magistrate Judge Eduardo Sanchez, Defendant Official Court Reporter Mary Ann Casale, and Defendant Assistant United States Attorney Jonathan Bailyn, remove the case of *Mack Wells, et al., v. U.S. Bank, et al.*, Case No. 23-012330-CA-01, from state court to federal court pursuant to 28 U.S.C. §§ 1442(a)(1) and (3).

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By: _____
**H. RON DAVIDSON**
ASSISTANT U.S. ATTORNEY
Court ID A5501144
E-mail: H.Ron.Davidson@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9405

*Counsel for Defendant United States District Judge Jose E. Martinez, Defendant United States Magistrate Judge Eduardo Sanchez, Defendant Official Court Reporter Mary Ann Casale, and Defendant Assistant United States Attorney Jonathan Bailyn*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I served this Notice of Removal upon *pro se* Plaintiffs via US Mail to 15020 S. River Dr. Miami, Florida 33167.

By: _____
**H. RON DAVIDSON**
ASSISTANT U.S. ATTORNEY

3