**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: _____

MACK WELLS and MAURICE SYMONETTE,

      Plaintiffs,

vs.

U.S. BANK N.A., JOSE E. MARTINEZ, District
Judge of the United States District Court for the
Southern District of Florida; EDUARDO SANCHEZ,
Magistrate Judge of the United States District Court
for the Southern District of Florida; MARY ANN
CASALE, Official Court Reporter; JONATHAN
BAILYN, Assistant United States Attorney; *et al.*
      Defendants.

_____/

### CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X  No

3. Did matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __ Yes   X  No

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __ Yes   X  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____

H. RON DAVIDSON
ASSISTANT U.S. ATTORNEY
Court ID A5501144
E-mail: H.Ron.Davidson@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300

Miami, Florida 33132
Telephone: (305) 961-9405

*Counsel for Defendant United States District Judge Jose E. Martinez, Defendant United States Magistrate Judge Eduardo Sanchez, Defendant Official Court Reporter Mary Ann Casale, and Defendant Assistant United States Attorney Jonathan Bailyn*