# Exhibit 1

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2024-012330-CA01 |
|---|---|---|

| PLAINTIFF(S)<br>MACK WELLS AND MAURICE SYMONETTE | VS.  DEFENDANT(S)<br>U.S. BANK N.A. AND JUDGE JOSE MARTINEZ | SERVICE |
|---|---|---|

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on
defendant(s): Judge JOSE MARTINEZ 400 NORTH MIAMI AVENUE ROOM 10-1 Miami, FLORIDA 33128

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: _____

whose address is: 15020 S. RIVER DR MIAMI FL. 33167

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| JUAN FERNANDEZ-BARQUIN<br>CLERK OF THE COURT AND COMPTROLLER<br>MIAMI-DADE COUNTY<br>CIRCUIT AND COUNTY COURTS | BY: _____<br>DEPUTY CLERK | DATE |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 06/23                                                                 Clerk's web address: www.miamidadeclerk.gov

IN THE ELEVENTH JUDICIAL CIRCUIT COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MACK WELLS AND MAURICE SYMONETTE      Case No.:2024-012330-CA01

       Plaintiff/Counter-Defendant,

Vs                                 To the Chief Judge Nushin Sayfie

U.S. BANK N.A., CLERK OF THE COURTS,      In accordance with 18 U.S.C 2382 & 18 U.S.C 4

**JUDGE SPENCER EIG, JUDGE VALERIE M SCHURR, JUDGE JOHN SCHLESINGER, JUDGE VIVIAN DELRIO, JUDGE CARLOS LOPEZ, FEDERAL JUDGE JOSE E. MARTINEZ, FEDERAL MAGISTRATE EDUARDO SANCHEZ, FEDERAL PROSECUTOR JOHNATHAN BAILYN, CLERK OF THE COURT JUAN FERNANDEZ-BARQUIN, EVICTION SHERIFF LIEUTENANT FLAVIO QUIROZ, MANAGER OF SHERIFFS DEPT. JENNIFER, BLANK ROME LLP ATTYS, BROCK & SCOTT, FEDERAL TRANSCRIBER MARY ANN CASALE.**

       Defendants                                    /

## AMENDED BECAUSE OF NEWLY FOUND EVIDENCE

### <u>WRIT OF REPLEVIN/ORDER TO SHOW CAUSE FOR FRAUD UPON THE COURT BY THE JUDGE AND CLERK OF COURT</u>

**COMES NOW,** Mack Wells & Maurice Symonette, sui juris, and files this Writ of Replevin/Order to show Cause in accordance with Florida Statutes Chapter **78.055** **Complaint; requirements.** To obtain an order authorizing the issuance of a writ of replevin prior to final judgment, the plaintiff shall first file with the clerk of the court a complaint reciting and showing the following information:

(1)   A description of the claimed property that is sufficient to make possible its identification and a statement, to the best knowledge, information, and belief of the plaintiff of the value of such property and its location.

1

# THE REQUIREMENTS OF WRIT OF REPLEVIN

Description of the Property is 15020 S. River Dr. Miami Dade FL. 33167

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF,

RECORDED IN PLAT BOOK 44, PAGE 46, OF PUBLIC RECORDS OF MIAMI-DADE COUNTY,

FLORIDA. Value of Property is $941,000.00 Exh.T and Exh.U . Exh.p1,Exh.P2 and Exh.P3 are our Quit

Claim Deeds.

_Mack Wells_
MACK Wells

_Maurice_
MAURICE Symonette

(2)   A statement that the plaintiff is the owner of the claimed property or is entitled to possession of it, describing the source of such title or right. If the plaintiff's interest in such property is based on a written instrument, a copy of said instrument must be attached to the complaint.  The property which is the subject matter of this action is situated in the County of Dade, State of Florida, and described as follows: 15020 South River Dr. Miami Fl. 33167 that Maurice Symonette owns by quick Claim 01/22/2013 Exh. P2. pg. 1 & 2. According to the Quit Claim Deed before the first Lis Pendens was filed without a Complaint being filed (See Docket case# 2007-12407-CA01 which is the same as case# 2010-61928-CA01 according to US Banks Memorandum Exh. L. pg. 1 & 2. which means that even though the Bonafide Notarized Quit Claim Deed was not Recorded which is not required according to Florida Statute 695.01 (2) that Quit Claim was before the fake Lis Pendens done Illegally without a Complaint see Docket case# 2007-12407-CA01 pg.1 lines 1-5. And the Second Recorded Quit Claim Deed dated 01/18/2013 to Boss Group Ministries Inc. Exh.P1. pg. 1 & 2. Which was Quit Claimed Deeded 01/26/2013 to Maurice Symonette and Mack Wells, Exh. P3 pg. 1 & 2. which was before the second Amended Complaint from U.S. Bank was Filed and approved by Judge Schlesinger see Docket 2010-61928-CA01 dated 01/13/2015 which by then they knew that the record showed that Boss Group Ministries Inc. was the owner of the property 15020 S. River Dr. Miami Florida Statues 702.01 (A1) (1) which was in a dispute between me and my brothers who are and were the owners of the property but signed it over to Boss Group Ministries Inc.

Exh.P1. pg. 1&2 Who had since have done a Bonafide (Notarized) Quit Claim Deed to Maurice Symonette Signed by Maurice Symonette the President of Boss Group Ministries Inc. See Exh.4. Which means that I Maurice Symonette has a Claim and a Cause of Action against U.S. Bank NA who was noticed of my Claim on the Dade County Records which was before their publication of Foreclosure which by law would have stopped my Claim but the law says if they are notices up to 30 days after publication of the Foreclosure that the claim is still Good Fl. Statutes sub section 733.702 (1), and 733.2121 (3)(a) and 733.701 and cause of action with and all of this confusion is because U.S. Bank trickery.

(3)   A statement that the property is wrongfully detained by the defendant, the means by which the defendant came into possession thereof, and the cause of such detention according to the best knowledge, information, and belief of the plaintiff. Exh.P1. The Quit Claim Deed filed Jan.18th, 2013 shows that the property was owned by the Brothers and then signed over to Boss Group Ministries. Exh. P1. Then Boss Group Ministries Quit Claimed it to Maurice Symonette Jan.22, 2013, Exh. P2.. And then Maurice Symonette Quit Claimed it to Maurice Symonette, Mack Wells and Curtis Mcneal Exh. P3.

(4)   A statement that the claimed property has not been taken for a tax, assessment, or fine pursuant to law. It was a Fraudulent Foreclosure.

(5)   A statement that the property has not been taken under an execution or attachment against the property of the plaintiff or, if so taken, that it is by law exempt from such taking,

setting forth a reference to the exemption law relied upon. Because of Fraud, Organized Fraud and Constructive Fraud.

## AFFIDAVIT OF FACTS

### Maurice Symonette &

### Mack Wells Prima Facie Evidence

### MDPD Case Number PD240614188594

### ORGANIZED FRAUD, CONSTRUCTIVE FRAUD AND CONSPIRACY

WE ATTEST THAT ALL FACTS submitted herein are true and correct to the best of our knowledge and that the following facts are submitted on our own accord:

1   04/07/2007, Mortgage Foreclosure was filed in case number 2007-12407- CA-01, the case was dismissed with prejudice for lack of prosecution and failing to file a complaint on record. See Exhibit "A".

2.  On 04/07/2010, Judge Valarie Manno Schurr re-entered the same order dismissing the complaint with prejudice for the same exact reasons. Whereas the reasons for the judge re-entering the order was due to lack of prosecution. See Exhibit "B".

3.  07/07/2010, Judge Valerie Manno Schurr entered an order removing the prejudice from the order' entered on 04/07/2010, to reflect dismissal. The Defendant was not present when the

order was entered violating due process due to ex parte whereas defendants could not object and oppose the judge unconstitutional actions because they were not present nor had any knowledge of the judge's action. See Exhibit "C".

4. We have verified proof that Judge Valerie Manno Schurr was not appointed over our case by any clerk of court or chief judge. See Exhibit D"

5. We have proof  that Judge Valerie Manno Schurr conducted hearings and rulings ex parte, meaning we were not present. Nor were we given notice. Nor had any knowledge of those hearings. See Exhibit C." We have proof that after Judge Valerie Manno Schurr illegal void orders were made an entered on the docket the alleged Plaintiffs' Attorneys filed an illegal fraud foreclosure six months later conspiring with criminal acts of Organized Fraud where property is valued at more than $50,000. See Exhibit "E".

We have administrative orders from 2008 through 2011, showing Chief Judge Joe Brown never appointed Valerie Manno Schurr over our case that was already closed. See Exhibit D".

7. We have proof that Judge Valarie Marino Schurr never entered and signed the orders in this

8. case. See  GODS2.COM VIDEO #1. OR USB submitted as evidence.

9. We have proof that the evidence was presented to Judge Valarie Manno Schurr and once she reviewed the   evidence, she recused herself from our case. Exhibit G".

We have proof within the order recusing Judge Valarie Manno Schurr, where Judge Valarie Marino

Schurr signed and dated the order and her signature is different from 9 the signatures rendered

on order of dismissal with prejudice and dismissal without prejudice. Exhibits B, C and G". We have

proof that Plaintiff's lawyers took and forged our dismissal with prejudice that Judge Sarah Zabel

had us to prepare where we personally witnessed her sign our order in her chambers, and the judge

signed a duplicate copy for us to keep as a receipt and she had the bailiff to put it on the docket and

*we* have the docket showing that it was placed on the docket April 7th, 2009. We have three witness

affidavits to prove this took place. See Exhibit H"

1. We have proof of the original order Dismissing our case with prejudice in 2009. Exhibit A".

2. The ultimate proof of fraud will be the evidence of the fonts used to draft our document are typed

   different for example the word Defendant(s) in the first line of their paragraph from their LIS

   PENDENS the letter **D** is capitalize and the letter **s** is in parenthesis (s)-Defendant(s), the

   profession Attorney's way, Exhibit M. In our Dismissal with Prejudice Plaintiff Attorney rewrote

   our word Defendants there is no Parenthesis for the letter **s** and the **D** is not Capitalized on

   the first line of the paragraph in our motion Dismissal with Prejudice. Example ours is written

   defendants, Exhibit B.  in our ORDER OF DISMISSAL WITH PREJUDICE the defendant's Leroy

   William's name is in lowercase letters but in U.S. Bank's Docketed Documents every time they style

   the Case the Defendant's name like LEROY WILLIAMS is always in full Capital Letters, Exhibit M.

and N. as opposed to our written Document, Exhibit B. The fonts the Plaintiff's attorneys used to duplicate the dismissal with prejudice by taking Judge Sarah Zabel's name off and placing Judge Valerie Manno Schurr's signature on the forged fraudulent dismissal with prejudice. The printed name of Judge Sarah Zabel's name was also taken off and Plaintiffs attorney used a stamped and stamped to the side of the signature of Valarie Marino Schurr. Which is in violation of Florida Statute Chapter 695.26 (1)(c) stating the name is to be printed directly under the signature. Exhibit A.

3. We have proof that there was never an original Complaint Filed with the original allonge, note, mortgage and assignment filed along with the certification as required by Florida Statute Chapter 702,015 (3) & (4). See Exhibit I." We have proof that Judge Valarie Manno Schurr obtained financial benefit from GMAC the servicer of US Bank for $995,000.00, which creates a Horrible conflict of interest. This proves motive and conspiracy as to the involvement with our case. See Exhibit J and O"

**We have a recorded Virtual Zoom hearing as evidence to Judge Valerie Manno Schurr's** involvement. See    the USB evidence submitted. Will be provided Monday. See USB entered as evidence.

7. We were defrauded by the Mortgage company by making payments to Axiom Bank two months after they foreclosed, whereas proving they had no Jurisdiction to foreclose our property because payment was made. And *we* were never given notice of foreclosure. See

Exhibit "K".

3. We have proof that the 2007 case is the exact same case as the 2010 case or an extension of the 2007 case up until this date as proof from P1aintift\s Attorneys Memorandum of Law, see Exhibit L"Also the Clerk of Court said we never filed an Objection to Sale in the first paragraph second & third Line Docket #446 that's wrong because we did 3 Objections to the Sale in Docket Line 404, 406 & lines 407 & had a Objection to Sale hearing Line 424. So that Clerk did Fraud to speed up the Writ of Possession process to steal our property. Defendant/Counter-Plaintiff obtained a Police report to initiate charges for Conspiracy to commit Organized Fraud Florida Statute Chapter 817.034, Official Misconduct 838.022, Violation of Oath of Office, Misprision and Treason. See Exhibit "Q" Police Report Case Number **PD240614188594**.

9. All departments, agencies, and Sheriff Office are given a Demand within this affidavit to Cease and Desist while Operating Under Color of Law to execute any Writ of Possession, any Orders for foreclosure, any Orders for Eviction due to DEPRIVATION OF RIGHTS, CONSPIRACY AGAINST RIGHTS, CLINICS AGAINST HUMANITY, VIOLATION OF OATHS OF OFFICE, DERELICTION OF DUTY, MISPRISION OF FELONY, MISPRISION AND TREASON, ORGANIZED FRAUD, FORGERY AND CONSPIRACY ALL UNDER R.I.C.O.\

## FACTS

**WE HAVE A NOTICE OF REMOVAL STAY THAT HAS BEEN VIOLATED BY U.S. BANK**

We filed a Federal Notice of Removal July 14th 2023 in Ft. Lauderdale under case# 23-cv-61345 Filed and labeled Maurice Symonette and Mack Wells Notice of Removal Exh.1A and 1B with the receipt saying that this Case is in the Wrong Venue in Ft. Lauderdale and will be sent to Dade County with the new Case# 23-cv-22640-JEM 28 U.S. Code SS 1446 and 1441 says only Defendants can Remove a State Court Case to Federal Court so when we filed in the wrong venue by mistake and they sent our case to Dade county where the Case Originated which was the right Division under Case# 23-cv-22640-JEM wherein Judge Martinez asked us to prove why we had Jurisdiction, filed on the Docket August 3rd, 2023. August 7th, 2023 we filed our Jurisdictional Memorandum, on 11/08/23 Defendant U.S. Bank began to respond to our Notice of Removal and Complaint and until this day we have been in Federal Removal and they have not answered but during the interim Judge Carlos Lopez tried to sell the house while we had a Notice of Removal and then he stopped the Sale of the House after we Pointed out to him the Notice of Removal and then we noticed that US BANK was continuing the Foreclosure because they snuck a Fake Forged Remand Order by us that had the a signature that's obviously not Judge Jose E. Martinez's signature see Exh. 5. As compared to his signature on our new Case# 23-cv-22640-JEM wherein Judge Martinez asked us to prove Federal Jurisdiction so therefore we demand to see the Original filings with the Original Signatures on Case#23-cv-22640 and Case#23-cv-22848, because we believe that some other filings are Forged and not Original. see Judge Martineze's

signature, Exh. 6. And three other cases of Judge Martinez's signature. Martin V. Ogwyn, Exh. 7., Smith Jr. v City of Miami, Exh. 8-1 and 8-2 and the United States of America V. Davis, Exh. 9-1. All of these Signatures are the same showing the incursive J going slightly towards the left with a half a circle J with an Apostrophe at the top at the end of Jose' the middle initial E is leaning towards the right with the end of the E at the bottom going up with a period the line on the M slants towards the right and then back towards the left with a hook at the end with the A, R, T and with a incursive Z, the J is a circular pyramid very wide pointing towards the left, the middle initial E doesn't look at all like the Middle initial E on the other true signatures, Exh .6. and it has no period and the (mart) has the A with no R like the original, Exh. 6. with the rest of the alphabets leaning towards the right. And the alphabet T does not have a straight line slanted down like the rest of the Ts on his correct signatures, the fake T has a hook on the left the original does not have the hook and does not have the incursive E or the long Z at the end of his name so therefore this is not Judge Martinez's signature and a fake Order. like Judge Valerie Manno Schurr said in her hearing with us that she did not sign that Order and whispered to the Attorneys asking in a whisper "Why did you sign those Orders for, me I did not tell you to sign that Order" and I asked her what did you say and she said "hello" "OH, nothing" she said **_HELLO_** because she didn't realize that we could hear her mistakenly unmuted MIC, see: Gods2.com video #1.  This shows their Collusion. Then I told her about the ORDER she so called signed and she said I did not sign those that was

(Judge) Veronica Diaz, Gods2.com, or the USB and then I showed her the Orders with her Forged signature, Exh. 10 and 11. and she was shocked and I showed her her own FORM 6 Affidavit for the State of Florida that showed that she had a terrible Conflict of interest because of the fact that she made 995,000 + 440,000 and over time she made 11, Million from GMAC, Exh. 12. the Servicer for U.S. Bank, Exh. 13. and the next day she Recused herself, Exh. 15. and **REVERTED** the Case back to being Dismissed with Prejudice, in accordance to Fl. Rule 2,160 (J)(H),(K), Exh. 17. The original Order of our true Judge Sarah Zabel, Exh. 17. and three Affidavits of witnesses that saw Judge Zabel sign the Dismissal with Prejudice dated 04/06/09, Exh. 14. 1-2-3 put on the Docket 04/07/09, Exh. 18. and she signed our copy as a receipt for us, Exh.17. And so we know that the US BANK Lawyers Forged Judge Valerie Manno Schurr's Order, Exh. 20. And I know that Judge Jose E. Martinez signature be on that Remand Order dated 08/23/2023 when he knew I filed a corrected Amended Notice of Removal and Complaint under the Case# 23-cv-22640-JEM dated 07/14/23 that came from the confusion of us filing the Notice of Removal in the wrong Division Ft. Lauderdale that they transferred to Dade Cunty Federal Division the same Day wherein Judge Martinez asked us to show why the Federal Courts had Jurisdiction to Remove this Case to Federal Court as seen in case# 23-cv-22640-JEM Dated 08/03/23 we showed our Jurisdiction 08/07/23 and we filed our Amended Complaint listed 08/01/23 which also had the Amended Notice of Removal

written June 29th, as seen bove the signatures of the Document attached to the Amended

Complaint Exh 18. 1 and 2. but Fraudulently did not show on the Federal Docket Dated,

08/02/23, because of the Powerful Federal Jurisdictions in it, but said and mentioned

because we did File it, 08/07/23 Docket, taken out of the Docket and used by U.S. BANK

LAWYERS FRAUDULENTLY to do a FED. NOTICE OF REMOVAL Filed by U.S. BANK N.A. in

Violation of 28 USC 1446 (b)(1) which only allows Defendants to File. Because U.S. BANK as

the Plaintiff cannot do a Notice of Removal because they choose the County Venue and

they used SYMONETTE and WELL's  signature to File for U.S. BANK N.A. as seen on the 23-

CV-22848-JEM FAKE CASE number one on that Docket. The Law says a person can't sign for

a Corporation, Walacoerage v. Excell. but U.S. BANK LAWYERS USD our signatures to file

for U.S. BANK N.A. Evan though SYMONETTE nor WELL's filed or opened that 23-CV-22848-

JEM Fraudulent Case 07/31/23 U.S. BANK did this by taking the Document filing dated July

31st of the NOTICE of Filing our Notice of Removal, Exh. 20. They took this and started a

whole new Case without our Permission. And that's why we had to file our notice of

compliance for the Notice of Removal and Complaint 10/12/23, and then we had to file our

Notice of Removal in County Court Case# 1010-61928-CAO1, 10/13/23, 10/14/23 and

10/15/23 and the Clerks tried to keep our filings off the Docket even though we E Filed the

Notice of Removal but it would not show on the *DADE DOCKET* several times, Exh. 19. and

we gave it to the Clerk at the Clerk's Counter on Camera and gave it to Judge Carlos Lopez

direct as admitted by the HEAD CLERK after we showed her the video proof then they put the Notice of Removal Filings on the DADE DOCKT Case # 2010-61928-CA01 Dated and seen on Docket Oct. 13th, 14th, and 15th, before the Oct. 16th Sales Date but they allowed the Sale to go anyway in Violation Federal Stay Law 28 U.S. CODE SS 1446 (d) on video gods2.com 1G-18. and 19. in the County Case# 1010-61928-CAO1 and they did the Sale anyway in Violation of 28 US CODE SS 1446(d). US BANK knew were in the NOTICE OF REMOVAL Court because US BANK did a Notice of Appearance to our Notice of Removal as seen on the Federal Docket Case #23-CV-22640-JEM Dated 08/07/2023, 10/12/2023 and 11/08/2023 that's LINES 8, 9 and 10. And as seen in the County Case# 1010-61928-CAO1 and as seen on Docket Oct. 13th, 14th, and 15th, before the Oct. 16th Sales Date. We objected to the Sale and Judge Carlos Lopez immediately stopped being the Judge and Judge Spencer Eig became the Judge and we pointed out to him that this case has already been Removed to Federal Court and its still in Federal Court and Judge Eig Went against 28 U.S. Code SS 1446 (d) and went against the 3rd DCA Appellate Court Garcia V. Deutsche Bank Nat'l Trust Co., of the which says once a Notice of Removal is Filed all State actions stops which is totally binding on Judge Spencer Eig of the 11th Judicial Circuit Court from the Federal Courts and the 3rd DCA Appellate Court

**NOW TO SHOW THE FORGERY AND FRAUD TO ILLEGALLY STEAL**

**VETERANS AND CRIPPLE BLACK PEOPLE'S PROPERTY**

We filed a Notice of Removal July 17th in Ft. Lauderdale Case# 23-cv-61345 Exh. 1. With the receipt on the comments line with the Case# 23-cv-61345 Wells Et Al V. U.S Bank National Association Et al wherein we paid the $402 cash as required and *very important to notice* that the Case# on the receipt on Case# 23-cv-61345 has the Case# of the transferred Case# 23-cv-22640 because the case was transferred to the Miami Division but the point is the Document# is written at the very top of all the of all the Documents on a Federal Docket but this receipt on all Federal Dockets! Exh. 4 but for this strange Case that now mysteriously shows up Docket text filed 07/14/23 it says Clerks Notice to filer reference Case administratively closed. Wrong venue selected by filing Case has been renumbered to the new Case# 23-cv-22640 no further entries will be made on this case entered 07/14/23 Exh. 3. A, B, and C. but it was the wrong Division and was transferred the same day to the Correct Division in Dade-County Federal Court with the case# 23-cv-61345 I want you to take notice that the remand for July 31st has a forged signature from the wrong case# that never existed because they immediately put it in the Miami-Dade Federal Court which was the correct division and not only was the signature on the remand forged but the signature for the clerk

on the certified stamp was forged too. The whole case for Case# 23-CV-22848 is totally

Fraudulent, the Case# that was actually filed and paid for by us was Case# 23-CV-61345

and that Case was immediately moved to Miami under Case #23-CV-22640 the other Case#

23-cv-22848 that was Supposedly Remanded has file date of July 31st but only case we filed

was on July 14. Also the Order of Remand that was put on that case didn't make any Sense

it said that US Bank filed a Notice of Removal that was found in the State Court on July 31st

did not have my signature on it and it had the wrong Case#23-cv-22848 on it my Case# is

23-cv-22640 and the Case#23-cv-22848 on that one is from U.S. Bank filing a fake receipt

when I filed it it had the correct case# on it but the Clerk and the Lawyers changed it just

like they did Valerie Manno Schurr. It has the same Fonts for Aug 11 2008 labels For Sara

Zabel's Dismissal with Prejudice. And Valerie Manno Schurr said she did not sign it and

according to Fl. Stat.695.26(a) It says a printed name must be under the Signature

according to Fannie Mae rule B8-3-04 and their literally using our same fonts so that the

Notice of Removal is literally not the one that we filed in Federal Court ours ended in 640

theirs ended in 848 and then they Remanded it by signing the Signature. So that they Could

continue the fake Foreclosure that they were doing unbeknownst to us because we were

working on the Federal Case#23-cv-22640 but when we caught on was when we found out

they still had a Sale for the house so we had to go get our notice of removal papers. . This

State Court is precluded by federal law, based on the application of the automatic stay

Federal code 28 U.S. SS 1446 (D), from allowing the sale to proceed forward in this instance. This Court has no discretion in this matter when it comes to the removal statute and its effect on the jurisdiction of this Court. The Third District, whose decisions are utterly binding on this Court stated, in *Garcia v. Deutsche Bank Nat'l Trust Co.*, 259 So. 3d 201, 202 (Fla. 3DCA 2018), that "State court jurisdiction ceases upon removal of a case to federal court and ***any pre-remand proceedings occurring in the state court after the case has been removed are void***" (citing *Musa v. Wells Fargo Del. Tr. Co.*, 181 So. 3d 1275, 1277 (Fla. 1st DCA 2015)) [emphasis added]. But it does not end there. Even more telling as to the effect of a on a court's jurisdiction is what the Third District stated following that which was "[i]n a detailed review of the law in this area, the First District concluded that even an ***improper removal to federal court, or a removal for improper motives, will not preserve state court jurisdiction.***" *Id.* at 1280-84; see also *Cole v. Wells Fargo Bank Nat'l Ass'n,* 201 So. 3d 749, 750 (Fla. 5th DCA 2016). Even the Federal Eleventh Circuit Court of Appeals took this position in the seminal case *Maseda v. Honda Motor Co.*, 861 F. 2d 1248 (11th Cir. 1988)("Since *Steamship Co. v. Tugman*, 106 U.S. 118, 1S. Ct. 58, 27 L. Ed. 87 (1882) was decided, the removal statute 28 U.S.C. § 1446 was amended. Under the amendment, the filing of a removal petition terminates the state court's jurisdiction until the case is remanded, ***even in a case improperly removed***" (citing *Lowe v. Jacobs*, 243 F.2d 432, 433 (5th Cir.))[emphasis added]. More damaging to this matter is the fact that this Court has

proceeding in this matter while this Court lacked subject matter jurisdiction upon the filing of the Notice on Oct. 13, 2023. There is even an argument that the Court did not have jurisdiction under the second filed removal under case 23-CV-22640-JEM since the filing of that case. A careful examination of that case's docket in the federal court clearly shows that the matter has not been dismissed or otherwise remanded. The docket clearly reflects that entry #4 shows the notice of removal filed in this Court is the same one filed in that court's records. The notice of removal, which should have been filed in this action, was mistakenly filed in that court instead. Under the removal statute, the removal is not effective until filed in the state court action. Granted, the notice was not filed here when the action was filed in federal court. But the federal law is clear, "[p]romptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, *which shall effect the removal and the State court shall proceed no further unless and until the case is remanded*." 28 U.S.C. §1446(d). In this case, the filing of the notice of removal on Oct. 13, 2023 instituted the automatic stay, based on removal, under case number 23-CV-22640-JEM in

## CONSTRUTIVE CONSPIRACY

## IN VIOLATION OF 923. 18 U.S.C. SS 371

## To see these Exhibits See Gods2.com

## HERE'S HOW THESE JUDGES PLAYED TAG TEAM AND CONSTRUCTIVE CONSPIRED

## WITH EACH OTHER TO TAKE OUR HOMES BECAUSE US BANK PAID THEM

## JUDGES AND OFFICIAL'S CONFLICTS OF INTEREST IN VIOLATION OF FEDERAL

## RULE OF CIVIL PROC RULE 60, FLORIDA RULE 2.160 (A) (D) (H) (1) (4), FL. CODE JUD.

## CONDUCT CANON 3E(1) FL. STAT. 112.312 (8)

ALL OF THESE JUDGES AND OFFICIALS CONSPIERED TOGETHER FROM TOP TO BOTTOM

TO STEAL OUR HOME AND EACH ONE OF THEM HAD A HORRIFIC CONFLICT OF INTEREST!

CHECK OUT THE JUDGES BELOW AND THE AMOUNTS OF MONEY THEY MADE FROM US

BANK

AS TO U.S. BANK, THE SEC, ATTORNEYS TITLE INSURANCE FUND, COUNTY CLERK OF THE
COURTS, DADE COUNTY RECORDS DEPARTMENT, DADE COUNTY POLICE COMMISSIONER
VALERIE MANNO SCHURR, VERONICA DIAZ, VIVIANNEDEL RIO, JOHN SCHLESINGER,
SAMANTHA RUIZ,

1. SARAH I. ZABEL 4/7/09------------------------------made 9 Million from US BANK

2. VALERIE MANNO SCHURR 1/21/22------made almost 12 Million from US BANK

3. JOHN SCHLESINGER 12/19/2017------------------------------------------------made almost 29 Million from US BANK

4. SAMANTHA RUIZ COHEN 5/12/2021------------------------------------------------made over 2 Million from US BANK

5. MIGUEL DE LA O 1/9/2019------------------------------------------------------made almost 1Million from US BANK

6. VERONICA DIAZ 6/2/2020------------------------------------------------------made almost ½ Million from US BANK

7. VIVIANNE DEL RIO 5/4/2022------------------------------------------------------made almost 2 Million from US BANK

## APPELLATE JUDGES WITH A CONFLICT OF INTEREST FROM DEUTSCHE BANK

1. BROWNWYN C. MILLER------------------------------------------------------------------------------------------Made $95,000

Comes now MACK WELLS acting Pro-Se here states Judge Brownwyn Miller, says that

Wells Fargo on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank

doing Business with US Bank because he's doing business with US Bank and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Brownwyn C. Miller is doing business with Wells Fargo Bank as seen on his Form 6 page 1 line 4 he got $95,000.00 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Wells Fargo is US Bank IS DEUTSCHE BANK. That is a Conflict of Interest against us and there's more, Exh.J. I have found that our case was directed to him in this Pool, So he

must recuse himself and vacate his Order, Exhibit B so Brownwyn Miller you must Recuse YOUR

SELF and VACATE YOUR ORDER against us, Exh.F. ORDER OF DISMISSAL WAS PUT IN

JUNE 6, 2019


**APPELLATE JUDGES WITH A CONFLICT OF INTEREST FROM US BANK**


2. KEVIN    MICHAEL    EMAS------------------------------------------------------------------------Made

$225,310 from US BANK

Comes now MACK WELLS acting Pro-Se here states Judge Kevin Michael Emas, says that Wells Fargo on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank doing Business with US Bancorp because he's doing business with US Bancorp and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Kevin Michael Emas is doing business with Wells Fargo as seen on his Form 6 page 1 line 4 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Wells Fargo is US Bancorp Exh. B. And US Bancorp is US Bank Exh. C That is a Conflict of Interest against us and there's more, Exh. J. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit B so Kevin Michael Emas you must Recuse YOUR SELF and VACATE YOUR ORDER against us, Exh. F.

3. **EDWIN    SCALES**--------------------------------------------------------------------------------Made $22,543 from US BANK

Judge Edwin Scales, says that Chase Bank on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank doing Business with US Bancorp because he's doing business with US Bancorp and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on

his Merits but for to make him and them money Illegally. Here's proof, Judge Edwin Scales is doing business with Chase Bank as seen on his Form 6 page 1 line 4 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Chase Bank is US Bancorp Exh. B. And US Bancorp is US Bank Exh. C That is a Conflict of Interest against us and there's more, Exh. J. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit B so Edwin Scales you must Recuse YOUR SELF and VACATE YOUR ORDER against us, Exh. F. Order of Dismissal on JAN. 23, 2023

Comes now MACK WELLS acting Pro-Se here states Judge Bronwyn Miller, says that Wells Fargo on his 2012 Form 6 Full and public Disclosure of Financial Of Interest is a Bank doing Business with US Bank because he's doing business with US Bank and helping them make money so that he can make money by Foreclosing and taking our property while acting as the Judge to take the property not on his

Merits but for to make him and them money Illegally. Here's proof, Judge Brownwyn C. Miller is doing business with Wells Fargo Bank as seen on his Form 6 page 1 line 4 he got $95,000.00 from Tallahassee called Full And Public Disclosure Of Financial form 6 Exh. A, Wells Fargo is US Bank. That is a Conflict of Interest against us and there's more, Exh.J. I have found that our case was directed to him in this Pool, So he must recuse himself and

vacate his Order, Exhibit B so Brownwyn Miller you must Recuse YOUR SELF and VACATE

YOUR ORDER against us, Exh.F.


**15020 S. R. DR. MIAMI 33167 AND 1977 NE 119TH RD. MIAMI FL. 33181.  Exh.A.**

These Judges have made Millions of dollars with U.S. Bank taking Black People and White

European's homes illegally for gifts of Money Exo. 23:8, Deut. 16:19. Which says Judges

can't take gifts because it blinds the eyes of Judgement!! Here are these Judges examples

1. **FIRST WE HAVE JUDGE VALERIE MANNO SCHURR** WHO STARTED THIS HORRIBLE

   DISCRIMINATING CONSPIRACY MESS BECAUSE IN HER FULL AND PUBLIC DISCLOSURE

   OF FINANCIAL INTEREST AND SHE RECUSED HERSELF 01/21/22 BECAUSE SHE GOT

   CAUGHT GETTING MILLIONS TO ILLEGALLY TAKE OUR PROPERTY WITH  $ CONFLICT OF

   INTEREST UP TO $11 MILLION


### BECAUSE IN HER FORM 6 FINANCIAL INTEREST SWORN

### AFFIDAVIT OATH


Now  something  strange  happened  out  of  nowhere!  Judge  Valerie  Manno  Schurr's

SIGNATURE and NAME shows up on the DISMISSAL WITH PREJUDICE from Judge ZABEL

THE YEAR AFTER SHE BECOMES JUDGE RIGHT BEFORE SHE mysteriously takes over our

Case to save U.S. BANK FROM US and save JUDGE ZABEL, THEIR LAWYERS FROM THE WRATH OF THEIR BOSS GMAC (US BANK) WHO HAD ALREADY PAID THEM TO SAVE U.S. BANK FROM US JUDGE VALERIE MANNO SCHURR is who we're just now finding out that THE BANKS PAID HER TO TRICK US INTO BELIEVING THAT WE WERE SAFE FROM US BANK WITH THE DISMISSAL WITH PREJUDICE AND THEN THREE MONTHS LATER JUDGE VALERIE MANNO SCHURR CHANGES IT TO DISMISSAL  WITHOUT PREJUDICE IN AN ILLEGAL EXPARTE HEARING WITHOUT US KNOWING SO THAT US BANK COULD COME BACK AND START THE SAME CASE OVER WITHOUT NOTICE TO US! WHY DID GMAC (US BANK) PAID JUDGE VALERIE MANNO SCHURR TO TAKE OVER OUR CASE WAS BECAUSE JUDGE ZABEL DISMISSED WITH PREJUDICE US BANKS CASE 04/07/2009 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA01 LINE 10,  Exh. 2.1 pg.2. AND FORD MOTOR CO. V. CALLOWAY SAYS A JUDGE CAN'T CHANGE ANOTHER JUDGE'S ORDER SO, JUDGE VALERIE MANNO SCHURR FILED HER DUPLICATE DISMISSAL WITH LIKE JUDGE ZABEL'S ORDER WAS FILED 04/07/2009, Exh. 80. AND JUDGE SCHURR'S DUPLICATE ORDER FILED 04/07/2010 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA01 LINE 10 AND 11, Exh. 3.1 pg.2. NOT REMEMBER JUDGE VALERIE SCHURR IS A JUDGE WE NEVER MET NEVER SEEN AND NEVER DID A HEARING IN FRONT OF AND ACCORDING TO THE ADMINSTRATIVE JUDGE, JUDGE BAILEY SAID THAT SHE DID NOT ASSIGN JUDGE VALERIE SCHURR THIS IS A JUDGE THAT SHE DID NOT ASSIGN TO OUR CASE ALL DONE SO THAT SHE COULDN'T DO AN

ILLEGAL EXPARTE HEARING IN VIOLATION OF FLORIDA STAT. 702.07 WITH THE PLAINTIFF US BANK CHANGE HER OWN ORDER TO DISMISSAL WITHOUT PREJUDICE, Exh. 4.1 TO HELP GMAC (US BANK). STEAL SO THEY CAN ALL MAKE MONEY OFF OF HELPLESS BLACKS USING BIG BAD JUDGES AND LAWYERS! The proof that JUDGE VALERIE MANNO SCHURR made Money to help them is on her Form 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST SWORN AFFIDAVIT OATH of 2008 that shows on part C. Liabilities section that she has $995,000.00 and $91,498.00 from GMAC which is the Servicer and owner RESIDENTIAL FUNDING CORPORATION in their notice of transfer said they were controlling our payments as Servicer from at least 1/1/2007 on the Mortgage Payment Coupon at the bottom of the Transfer Letter, Exh 100. and $129,000.00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, Exh. (6.1) then in 2009 form 6 it shows GMAC MORTGAGE of $410,000.00 and Credit line with GMAC, and $128,000 Wachovia which is Wells Fargo which is US BANK, Exh. (7.1). and then she allows an Illegal Ex Parte Hearing with US Bank National Attorneys to change her Order which is really Judge Zabel's Order from DISMISSED WITH PREJUDICE in April 6th, 2010 Exh. (4.1) to change the Dismissed with Prejudice 3 months later in June 27th, 2010, into DISMISSED WITHOUT PREJUDICE in this Ex Parte Hearing Exh. 2.1. Which is only supposed to be done with only the Defendants that are about to lose their home to the Foreclosure Sale and this must be done before the sale of the House according to Fl. Statue 107.07, ( during the interim GMAC

also had a Florida Default Letter as the Servicer) and after that wonderful gift Judgement to US Bank National Association and helping Judge Zabel out of the mess for doing a Judgement without a Docketed Complaint, Note, Allonge, Mortgage or an Assignment from the Records which was literally Criminal, Thievery of our house. Then suddenly in her 2010 Form 6 Disclosure of Financial Interest, Exh. 8.1, it shows a $400,000.00 gift from GMAC and shows $1,000,000.00 from Wells Fargo which is US Bank, Exh. (9.1). All of this is pay to Play RICO Conspiracy to steal Black People's Houses which they're also doing to White European Gentiles! US BANK'S only lawful Remedy was to Appeal the Dismissal with Prejudice within 30 days according to Florida Appellate Rule 4 (a)(1)(A). But now a case that was Dismissed with Prejudice was given life again by Judge Valerie Manno Schurr a Judge we had never met never seen or ever had a hearing in front of came in and Dismissed the Case with Prejudice exactly one year after Judge Zabel Dismissed it with Prejudice to avoid Calloway Vs. Ford which says another Judge cannot change another Judges Order from the same Circuit Court they must Appeal to a higher Court but Judge VALERIE MANNO SCHURR did it anyway by having a hearing three months later in an illegal Ex Parte hearing and changing the Dismissal with Prejudice to Dismissal without Prejudice which allowed US BANK to secretly file another Foreclosure Case against the House at 15020 S. River Dr. Miami Florida 33167 and US Bank did file another Case which was a continuance of the same Case from 2007 which is called Case Number 2007-12407-CA01 that was Dismissed

with Prejudice and secretly changed to Dismissed without Prejudice and without any notice to us in 2010 called Case number 2010-61928-CA01 this 2010 was also done without the Original Mortgage, Assignment and Docs. Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae and there must be the Loan number, Date and the printed name of the Signer as required by Federal Fannie Mae Rules B8-3-04 for Fannie Mae of which none of this is on the copy of the Allonge recorded on the Docket,  Exh (15.1). And JUDGE VALERIE MANNO SCHURR has taken my new Case again to finish what she started by Ruling in favor of US BANK and GMAC with worst Conflicts of Interest that she's trying to hide so that she can Rule in the Bank's favor to illegally Foreclose. Because in her FORM 6 -2019 and 2020 Financial Disclosure Affidavit she has over $11,192,000.00, plus on line 5 she states that she has a $400,000.00 Mortgage with City National Bank that is Royal Bank of Canada, which is Wells Fargo, Exh. (10.1). And Wells Fargo is US Bank JUDGE VALERIE MANNO SCHURR is helping to illegally Foreclose on us, Exh. (11.1). The other conflict is Schurr's $400,000.00 Mortgage Holder City National Bank that is Royal Bank of Canada which is Morgan Stanly/JP Morgan,  Exh. (12.1), which is US BANCORP/US BANK, Exh. (13.1). and Exh. (14.1)  All this is CITY NATIONAL BANK Exh. 16.1, who Merged with Wachovia Bank who admitted they were SLAVE MASTERS OF BLACK PEOPLE, Exh. (17.1) to just take CRIPLE HELPLESS BLACK PEOPLE'S HOMES. I will investigate how this Judge accumulated $11 million dollars on a

JUDGE'S SALARY, I demand to see where all that money is from. This is the Bank that served

my law suit by an official Servicer acknowledged by US BANK which by Florida Statue they

had only 20 days to answer but they never answered for six months while we're trying to

Default them the whole time, yet JUDGE VALERIE MANNO SCHURR with her millions of

dollars Conflicts of Interest helped US Bank by not ever Defaulting them no matter what the

laws and rules say I really don't stand a chance in this fight because the referee (JUDGE

SCHURR) is being paid by my Opponents to Rule only in their (US BANK'S-GOLIATH'S favor

I AM DESTROYED and CRUCIFIED by these wicked Animals who break all the Laws and kill

BLACK PEOPLE and hold themselves not GUILTY by these CROOKED EVIL JUDGES like

JUDGE VALERIE MANNO SCHURR and I know they are Plotting to KILL me right now, K.J.V.

BIBLE=ZECHARIAH 11:5!!


**Check out Judge JOHN SCHLESINGER** the Worst Conflict of them all. In this Criminal

Conspiracy because in his Final Judgement Order, of Dec. 19th, 2017. Judge SCHLESINGER

review of the record and Exh.(63). Must be Arrested and Recuse himself and void all of his

Orders for an open obvious Conflict of Interest and the worst of them all because he's doing

all his business with US Bank and is now with $28,000,000.00 from U.S. Bank and their

Bankster Partners and helping them and himself make money by Foreclosing and taking

(stealing) our and probably others property for U.S. Bank while acting as the Judge on the

U.S. Bank's Cases like our property, not on the Case's Merits to make him and U.S. Bank money Illegally. Here's proof. Judge JOHN SCHLESINGER is doing business with US Bank Judge SCHLESINGER and has the worst record of all the money Conflicts of Interest that I have found out about. Because in his 2016 and 2017 (Exh:64 and  Exh. 65) he got $28,000,000.00 in Assets because of U.S. Bank as seen on page2.

**On his Form 6 Full and Public Disclosure of Financial Interest** page 2. See line 4 he got with Santander Bank $750,000 and Santander is SBA, Exh. 66. Which is US Bank, Exh. (2 and 74).

**On his Form 6 line 5 SCHLESINGER** did with First Citizens Bank $624,000.00 And first Citizens Bank is the Royale Bank of Scotland, Exh. 67 which is the Royale Bank of Canada, Exh. 68 Which is US Bank.

**On his Form 6. Line 6** He got $5,236,472.00 from Morgan Stanley Brokerage Account which is J.P. Morgan Bank, Exh. 118. Which is U.S. Bancorp Exh. 70. And U.S. Bancorp is U.S. Bank, Exh. 71.

**Judge SCHLESINGER on line 7.** Got $286,148.68 with State of Florida Deferred Compensation, which is Voya and AIG, Exh. 72 and Voya and AIG is U.S. Bank, Exh.12.  **On line 8 he got**

All of this fake news is part of the Conspiracy on TV that deprives me of a grand jury that includes the sheriffs, Dept. the Governor, channel 7, Channel 10, CBS and the Miami Herald put out Fake News so that we can't get a fair trial for the RICO Conspirators, a fair Writ of Replevin to prejudice our getting a Surety Bond, or getting a fair Notice of Removal hearing because judge Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM and the same Judge on Alfred Davis Case for having a paper license that they accused him of which is a Conflict of interest and using this fake News about our house with staged fake shootings, gods2.com vid. H. to take our house for Banks and big Developers which is also a Conflict of interest and has sentenced Alfred Davis to 8 months in jail even though a PERSON stood up and said he was the one who had the fake paper License not Alfred Davis making Alfred Davis innocent from what they claim was a Crime and the Judge would not listen. All done to stop the American Gala Awards see: Americangala.com the AGA an event with 100 black stars helping homeless VETs with TRUMP. An event that we've been doing since 1997 and we do Stand downs for the VETs to raise money for the Homeless VETs done with the city of Miami Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh. 13. and the City of Opa Locka Florida, Exh, 14. also have done yacht Fundraisers for Republican Politicians on my 4 story 80 ft. yacht. Exh, 15. So We must remove this Case now to Tampa because Broward and Dade County Federal fed courts keep transferring our case back to Dade County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo

Sanchez also have Financial conf.icts of interest, with U.S. Bank Banks, Exh, 16 and Exh, 17. who has allowed U.S. Bank to violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398 10/13/2023-10/15/23 -10/16/23 Notice of Removal was Filed yet they did not stop the Sale and Federal Judge Martinez did not Void the Sale in Violation of his Stay and this Prosecutor Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who would not lie for them and who pointed out his RACISM for saying Alfred a Black Man can't live in a white people's apt. building and at the Sentencing hearing this Racist Nut called our nonprofit  organization and who feeds the people and their kids every Sunday for almost 30 years with old people, young people, kids Latin, Black and White we help people with Community Service, we feed people, do voter Registration Drives and help with the Get out to Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4 times a day on Radio got a Proclamation from the city of Miami from doing these events, Exh. 31. and two Proclamations from the City of Opa-Locka, Exh, 26 and 27, Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister of the Bahamas thereby making Maurice Symonette a Prince, Exh, 18.  who's Grand Father is on the Bahamian $50 bill. Exh, 19. Whose father Al. Symonette was one of Miami's First five Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black Taxicab service in Miami Called Checkers, where I was trained by my Dad, Whose Motto is Latin

Black and White Must unite and telling the Police "Thank You for your Service", Exh. 29, Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island, Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the President of Boss Group Ministries and has a Doctorate Degree in Ministries Exh, 20, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity, Exh. 21, and Exh. 22, runs Boss Magazine, Exh, 23, Blacks For Trump Magazine. Exh,  24, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks for Israel because Yahweh Ben Yahweh in 1988 when Synagogues were being defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those Temples, Exh.25, Prosecutor Johnathan Bailyn called us HOODLUMS  just to taint Boss Group Ministries name and taint Alfred Davis a member of Boss Group Ministries so that they could feel free to take our property even Judge Martinez said you THE DOJ you haven't Proved your Case, you brought no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT Transcriber of Mary Ann Casale we saw she took that out because it would make Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property.

Florida Rules of Civil 0Procedure 1.908 which entails equity for justice if fraud can be proven to have taken place in the court. In accordance with the definition referenced from American Dictionary of the English Language Noah Webster 1828, and it defines **Fraud as: Deceit; deception; trick; artifices by which the right or interest of another is injured; a stratagem intended to obtain some undue advantage; an attempt to gain or the obtaining of an advantage over another by imposition or immoral means, particularly deception in contracts, or bargain and sale, either by stating falsehoods, or suppressing truth.**

**I DECLARE UNDER PENALTY OF PERJURY,** that all the facts stated herein are true and correct to the best of my knowledge and ability. And that the facts stated herein were made of my own accord, Executed this 5th day of July 2024.

*/S/MACK WELLS*
**MACK WELLS**
**15020 S. RIVER DR**
**MIAMI FL. 33167**

*/S/MAURICE SYMONETTE*
**MAURICE SYMONETTE**
**15020 S. RIVER DR**
**MIAMI FL. 33167**

CC:file/MM/MS

Proof of service

Proof of service

Homeland Security Investigation

11226 NW 20th Street

Miami, Fl. 33172

Certified Receipt:


Federal Bureau of Investigation

2030 SW 145th Avenue

Miramar, Fl. 33027

Certified Receipt:


US Attorney General Merrick B. Garland,

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

openjustice@doj.ca.gov

Certified Receipt:


Fraud Enforcement and Recovery Act


Florida Attorney General Ashley Moody,

Office of the Attorney General

State of Florida

PL-01 The Capitol

Tallahassee, FL 32399-1050

citizenservices@myfloridalegal.com

Certified Receipt:


State Wide Prosecutor Nicolas B. Cox

3507 E Frontage Rd. Ste 325

Tampa, Florida 33607-1795

Certified Mail Receipt:


Miami-Dade County Office of the inspector General

601 NW 1st Court 22nd Floor

Miami, Florida 33136

Certified Receipt:


Office of Miami Dade County State Attorney:

Katherine Fernandez Rundle

1350 NW 12th Ave

Miami, Fl 33136-2102

Certified Receipt:


Chief Justice John Roberts

1 First Street North East

Washington D.C. 20543

Certified Receipt:


Antonio Guterres United Nation

C/O 405 East Forty Second Street

New York, New York 10017

Certified Receipt:


Governor Ron DeSantis

400 S. Monroe Street

Tallahassee, Florida 32399

Certified Receipt:


President Joe Biden

1600 Pennsylvania Avenue NW

Washington D.C. 20500

Certified Receipt:


Donald J. Trump

The Mar-a-Lago Club

1100 South Ocean Blvd,

Palm Beach, Florida 33480


Electronically Served:

Ex.h. A 

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-15405 CA

U.S. Bank, N.A.
Plaintiff,

VS.

Leroy Williams,
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution.
Served on April 11 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11 2008. (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers at Miami dade county Florida this 31th day of
March 2060

SARAH ZABEL
Circuit Court Judge





**Ex 1.B**

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY. FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.                                    April 1,2010
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

_____

### ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers. at Miami. dade county. Florida this 31th day of
March , 2010.

**APR 06 20**    **APR 06 2010**

_____
CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

CC. All patches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office _____ 12/22 _____ AD 20 21
HARVEY RUVIN. Clerk of Circuit and County Courts
Deputy Clerk

MONA BRUNO #79806

3
ORDR

# EXH.C pg.1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

             CASE NO.    2007-12407-CA
vs.            DIVISION    32

SPACE FOR RECORDING ONLY F.S.

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
      Defendant(s).

_____/

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



# Exh.C Pg.2

4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV—shiven



Service List

LEROY WILLIAMS
15020 South River Drive
Miami, FL 33167

FRANKLIN CREDIT MANAGEMENT CORPORATION
C/o Corporation Service Company
1201 Hays St. Suite 105
Tallahassee, FL 32301-2525

CITY OF NORTH MIAMI
c/o V. Lynn Whitfield, Esq.
776 NE 125th Street
North Miami, FL 33161

MARK WELLS
15020 South River Drive
Miami, FL 33167

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office _____ AD 20___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

Exh D
Pg. 1



ELEVENTH
JUDICIAL CIRCUIT OF FLORIDA

Resource Center   About the Court   General Information   Court Events

## Administrative Orders of The Chief Judge

AO Category: Select Category

| Title | Effective Date | AO Number | Case Number | Category | Amended | Rescinded |
|---|---|---|---|---|---|---|
| 1-08-11-Procedures Re High Profile Casesat Dade County Courthouse | 07-31-2008 | 08-11 | 08-1 | COURT ADMINISTRATION | | No |
| ESTABLISHMENT OF PROCEDURES GOVERNING INVESTIGATIONS | 07-11-2008 | 08-08 | 08-01 | CIRCUIT COURT CIVIL | A1 | No |
| 1-08-09-A1-Self Help-Establishing Answer Packet Cost | 07-01-2008 | 08-09 A1 | 08-1 | COURT ADMINISTRATION | | Yes |
| RE-ESTABLISHMENT OF TRANSFER GUIDELINES RELATING TO JUDICIAL ROTATIONS REGARDING REASSIGNMENT OF CASES | 06-26-2008 | 08-07 | 08-01 | CIRCUIT COURT CIVIL | | No |
| RE-ESTABLISHMENT OF TRANSFER GUIDELINES RELATING TO JUDICIAL ROTATIONS REGARDING FURNISHINGS AND EQUIPMENT (Rescinding AO No. 02-12; Companion to AO No. 08-07) | 06-26-2008 | 08-06 | 08-1 | COURT ADMINISTRATION | | Yes |
| RE-ESTABLISHMENT OF TRANSFER GUIDELINES RELATING TO JUDICIAL ROTATIONS REGARDING REASSIGNMENT OF CASES | 06-26-2008 | 08-07 (Companion to AO 08-06) | 08-1 | COURT ADMINISTRATION | | No |
| 1-08-14-Reassignment and Consolidation of PO Motions re Representation | 06-26-2008 | 08-14 | 08-1 | COURT ADMINISTRATION | | No |
| 1-08-13-Procedure Motions to Exceed Fee Limits and Appointed Judicial Designees | 06-06-2008 | 08-13 | 08-1 | COURT ADMINISTRATION | | No |
| 1-08-09-Increasing Self Help Fees | 04-25-2008 | 08-09 | 08-1 | COURT ADMINISTRATION | | Yes |
| 1-08-04-Establish Procedures PreTrial Conference Civil Traffic Cases | 03-21-2008 | 08-04 | 08-1 | COURT ADMINISTRATION | | No |

...101 102 103 104 105 106 107 108 109 110 ...



## Administrative Orders of The Chief Judge

**AO Category:** Select Category ∨     Reset     Search

| Title | Effective Date | AO Number | Case Number | Category | Amended | Rescinded |
|-------|----------------|-----------|-------------|----------|---------|-----------|
| 1-09-11-Effect of AOs Entered by Prior Chief Judges | 07-01-2009 | 09-11 | 09-1 | COURT ADMINISTRATION | | No |
| 1-09-10-Procedures for Mediation in County Court | 05-29-2009 | 09-10 | 09-1 | COUNTY COURT CIVIL | | No |
| 1-09-09-Revision Uniform Final Judgment Foreclosure and Procedures | 05-15-2009 | 09-09 | 09-1 | COURT ADMINISTRATION | | No |
| 1-09-08-Establishment of HOME Mediation Program | 05-01-2009 | 09-08 | 09-1 | MEDIATION ARBITRATION | | No |
| 1-09-04 A1-Clarification of Fee Cost of Defense and Court Appointed Counsel | 02-27-2009 | 09-04 A1 | 09-1 | COURT ADMINISTRATION | | No |
| 1-09-04-Fee Cost of Defense and Court Appointed Counsel | 02-19-2009 | 09-04 | 09-1 | COURT ADMINISTRATION | | No |
| 1-09-01-Dismissal Traffic Citations Issued Failure to Pay Tolls | 01-13-2009 | 09-01 | 09-1 | COURT ADMINISTRATION | | No |
| 1-08-18-Standards and Procedures for Minor Settlements | 10-08-2008 | 08-18 | 08-1 | COURT ADMINISTRATION | | No |
| 1-08-16-Abolish Section CP 02 and Establish Section CP 06 of Probate Division | 09-29-2008 | 08-16 | 08-1 | COURT ADMINISTRATION | | No |
| 1-08-08-A1-Amendment Establishment of Procedures re OIG Investigations | 09-16-2008 | 08-08 A1 | 08-1 | | | No |

... 101 102 103 104 105 106 107 108 109 110 ...



## Administrative Orders of The Chief Judge

AO Category: Select Category

| Title | Effective Date | AO Number | Case Number | Category | Amended | Rescinded |
|---|---|---|---|---|---|---|
| 1-08-03-Assignment of Cases in Criminal Division | 02-28-2008 | 08-03 | 08-1 | COURT ADMINISTRATION | | No |
| REAFFIRMATION OF THE CREATION OF SECTION 40 ("COMPLEX BUSINESS LITIGATION SECTION") | 02-21-2008 | 08-02 | 08-01 | CIRCUIT COURT CIVIL | | No |
| 1-08-01-Modification of Section 03 County Court Civil Backup | 02-04-2008 | 09-01 | 08-1 | COUNTY COURT CIVIL | | No |
| 1-07-08-A1-Appointment of Court Accessibility Team | 11-21-2007 | 07-05 A1 | 07-1 | COURT ADMINISTRATION | | No |
| 1-07-08-Collaborative Process | 10-19-2007 | 07-08 | 07-1 | COURT ADMINISTRATION | | No |
| 1-07-07-Arbitration Procedures Amendment | 10-01-2007 | 07-07 | 07-01 | CIRCUIT COURT CIVIL | | No |
| 1-07-07-Arbitration Procedures Amendment | 10-01-2007 | 07-07 | 07-1 | COURT ADMINISTRATION | | No |
| AMENDING THE CRITERION FOR ATTENDING THE EIGHT (8) HOUR INTERMEDIATE DRIVER IMPROVEMENT COURSE | 09-26-2007 | 99-14 A1 | 07-01 | CIRCUIT COURT CIVIL | 19-14 | No |
| 1-07-05-Appointment of Court Accessibility Team | 03-19-2007 | 07-05 | 07-1 | COURT ADMINISTRATION | | No |
| 1-07-03-Implementation of Complex Business Section Procedures | 01-26-2007 | 07-03 | 07-01 | CIRCUIT COURT CIVIL | | No |

... 101 102 103 104 105 106 107 108 109 110 ...

EXHIBIT E Pg. 1

3/7/2014                          Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

🛒 0 Item(s) in Basket                                Home      Online Services      About us      Contact us



# CIVIL / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS          ALL PARTIES                    START A NEW SEARCH
                        **US BANK (NA) vs WILLIAMS, LEROY**
            * Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2007-12407-CA-01        Dockets Retrieved: 48        Filing Date: 04/26/2007
Case Number (STATE): 13-2007-CA-012407-0000-01                Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RE'D ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC. |
| 06/20/2010 | | MOTION | ATY:00071675 R: 5058 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 1 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | *Judge Zabel Dismissal* | TEXT *with Prejudice* | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION | TO WRITTEN DISCOVERY,MTN TO STRIKE OR ...ETC |
| 09/09/2008 | | NOTICE | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/2007 |
| 09/12/2007 | | MOTION | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION | ATY:88888888 R: 145134 SET ASIDE FJUD AND RECONSIDER STAY |

https://www2.miami-dadeclerk.com/civil/Search.aspx

3/7/2014    Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

| Date | Book/Page | Type | Description |
|---|---|---|---|
| 09/10/2007 | | TEXT | $50 FEE PD/RCPT 45184 |
| 08/30/2007 | | NOTICE OF SALE | |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | NOTICE OF FILING | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/13/2007 | | TEXT | SALE DATE 09-14-2007 |
| 08/09/2007 | 25872 / 4163 Pages: 6 | FINAL JUDGMENT | J $ 491500.11 BK:25872 PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | DN03 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN01 DN02 E |
| 07/19/2007 | | NOTICE OF HEARING | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR DEFAULT | |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS. TO PLNFS MORT.FORECLOSURE COMPLT ETC |
| 06/06/2007 | | TEXT | WRITTEN REQU.FORMAL PROTEST &DISPUTE ETC |
| 05/23/2007 | | ANSWER | ATTORNEY:00314021 DN04 |
| 04/30/2007 | 25576 / 1873 Pages: 1 | LIS PENDENS | BK: 25576 PG: 1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

BACK TO SEARCH RESULTS                    ALL PARTIES                    START A NEW SEARCH



S0142977

Exh. F

Loan No: ▉▉▉▉▉▉

Mortgagee: LEROY WILLIAMS

Address:   15020 SOUTH RIVER DRIVE
           MIAMI, FL 33167

Loan Amount:$ 448,000.00

# ALLONGE TO NOTE

PAY TO THE ORDER OF:

## RESIDENTIAL FUNDING CORPORATION

_____

WITHOUT RECOURSE

_____

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

By _____

Judy Faber, Vice President

MIN # 100176105062733202
AHL 620017.UFF

WILLIAMS
Page 1 of 1

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and
correct copy of the original on file in this
office this    November 18    AD 20   21
HARVEY RUVIN, CLERK, of Circuit and County Courts.

Deputy Clerk    /s/ Wilfred Clark e323263
                                        28465376

Exh † 2

4.   The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.   The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.   The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE  AND  ORDERED  in  Chambers  in  MIAMI-DADE  County,  Florida,  this _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV—abiven



Exh

**Service List**

LEROY WILLIAMS
15020 South River Drive
Miami, FL 33167

FRANKLIN CREDIT MANAGEMENT CORPORATION
C/o Corporation Service Company
1201 Hays St. Suite 105
Tallahassee, FL 32301-2525

CITY OF NORTH MIAMI
c/o V. Lynn Whitfield, Esq.
776 NE 125th Street
North Miami, FL 33161

MARK WELLS
15020 South River Drive
Miami, FL 33167

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office_____ AD 20___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk_____

Exh. F

3
ORDR

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA
## CIVIL ACTION

US BANK, N.A.,
   Plaintiff,

|  |  |  |
|---|---|---|
| vs. | CASE NO. | 2007-12407-CA |
|  | DIVISION | 32 |

SPACE FOR RECORDING ONLY F.S.660.536

2010 JUN 25 PM 3: [illegible] RECORDED

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION;  CITY
OF NORTH MIAMI;
       Defendant(s).

_____/

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI;  are hereby  dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

*Exhibit G.*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____/

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the
premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration
of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance
with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of
January, 2022.

2021-010825-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Exh. I pg. l

## IN THE CIRCUIT COURT OF THE ELEVENTH
## JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
### · CIVIL ACTION

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3,      $10 - 61928 CA 05$
Plaintiff,

CASE NO.
vs.                                        DIVISION

LEROY WILLIAMS, .THE UNKNOWN SPOUSE OF LEROY WILLIAMS, JAMES LITTLEJOHN
A/K/A JAMES L. JOLIN, HOKE WILLIAMS; ANY AND ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE
NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; DEUTSCHE
BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FRANKLIN CREDIT TRUST SERIES I;
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO WACHOVIA
BANK, NATIONAL ASSOCIATION; MIAMI-DADE COUNTY; TENANT #1, TENANT #2, TENANT #3
and  TENANT #4 the names being fictitious to account for parties in possession,
Defendant(s).

## MORTGAGE FORECLOSURE COMPLAINT

Plaintiff, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3, sues

Defendants, LEROY WILLIAMS, THE UNKNOWN SPOUSE OF LEROY WILLIAMS, JAMES LITTLEJOHN

A/K/A JAMES L. JOLIN, HOKE WILLIAMS; ANY AND ALL UNKNOWN PARTIES CLAIMING BY,

THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL.DEFENDANT(S) WHO ARE

NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN. PARTIES MAY CLAIM AN

INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; DEUTSCHE BANK

NATIONAL TRUST COMPANY, AS TRUSTEE FOR FRANKLIN CREDIT TRUST SERIES I;   WELLS

FARGO BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO WACHOVIA BANK,

NATIONAL ASSOCIATION;  MIAMI-DADE COUNTY;  TENANT #1,  TENANT #2,  TENANT #3 and

TENANT #4 the names being fictitious to account for parties in possession, and alleges:

## COUNT I - MORTGAGE FORECLOSURE

1.      This is an in rem action to foreclose a mortgage on real property located and situated in MIAMI-
DADE County, Florida.

2.      This firm has complied with the notice requirement of the Fair Debt Collection Practices Act, 15
U.S.C. § 1692, et seq, as amended. The Notice(s) previously mailed by the firm is attached hereto and incorporated
herein as an Exhibit.

3.      On June 30, 2005, there was executed and delivered a Promissory Note ("Mortgage Note") and a
Mortgage ("Mortgage") securing the payment of the Mortgage Note. The Mortgage was recorded on July 29, 2005,
Official Records Book 23623 at Page 3231, of the Public Records of MIAMI-DADE County, Florida, (All subsequent

recording references are to the public records of MIAMI-DADE County, Florida) and mortgaged the real and personal property ("Property") described therein, then owned by and in possession of the Mortgagor(s). Copies of the original Mortgage Note and Mortgage are attached hereto and incorporated herein as an Exhibit.

4.      Mortgagee shown on the Mortgage attached as an exhibit is the original Mortgagee. Plaintiff is now entitled to enforce Mortgage and Mortgage Note pursuant to Florida Statutes § 673.3011.

5.      The Property is now owned of record by Defendant(s), LEROY WILLIAMS, JAMES LITTLEJOHN A/K/A JAMES L. JOLIN, and HOKE WILLIAMS.

6.      The Mortgage Note and Mortgage are in default. The required installment payment of January 1, 2007, was not paid, and no subsequent payments have been made. The Mortgage is contractually due for the January 1, 2007, payment. The last payment received was applied to the December 1, 2006, installment, and no subsequent payments have been applied to the loan.

7.      Plaintiff declares the full amount payable under the Mortgage Note and Mortgage to be now due.

8.      Plaintiff must be paid $448,000.00 in principal on the Mortgage Note and Mortgage, together with interest from December 1, 2006, late charges, and all costs of collection including title search expenses for ascertaining necessary parties to this action and reasonable attorney's fees.

9.      All conditions precedent to the acceleration of the Mortgage Note and foreclosure of the Mortgage have been performed or have occurred.

10.     Plaintiff has retained the law firm of Florida Default Law Group, P.L., in this action and is obligated to pay it a reasonable fee for its services in bringing this action as well as all costs of collection.

11.     The interests of each Defendant are subject, subordinate, and inferior to the right, title, interest, and lien of Plaintiff's Mortgage with the exception of any special assessments that are superior pursuant to Florida Statutes §159 (2006) and Florida Statutes §170.09 (2006).

12.     THE UNKNOWN SPOUSE OF LEROY WILLIAMS may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of homestead rights, possession, or any right of redemption, or may otherwise claim an interest in the Property.

13.     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FRANKLIN CREDIT TRUST SERIES I may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a Mortgage recorded in Official Records Book 23623, Page 3251; an Assignment of Mortgage recorded in Official Records Book 25259, Page 4220; an Assignment of Mortgage recorded in Official Records Book 26765, Page 4470, or may otherwise claim an interest in the Property.

14.     WELLS FARGO BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO WACHOVIA BANK, NATIONAL ASSOCIATION may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a Home Equity Line of Credit Mortgage recorded in Official Records Book 26023, Page 4882, or may otherwise claim an interest in the Property.

15.     MIAMI-DADE COUNTY may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a Code Enforcement Lien recorded in Official Records Book 27018, Page 326; a Code

Enforcement Lien recorded in Official Records Book 26866, Page 3536; a Code Enforcement Lien recorded in Official Records Book 26371, Page 4436; a Code Enforcement Lien recorded in Official Records Book 25988, Page 2508; a Code Enforcement Lien recorded in Official Records Book 25813, Page 2466, or may otherwise claim an interest in the Property.

16.    TENANT #1, TENANT #2, TENANT #3 and TENANT #4, the names being fictitious to account for parties in possession may claim some interest in the Property that is the subject of this foreclosure action by virtue of an unrecorded lease or purchase option, by virtue of possession, or may otherwise claim an interest in the Property. The names of these Defendants are unknown to the Plaintiff.

WHEREFORE, Plaintiff requests that the Court ascertain the amount due Plaintiff for principal and interest on the Mortgage Note and Mortgage and for late charges, abstracting, taxes, expenses and costs, including attorney's fees, plus interest thereon; that if the sums due Plaintiff under the Mortgage Note and Mortgage are not paid immediately, the Court foreclose the Mortgage and the Clerk of the Court sell the Property securing the indebtedness to satisfy Plaintiff's mortgage lien in accordance with the provisions of Florida Statutes §45.031 (2006); that the rights, title and interest of any Defendant, or any party claiming by, through, under or against any Defendant named herein or hereafter made a Defendant be forever barred and foreclosed; that the Court appoint a receiver of the Property and of the rents, issues, income and profits thereof, or in the alternative, order sequestration of rents, issues, income and profits pursuant to Florida Statutes §697.07 (2006); and that the Court retain jurisdiction of this action to make any and all further orders and judgments as may be necessary and proper, including the issuance of a writ of possession and the entry of a deficiency decree, when and if such deficiency decree shall appear proper, if borrower(s) has not been discharged in bankruptcy.

## COUNT II – REFORMATION - Mortgage

17.    This is an action to reform a Mortgage, which has been recorded in the Public Records of MIAMI-DADE County, Florida. This is an equitable action with no adequate remedy at law.

18.    At all times material to this cause, LEROY WILLIAMS, A SINGLE MAN owned real property in MIAMI-DADE County, Florida, described as follows:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

This is evidenced by the true and correct copy of the Warranty Deed in the Official Records Book 23623 at Page 3230 attached hereto as an Exhibit.

19.    On June 30, 2005, LEROY WILLIAMS, AN UNMARRIED MAN executed and delivered to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR AXIOM FINANCIAL SERVICES a Mortgage that was recorded on July 29, 2005 in Official Records Book 23623, Page 3231 of the Public Records of MIAMI-DADE County, Florida. A true and correct copy of the Mortgage is attached hereto as an Exhibit.

20. Inadvertently, and contrary to the clear intentions of the parties to the Mortgage, a scrivener's error resulted from mutual mistake. Consequently, the legal description contained the following underlined and highlighted error:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 45, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

## PAGE 45-SHOULD BE PAGE 46

21. Based on these errors, the document does not accurately reflect the intentions of the parties to the Mortgage.

22. Equity requires that the Court reform the legal description to conform with the first legal description referenced in this Count.

23. The reformation sought will not prejudice any parties to this action.

WHEREFORE, the Plaintiff requests that the Court reform the legal description in the Mortgage to correct the scrivener's error and to reflect the true intentions of the parties.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766

By: _____
Robert Schneider
Florida Bar No. 52854
David M. Borrego
Florida Bar No. 36844
Ronald E. Pereira
Florida Bar No. 597872

GMAC-CONV-R-UNASSIGNED

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11th)
Elected Constitutional Officer
Dade County Courthouse Rm-1105
73 W Flagler St
Miami, FL. 33130-1731

PROCESSED

**FOR OFFICE USE ONLY:**

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2008

ID Code

ID No    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2008 was $ 2,860,357.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former residence) | 700,000.00 |
| Home located in Miami-Dade (residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Cnty, Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 ML | $ 25,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former residence) P.O. Box 900119 Louisville, Ky | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mort) P.O. Box 4622 Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx | 120,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579, Columbus, Ohio 4328-2579 | 9,205.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |

CE FORM 6 - Eff. 1/2009    (Continued on reverse side)    PAGE 1



AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



**WESTERN UNION**
**PAYMENT SERVICES**

Dec. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

## PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Nov. 30, 2006 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:45 A.M. Nov. 30, 2006, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. K pg.2

~~Exh. ?? pg.?~~



AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Jan. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WA |
| Bank Account Number: | *** |
| Date of Transaction: | Dec. |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:40 A.M. Dec. 31, 2006, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.

Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the information is nessary.
This is not a bill. Do not mail payment.
Retain this letter for your records.

Exh. K P9.3

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



**WESTERN UNION**
PAYMENT SERVICES

Feb. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

Bank:                          WACHOVIA BANK, NA
Bank Account Number:           *****0274
Date of Transaction:           Jan. 31, 2007

Payable To:                    AXIOM FINANCIAL SERVICES
Amount of Payment:             $2286.67

Customer Reference:            D001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:00 A.M. Jan. 31, 2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 1-88-832-7990.
Thank you for your business.

                    AXIOM FINANCIAL SERVICES
                    10900 STONE LAKE BLVD. SUITE 350
                    AUSTIN TX 78759-5867

                    Important Information
Don't give out your bank account information over the phone unless you are the one that placed the call.
                    This is not a bill. Do not mail payment.
                    Retain this letter for your records.

Exh.K Pg.4



PAYMENT SERVICES

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Feb. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

Bank:                        WACHOVIA BANK, NA
Bank Account Number:         ******0274
Date of Transaction:         Jan. 31, 2007

Payable To:                  AXIOM FINANCIAL SERVICES
Amount of Payment:           $2286.67

Customer Reference:          0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:00 A.M. Jan. 31,2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD. SUITE 350
AUSTIN TX 78759-5867

Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the information is necessary.
This is not a bill. Do not mail payment.
Retain this letter for your records.



AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



**WESTERN UNION**
**PAYMENT SERVICES**

Mar. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Feb.28, 2007 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS.

Based on your authorization during our telephone conversation we initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188.832.2900
Thank you for your business

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Don't give out your bank account information over the phone.
This is not a bill. Please read carefully.
Retain this for your records.

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**WESTERN UNION**
**PAYMENT SERVICES**

April 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA. |
| Bank Account Number: | *******0274 |
| Date of Transaction: | March 30, 2007 |
| Payable To: | Axion Financial Services |
| Amount of Payment: | $2286.67 |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS;

Based on your authorization during our telephone conversation at 11:51 A.M., March 30, 2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-632-7390.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd, Suite 350
Austin Tx 78759-5867

important information
Don't give out your Bank account information over the phone unless you know the company and understand why the information is necessry

This is not a bill. Do not mail payment.
Retain this letter for your records.

004730A0116730

Exh.R Pg.7

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**WESTERN UNION**
**PAYMENT SERVICES**

May 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

## PAYMENT DESCRIPTION

Bank:                           WACHOVIA BANK, NA
Bank Account Number:            *******0274
Date of Transaction:            April 30, 2007

Payable To:                     Axion Financial Services
Amount of Payment:              $2286.67

Customer Reference:             0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:00 A.M., April 30, 2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

                Axiom Financial Services
                10900 Stone Lake Blvd Suite 350
                Austin Tx 78759-5867

                    Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the
information is necessary

            This is not a bill. Do not mail payment.
            Retain this letter for your records.

004730A0116730

Exh. K. pg. 8

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**PAYMENT SERVICES**

June 1, 2007

LEROY   WILLIAMS
19020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

Bank:                              WACHOVIA BANK, NA
Bank Account Number:               ******0274
Date of Transaction:               May 30, 2007

Payable To:                        Axiom Financial Services
Amount of Payment:                 $1286.67

Customer Reference:                0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:38 A.M., May 30, 2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd Suite 350
Austin Tx 78759-5867

Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the
information is nessary

This is not a bill. Do not mail payment.
Retain this letter for your records.

004730A0116730

Filing # 65341895 E-Filed 12/13/2017 01:30:51 PM

*Exh. L pg*

**BROCK & SCOTT**
PLLC

CURTIS HERBERT
ADMITTED IN FLORIDA

JESSICA LFAGEN
ADMITTED IN FLORIDA

THOMAS E. BROCK
ADMITTED IN NORTH CAROLINA

GREGORY A. SCOTT
ADMITTED IN NORTH CAROLINA

JAMES P. BONNER
ADMITTED IN NORTH CAROLINA

1501 NW 49TH STREET, SUITE 200
FT. LAUDERDALE, FL 33309
954.618.6955
FAX 954.618.6953

December 12, 2017

The Honorable John Schlesinger
Miami-Dade County Courthouse

Re: U.S. Bank, National Association, as Trustee for RASC 2005AHL3 v. Hoke Williams.

Case No.: 2010-61928-CA-01
File No.: 13-F02868

The Honorable Judge Schlesinger:

Pursuant to your Honor's instructions from the Non-Jury Trial that took place on November 29, 2017, enclosed please find a copy of Plaintiff's Trial Memorandum.

Thank you for your time, consideration and cooperation in this matter.

Respectfully,

Willnae LaCroix, Esq.
FLCourtDocs@brockandscott.com
(954) 618-6955 x6151

Enclosures

Exh. l. pg. 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3,

         Plaintiff,

vs.

Leroy Williams; The Unknown Spouse of Leroy
Williams; Littlejohn a/k/a James L. Jolin, James;
Unknown Spouse of James Littlejohn AKA James L.
Jolin; Hoke Williams; Unknown Spouse of Hoke
Williams; Mack Wells; Unknown Spouse of Mack
Wells; Curtis McNeil; The Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami (City),

         Defendants.

_____/

GENERAL JURISDICTION DIVISION

Case No. 2010-61928-CA-01

## PLAINTIFF'S TRIAL MEMORANDUM

Plaintiff, U.S. Bank, National Association, as Trustee for RASC 2005AHL3, by and through the
undersigned counsel, hereby files its Trial Memorandum, pursuant to this Court's Trial Order
dated November 29, 2017 and further states as follows:

**Whether Plaintiff's Prior Foreclosure *Case* No. 2007-12407-CA-01 was Dismissed
with Prejudice, And Whether there contained an Order Precluding Plaintiff from re-filing
a Foreclosure Action on the subject Note and Mortgage.**

1. Plaintiff's filed this current Foreclosure action on December 06, 2010 on the subject Note
   and Mortgage.

2. On said action, all Defendants were properly served.

3. At the Trial that occurred on November 29, 2017, Defendants, brought forth an allegation
   that the Court on a prior foreclosure action, case No. 2007-12407-CA-01, entered an
   Order Dismissing the Foreclosure Action with Prejudice and precluding Plaintiff from
   filing any other action on the subject Note and Mortgage.

Exh. L pg.

4. Defendants allegation is without merit. Defendants are correct, in that there was a previous foreclosure action filed on April 26, 2007, case No. 2007-12407-CA-01. However, Defendants are incorrect in their allegations that an Order was entered precluding Plaintiff from instituting further Foreclosure action on the subject Note and Mortgage.

5. In respect to Case No. 2007-12407-CA-01, on August 9, 2007, this Court entered Final Judgment in Plaintiff's favor. The sale of the property was scheduled to occur on September 14, 2007. Attached hereto as Exhibit "A" the Final Judgment.

6. The Original Note and Mortgage was filed on August 13, 2007.

7. Subsequent to the entry of the Final Judgment of Foreclosure, a Motion was filed on September 12, 2007, to Cancel the Foreclosure sale that was scheduled for September 17, 2007. An Order was entered on September 17, 2007, canceling the Foreclosure Sale. Attached hereto as Exhibit "B", Order Canceling Sale.

8. After the cancelation of the Foreclosure Sale, Defendant, Mack Wells on August 15, 2008 filed a Motion to Dismiss the action due to Lack of Prosecution. The Court Docket reflects that on September 9, 2008, a Notice was filed by Plaintiff responding to Defendant, Mack Wells Motion to Dismiss for Lack of Prosecution.

9. Nevertheless, on April 07, 2010, this Court entered an Order Dismissing Case No. 2007-12407-CA-01, With Prejudice for Lack of Prosecution. Attached hereto as Exhibit "C", Order Dismissing Case for Lack of Prosecution.

10. The Dismissal that was entered on April 07, 2010, on Case No. 2007-12407-CA-01 was only due to Lack of Prosecution.

11. On June 20, 2010, Plaintiff's counsel the time, filed a Motion to Dismiss the Case, Cancel Foreclosure Sale, Cancel Notice of Lis Pendens, And Setting Aside Final Summary Judgment. On June 25, 2010, this Court entered an Order Granting the Dismissal of the Case. The Order further states that Plaintiff's Action was dismissed Without Prejudice and that Plaintiff retain future rights to bring an action to foreclose the mortgage, which is the subject of the instant action. Attached hereto as Exhibit "D", Order of Dismissal Dated June 25, 2010.

12. On October 14, 2010, a Motion was filed to Vacate the Last Order of Dismissal, entered on June 25, 2010 and retained the initial Dismissal Order entered on April 07, 2010. On

November 4, 2010, the Clerk's docket indicates, "No Further Judicial Action", was needed, as such the Dismissal Order that was entered on June 25, 2010 that dismissed Case No. 2007-12407-CA-01 Without Prejudice and retains, Plaintiff's right to seek further foreclosure action on the same Note and Mortgage remained in effect.

13. The Dismissal with Prejudice Order that was entered on April 4, 2010 that Defendants keep referring too, was no longer in effect, once the Court entered the June 25, 2010 Dismissal Order. That Order took precedent and no other Order of Dismissal is in place for Case No. 2007-12407-CA-01.

14. Defendants, allegation that an Order was entered barring Plaintiff from filing further actions on the same Note and Mortgage because Plaintiff failed to comply with a Request by the Court for Plaintiff to file the Note and Mortgage, is incorrect. It is clear that Defendants misinterpreted what occurred in the prior matter. There exist no Dismissal Order that precludes Plaintiff from filing a new action on the subject Note and Mortgage,

15. Plaintiff properly filed this instant action, as such Defendants allegation has no merits and nothing precludes Plaintiff from proceeding with this subject Foreclosure action.

**Whether Plaintiff's Current Action is Barred by Statute of Limitation:**

Defendants allege that Plaintiff's current Foreclosure action is barred by the five (5) year statute of limitation. Defendants allegation is misinterpreting. Defendants allegation is based on a dismissal of a prior action to foreclose the subject Mortgage Loan, Case No. 2007-12407-CA-01, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida (the "Prior Foreclosure Action"). While, Defendants are correct that the prior action was dismissed. The prior action was dismissed without prejudice. Furthermore, the Dismissal Order entered on June 25, 2010, in Case No. 2007-12407-CA-01, not only retained Plaintiff's future rights to foreclose on the same Note and Mortgage, Plaintiff also filed this current action well within the (5) year time-frame of both the default of the loan contract which was January 1, 2007 and the

CFN 2007R0432062 OR BK 25576 Pg 1873; (1pg)
RECORDED 04/30/2007 09:57:45
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,

    Plaintiff

vs.           DIVISION

**07-12407CA 32**

SPACE FOR RECORDING ONLY F.S.§695.26

LEROY WILLIAMS; THE UNKNOWN SPOUSE OF LEROY WILLIAMS; MARK WELLS;
ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST
THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD
OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; FRANKLIN CREDIT
MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; TENANT #1, TENANT #2,
TENANT #3, and TENANT #4 the names being fictitious to account for parties in possession
        Defendant(s).
_____/

### NOTICE OF LIS PENDENS

To the above-named Defendant(s) and all others whom it may concern:

You are notified of the institution of this action by the above-named Plaintiff, against you seeking to foreclose a

mortgage recorded in Official Records Book 23623, Page 3231, on the following property in DADE County, Florida:

**LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF,
AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE
COUNTY, FLORIDA.**

Dated this 25 day of _April_ , 2007.

            Echevarria, Codilis & Stawiarski
            P.O. Box 25018
            Tampa, Florida 33622-5018
            (813) 251-4766

            By: _____
               Nikolay Kolev
               **FLORIDA BAR NO. 0028005**
               **E.Tyler Samsing**
               **FLORIDA BAR NO. 0028380**

FIDHOMECOMIN-CONV–R-mherrera

*Exh. N*

IN ___ CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, ___RIDA

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3,

Plaintiff,

vs.

**CASE NO.:** **10 - 61928 CA 05**
**DIVISION:**

LEROY WILLIAMS , et al,

Defendant(s).

### PLAINTIFF'S CERTIFICATION SETTLEMENT AUTHORITY
(Residence Is Not Homestead)

In compliance with Administrative Order 2010-03 A1, the undersigned attorney certifies that following person or entity has full authority to negotiate a settlement of this case with the borrower without further consultation:

SEE CHART
1100 Virginia Drive
Fort Washington, PA 19034
Telephone:
Fax:
Email:
File Number: F10051160

**Notice to Defendants: Because of privacy laws and rules, the plaintiff will only be able to negotiate a modification of the loan with the named borrower on the underlying debt.**

I certify a copy of this certification was served on defendants with the summons.
Dated this _30_ day of ___November___, 2010.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766

By: _____

Robert Schneider
Florida Bar No. 52854
David M. Borrego
Florida Bar No. 36844
Ronald E. Pereira
Florida Bar No. 597872

F10051160

Exh. O

**FLORIDA DEFAULT LAW GROUP, P.L.**
ATTORNEYS AT LAW
9119 CORPORATE LAKE DRIVE
1ST FLOOR
TAMPA, FLORIDA 33634

Please reply to:
Post Office Box 25018
Tampa, FL 33622-5018

Telephone (813) 251-4766
Telefax (813) 251-1541

July 29, 2010

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL  33167

Re:

| | |
|---|---|
| Loan Number | |
| Mortgage Servicer | GMAC MORTGAGE, LLC |
| Creditor to whom the debt is owed: | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 |
| Property Address | 15020 SOUTH RIVER DRIVE, MIAMI, FL  33167 |
| Our File No | F10051160 |

Dear Borrower

The law firm of Florida Default Law Group, P.L. (hereinafter referred to as "law firm") has been retained to represent U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 with regards to its interests in the promissory Note and Mortgage executed by LEROY WILLIAMS  on June 30, 2005.  Pursuant to the terms of the promissory Note and Mortgage, our client has accelerated all sums due and owing, which means that the entire principal balance and all other sums recoverable under the terms of the promissory Note and Mortgage are now due.

As of the date of this letter, the amount owed to our client is $661,289.01, which includes the unpaid principal balance, accrued interest through today, late charges, and other default-related costs recoverable under the terms of the promissory Note and Mortgage.   Additional interest will accrue after the date of this letter.

This correspondence is being sent to comply with the Fair Debt Collection Practices Act and should not be considered a pay off letter. Our client may make advances and incur fees and expenses after the date of this letter which are recoverable under the terms of the promissory Note and Mortgage.  Therefore, if you wish to receive figures to reinstate (bring your loan current) or pay off your loan through a specific date, please contact this law firm at (813) 251-4766 or client services@defaultlawfl.com.

Unless you notify this law firm within thirty (30) days after your receipt of this letter that the validity of this debt, or any portion thereof, is disputed, this law firm will assume that the debt is valid.  If you do notify this law firm in writing within thirty (30) days after receipt of this letter that the debt, or any portion thereof, is disputed.

FILE_NUMBER: F10051160

HELLOLETTER

CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

CFN 2014R044748:
OR Bk 29203 Pgs 2867 - 2868; (2
RECORDED 06/23/2014 16:03:51
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

When recorded return to: _____

# Quitclaim Deed:

*Exh. P1*
*Pg. 182*

THIS QUITCLAIM DEED, executed this __18__ day of __JANUARY__, 20_13_,
by first party, Grantor, *Odele Whitney, Steve weeks, Lenny Williams, James Gillespie, Curtis Micheal*
whose post office address is *15020 S-River cha. Miami Fl. 33167*
to second party, Grantee, *Best Group Ministries (a tax exempt non-Profit Organization*
whose post office address is *15020 S-River Dr. Miami Fl. 33167*

WITNESSETH, That the said first party, for good consideration and for the sum of — *Ten dollars* —
Dollars ($ *10.00* )
paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the
said second party forever, all the right, title, interest and claim which the said first party has in and to the following described
parcel of land, and improvements and appurtenances thereto in the County of *Miami-Dade*,
State of *Florida* to wit:

*Legal Description: 27524/ 1.19 AC DB
44-46 Biscayne Gardens See E Part, Lot
105 Lot Size 100.000 x 515*

*Folio Number: 30 2123022 1050*

Assessor's Property Tax Parcel/Account Number(s): _____

Exh. P1
Pg. 2

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness: *Clyde McPhatter*

Printed Name of Witness: *Clyde McPhatter*

Signature of First Party: *Hilda Wilson, Mark Veth, Jen Littlehales, Larry Williams, Kotis McNeil*

Printed Name of First Party: *Hilda Leichter, Mark Veth, James Littlehales, Larry Williams, Curtis McNair*

Address of Witness: 3720, NE 165 ST MIAMI FL. 33160

2nd witness *James Barber* 1972 NE 119th Rd Miami FL.
*James Brookman*

State of FLORIDA                    Prepared: *Clyde Ward* 15020 S. RIVERSIDE
County of MIAMI DADE }ss               CLYDE WARD              Miami FL. 33_

I certify that I know or have satisfactory evidence that *Hilda Wilson, Curtis McNair* (name of person) is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as _____ (officer, trustee, etc.) of _____ (name of party on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 1-20-2013          Signature: *Fannie Mitchell*

(Seal or Stamp)          Title: _____

My appointment expires: _____

© 2004, Lawyers Study, LLC
FORM 4 - Rev 34084

Book29203/Page2868          CFN#20140447183          Page 2 of

When recorded return to: _____

**Exh. P2**

**Pg. 1.**

# Quitclaim Deed:

THIS QUITCLAIM DEED, executed this ___22___ day of ___JANVARY___, 201**3**.

by first party, Grantor, _Boss Group MiNisTRies (a Tax exempt New Profit Organization_

whose post office address is _15020 S. River Dr. Miami, Fla. 33167_

to second party, Grantee, _MAurice Symonette_

whose post office address is _15020 S. River Dr. miami, Fla. 33167_

WITNESSETH, That the said first party, for good consideration and for the sum of _____

~~ TEN Dollars ~~ Dollars ($ _10.00_ )

paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of _____

State of _Florida_    to wit:

_Legal Discription 22 52 41 1.19 Ac PB_
_44-46 Buntpine Gardens SEE F Part 1 Lot_
_105 Lot Size 100.000 X 515_

_Folio Number: 30 2123 0 22 1050_

$

© 2004, Socrates Media, LLC
LF230055 • Rev. 04/04

Prepared by Mack Wells

Assessor's Property Tax Parcel/Account Number(s): _____

**Exh. P1**
**Pg. 2**

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written  Signed sealed and delivered in presence of

Signature of Witness: _____

Printed Name of Witness: Curtis McNeal

Signature of First Party: _____

Printed Name of First Party: Maurice Symonette

Address of Witness: 15020 S. River Dr. Miami FL. 33167

2nd Witness James Littlejohn 3320 NW 165th St Miami FL 33160

State of Florida
County of Miami Dade } ss

I certify that I know or have satisfactory evidence that _____ (name of person) is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as _____ (officer, trustee, etc.) of _____ (name of party on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Date: 1-20-2013      Signature: Fannie Mitchell

Title: _____

My appointment expires: _____

Page 2

When recorded return to: _____



*Exh. P3*
*Pg. 1*

# Quitclaim Deed:

THIS QUITCLAIM DEED, executed this ___26___ day of _JANUARY_ ____, 20_13_,

by first party, Grantor, ___MAURICE SYMONETTE___

whose post office address is _15020 S. River DR. Miami Fla. 33167_

to second party, Grantee, _Maurice Symonette, Mack Wells and Curtis McNeal_

whose post office address is _15020 S. RIVER DR. Miami Fla. 33167_

WITNESSETH, That the said first party, for good consideration and for the sum of _____
_____ _TEN DOLLARS_ _____ Dollars ($ _10.00_ )

paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the

said second party forever, all the right, title, interest and claim which the said first party has in and to the following described

parcel of land, and improvements and appurtenances thereto in the County of _Miami DADE_ _____,

State of _Florida_ to wit: _Legal Discription 22 52 41 1.19 AC PB_
_44-46 Biscayne Gardens Sec F Part 1 Lot_
_105 Lot Size 100,000 x 515_

_Folio Number 30 2123022060_

*Exh. P3*
*Pg. 2*

Assessor's Property Tax Parcel/Account Number(s): _____

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness: _Clyde McPhatter_

Printed Name of Witness: _Clyde McPhatter_

Signature of First Party: _Maurice S._

Printed Name of First Party: _Maurice Symonette_

Address of Witness: _15020 S. River Dr. Miami Fla. 33167_

Second Witness: _James Littlejohn_ 1972 N.R. 119th rd.
_James Littlejohn   Miami, Fla. 33181_

State of _Florida_
County of _Miami Dade_ } ss.

I certify that I know or have satisfactory evidence that _____ (name of person) is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as _____ (officer, trustee, etc.) of _____ (name of party on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: _1-26-2013_                    Signature: _Fannie Mitchell_

(Seal or stamp)

Title: _____

My appointment expires: _____

Page 2

CFN 2005R0731945
OR Bk 23572 Pss 3964 - 3965; (2pss)
RECORDED 07/14/2005 14:45:39
DEED DOC TAX 4.20
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Exh. P4
Pg. 1

Pg 1

# QUITCLAIM DEED

**THIS QUITCLAIM DEED**, Executed this **8th** day of **July**

(year), **2005**

by first party, Grantor, Leroy Williams

whose post office address is 15020 South River Drive Miami Florida 33167

to second party, Grantee, James Littlejohn, Leroy Williams and Hoke Williams

whose post office address is 15020 South River Drive Miami Fl 33167

Jame Littlejohn Can Buy, Sell, ReFinance, or Quit Claim, this property without other owners everything concerning this property must be Done through James Littlejohn.

**WITNESSETH**, That the said first party, for good consideration and for the sum of

One Thousand Dollars ($ 1000.00) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Dade , State of Florida to wit:

Lot 105 Biscayne Gardens Section F Part 1(one) according to the plat there of as Recorded in Plat Book 44 page 46, of the Public Records of Miami Dade County, Florida

Parcel Identification Number: 30-2123-022-1050

OR BK 23572 PG 3965.2
LAST PAGE

Exh. P4
Pg. 2

*Quit Claimed to James Littlejohn, Leroy Williams, and Hoke Williams on pg. 1*

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness

Steve Cruz
Print name of Witness

Signature of Witness

Billy Williams
Print name of Witness

Signature of First Party

LEROY WILLIAMS
Print name of First Party

Signature of First Party

Print name of First Party

State of
County of
On __7/8/2005__ before me,
appeared __Leroy Williams__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature of Notary   July 8 2005

CARLINE WILLIAMS
Notary Public - State of Florida
My Commission Expires Apr 25, 2009
Commission # DD 422403
Bonded By National Notary Assn.

Affiant _____ Known _____ Produced ID
Type of ID __L.ic__
                                    (Seal)

State of
County of
On
appeared
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature of Notary

CARLINE WILLIAMS
Notary Public - State of Florida
My Commission Expires Apr 25, 2009
Commission # DD 422403
Bonded By National Notary Assn.

Affiant
Type of ID __L.ic__
                                    (Seal)

Signature of Preparer

Carline Williams
Print name of Preparer

13040 NW 5st
Address of Preparer

PemBroke Pines Fl 33028
City, State, Zip

Exh. Q

DISTRICT/UNIT

☑ Offense Report
☐ Crash Report
☐ Contact Only—
No Report Written

TELEPHONE
6/14/24
DATE REPORTED

Date/Time of Contact
10469  O. Campoo
Name/Rank/ID #

An Internationally
Accredited
Police Agency

☐ CASE REPORT     ☐ CONTACT INFO.

Accident reports will be available for purchase by you or your insurance company at *www.AuthorizeTransaction.com*. A copy of this report may also be obtained from the Central Records Bureau of the Miami-Dade Police Department, 9105 N.W. 25 St., Miami, Florida 33172, from Monday through Friday, 9:00 a.m. to 5:30 p.m. It is suggested you call (305) 471-2085 to verify that it is available for release. No other information will be given over the telephone in reference to the report. Reports may also be obtained by mailing a stamped, self-addressed envelope with your request, to the above address.

32.15.01-58
114.01-432 Rev. 7/10

1502 S. River Dr.
Address of Occurrence

OCT-12-2005  14:51        DEPARTMENT OF STATE                    850 245 6259    P.02

OATH OF OFFICE                          Exh.R pg.1

# STATE OF FLORIDA

COUNTY OF _Miami - Dade_

I, DO SOLEMNLY SWEAR (OR AFFIRM) that I will support, protect and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

_the office of Circuit Judge, Eleventh Judicial Circuit, Group 76_

on which I am now about to enter, so help me God.

> **UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING OATH AND THAT THE FACTS STATED IN IT ARE TRUE.**

(1) _[signature]_                               _October 14, 2005_

Signature                                        Date Signed

---

## ACCEPTANCE

**SECRETARY OF STATE**
**500 South Bronough Street, Room 316**
**TALLAHASSEE, FLORIDA 32399-0250**

I accept the office of _Circuit Judge, Eleventh Judicial Circuit, Group 76_. The above is the oath of office taken by me. In addition to the above office I also hold the office of _N/A_

My mailing address is: ☑ home  ☐ office

(2) _[redacted]_                               (3) _[signature]_

Street or Post Office Box                        Sign as you desire commission issued

_[redacted]_                                     _SPENCER  EIG_

City, State, Zip Code                            Print or type name as signed above

Person taking oath sign on line (1) above. Sign acceptance on line numbered (3) after giving address on line (2).
DS-DIE 66 (rev.2/04)

# OATH OF OFFICE
### STATE OF FLORIDA



Exh.R pg.2

FILED

08 SEP 15 AM 11:36

County of __Miami - Dade__

I do solemnly ~~swear~~ (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

__Circuit Judge__
(Office)

on which I am now about to enter, so help me God.

_____
Signature

Sworn to and subscribed before me this __12__ day of __September__ 2008

_____
Signature of Officer Administering Oath or of Notary Public – State of Florida)

__Carli R. Rodon__
Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☑ OR Produced Identification ☐

Type of Identification Produced _____

**CARLI R. RODON**
Notary Public - State of Florida
My Commission Expires Sep 3, 2011
Commission # DD 719783
Bonded Through National Notary Assn.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office of __Circuit Judge__

_____. The above is the Oath of Office taken by me.

In addition to the above office I also hold the office of ____none____

Mailing Address: ☐ Home ☑ Office

__1351 N.W. 12th Street__
Street or Post Office Box

__Miami, FL 33125__
City, State, Zip Code

Signature:

__Spencer Eig__
Print name as you desire commission issued

_____
Signature

DS-DE 56 (Rev. 05/07)

Exh.R pg.3

# OATH OF OFFICE

**(Art. II. § 5(b), Fla. Const.)**

RECEIVED
DEPARTMENT
2014 OCT 29 AM 10: 25
DIVISION OF ELECTIONS

**STATE OF FLORIDA**

County of ___Miami - Dade___

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

___Circuit Judge___

(Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

Signature

Sworn to and subscribed before me this 7th day of ___October___, 2014

Signature of Officer Administering Oath or of Notary Public

___Alina M. MacDonald___

Print, Type, or Stamp Commissioned Name of Notary Public

ALINA M. MACDONALD
MY COMMISSION FF 039648
EXPIRES: March 28, 2019
Bonded Thru Budget Notary Services

Personally Known ☑  OR     Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office listed in the above Oath of Office.

Mailing Address:   ☑ Home   ☐ Office

[redacted]

Street or Post Office Box

[redacted]

City, State, Zip Code

___Spencer Eig___

Print name as you desire commission issued

SE

Signature

DS-DE 56 (Rev. 02/10)

# OATH OF OFFICE

(Art. II. § 5(b), Fla. Const.)

*Exh. R*
*RECEIVED*

**STATE OF FLORIDA**

County of Miami-Dade

2020 AUG 10  AM 10: 33

DIVISION OF ELECTIONS
TALLAHASSEE, FL

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

### Judge of the Eleventh Judicial Circuit

(Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

*Signature*

Sworn to and subscribed before me by means of ☒ physical presence or ___ online notarization, this 6 day of August, 2020

RAUL CHAVARRIA
Commission # GG 953280
Expires March 6, 2024
Bonded Thru Budget Notary Services

Signature of Officer Administering Oath or of Notary Public

Raul Chavarria

Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☐   OR   Produced Identification ☒

Type of Identification Produced  Florida Driv. License

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office listed in the above Oath of Office.

Mailing Address:   ☐ Home   ☒ Office

73 West Flagler Street

Street or Post Office Box

Miami, FL 33130

City, State, Zip Code

Spencer Eig

Print Name

Signature

DS-DE 56 (Rev. 02/20)

Exh.S

**Google** Maps    15020 S River Dr



Map data ©2024 , Map data ©2024    20 ft



# 15020 S River Dr
Building

        

Directions    Save    Nearby    Send to    Share
                                phone

    You visited today

📍    15020 S River Dr, Miami, FL 33167

ExhT
Pg. 1



CFN 2005R0793767
OR BK 23623 Pgs 3231 - 3250; (20pgs)
RECORDED 07/29/2005 12:41:05
MTG DOC TAX 1,568.00
INTANG TAX 896.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Return To
Axiom Financial Services
Attn: Post Closing Dept.
16550 West Bernardo Dr., Bldg 1
San Diego, CA 92127-1870

This document was prepared by
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

————————— [Space Above This Line For Recording Data] —————————

# MORTGAGE

MIN 100176105062/33202

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated June 30, 2005 together with all Riders to this document.
(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is Axiom Financial Services

100176105062733                                                   0506273320

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS            Form 3010  1/01

-6A(FL) (0005).02
Page 1 of 16                    Initials _____
VMP MORTGAGE FORMS (800)521-7291

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh. 1
pg. 2



## LEGAL DESCRIPTION ADDENDUM

| Borrower Name(s):<br>LEROY WILLIAMS | Lender:<br>Axiom Financial Services<br>10900 Stonelake Blvd Suite 350<br>Austin, TX 78759-5867 |
|---|---|
| | Loan #: ███████ |

**Property Address:**
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

**Legal Description:**
LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF,
AS RECORDED IN PLAT BOOK 44, PAGE 45, OF THE PUBLIC RECORDS OF MIAMI-DADE
COUNTY, FLORIDA.

Initials _LW_

MIN # 100176165062733202          WILLIAMS          Loan #  ███████
AHL-M0101-UFF                     Page 1 of 1

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh-
Pg.3

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of.

*Camellia Robinson*
CArretha Robinson

*Leroy Williams* _____ (Seal)
LEROY WILLIAMS                    -Borrower

8152 NORTH WEST 15 MANNOR
FORT LAUDERDALE, FL 33322     (Address)

*Midelle Austin-Willo*

_____ (Seal)
                    -Borrower

_____
                    (Address)

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____
(Address)

_____
(Address)

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____
(Address)

_____
(Address)

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____
-Address)

_____
(Address)

100176105062733                              0506273320

-6A(FL) (0006) 02            Page 15 of 16            Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.T
Pg.4

STATE OF FLORIDA, Broward                    County ss:
The foregoing instrument was acknowledged before me this June 30, 2005   by
LEROY WILLIAMS, a single man.

who is personally known to me or who has produced   Vaild ID/L   as identification

Michelle Austin-Wilks
Commission # DD080925
Expires Dec. 26, 2005
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public

100176105062733                              0506273320
Page 16 of 16                                 Form 3010  1/01

6A(FL) (0305) 07                Initials L.W.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.



# Interest Only ADJUSTABLE RATE NOTE

(LIBOR Six-month Index (As Published In
The Wall Street Journal) — Rate Caps)

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR A CHANGE IN MY FIXED
INTEREST RATE TO AN ADJUSTABLE INTEREST RATE AND FOR CHANGES IN
MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE
INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I
MUST PAY.

June 30, 2005                         MIAMI                         FL
                                      [City]                       [State]
                          15020 SOUTH RIVER DRIVE
                          MIAMI, FL 33167
                          [Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U S. $ 448,000.00 (this amount is called
"Principal"), plus interest, to the order of Lender Lender is Axiom Financial Services. I will make all
payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is
entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest
at a yearly rate of 6.125%. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after
any default described in Section 7(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will make a payment on the 1st day of every month, beginning on August 1, 2005. Before the First
Principal and Interest Payment Due Date as described in Section 4 of this Note, my payment will consist only of the
interest due on the unpaid principal balance of this Note. Thereafter, I will pay principal and interest by making a
payment every month as provided below.

MIN # 100176105062733202                    WILLIAMS              Initials: _____
INTNOTE1.UFF                                 Page 1 of 7          Loan # ▮▮▮▮
                        LW                   AHL modified FannieMae 3530 (11/01)

F07012118

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK



## AFFIDAVIT

I MAURICE Symonette was There in The Dade County Courthouse on Flagler Street in DownTown MIAMI and witnessed Judge ZAbel Sign The Document To Dismiss With Prejudice on 04/06/2009 That was For The Case: 2007-12407-CA02, And I Also witness That I saw it on The Docket Sign Judge ZAbel

MAURICE Symonette
15720 S. River DR
Miami, Fla. 33167



X Tammie Mitchell
'feb 9, 2022

TAMMIE MITCHELL
Notary Public  State of Florida
Commission # GG 360128
My Comm. Expires Jul 29, 2023
Bonded Through National Notary Assn.



## AFFIDAVIT

Exh. V. Pg. 2

I James Buckman was there in the Miami Dade Court House on Flagler Street in downtown Miami and I witness Judge Zabel sign The Document to dismiss with Prejudice on 04/06/2009 That was for the case No. 2007-12407-CA01, And I'm also witness That I saw it on the docket Signed by Judge Zabel

James Buckman Jr.
James Buckman Jr
15120 S. River Dr.
Miami Fl. 33167



X Fannie Mitchell
Feb 4, 2022

FANNIE MITCHELL
Notary Public  State of Florida
Commission # GG 360128
My Comm. Expires Jul 24, 2023
Bonded through National Notary Assn.

pg. 3

# AFFIDAVIT

I Mack Wells was There in The Miami Dade County
Court house on Flagler Street in Downtown Miami And
I witness Judge Zabel Sign The Document To Dismiss with
Prejudice on 04/06/2009 That was For The Case Number
2007-12407-CA01 And I'm also A witness That I
saw it on the Docket Signed by Judge Zabel

*Mack Wells*

MACK   Wells
1502 0 S. River dr.
Miami Fla 33167

x *Fannie Mitchell*
    Feb, 7, 2022



Exhibit E pg-1

3/7/2014  Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information



🛒 0 Item(s) in Basket    Home    Online Services    About us    Contact us

# HARVEY RUVIN
## CLERK of the COURTS
### MIAMI-DADE COUNTY, FLORIDA

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

### US BANK (NA) vs WILLIAMS, LEROY
*Click on BOOK/PAGE of a particular docket to see the image if it is available*

Case Number (LOCAL): 2007-12407-CA-01      Dockets Retrieved: 48      Filing Date: 04/26/2007
Case Number (STATE): 13-2007-CA-012407-0000-01      Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RET'D ORIGINAL NOTE AND MORTGAGE |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC. |
| 06/20/2010 | | MOTION | ATY:00071675 R: 5058 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 1 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | *Judge Zabel Dismissal With Prejudice* | TEXT | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION | TO WRITTEN DISCOVERY,MTN TO STRIKE OR ...ETC |
| 09/09/2008 | | NOTICE | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/200 |
| 09/12/2007 | | MOTION | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION | ATY:88888888 R: 145184 SET ASIDE FJUD AND RECONSIDER STAY |

3/7/2014                          Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

| Date | | Type | Description |
|---|---|---|---|
| 09/10/2007 | | TEXT | $50 FEE PD/RCPT 45184 |
| 08/30/2007 | | NOTICE OF SALE | |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | NOTICE OF FILING | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/13/2007 | | TEXT | SALE DATE 09-14-2007 |
| 08/09/2007 | 25872 / 4163 Pages: 6 | FINAL JUDGMENT | J $ 491500.11 BK:25872 PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | DN03 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN01 DN02 E |
| 07/19/2007 | | NOTICE OF HEARING | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR DEFAULT | |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS. TO PLNFS MORT.FORECLOSURE COMPLT ETC. |
| 06/06/2007 | | TEXT | WRITTEN REQU.FORMAL PROTEST,&DISPUTE ETC. |
| 05/23/2007 | | ANSWER | ATTORNEY:00314021 DN04 |
| 04/30/2007 | 25576 / 1873 Pages: 1 | LIS PENDENS | BK:25576 PG:1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142977

# PART 2 OF THE WRIT OF REPLEVIN

## ALL OF THE EXHIBITS HERE ARE NUMBERED 1-3

Exh 1A

Query    Reports    Utilities

U.S. District Court
**Southern District of Florida (Ft Lauderdale**
**CIVIL DOCKET FOR CASE # 0:23-cv-61345**

Wells et al v. U.S. Bank, National Association et al
Assigned to:
Cause: 28:1331 Federal Question

Date Filed: 07/14/2023
Date Terminated: 07/14/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
Mack Wells

Represented by **Mack Wells**
15020 S. River Dr
Miami, FL 33167
PRO SE

**Plaintiff**
Maurice Symonette

represented by **Maurice Symonette**
15020 S. River Dr.
Miami, FL 33167
PRO SE

V.

**Defendant**
**U.S. Bank, National Association**
*as Trustee for FASC 2005 AHL3*

**Defendant**
**MERS Residential Funding**

**Defendant**
Valerie Manno Sharr
Judge

**Defendant**
John Schlesinger
Judge

**Defendant**
La O
Judge

**Defendant**
Veronica Diaz
*Judge*

**Defendant**
Samantha Cohen
*Judge*

**Defendant**
Vivianne Del Rio

**Defendant**
Bronwwyn C. Miller
*Appellate Judge*

**Defendant**
Kevin Michael Emas
*Appellate Judge*

**Defendant**
Edwin Scales
*Appellate Judge*

**Defendant**
Federal Except Florida Power and Light

**Defendant**
Dade County Clerk of the Courts

**Defendant**
Harvey Ruvin
*Department of Records and Docket*

**Defendant**
Rene Garcia
*Commissioner*

**Defendant**
Carlos Lopez
*Judge*

**Defendant**
Jennifer Bailey
*Admin Judge*

| Date Filed | # | Docket Text |
| --- | --- | --- |

*Exh. IA*

| 07/14/2023 | 1 | COMPLAINT against All Defendants. Filing fee $ 402.00, filed by Maurice Symonette, Mack Wells. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits Part 1, # 3 Exhibits Part 2, # 4 Exhibits Part 3)(scn) (Entered: 07/14/2023) |
| 07/14/2023 | 2 | Clerk's Notice to Filer re: Electronic Case. Case administratively closed. Wrong Venue selected by Filer. CASE HAS BEEN RENUMBERED. The new case number is 1:23cv22640. Pro Se Filer informed Clerk the case is a Fort Lauderdale division. Miami Dade is marked on civil cover sheet. [illegible] (scn) (Entered: 07/14/2023) |

**PACER Service Center**

Transaction Receipt

05/29/2024 02:59:14

| PACER Login: | jcshne8000 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 0:23-cv-61[illegible] |
| Billable Pages: | 2 | Cost: | 0.20 |

Case 1:23-cv- [illegible] 9/2024   Page 1 of 1

Page 1



## U.S. District Court

### Florida Southern - Fort Lauderdale

Receipt Date: Jul 14, 2023 4:16PM

n Syma

Acpt. No: 1 18U                        Trans. Date: Jul 14, 2023 4:18PM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee: Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CA | Cash | | | | $402.00 |

Total Due Prior to Payment:  $402.00

Total Tendered  $402.00

Total Cash Received  $402

Cash Change Amount:  $0.00

**Comments:** Filing Fees for new case# 23-CV-61145 Wells et al v. U.S. Bank, National Association et al

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Case 1:23-cv-22848-... Document 54-...   Entered on FLSD Docket 05/30/2024   Page...

Exhs Pg1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22848-CIV-MARTINEZ

MACK WELLS and MAURICE
SYMONETTE,

    Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
et al.,

    Defendants.

_____/

### ORDER REMANDING CASE

    **THIS MATTER** came before this Court on a *sua sponte* review of the record. It appears

on the face of Plaintiffs Mack Wells and Maurice Symonette's *pro se* Notice of Removal, (ECF

No: 1); that this Court lacks subject matter jurisdiction over this case under the *Younger* abstention

doctrine, *Rooker-Feldman* doctrine, or both. *See Bochese v. Town of Ponce Inlet*, 405 F.3d 964,

974 (11th Cir. 2005) ("[A] federal court is obligated to inquire into subject matter jurisdiction *sua*

*sponte* whenever it may be lacking."). This Court, therefore, remands this case.

    A civil action may be removed from a state court to federal court if the federal court can

exercise federal question jurisdiction under 28 U.S.C. § 1331 or diversity jurisdiction under 28

U.S.C. § 1332. *See* 28 U.S.C. § 1441(a); *see also Blab T.V., Inc. v. Comcast Cable Communs.,*

*Inc.,* 182 F.3d 851, 854 (11th Cir. 1999). Diversity jurisdiction exists if (1) the parties are "citizens

of different States," and (2) "the matter in controversy exceeds the sum or value of \$75,000." 28

U.S.C. § 1332(a); *see also Williams v. Best Buy Co.,* 269 F.3d 1316, 1319 (11th Cir. 2001).

Granting Defendants' Motion to Dismiss ), *Symonette v. Aurora Loan Servs. LLC*, No. 13-cv-23142-HUCK (S.D. Fla. July 1 2014), ECF No. 25; Order of Dismissal ( *Ward v. JP Morgan Chase Bank*, No. 13-cv-60834 (S.D. Fla. Apr. 11 2013), ECF No. 5 (dismissing Mr. Symonette complaint seeking an injunction of a pending foreclosure action under *Younger* abstention doctrine).

Accordingly, it is ORDERED AND ADJUDGED that:

1.  This case is REMANDED to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2.  The Clerk of Court is DIRECTED to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT

Copies provided to:
Mack Wells, *pro se*
Maurice Symonette, *pro se*



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22640-CIV-MARTINEZ

MACK    WELLS    and    MAURICE
SYMONETTE,

    Plaintiffs,

U.S. BANK, NATIONAL ASSOCIATION,
et al.

    Defendants.

## ORDER REQUIRING BRIEFING CONCERNING THIS COURT'S JURISDICTION

    **THIS MATTER** came before this Court on a *sua sponte* review of the record. It appears

on the face of Plaintiffs Mack Wells and Maurice Symonette's *pro se* Amended Complaint to Quiet

Title and Fannie Mae Quate [sic] Title Constructive Fraud with No Need [sic] to Prove Intent

(Axiomatic) and Violations of Federal and State Laws and Rules to Take property [sic] Because

the [sic] Banks Paid Officials for it and Complaint for FL. Rule 9.130 to Add Claim for Punitive

Damages (the "Amended Complaint"),¹ (ECF No. 6), that this Court lacks subject matter

jurisdiction over this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or

both. *See Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 974 (11th Cir. 2005) ("[A] federal court

is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking.")

This Court, therefore, orders Plaintiff to provide this Court with a memorandum concerning its

---

    ¹ Generally, *pro se* complaints are held to a less stringent standard than formal pleadings drafted by
lawyers. *See Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). But the lower pleading
standard does not permit a court to "serve as de facto counsel for a party, or . . . rewrite an otherwise
deficient pleading in order to sustain an action." *GJR Inv. Inc. v. Cnty. Of Escambia*, 132 F.3d 1359, 1369
(11th Cir. 1998).

subject matter [...]

[...]

Federal [...] 74 *Bankers Trust Corp.* [...] least [...] of [...] [...] grant U.S. [...] -3- [...] reduced pursuant to [...] [...] subject matter jurisdiction [...] *P[...]* [...] jurisdiction is further limited by the *Rooker-Feldman* doctrine, which "places limits on the subject matter jurisdiction of federal district courts and courts of appeal over certain matters related to previous state court litigation." *Goodman ex rel. Goodman v. Sipos,* 259 F.3d [...] 1332 [...] Cir. 2001).

Under the *Younger* abstention doctrine, "[w]here vital state interests are involved, a federal court should abstain unless state law clearly bars the interposition of the constitutional claims." 3) *Foster Children v. Bush,* 329 F.3d 1255, 1274 (11th Cir. 2003) (quoting *Middlesex Cnty. Ethics Comm'n v. Garden State Bar Ass'n,* 457 U.S. 423, 432 (1982)). Under *Younger,* this Court should abstain from hearing an issue where (1) the proceedings "constitute an ongoing state judicial proceeding;" (2) "the proceedings implicate important state interests; and" (3) there is "an adequate opportunity in the state proceedings to raise constitutional challenges." *Id.* (quoting *Middlesex Cnty.,* 457 U.S. at 432).

The *Rooker-Feldman* doctrine is derived from *Rooker v. Fidelity Trust Co.,* 263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462 (1983). The *Rooker-Feldman* doctrine precludes district courts "from exercising appellate jurisdiction over final state-

Exh 6pg

- court judgments." *Nicholson v. Shafe* 558 F.3d 1266, 1268 (11th Cir. 2009). Specifically, the doctrine applies to "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280, 284 (2005). The task of reviewing a state court final judgment is "reserved for state appellate courts, or as a last resort, the United States Supreme Court." *Casale v. Tillman*, 558 F.3d 1258, 1260 (11th Cir. 2009). "The doctrine extends not only to constitutional claims presented or adjudicated by a state court, but also to claims that are 'inextricably intertwined' with a state court judgment." *Siegel v. LePore*, 234 F.3d 1163, 1172 (11th Cir. 2000). "A claim is inextricably intertwined if it would 'effectively nullify' the state court judgment or it 'succeeds only to the extent that the state court wrongly decided the issues.'" *Casale*, 558 F.3d at 1260.

Here, the Amended Complaint is a 123-page document that stems from a post-judgment state court case (identified in the 279-page exhibit attached to the Amended Complaint) bearing case number 2007-012407-CA-01 in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Case"). (See, e.g., Am. Compl. Ex. 1, ECF No. 1-12 at 1.) The State Court Case concerns the foreclosure of real property in Miami, Florida, located at 15020 S. River Dr., Miami, FL 33167 (the "Property"). (See id. at 7.) From what this Court was able to discern by the incoherent and rambling allegations in the Amended Complaint, each Defendant was—as Plaintiffs allege—involved in some way in an elaborate scheme to defraud Plaintiffs or otherwise wrongfully take the Property from Plaintiffs through the State Court Case.

Therefore, after perusing the Amended Complaint and its attachment, it appears this Court does not have jurisdiction over this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or both because any form of relief this Court could grant Plaintiffs would require this

Court to (1) disturb an ongoing state court proceeding — in which Plaintiffs are afforded an adequate opportunity to raise their constitutional challenges — involving the forecl ure of property, which implicate an important state interest, *Williams v. Am. Home Mortg. Serv. LLC*, No. 13-23240-CIV-ZLOCH, 2013 WL 1238472, at *2–3 (S.D. Fla. Nov. 20, 2013); 2) make a finding that the foreclosure action at issue was incorrectly decided, *see Casale*, 558 F.3d at 1260; or (3) both.

This Court notes that this is not the first time Mr. Wells or Mr. Symonette have attempted to seek a federal court's review of a foreclosure action in Florida state court. *See, e.g., Williams*, 2013 WL 1238472, at *1 (S.D. Fla. Nov. 20, 2013) (recommending that Mr. Symonette's complaint seeking a stay of a foreclosure action be dismissed under *Younger* abstention doctrine); Order 2, *Symonette v. Deutsche Bank Nat'l Tr. Co.*, No. 19-cv-61132-MOORE (S.D. Fla. Aug. 2019) (dismissing Mr. Symonette's complaint challenging foreclosure action under *Rooker-Feldman* doctrine); Order Dismissing Case 1–2, *McNeal v. U.S. Bank Nat'l Ass'n*, No. 19-22503-CIV (S.D. Fla. July 2, 2019), ECF No. 8 (dismissing Mr. Symonette's complaint seeking review of a foreclosure action as an impermissible shotgun pleading and under *Rooker-Feldman* doctrine); Order 2–3, *Symonette v. Indy Mac Bank*, No. 18-23615-CIV-ALTONAGA (S.D. Fla. Sept. 9, 2018), ECF No. 4 (dismissing Mr. Wells and Mr. Symonette's complaint challenging a foreclosure action as a rambling shotgun pleading); Order Dismissing Case 1–2, *Martin v. Wash. Mutual Bank, F.A.*, No. 17-22478-CIV-MORENO (S.D. Fla. Aug. 14, 2017), ECF No. 8 (dismissing Mr. Symonette's complaint challenging a foreclosure action under *Rooker-Feldman* doctrine); Order Granting Defendants' Motion to Dismiss 1–2, *Symonette v. Aurora Loan Servs., LLC*, No. 13-CV-23142-HUCK (S.D. Fla. July 1, 2014), ECF No. 25; Order of Dismissal 1–2, *Ward v. JP Morgan Chase Bank*, No. 13-cv-60834 (S.D. Fla. Apr. 11, 2013), ECF No. 5 (dismissing Mr. Symonette's

Case 1:23-cv-22640-JEM   Document 54-1   Entered on FLSD Docket 05/30/2024   Page 11 of 31

Exh 6 Pg 5

complaint seeking an injunction of a pending foreclosure action under *Younger* abstention doctrine). This Court also notes that Mr. Wells and Mr. Symonette have attempted to seek federal review of the State Court Case via a separate removal action, which is also before this Court. *See generally* Notice of Removal, *U.S. Bank Nat'l Ass'n v. Wells*, No 2: 22848-CIV-MARTINEZ (S.D. Fla. July 1, 2023, ECF No. 1. This Court will address that action by separate appropriate order. Accordingly It is ORDERED AND ADJUDGED that:

On or before Monday, August 7, 2023, at 1:00 p.m., Plaintiffs SHALL file with the Clerk of this Court a memorandum of no more than ten pages that addresses why this Court should not dismiss this case under the *Younger* abstention doctrine, *Colorado River* doctrine, or both. The memorandum must be type in 12 pt. Times New Roman font, double spaced, and have one-inch margins. The memorandum must bear **Case Number: 23-22640-CIV-MARTINEZ**, so that it is filed in this action.

2    **Plaintiffs' failure to comply with this Order will result in appropriate sanctions, including dismissal of this case without prejudice, without further warning.**

3.    The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only pending this Court's determination concerning its subject matter jurisdiction. This administrative closure will not affect the Parties' substantive rights; rather, it is an administrative tool routinely used by this Court according to its inherent authority to manage its docket.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT

Copies provided to:
Mack Wells, *pro se*
Maurice Symonette, *pro se*

5

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami ...

Case Number 20 20875-C1 - MARTINEZ-OTAZO-REYES

AMANDA MARTIN,

    Plaintiff

JOB DAVUILCOW...

    Defendant

## ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning Tuesday January 19, 2021 at 9:30 a.m., before Jose E. Martinez, United States District Judge, 400 N. Miami Ave Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on January 14, 2021 at 1:30 p.m. at the same location.

### IT IS ORDERED AND ADJUDGED as follows:

1.    No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.    Every motion filed in this case shall be accompanied by one proposed original order granting the motion. Unless otherwise specified by the Court, every motion shall be double spaced in Times New Roman 12-point typeface.

### Pretrial Stipulations and Jury Instructions

3.    Counsel and all *pro se* litigants must meet to confer on the preparation of a joint pretrial stipulation, which must be filed by the deadline set forth below. The stipulation shall conform to Local Rule 16.1(e) and include a joint, neutral summary of the claims and defenses in the case, not to exceed one short paragraph per litigant claim, to be read as an introduction for *voir dire* examination. The Court will not accept unilateral pretrial stipulations and will *sua sponte*

expeditious resolution of this cause.

DONE AND ORDERED in Chambers in Miami, Florida,

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

Case 1:23-cv-22040-JEM   Document 4-1   Entered on FLSD Docket 05/30/2023   Page 1 of 31
Case 1:23-cv-24150-MD   Document 16   Entered on FLSD Docket 07/26/23   Page

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-24150-CIV-MARTINEZ

SAMUEL LEE SMITH JR.,

   Plaintiff

CITY OF MIAMI and ERIC MARTI,

   Defendants.

_____

### ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning Monday, February 24, 2025, at 9:30 a.m., before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, February 20, 2025, at 1:30 p.m.**, at the same location.

It is **ORDERED AND ADJUDGED** as follows:

#### General Procedures

1.     No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.     Every motion filed in this case shall be accompanied by a proposed order granting the motion. The proposed order shall be filed as an exhibit to the motion and e-mailed to martinez@flsd.uscourts.gov in Word format.

3.     The parties have a continuing duty to ensure the Clerk of the Court is provided with the up-to-date service information.

4.     If the case is settled, the parties are directed to immediately inform the Court at (305) 523-5590 **and** file a notice of settlement.

Case 1:23-cv-22____-M   Document 1-1   ____   Docket 05/30/2024   Page ____

Case 1:23-cv-24150-MD   Document 18   Entered on FLSD Docket 02/26/2024   Page 6 of 8

1-10-2025      All pretrial motions and memoranda of law must be filed. Each party limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules.

1-27-2025      Joint Pretrial Stipulation must be filed.

2-18-2025      Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed.

2-19-2025      Proposed *voir dire* questions must be filed.

Failure to comply with this or any order of this Court, the Local Rules, or any other applicable rule may result in sanctions, including dismissal without prejudice or the entry of a default, without further notice.

It is the duty of all counsel and *pro se* litigants to enforce the timetable set forth here to ensure an expeditious resolution of this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of February, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-CR-20051-MARTINEZ

UNITED STATES OF AMERICA

v.

ALFREDA ENORIS DAVIS

_Defendant._

## ORDER SETTING CRIMINAL TRIAL DATE
## AND PRETRIAL SCHEDULE[1]

Trial is scheduled to commence during the two-week period beginning **Monday, March 25, 2024**, at 9:30 a.m., before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1 Miami, Florida.  Calendar Call will be held on Thursday, **March 21, 2024** at **1:30 p.m.** at the same location.  **Defendants are not required to appear for Calendar Call.**

IT IS ORDERED AND ADJUDGED as follows:

1.      Every motion filed in this case shall be accompanied by **one proposed** original order **granting** the motion.  The order shall contain the **up-to-date service list** (names and addresses) of all attorneys in the case.

2.      All motions filed **SHALL BE** accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion, as required by Local Rule 88.9A.

3.      For cases to be heard before a jury, **JOINT** proposed jury instructions and verdict form must be submitted at least **ONE WEEK prior to the Calendar Call.**    In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Criminal Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

---

[1] Counsel shall note changes on page "4" of the Scheduling Order regarding submissions on Motions in Limine.

desire of the Court that all <u>Garcia</u> hearings be conducted as close to the time of arraignment as possible.

Counsel are **DIRECTED** to:

    **a.**   **IMMEDIATELY**, upon receipt of this Order, certify with the Court's Courtroom Deputy the necessity of an interpreter for the Defendant(s); and

    **b.**   At least twenty-four (24) hours prior to any hearing or trial, notify the Court, if an interpreter is required, including the stage of the trial at which an interpreter will be necessary.

If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Court's Courtroom Deputy should be advised no later than five (5) days prior to the hearing.

10.     Failure to comply with this or any Order of this Court, the Local Rules, or any other applicable rule **SHALL** result in sanctions or other appropriate actions. It is the duty of the parties to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 16ᵗʰ day of February 2024

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12497-ca1

U.S. Bank, N.A.
Plaintiff

Lynn Williams
Defendant(s)

jan 1,2010

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2009; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
IT IS ORDERED That this action is Dismissed for **lack of Prosecution** with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 2010          APR 06 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

cc All parties

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

EXH. 11

# FORM 6   FULL AND PUBLIC DISCLOSURE OF 2008
## FINANCIAL INTERESTS

PROCESSED

Marina Schulz   Valerie H.

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

### PART A — NET WORTH

My net worth as of December 31, 2008 was $ 2,860,357.00

### PART B — ASSETS

The aggregate value of my household goods and personal effects described above is $ 152,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Primary residence) | 744,000.00 |
| Home located in Miami-Dade (Rental) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Co. #, Colorado | 300,000.00 |
| Bank Accounts / Stocks Fortis / Various Accounts | 600,000.00 |
| Wine Accumulation app. 350 ml | 25,000.00 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage, Lewisville, KY | 91,458.00 |
| GMAC Mortgage, Lewisville, KY | 995,000.00 |
| Wells Fargo Home Mortgage, Dallas, TX | 179,000.00 |
| Countrywide, OH | 7,205.00 |

| JOINT AND SEVERAL LIABILITY | |
|---|---|
| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| | |
| | |

CE FORM 6

FLORIDA DE[                ]01

[Illegible address block]

Loan Number:
Mortgage Servicer: GMAC MORTGAGE, L[LC]
Creditor to whom U S BANK NATIONAL ASSOCIATION AS TRUSTEE [FOR]
the debt is owed: RASC 2005AHL
Property Address: [1105] SOUTH RIVER DRIVE MIAMI FL 33147
Our File No.:

Dear Borrower:

The law firm of Florida Default Law Group, P.L. (hereinafter referred to as "law firm") represents U S BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL) with regard to its interests in the promissory Note and Mortgage executed by LEROY WILLIAMS on June 3th, 2005. Pursuant to the terms of the promissory Note and Mortgage, our client has accelerated all sums due and owing, which means that the entire principal balance and all other sums recoverable under the terms of the promissory Note and Mortgage are now due.

As of the date of this letter, the amount owed to our client is $post,249.01, which includes the unpaid principal balance, accrued interest through today, late charges, and other debts/relevant costs recoverable under the terms of the promissory Note and Mortgage. Additional interest will accrue after the date of this letter.

This correspondence is being sent to comply with the Fair Debt Collection Practices Act and should not be considered a payoff letter. Our client may make advances and incur fees and expenses after the date of this letter which are recoverable under the terms of the promissory Note and Mortgage. Therefore, if you wish to receive figures to reinstate (bring your loan current) or pay off your loan through a specific date, please contact this law firm at (813) 251-4766 or client.services@defaultlaw.[com].

Unless you notify this law firm within thirty (30) days after your receipt of this letter that the validity of the debt, or any portion thereof, is disputed, this law firm will assume that the debt is valid. If you do notify this law firm in writing within thirty (30) days after receipt of this letter that the debt or any portion thereof, is disputed,

FILE NUMBER F10051160                    HELLOLETTER

[barcode]                                [barcode]

CERTIFICATION DO-EASY PAGE
HARVEY LEVIN, CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

_____, N.A.
Plaintiff

CASE NO:     UNIT/CLASS:
DIVISION:    01

LEROY WILLIAMS, MARK WILLIAMS FRANKLIN
CREDIT MANAGEMENT CORPORATION, CITY
OF NORTH MIAMI,
Defendant(s)

FINAL ORDER DISMISSING CASE, CANCELLING ANY SCHEDULED SALE, CANCELLING AS TO
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND DISMISSING
FORECLOSURE ACTION

THIS CAUSE having come on before the Court, on good...

to Section 702.07 Florida Statutes (2009), and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.     The case be and the same hereby is dismissed, the subject property...

being an action to foreclose the mortgage which is the subject matter of the above cause.

2.     All Counts of the Complaint against Defendant LEROY WILLIAMS, MARK WILLIAMS,
FRANKLIN CREDIT MANAGEMENT CORPORATION, CITY OF NORTH MIAMI, are hereby dismissed.

3.     Any scheduled foreclosure sale is canceled.

FILE_NUMBER #07012348                              Serial: 13696822
                                                    DOC_ID 14170812

Bk 27343 Pg 949 CFN 20100451678 07/06/2010 15:32:32 Pg 1 of 3 Mia-Dade Cty, FL



27343 Pg 950 CFN 20100451878 07/06/2010 16:32:32 Pg 2 of 3 Min-Dade Cty, FL

Filing 143402820 Filed 01/14/2022 11:44 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE No. 2021-010826
SECTION CA43
JUDGE Valerie R. Manno Schurr

MAURICE SYMONETTE
Plaintiff

U.S. BANK NATIONAL ASSOCIATION (TR) et al
Defendant(s)

ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Case No: 2021-010826-CA-01

Exh 18 pg

UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA

NO.

U.S. BANK, NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC
2005-AHL3, OR U.S. BANK NA.

Plaintiffs,

v.

MACK WELLS and MAURICE SYMONETTE

Defendants.

MIAMI DADE COUNTY FLORIDA
Eleventh Circuit District Court of Dade
County Florida CASE NO:2010-
61928-CA01

**NOTICE OF REMOVAL**
[28 USC 1441, 1332, 1446(a and d)]
[FLORIDA RULE OF JUDICIAL
ADMINISTRATION .450]

**15020 SOUTH RIVER
DRIVEMIAMI DADE COUNTY
FLORIDA 33167**

<u>NOTICE OF REMOVAL</u>

TO THE CLERK OF THE ABOVE-TITLED COURT, AND TO ALL PARTIES AND

THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 8 U.S.C. §§ 1331, 1132, 1441(a), 1442, and 1446,

DEFENDANTS MACK WELLS AND MAURICE SYMONETTE NOTICE OF REMOVAL

<u>INTRODUCTION</u>

1. Plaintiff filed a Complaint in the Circuit Court of the Eleventh Circuit,
State of Florda, on

December 6, 2010. (A true, complete and correct copy of the Plaintiff's Complaint is attached

hereto as Defendants' **Exh. 56**. The same case, with the same principal parties and

some of the same issues, is currently before this Court as Case No. **2010-61928-CA01**

-1-

**WHEREFORE**, WHEREFORE, MR. MACK WELLS AND MAURICE SYMONETTE, REMOVES THIS ACTION FROM THE ELEVENTH CIRCUIT COURT OF DADE COUNTY FLORIDA BEARING CIVIL CASE NO. 2010-61928-CA01 TO THIS COURT PURSUANT TO 28 U.S.C. §§ 1441, and 1446. Defendant, MACK WELLS AND MAURICE SYMONETTE. "Prayer for Relief". 13. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as a district or division embracing the place where the state **CASE IS PROPERLY REMOVABLE TO FEDERAL COURT** BECAUSE IT INVOLVES A CONTROVERSY BETWEEN CITIZENS OF DIFFERENT STATES AND AN AMOUNT IN CONTROVERSY THAT EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS. SEE U.S.C. §§ 1332, 1441, AND 1446 Venue is proper in division in accordance with 28 U.S.C. §2 respectfully requests that this Honorable Court exercise Jurisdiction over this matter. Dated: July 6th, 2023. Respectfully submitted. All Defendants have consented to and join in the removal of the State Court Action. The written consent and joinder of all other defendants is attached to this Notice. Ex. 42.

Dated: Miami, Florida
June 29th 23.

MACK WELLS
15020 S. RIVER DR.
MIAMI, FL 33167

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI, FL 33167

Exh.19 pg





Case 1:23-cv-22640-JEM   Document 1-1   Entered on FLSD Docket 05/30/2024   Page 128 of 141
Docket 10/13/2023   Page 3 of 25

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA                )

US BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC AHL3

          Plaintiff,

                           )        COURT CASE NO:
                           )        2010- 61928-CA01
                           )        23-CV-2264 0-JEM

     v.                     )

MACK L. WELLS AND
MAURICE SYMONETTE                            )

          Defendant.                         )

Clerk of the Circuit Court — Miami-Dade County
Dade County Courthouse
73 West Flagler Street
Miami, Florida 33130.

To:

     In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice

of Removal of the above-styled cause to the United States District Court for the Southern District of

Florida, Miami Division, a copy of which is attached hereto.

Dated this 31st day of JULY 2023.

                    Respectfully submitted,

                    MACK WELLS
                    15020 S. RIVER DR.
                    MIAMI FL. 33167

                    MAURICE SYMONETTE
                    15020 S. RIVER DR.
                    MIAMI FL. 33167





BROCK & SCOTT PLLC

[illegible]

[illegible]

Dear Occupant:

[illegible]

Notice is hereby provided as follows:

[illegible]

JUAN FERNANDEZ-BARQUIN, ESQ.
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM






CFN 2008R0941616
OR Bk 26657 Ps 3525F (1ps)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____ assigned, transferred and conveyed to: U.S. BANK N.A. ("Assignee") whose address is 1100 Virginia Drive, , Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time, together with the Note and indebtedness secured thereby

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on October 21, 2008

Witness
Typed Name  PEGGY Hang

Witness
Typed Name  Laurie K Roy

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By:

Typed Name  SHIRLEY EADS
Title:  VICE PRESIDENT

Attest:

Typed Name:  Jeffrey Stephen
Title:  Assistant Secretary

(Affix Corporate Seal)

STATE OF  Pennsylvania
COUNTY OF  Montgomery

BEFORE ME, the undersigned, personally appeared  SHIRLEY EADS
and  Jeffrey Stephen  as  Vice President  and  Assistant Secretary
respectively, and known to me to be the persons who executed the foregoing Instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this  21st day of  October  , 2008

Notary Public
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Turner, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 9, 2011
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC-744618396

FILE_NUMBER: F07012148

DOC_ID: M001100

## *F07012148*

## *M001100*



CFN  2□  R0182835
OR Bk  280□  □55□ □□□□
RECORDED  □□□□ 16:□□□□□
HARVEY R□  □LERK OF □□□□
MIAMI-DAD□  □T□, □LOR□□
LAST □□□□

# CORRECTIVE ASSIGNMENT OF MORTGAGE

□PACE FOR RECORDING ONLY / FS 695.31

□ERS phone number  1-888-6□□□□□□
• MIN  100□76105062733202

F□R VALUE RECEIVED, the □□□□□□□□□ MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMI□□□□ FOR AXIOM FINANCIAL SERVICES, □"Assignor") whose address is P.O. Box 2026, Flint, MI 48□□□ original, transferred and conveyed to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE F□R RASC 2005AHL3, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book □□623, at Page 3231 of the public records of MIAMI-DADE County, Florida encumbering the following-described real property

> LOT 105, BISCAYNE □ARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/26/2008 at 09:41:11 in 2008R0□416□5, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

* Changed to MORTGAGE □LECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYST□MS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S) LER□Y WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on ___□□□ 1□___, _____ 2012.

Print Name: Jacqueline Keeley
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline Keeley for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me:

Christine Morales
Notary Public
My commission expires: 1/28/20□□

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Recording requested by, prepared under the supervision of and return to
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC

[INSERT DOC "M900105 rtf" KEE□  □□□□□

F1005 60

## JURAT

State of

Subscribed and Affirmed

County of _____

On _____ 2022 before me _____
personally appeared <u>Wesley J. Jarvis</u> [ ] personally known to me or [ ] proved to me on the basis of
satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that
he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of _____                    Seal

My Commission Expires _____

Page 2 of 2

## AFFIDAVIT OF FACT

**STATE: OHIO**
**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms [...] legal age and competent to state on belief and personal knowledge that the facts set forth here [...] noted below are true, correct, complete and presented in good faith, establish that

      1      The CUSIP numbers attached for LEROY WILLIAMS, for an account bear [...] number 1001~6105062~33202, were searched through independent databases, confirmed with trad[...] and at least one interest was confirmed as per the reports issued and attached as a result

      2      The Fund Manager, or other custodian(s) of the accounts of the fund(s) may [...] access to internal records indicating detailed data about the percentage of interest as held for the [...] LEROY WILLIAMS

      3      More than one fund may have an interest in the accounts of LEROY WILLI [...]

**FURTHER AFFIANT SAYETH NOT**

Signed and sealed this     day of       January       in the Year of our Lord, two [...] and twenty-two (2022),

All Rights Reserved
For WESLEY JARVIS

Wesley J. Jarvis, Trustee

Page 1 of 2



**Your CUSIP Results are as follows:**

LEROY WILLIAMS (ACCT 100176105062733202 [MIN])
**Fidelity Advisor Strategic Real Return Fund**
Symbol:                          FSRAX
CUSIP                            315912873

Inception Date:                  9/7/2005
Net Assets:                      $462,624,000.00 as of
                                 12/3/2021
Portfolio Assets:                $462,624,000.00 as of
                                 12/3/2021

**A little about the Fund:**

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable investment risk by investing in domestic and foreign issuers using a neutral mix of approximately 30% in inflation-protected debt securities, 25% floating-rate loans, 20% REITs and other real estate related investments.

Fake Homecomings Dept.

Xh. 41

A TRUE COPY
CERTIFICATION
HARVEY RUVIN

Exh.18.2



SIR ROLAND SYMONETTE MICHAEL'S GRAND
DAD ON BAHAMA'S $50 BILL
FIRST BLACK PRIME MINISTER

Grand dad on Bahamas $50 Prime Minister of Bahamas knighted
by Queen of Britain (Maurice Symonette legal PRINCE



Exh. 15

Exh 22

6:33

December 9, 2023
6:09 AM

Edit



Maurice Symonette gets 2 DR.Degrees
YouTub Symonette Palace good

00:00



Exh. 23



Exh. 15



Exh. 29





Exhr 22



Exh. 23

# Proclamation

Exh. 26

WHEREAS [illegible] takes great pride in recognizing [illegible] which serve to enrich the lives of people, and

WHEREAS, The first [illegible] was organized by [illegible] Palace International with [illegible] benefiting the [illegible] support, Florida Southern Christian Leaders in Council, Economic Opportunity Health Center and current [illegible] to assist, and

WHEREAS, The event [illegible] place at the [illegible] Civic Center, will play host to various awards-winning artists, authors and celebrities [illegible] throughout the entire event celebrating, and

WHEREAS, This event [illegible] will be initiated and filmed by television producer Count A. Johnson of Urban Pulse Television Network / [illegible] and will be aired nationally in June of this year, and

WHEREAS, I [illegible] given to the organizers and sponsors of this outstanding community event

NOW, THEREFORE, I [illegible] MAYOR OF METROPOLITAN DADE COUNTY, FLORIDA do hereby [illegible] May 31, 200[?], as

## Miami Gala Event
## Unity in the Community Day

IN WITNESS WHEREOF, [illegible]



Exh 28