UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-23015-DPG

**MACK WELLS**, *et al.*,

    **Plaintiffs**,

v.

**U.S. BANK N.A.**, *et al.*,

    **Defendants.**
_____/

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of August, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE