# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| MACK WELLS and MAURICE SYMONETTE, | CASE NO. 1:24-cv-23015-KMW |
| *Plaintiff(s),* | |
| v. | |
| U.S. BANK N.A., JOSE E. MARTINEZ, District Judge of the United States District Judge for the Southern District of Florida; EDUARDO SANCHEZ, Magistrate Judge of the United States District Court for the Southern District of Florida; MARY ANN CASALE, Official Court Reporter; JONATHAN BAILYN, Assistant United States Attorney; *et al.*, | |
| *Defendant(s).* | |

## NOTICE OF APPEARANCE AS COUNSEL AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

The law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. hereby gives notice of the appearance of Spencer D. Leach as counsel on behalf of Defendant, U.S. Bank N.A.,[1] and requests that copies of all pleadings, notices, orders, and other papers in this cause be henceforth provided to the undersigned. The undersigned counsel designates the following e-mail addresses for service of documents in this matter:

Primary:    sleach@bakerdonelson.com
Secondary:  vscarboro@bakerdonelson.com
            FLLservice@bakerdonelson.com

---

[1] Defendant has been incorrectly named in this action. The full and correct name of Defendant is U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-AHL3.

| | |
|---|---|
| Submitted August 19, 2024. | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>200 East Broward Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 768-1600<br>*Counsel for Defendant, U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-AHL3* |
| | By: */s/ Spencer D. Leach*_____<br>    Spencer D. Leach<br>    Florida Bar No.: 110753<br>    sleach@bakerdonelson.com |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 19, 2024, a true and correct copy of the foregoing *Notice of Appearance and Notice of Designation of E-Mail Addresses* was filed electronically and was sent by e-mail from the Florida Courts' E-Filing Portal system and via U.S. Mail on all counsel or parties of record listed below:

Mack Wells
15020 S. River Drive
Miami, Florida 33187
*Pro se Plaintiff*

H. Ron Davidson, Esq.
Assistant US. Attorney
**United States Attorney's Office**
99 NE 4 Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9405
Facsimile: (305) 536-4699
H.Ron.Davidson@usdoj.gov
*Counsel for Defendant United States District Judge Jose E. Martinez, Defendant United States Magistrate Judge Eduardo Sanchez, Defendant Official Court Reporter Mary Ann Casale, and Defendant Assistant United States Attorney Jonathan Bailyn*

Judge Valerie Manno Schurr
73 West Flagler Street
Miami, Florida 33130

Judge John Schlesinger
2700 Granada Blvd.
Coral Gables, Florida 33134

Judge Carlos Lopez
73 West Flagler Street, Suite 414
Miami, Florida 33130

Maurice Symonette
15020 S. River Drive
Miami, Florida 33187
*Pro se Plaintiff*

Christopher Michael Sutter, Esq.
**Florida Office of the Attorney General**
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 712-4600
Facsimile: (954) 527-3702
christopher.sutter@myfloridalegal.com
*Counsel for Judge Spencer Eig and Judge Vivianne Del Rio*

Clerk of Court
Juan Fernandez-Barquin
73 West Flagler Street
Miami, Florida 33130

Eviction Sheriff Lieutenant Flavio Quiroz
Miami-Dade Police Department Court Services Bureau
501 NW 1st Court, 9th Floor
Miami, Florida 33136

Manager of Sheriff's Dept. Jennifer
Miami-Dade Police Department Court Services Bureau
501 NW 1st Court, 9th Floor
Miami, Florida 33136

      */s/ Spencer D. Leach*
      Spencer D. Leach