FILED BY _AP_ D.C.

AUG 23 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT FOR THE ~~MIDDLE~~ *Southern* DISTRICT OF FLORIDA

Mack Wells & Maurice Symonette,

    Defendant/Counter-Plaintiff,      FED.CASE No.:24-CV-23015-KMW

Vs.                                          DADE CASE: 2024-012330-CA01

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff/Counter-Defendant._____/

## MOTION FOR CHANGE OF VENUE OF OUR WRIT OF REPLEVIN FROM DADE COUNTY COURTS AND DADE COUNTY FEDERAL SOUTHERN DISTRICT COURT TO PINELLAS COUNTY COURT FLORIDA STAT. CH. 78.01 & 28 U.S.C. 1391 VENUE AND 14 04 (a) f title 28 RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**COMES NOW,** Plaintiffs, Mack Wells & a Minister Doctorate Degree, President of Boss Group Ministries, British Bahamian Prince Maurice Symonette, sui juris, and files for Change of Venue of all of fake news which is part of the Conspiracy in the criminal activity committed by Miami Florida's Dade County Circuit, Judge Valerie Manno Shurr, Judge John Schlesinger, Judge Miguel De La O, Judge Samantha Ruiz Cohen, Judge Veronica Diaz, Judge Thomas Rebull, Judge Vivianne Del Rio, Appellate Judges Brownwyn C. Miller, Appellate Judge Kevin Michael Emas, Appellate Judge Edwin Scales, Judge Carlos Lopez, Judge Spencer Eig, Judge Jose Rodriguez, Clerk of Court Juan Fernandez-Barquin, **_Federal Judge Jose Martinez, Federal Magistrate Eduardo Sanchez,_** Echevarria, Codilis & Stawiarski Atty. Firm, Florida Default Law Group, P.L., Ronald R. Wolfe & Associates, PL Atty. Firm Law Offices of Marshall C. Watson, P.A., Brock & Scott

_signature_ MACK WELLS
15020 S. RIVER DR
MIAMI FL. 33167

_signature_ MAURICE SYMONETTE
15020 S RIVER DR
MIAMI FL, 33167