UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF FLORIDA

Mack Wells & Maurice Symonette,

    Defendant/Counter-Plaintiff,    FED.CASE No.:24-CV-23015-KMW

Vs.    DADE CASE: 2024-04233-CA-0N

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff/Counter-Defendant.

FILED BY _____ D.C.

AUG 27 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR CHANGE OF VENUE OF OUR WRIT OF REPLEVIN FROM DADE COUNTY COURTS AND DADE COUNTY FEDERAL SOUTHERN DISTRICT COURT TO PINELLAS COUNTY COURT FLORIDA STAT. CH. 78.01 & 28 U.S.C. 1391 VENUE AND 14 04 (a) f title 28 RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**COMES NOW,** Plaintiffs, Mack Wells & a Minister Doctorate Degree, President of Boss Group Ministries, British Bahamian Prince Maurice Symonette, sui juris, and files for Change of Venue of all of fake news which is part of the Conspiracy in the criminal activity committed by Miami Florida's Dade County Circuit, Judge Valerie Manno Shurr, Judge John Schlesinger, Judge Miguel De La O, Judge Samantha Ruiz Cohen, Judge Veronica Diaz, Judge Thomas Rebull, Judge Vivianne Del Rio, Appellate Judges Brownwyn C. Miller, Appellate Judge Kevin Michael Emas, Appellate Judge Edwin Scales, Judge Carlos Lopez, Judge Spencer Eig, Judge Jose Rodriguez, Clerk of Court Juan Fernandez-Barquin, **_Federal Judge Jose Martinez, Federal Magistrate Eduardo Sanchez,_** Echévarria, Codilis & Stawiarski Atty. Firm, Florida Default Law Group, P.L., Ronald R. Wolfe & Associates, PL Atty. Firm Law Offices of Marshall C. Watson, P.A., Brock & Scott

*Mack Wells*
MACK WELLS
15020 S. RIVER DR
Miami Fl. 33167

*Maurice Symonette*
MAURICE Symonette
15020 S. RIVER DR.
Miami Fl. 33167

UNITED STATES DISTRICT FOR THE NORTHERN DISTRICT OF FLORIDA

Mack Wells & Maurice Symonette,

Defendant/Counter-Plaintiff,   FED. CASE No.:24-cv-23015-kmw

Vs.                              DADE CASE: 2024-012330-CA01

U.S. BANK NATIONAL ASSOCIATION,

   Plaintiff/Counter-Defendant_____/


NOTICE OF FILING


Mack Wells and Maurice Symonette request  and asked the court
For permission or how to send documents in through  the E-File
System to the Federal court.

/S/MACK WELLS                    /S/  MAURICE SYMONETTE
MACK WELLS.                       MAURICE SYMONETTE
15020 S. RIVER DR.                15020 S. RIVER DR.
MACK WELLS                        MAURICE SYMONETTE



JAMES BUCKMAN
(786) 344-0430
15030 SOUTH RIVER DR
MIAMI FL 33167

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 26 AUG 2024

SHIP UNITED STATES DISTRICT COURT
TO:  400 N MIAMI AVE

MIAMI FL 33128-1801

FL 330 6-03

UPS GROUND
TRACKING #: 1Z 6AT 840 03 9567 1030

UPS CARBON NEUTRAL SHIPMENT

REF #1: 5000