UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Mack Wells & Maurice Symonette,   TAMPA Federal Case - 24-cv-02037-MSS-UAM

Defendant/Counter-Plaintiff,   Dade Federal Case: 24-cv-23015-KMW

Vs.

Dade case: 2024-012330-CA01

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff/Counter-Defendant.

FILED BY _____ D.C.
SEP 06 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**NOTICE OF FILING**

**Corrected**

**MOTION FOR CHANGE OF VENUE OF OUR WRIT OF REPLEVIN FROM DADE COUNTY AND DADE COUNTY FEDERAL SOUTHERN DISTRICT COURT TO PINELLAS COUNTY COURT FLORIDA STAT. CH. 78.01 & 28 U.SC. 1391 VENUE AND 1404 (a) f title 28  RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE WITH CLEARER EXHIBITS**

he dismissed the case in the federal court after change of venue and now they did a removal to remove the federal judges and Magistrate Sanchez to remove our replevin case under judge Darrin Gayles who when he saw the case immediately removed himself because he has the same conflicts of interest Under Darrin Gayles the last exhibit then they removed the case to Rodolfo Ruiz who also has the same conflicts of Interest so he has to recuse himself and then just moved the case to judge Kathleen Williams and she now must Recuse herself for the Same Conflict of Interest Reasons that those other Judges do judge Valerie Manno Shurr Recused herself and Judge Eig who has a much worse conflict of Interest who didn't recuse himself but allowed them to foreclose while we we're in a federal stay under judge Martinez violates USC 1446 (b) (d) and now Judge Eig is acting as an attorney he used to be a prosecutor in Federal court But now is acting as a lawyer for all of the defendants and judge Martinez which is why this case must have a change of venue to get a fair trial remain the three main factors case was dismissed with prejudice everything after that was done without jurisdiction back in 2009 judge Sara ZABEL Exh.V pgs.1-3 US Bank has the wrong allonge Exh.F because its signed by the Secretary Assistant which is Illegal according to Fl. Stat 692.01 and Fl. Stat.692.101 (3) (4), wrong assignment from the wrong bank which is homecoming #4 is AXIOM bank later with no notary no witnesses and no preparer, and 2010 case is the same as the 2007 Exh.L pg.2 case as it says in the memorandum judge Valerie Manno Schurr says she did not sign those orders US Bank never ever owned AXIOM bank notes. One of the many reasons that we have to change venues is because theres' almost no judge who doesn't have a conflict of Interest.

/S/MACKWELLS
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

/S/MAURICE SYMONETTE
MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167