UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF FLORIDA

Mack Wells & Maurice Symonette,

      Defendant/Counter-Plaintiff,      FED.CASE No.:24-CV-23015-KMW

Vs.                            DADE CASE: 2024-012330-CA01

U.S. BANK NATIONAL ASSOCIATION,

      Plaintiff/Counter-Defendant._____/

## MOTION FOR CHANGE OF VENUE OF OUR WRIT OF REPLEVIN FROM DADE COUNTY COURTS AND DADE COUNTY FEDERAL SOUTHERN DISTRICT COURT TO PINELLAS COUNTY COURT FLORIDA STAT. CH. 78.01 & 28 U.S.C. 1391 VENUE AND 14 04 (a) f title 28

**COMES NOW,** Plaintiffs, Mack Wells & a Minister Doctorate Degree, President of Boss Group Ministries, British Bahamian Prince Maurice Symonette, sui juris, and files for Change of Venue of all of fake news which is part of the Conspiracy in the criminal activity committed by Miami Florida's Dade County Circuit, Judge Valerie Manno Shurr, Judge John Schlesinger, Judge Miguel De La O, Judge Samantha Ruiz Cohen, Judge Veronica Diaz, Judge Thomas Rebull, Judge Vivianne Del Rio, Appellate Judges Brownwyn C. Miller, Appellate Judge Kevin Michael Emas, Appellate Judge Edwin Scales, Judge Carlos Lopez, Judge Spencer Eig, Judge Jose Rodriguez, Clerk of Court Juan Fernandez-Barquin, *Federal Judge Jose Martinez, Federal Magistrate Eduardo Sanchez,* Echevarria, Codilis & Stawiarski Atty. Firm, Florida Default Law Group, P.L., Ronald R. Wolfe & Associates, PL Atty. Firm Law Offices of Marshall C. Watson, P.A., Brock & Scott

of the Courts channel 7, Channel 10, CBS, NBC and the Miami Herald who put out Fake News, Exh. 23. so that we can't get a fair trial for the RICO Conspirators, or a fair Writ of Replevin trial and they have prejudiced us from getting a Surety Bond, or getting a fair Notice of Removal and Writ of Replevin hearing because of Fake News Corrupt Lawyers and Judges who work with the Banks and are paid by the Banks with illegal conflicts of interest. As

131 judges was found guilty of making $ with Banks (Conflict of interest) NY Times

1. Federal Judge Jose E. Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM away from this Foreclosure/Eviction Case #2010-61928-CA01 is the same Judge on Alfred Davis Case a member of Boss Group Ministries Inc. the owners of the Foreclosure property in question, Alfred Davis is charged with having a Paper ID Access Devise that they accuse Alfred Davis of, but this is a Conflict of interest because this Judge Martinez and his Magistrate Eduardo Sanchez both also have money Conflicts of Interest with U.S. Bank, Exh. 4 and 5. Which U.S. Bank is illegally foreclosing on and is owned by Boss Group Ministries Inc. where Alfred Davis is an Officer on as part of the strength of Boss Group Ministries, Which is one  more of the incentives as to why they would allow U.S. Bank to continue illegally Foreclosing us in Violation of the Automatic stay of 28

Atty. Firm, Blank Rome LLP Atty. Firm, **Federal Prosecutor Jonathan Bailyn, Federal Transcriber Mary Ann Casale, Defense Atty. Zeljka Bozanic, Temporary Atty. Khurrum B. Wahid** and U.S. Bank N.A., and retrieve all documents using Homeland Security and the FBI, relating to this case to prove the Criminal activity. Once Criminal activity is proven then charges be brought against all filers the Culprit and the Perpetrator on our case charges is Deprivation of rights, Organized Fraud property over $50,000, Misprision of Felony and Treason, 18 U.S.C. 3041.

All of these Judges Conspired to do Organized Fraud on our property and they all have money conflicts of interest with U.S. Bank as noted in this document Exactly like the 131 Federal Judges found guilty of Conflicts of Interest Lawyers found Guilty of Forging Judge's Orders, Exh. (73) , Exh. (72) and see to see Judges found guilty of Conflicts of Interest now we are at our Motion for Change of  Venue because of all the fake news like the media reported fake shooting story created to color us as bad on Easter 2022 and July 4th weekend on July 7th, see: Gods2.com vid. H. and H2, totally because the guy who was supposed to be shot said he wasn't shot but that he hurt his hip off the Jetski and was soaking wet  and we all saw there was no blood at all as seen on the video all made up to take our property which is part of the Conspiracy on TV Media that deprives me of a fair trial or grand jury that includes the sheriffs, Dept. Dade county's Mayor, and Clerk

USC § 1446 (d) (b) which says the Circuit can only act on the Case after the Federal Judge Remands the Case back to the State Circuit Court yet the Circuit Judge Carlos Lopez and Judge Spencer Eig even after being noticed of the Notice of Removal Stay and the Bankruptcy Stay Oct. 13th, line 387-392 14th, 15th and 16 lines 894-398 and 388h the day of the Sale on the Docket of this Foreclosure Case 201061928-CAO1, Judge Carlos Lopez who also has a very serious $ 4 million Conflict of Interest, Exh. 24. And Judge Spencer Eig with the same $ Conflict, Exh. 25. upheld Judge Carlos Lopez's illegal Violation of 28 USC § 1446 (d) Federal Stay and allowed the Sale to go through and be upheld.

2. The Clerk of Court Juan Fernandez Barquin who also has the same $ Conflict, U.S. Bank, Exh. 26. And sped up the Eviction by transferring the Title to US Bank by Fraud and by Lying, saying we never Objected to the Sale, Exh. 27. line 446. dated 04/24/24 In our Case 2010-61928-CA01. When the fact is we Objected to the Sale within the 10 day time period allotted after the Sale to Object according to, Fl. Stat. 45.031 (5) three times, see lines 404, 406 407 through lines 432 period allotted to Object to Sales see lines 404, 406 407 through lines 432 period allotted to Object to Sales, but they allowed the Sale to go through, transfer of Title Writ of Possession hearing in US Bank's favor, and 24 hour post to Evict anyway through the Federal Stay with no Remand.

3. We told and had a Process  Server Serve the Eviction Sheriff office Lt. Flavio Quiroz we had a  Federal Stay and he said Notice of Removals and Bankruptcy Stays don't Stay Foreclosures anymore that stopped four years ago  which is a lie and they put a 24 hour Writ of Possession in Violation of the Stay and Eviction Manager Jennifer also refused to be served Notice of Removal Stay, Writ of Plevin Complaint and Color of Law Complaint (C.O.L.) that completely gives the proof of the Organized Fraud with the Police Report Case #PD240614188594 also filed in Dade Clerk Docket Case #2010-61928-CAO1 Doc. Line 491 dated 06/17/2024, Reported to the State Atty. Office to Investigator J. Sanchez #54 dated 6/17/24, Exh. 30. Filed in Federal Court with the Case #23-CV-22640-JEM dated 06/17/24 Doc line #60, Exh. 30. Inspector General's Office SA. M. Diaz case #TBD, Exh. 31. and Code of Compliance Dept. see Exh. 29. pages 1-36. And filed with the County Clerk, Exh. 33.  in VIOLATION of 18 USC 1501 Which is a 1st degree Misdemeanor to refuse service as a County agency so they all knew that there was a Stay since, 10/13/23. So they used fake News about our house with staged fake shootings, gods2.com vid. H.  to take our house for Banks and big Developers which is also a Conflict of interest and has sentenced Alfred Davis to 8 months in jail even though Maurice Symonette stood up and said he was the one who had the ID not Alfred Davis making Alfred Davis innocent from what they claim was a Crime and

the Judge would not listen. All done to stop the American Gala Awards see: Americangala.com the AGA an event with 100 black stars helping homeless VETs with TRUMP coming to get an Honorary Doctorate Degree from a Haitian College to draw people to Donate to the Homeless VETs. An event that we've been doing since 1997 and we do Stand downs for the VETs to raise money for the Homeless VETs done with the city of Miami Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh. 1. and the City of Opa Locka Florida, Exh, 2. also have done yacht Fundraisers for Republican Politicians on my 4 story 80 ft. yacht. Exh, 3. So We must remove this Case now to west palm Beach because Broward and Dade County Federal fed courts keep transferring our case back to Dade County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo Sanchez also have Financial conflicts of interest, with U.S. Bank Banks, Exh. 4 pgs.1-3 and Exh. 5 pgs. 1-3. who has allowed U.S. Bank to violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398 10/13/2023-10/15/23 -10/16/23 Notice of Removal was Filed yet they did not stop the Sale and Federal Judge Martinez did not Void the Sale in Violation of his Stay and this Prosecutor Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who would not lie for them and who

pointed out his RACISM by saying Alfred a Black Man can't live in a (white) people's apt. building and at the Sentencing Prosecutor Jonathan Bailyn conspired with Alfred Davis Atty. Zeljka Bozanic three times during the Case they would not allow Maurice Symonette to testify for Alfred Davis knowing that Symonette was going to talk about his good character in helping the poor feeding the poor, doing big events like the AGA Event to house the homeless Vets and help Wounded Warriors see Americangala.com among so many other great things and she knew that Symonette was going to take the blame for the paper ID that Alfred Davis was charged with kept Maurice outside during the hearing brought up Alfred's criminal record in violation of rule 404 and still didn't allow Maurice Symonette to testify about his good character and before the Jury found him guilty his Attorney Zeljka told Alfred and Symonette that they were going to allow me to testify but let the case end anyway without my testimony and the Jury found Alfred Davis guilty unbelievably because even Jesus was accused of all kinds of wickedness he uttered not a mumbling word and no man stood and said he was a good man so he was found guilty and put to Death like most black men like Alfred Davis and we were very upset! And the prosecutor Jonathan Bailyn asked the Judge to Remand him to jail immediately but without my testimony but the Judge Jose Martinez shocked us saying he's not doing that because you guys did not prove your case

you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis so I'm going to do a Directed Verdict myself July11th and I'm going to let you stay out on Bond until July 11th and he said "don't let me down Mr. Davis" and a week or so before July 11th Maurice Symonette and Micahiel Nichloson went to the Clerk of the Court and saw Alfred Davis's Docket and saw something shocking the Transcript by Transcriber Mary Ann Casale excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis. So Maurice Symonette brought Alfred Davis to the Federal Clerks office a day or so before the July 11 Sentencing hearing and saw it to we ordered the whole Transcript the Clerk printed it up and Alfred Davis was about to pay for it the Clerk saw that we noticed that we saw the horrible discrepancy and then said oh no we can't allow you to get transcript and took it from us in Violation of,5 CFR § 1201.53 Record of Proceeding (a)(b)(c) but we have about 20 eye and ear witnesses that what Judge Jose E. Martinez said on both days of the trial was true we heard Judge Jose Martinez say those words which we also saw and heard, Affidavits,Exh.27.1-8, but on7/11/ 24 the Judge out of nowhere said he agreed with the Jury exactly the Opposite of what he said which explains why the

transcriber refused process service for lawsuit, Exh.79 who Changed Transcript to match judges change about Alfred Davis. Atty. Zeljka because she didn't turn in our Character letters from his Family that we would be able to get us to testify on his Character of Alfred Davis and she knew I was going to say Alfred was innocent because I did it but they didn't allow us to testify and Judge Martinez went against his first statement and put Alfred in Jail for 8 months for what he Judge Martinez Called a Petty Crime {that I Maurice knows should not be in Federal Court} and Judge Martinez said if he's so bad why didn't you charge him with those Crimes. And now because Atty. Zeljka  didn't turn in his Families Character letters, this tricky team with this Racist PROSECUTOR was able to put in his response to the request for Bond while waiting for his Appeal was able to say that Alfred doesn't have close family Ties because no Family wrote him a Character letter or testified for his Character at the Hearing in the Docket7/17/24 Doc entry 74 last paragraph of page 1 case #24-CR-20051-JEM. What a trick to perfect their trick Case because his Atty. Held back the Character letters and she didn't let us Testify so that the Prosecutor can say no family ties to stop his Bond, here are the character letters she held back Exh.81,1-6.to stop the Americangala.com event for the VETS and take our property, what a perfect team to doom Alfred Davis with the help of his Atty. And this Racist Prosecutor Bailyn Nut called our nonprofit organization

HOODLUMS=(Niggers). Coupled with all this Fake charges done to take our Property by making us Wow we who feed the people and their kids every Sunday and after the event we pick up the trash making our neighborhood very clean for almost 30 years with old people, young people, kids Latin, Black and White we help people with Community Service, we feed people, do voter Registration Drives and help with the Get out to Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4 times a day played on different on Radio Stations daily, we got a Proclamation from the city of Miami from doing these events, Exh. 6. and two Proclamations from the City of Opa-Locka, Exh.7 and 8, Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister of the Bahamas thereby making Maurice Symonette a Prince, Exh.9. who's Grand Father is on the Bahamian $50 bill. Exh, 10. Whose father Al. Symonette was one of Miami's First five Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black Taxi Cab Service in Miami Called Checkers where I was trained by my Dad, Whose Motto is Latin Black and White Must unite and telling the Police "Thank You for your Service", Exh. 11, Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island, Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink

or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the President of Boss Group Ministries and has a Doctorate Degree in Ministries, Exh, 12, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity, Exh. 13, and Exh. 14, runs Boss Magazine, Exh, 15, Blacks For Trump Magazine. Exh, 16, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks for Israel because Yahweh Ben Yahweh in 1988 when Synagogues were being defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those Temples, Exh.17, and the Jewish Priest came and thanked Yahweh Ben Yahwen Exh. 18. We are the Freedom Fighters with Yahweh Ben Yahweh we cleaned up the Black neighborhood we cleaned up liberty city, overtown and North beaches on A1A, Exh. 19, 1-4. and Exh. 20. we made the area safe to walk in, Exh. 21, 1-3. Yahweh hotels we guarded the old ladies across the street from the temple and if anybody snatched their purse we would run them down and beat them up And take the lady's purse back and call the police on the guy and arrest him we guarded the Jewish temples when they were being defaced and others with SwazStickers, Exh. 30. and all of the priest came and thanked us we stopped drug dealing around the Complexes we owned we had our own Grocery store we gave

away food we gave away clothing we gave people rides to their jobs we kept people informed with literature had millions of readers of our literature nationwide owned Business we hired People for jobs even Federal Broward Chief Judge Norma Roettger in the Yahweh Case said the reason why he gave Yahweh Ben Yahweh such little time is because. He said he had to be commended for his good works and he had done a lot of good works, Exh. 31, yet this Bully Assed Racist Prosecutor Bailyn calls us **HOODLUMS what a RACIST name calling IGNORANT NUT bailyn is who feels like he has to Destroy us with what Judge Jose Martinez calls Penny Anie charges to show us helpless black who's the boss and we are not allowed to make money, Live nice or drive nice Cars WOW!!!** And our organization called Boss Group Ministries we Ministered several different radio stations four times a day to the people to unite Latin, Black and White. We have our own newspaper ads in the newspaper to inform people we were known noted by New times newspaper as the best radio station in south Florida, Exh. 32. We feed the hungry in our Neighborhood there's 6 transit houses with a bunch of homeless people in them and they come to our Party on Sundays and we feed them and for free! And we do stand downs with the homeless veterans foundation and the guy who's over veterans affairs for

the city of Miami and we helped house the homeless VETS we help raise money for the homeless VETS get their criminal record clear and expunged so that they can be productive citizens in America, Exh. 33. We bring stars to perform for the VETS. We do an event called the American Gala Awards yearly where we bring stars in to perform for free so that the VETS can get money donated to them by people texted donation to the Homeless veterans foundation, See Americangala.com. and we let all the money go to the VETS. We feed people at our house on Sunday So we bring Latin black and white together, we've been doing this since 1996. We protected the tea party Marchers when they said they were going to throw rocks at them but we marched In front and nobody would throw a rock and we talked to the Rebel Rousers and told them don't throw rocks so we stopped them from throwing eggs at the NFL experience at the Superbowl in Houston Texas after we set in on Antifa's meeting as spies to find out that they were going to go in and beat up people at the NFL experience and shut down NFL experience and disrupt the whole Super Bowl that's on video where you can actually see that on but we four stopped them and we stopped from trashing trump's hotel where they said they're going to go in and arrest and hang Trump we stopped all 4000 Antifas from coming In with just 6 of us because they're afraid of Michael and Alfred Davi was there at all of these events helping to do

this. When **THE TEA PARTY** would have flag waving day on Oakland park and US.1 several times some Arabs said they were going to beat up the Tea Partiers but we always confronted them and we made them back down and we protected them we did the same thing for Glen beck we had a big Meeting in Washington DC. We stopped them from attacking Glen Beck and all the Antifa and all these groups we stopped occupy Wall St. from doing disruptive stuff in the city of Miami we traveled to different states to help stop riots we honor the Police and teach our people to say thank you for your service and we done parades for the Police officers called back the Blue and they've honored us for it and we were honored by the military from Colonel Colmenares for helping to house the homeless vets we helped do voters registration in our back yard. We stopped them from cheating in the vote we had Occupy Wall Street on stage with the Tea Party and we made a truce with them and we had no fights and the police were astonished at our American Gala Award at Bayfront Park, See: Americangala.com Vid. 3. that we have done and people have been coming out to our FREE little parties for years including football stars and everybody and they love the atmosphere because we have kids old people Latin, Black, White, Chinese, all nations of people at the party with no Problems and this bum Prosecutor Bailyn had the Nerve to call us **HOODLUMS** and say that we're not really a charity after all the

charitable things we've done he is a Bastard from Hell. We're in the process of suing channel 7 and other media outlets. We stopped hundreds of millions of dollars in property damage from riots from occupy wall street Black lives matter and Antifa that attempted to destroy several cities in America we stopped the **HOODLUMS** yet this fool Bailyn calls us Hoodlums. I gave you all the Cure to the Corona Virus Gods2.com video #7. And yet Prosecutor Johnathan Bailyn called us HOODLUMS  just to taint Boss Group Ministries name and taint Alfred Davis a member of Boss Group Ministries so that they could feel free to take our property even Judge Martinez said you THE DOJ you haven't Proved your Case, you brought no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT Transcriber of Mary Ann Casale we saw she took that out because it would make Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property.

Section 1404(a) Title 28 provides that " for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought." Any party, including plaintiff, may move for a transfer under 28 U.S.C. SS1404(a). I-T-E Circuit Breaker Co. v. Regan, 348 F.2d 403 (8th Cir. 1965) American Standard, Inc. v. Bendix Corp., 487 F. Supp. 254, 260 (W.D. Mo. 1980). A party may move for transfer, even if it has waived any objection to venue. Montgomery Ward & Co. v. Anderson Motor Service Inc., 339 F. Supp. 713, 718 n.3 (W.D. Mo. 1971). The Court may also transfer an action sua sponte. Lead Industries transfer an action sua sponte. Lead Industries Association, Inc. v. Occupational Safety and Health Administration, 610 F.2d 70, 79 n.17 (2d Cir. 1979); Mobil Corp. v. S.E.C., 550 F. Supp. 67,69 (S.D.N.Y. 1982). While 28 U.S.C. SS1404(a) contains no time limit for the filing of a motion, the motion may be denied if the passage of the time or any delay causes undue prejudice or is considered dilatory. See American Standard, Inc.

due to States Court Lack of jurisdiction and Civil Rights Violations, Criminal Acts in Conspiracy with the Governor and Miami-Dade County Clerk of Court who was illegally appointed by the governor Pursuant to Florida Constitution Articled VIII Section 1, Article V Section 16, Article III Section 11 (A)(1). By the Governor Ron DeSantis illegally appointing the Clerk of Court to Miami-Dade County.

I have been psychologically tortured and terrorized by the Clerk of Court and his staff. The Governor had jurisdiction to prevent the Clerk's action but fail his duties to We the People, pursuant to Article IV Section 1 (a) & (b) and 42 U.S.C. 1983 AND 42 U.S.C. 1986. The Mayor Daniella Levine Cava had power to Order the Clerk of Court and her Sheriff's and their staff to stop their criminal acts towards us as victims by acting to Evict victims in State Court while in a Notice of Removal Stay among other obvious reasons, they retaliated further and committed first degree felonies. See Florida Statutes Section 914.23. Chief Judge and the General Counsel were notified and they to fail to perform their duties to prevent the Clerk of Court from Retaliating against victims. Bureau of Compliance for the Miami-Dade County Police were notified with the case number secured against all conspirators in their political positions as each has taken an oath of office and failed to report violating 18 U.S.C. 4 Misprision of Felony, and 18 U.S.C. 2382 Misprision and Treason. Each had a duty under 18 U.S.C. 3041 MAYOR, CHIEF JUDGE, GOVERNOR, CLERK OF COURT and all others listed in the aforementioned codes have committed criminal offenses towards us as victims. Due to the severity of the criminal activity and the political parties involved, it is the Plaintiff's positions that they have not and will not receive fair hearings, trials, warrants for charges filed and grand jury indictments because of their party affiliations and constituents within this jurisdiction. Plaintiff's contends their rights to not be denied change of venue in accordance with Florida Constitution Article III Section 11 (a) (1) & (6). By changing venue, it will not be of any inconvenience to the witnesses due to there

being no witnesses. Only victims and perpetrators of crimes. A transfer to **TAMPA FEDERAL COURT** is true and proper because this is a foreclosure Case with a Federal Fannie Mae and HUD Note and Mortgage as listed on the bottom of both the Mortgage and Note of this Case, Exh. 18. pgs. 1-16. and 19. A. and B. And this Case has proof that this Case has FARA violations because U.S. Bank is owned by the Chinese Investment Corporation owned by the Chinese Communist Party (CCP), whose address is in China, this Case has proof that Lawyers are Forging Judge's Signatures on Orders, this Case as proven is going on now, Exh. 20. We have proof that all the Judge's in this Case have Financial Conflicts of Interest, Exh. 21.

*Even the Magistrate in Dade Federal Court who we did not Consent to Exh. 22, who recommended that it's legal to Violate 28 USC § 1446 (d) which Stays all State Court Actions until the Case is Remanded back to State Court, Exh. 23. We even have recordings of Eviction lieutenant QURESO saying that the Notice of Removal Stay rules was stopped 4 years ago so they're EVICTING US TODAY. and 28 USC §1446 (b) which says you can have two Notice of Removals that must be Remanded before the State can act at all, and they are Violating all 28 USC § 1446. And we have proof that Federal Judge Jose Martinez's Signature on the CASE #23-cv-22848-JEM was remanded with a forged Judge's Signature also we never filed that Case CASE #23-cv-22848-JEM that was U.S. BANK's filing as explained in our objection to the Magistrate's Recommendation on document #57 on our true and only Notice of Removal and on a new Order with Judge J. Martinez's forged Signature on the when you see the handwriting is totally different from Judge Martinez's signature as seen on Doc. #7. at 5:38 this morning July 3rd. but labled July 2nd to counter our change of Venue Motion to Broward Federal Court to hide the Crimes against Black People in Dade County Florida.*

In this Circuit Court Case these Conflicts has caused three Judges to Recuse, Exh. 3. U.S. Bank Violated TILA, GAAP RULES, FDCPA RULES and other Federal Rules listed in the Notice of Removal Complaint and cannot be foreclosed in State Court. And can't be fought in Dade County Federal Court because among all the other reasons the Clerk of Court's Assistant Jennifer is the Daughter of X Mayor of Hialeah Julio Martinez Cousin and friend of our Federal Judge Jose Martinez. Jennifer on a phone call between her and her good father and my Friend and witnesses that she does everything for the Clerk, thereby admitting that when the Clerk signed the lying Certificate of Title over to U.S. BANK saying that we never Objected to the Sale on Docket number 446 dated 04/24/24. I objected to the sale line 404, 10/23/2023, line 406 10/26/2023 and line 407, 10/26/2023, we not only Objected three times we even had an Objection Hearing. All this done to Evict illegally quicker. And now when we motioned to move the Venue to TAMPA FEDERAL COURT because of their biased cheating to win that Broward Federal Clerk sent us back to Dade County Federal Wolves as if it was a Complaint and not a Motion for Change of Venue, Exh. 25. and without a Judge's ORDER even though she knew it was a Motion to Change Venue filed in Broward Federal COURT under Federal Case #24-CV-22532-RAR. RAR is a Dade County Federal Judge who we were trying to change Venue from as shown on the Fort Lauderdale Court 405.00 Receit Document 4 dated 07/03/2024 in Case #24-CV-22532-RAR because the laws that is applicable and controlling in this case are regulated and enforced in Federal Court and the state court will be compelled in a fair Federal Court with another forum writ of mandamus to comply with their own laws, constitutions, and rules. It would have been in the interest of justice to change the Venue of our Notice of Removal and now our Writ of Replevin to not even Broward but to TAMPA FEDERAL COURT because Dade and now Broward are poisoned to be Biased against us by the PRESS and the Judge's Money Conflict of Interest but they're struggling to keep us under their Jurisdiction so they can steal our property and punish us wrongfully By the

Case being forwarded to TAMPA FEDERAL COURT's Jurisdiction, it will not take up or waste the Courts time. All laws that apply to this case is prima facie and will acquire an effective and sufficient result. All pleadings will be succinct and accomplish their desired results effectively and expeditiously. By respectfully moving this case to the TAMPA FEDERAL COURT the FEDERAL court will be in compliance with our inalienable rights, laws of the United States and state of Florida, Constitutions of both federal and state, and their oaths of office this is why we have this Complaint to the 11th Circuit Federal Chief Judge to investigate and hold them accountable who are violating the Law like all the Judges who work together with the Banks to steal property under Color of Law.

**CONSTRUTIVE CONSPIRACY IN VIOLATION OF 923. 18 U.S.C. SS 371**

To see these Exhibits See Gods2.com

**HERE'S HOW THESE JUDGES PLAYED TAG TEAM AND CONSTRUCTIVE CONSPIRED WITH EACH OTHER TO TAKE OUR HOMES BECAUSE US BANK PAID THEM JUDGES AND OFFICIAL'S CONFLICTS OF INTEREST IN VIOLATION OF FEDERAL RULE OF CIVIL PROC RULE 60, FLORIDA RULE 2.160 (A) (D) (H) (1) (4), FL. CODE JUD. CONDUCT CANON 3E(1) FL. STAT. 112.312 (8)** ALL OF THESE JUDGES AND OFFICIALS CONSPIERED TOGETHER FROM TOP TO BOTTOM TO STEAL OUR HOME AND EACH ONE OF THEM HAD A HORRIFIC CONFLICT OF INTEREST! CHECK OUT THE JUDGES BELOW AND THE AMOUNTS OF MONEY THEY MADE FROM US BANK

1. BROWNWYN C. MILLER---------------------------------------------------made $95,000 from US BANK, Exh. 65.

2. KEVIN MICHAEL EMAS---------------------------------------------------made $225,310 from US BANK, Exh. 66.

3. EDWIN SCALES---------------------------------------------------------made $22,543 from US BANK, Exh.67.

### DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK

4. FEDERAL JUDGE RODOLFO RUIZ--------------------------------made $250,000 from US BANK, Exh. 68.

5. FEDERAL JUDGE JOSE MARTINEZ--------------------------made $250,000 from US BANK, Exh. 69.D-T

6. BANKRUPTCY JUDGE LAUREL ISICOFF—------------------made $15,000 from US BANK, Exh. 70.D-H

7. FEDERAL MAGISTRATE EDUARDO SANCHEZ------------made $250,000 from US BANK, Exh. 71.D-Z

### RULINGS/ORDERS ON OUR HOUSE 15020 S. R. DR. MIAMI 33167 WITH THE HELP OF

### THE MEDIA WE MUST CHANGE VENUE

All these Judges have made Millions of dollars with U.S. Bank while **RULING** against us and taking Black People and White European's homes illegally for gifts of Money Exo. 23:8, Deut. 16:19. Which says Judges can't take gifts because it blinds the eyes of Judgement!! Here are these Judges examples

AS TO U.S. BANK, THE SEC, ATTORNEYS TITLE INSURANCE FUND, COUNTY CLERK OF THE COURTS, DADE COUNTY RECORDS DEPARTMENT, DADE COUNTY POLICE COMMISSIONER VALERIE MANNO SCHURR, VERONICA DIAZ, VIVIANNE DEL RIO, JOHN SCHLESINGER, SAMANTHA RUIZ,

1. SARAH I. ZABEL 4/7/09------------------------------------------made 9 Million from US BANK, Exh. 56.

2. VALERIE MANNO SCHURR 1/21/22-----------------made almost 12 Million from US BANK, Exh. 57. E-W

3. JOHN SCHLESINGER 12/19/2017-------------------made almost 29 Million from US BANK, Exh. 58. A-N.

4. SAMANTHA RUIZ COHEN 5/12/2021--------------------made over 2 Million from US BANK, Exh. 59.D-T

5. MIGUEL DE LA O 1/9/2019-----------------------------made almost 1Million from US BANK, Exh. 60.A-Q

6. VERONICA DIAZ 6/2/2020----------------------------made almost ½ Million from US BANK, Exh. 61.A-

7. VIVIANNE DEL RIO 5/4/2022-------------------------made almost 2 Million from US BANK, Exh. 62.0-11

8. CARLOS LOPEZ 6/17/2023-----------------------------made almost 7 Million from US BANK, Exh.74 D-Z

9. JOSE M. RODRIGUEZ 01/29/2023----------------------made almost 2 Million from US BANK,Exh.75 E-T

## CLERK OF THE COURTS HARVEY RUVIN AND JUAN FERNANDEZ-BARQUIN

5. CLERK HARVEY RUVIN-----------------------------------------------made $315,000 from US BANK, Exh. 6

6. CLERK JUAN FERNANDEZ-BARQUIN---------------------------------made $635,000 from US BANK, Exh. 6

## APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK N. A.

**STARTING WITH OUR JUDGE VALERIE MANNO SCHURR WHO MADE 11 MILLION WITH US BANK** AND **JUDGE JOHN SCHLESINGER WHO MADE 28 MILLION WITH US BANK NA** They must be Arrested and Recuse themselves and void all of his Orders for an open obvious Conflict of Interest. Doing business with US Bank. U.S. Bank these are serious conflicts of interest all done knowing that U.S. BANK N.A. was Dismissed with Prejudice April 7, 2009, Exh. 34, Exh. 35. and Affidavits, Exh. 36, under Case# 2007-12407-CA01 which is the same Case as the 2010 that we're currently talking about Case #2010-61928-CA01 according to U.S. Bank's Memorandum of Law, Exh. 36. Which means that all orders and hearings were done Jurisdiction operating Organized Fraud and these Judges all know that the Allonge had no Authorized signature because it was signed by an Assistant Secretary in Violation of Fl. Stat. 692.101(3)(4) which says no Secretary can sign an Allonge (Assignment) and Fl. Stat. 692.01 says that only a President, Vice President or an Executive Officer can sign an Allonge which is an Assignment to the Promissory Note. The Allonge had no had no printed name under the Signature as required by FL. Stat. 695.26, The Allonge had no Loan Number, no Date and with no Acknowledgment of as required by Fannie Mae Rule B8-3-04 and the 4th DCA Sosa v US Bank of which this is a Fannie Mae Loan as indicated at the bottom of Mortgage and Promissory Note which makes this a Federal Case from Federal H.U.D. And that Assignment was from the wrong Bank called Homecomings Bank Exh. 38. Our bank was Axiom Bank, Exh. 39. According to the Assignment they filed to prove Standing acknowledging from U.S. BANK NA Lawyers that AXIOM BANK is

our Bank but it also proved that Axiom did not Assign the Mortgage because that Axiom Assignment to U.S. BANK NA, Exh. 39. does not have two witnesses, no Notary Stamp, no printed name under the Signature, no Preparer, no Notary Commission Number and this Assignment was done 02/14/2012, Exh. 39. two days after Mclean V. JP Morgan ruling 02/08/2012 which says you can't foreclose before you Own the Note so it's all illegal.

All of this fake news is part of the Conspiracy on TV that deprives me of a grand jury that includes the sheriffs, Dept. the Governor, channel  7, Channel 10, CBS and the Miami Herald put out Fake News so that we can't get a fair trial for the RICO Conspirators, a fair Writ of Replevin to prejudice our getting a Surety Bond, or getting a fair Notice of Removal hearing because judge Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM and the same Judge on Alfred Davis Case for having a paper license that they accused him of  which is a Conflict of interest and using this fake News about our house with staged fake shootings, gods2.com vid. H.  to take our house for Banks and big Developers which is also a Conflict of interest and has sentenced Alfred Davis to 8 months in jail even though a PERSON stood up and said he was the one who had the fake paper License not Alfred Davis  making Alfred Davis innocent from what they claim was a Crime and the Judge would not listen. All done to stop the American Gala Awards see: Americangala.com the AGA an event with 100 black stars helping homeless VETs with TRUMP. An event that we've been doing since 1997 and we do Stand downs for the VETs to raise money for the Homeless VETs done with the city of Miami

Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh. 42. and the City of Opa Locka Florida, Exh, 44. also have done yacht Fundraisers for Republican Politicians on my 4 story 80 ft. yacht. Exh, 45. So We must remove this Case now to Tampa because Broward and Dade County Federal fed courts keep transferring our case back to Dade County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo Sanchez also have Financial conflicts of interest, with U.S. Bank Banks, Exh, 46 and Exh, 47. who has allowed U.S. Bank to violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398 10/13/2023-10/15/23 -10/16/23 Notice of Removal was Filed yet they did not stop the Sale and Federal Judge Martinez did not Void the Sale in Violation of his Stay and this Prosecutor Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who would not lie for them and who pointed out his RACISM for saying Alfred a Black Man can't live in a white people's apt. building and at the Sentencing hearing this Racist Nut called our nonprofit organization and who feeds the people and their kids every Sunday for almost 30 years with old people, young people, kids Latin, Black and White we help people with Community Service, we feed people, do voter Registration Drives and help with the Get out to Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4 times a day on Radio got a Proclamation from the city of Miami from doing these events, Exh. 31. and two Proclamations from the City of Opa-Locka, Exh, 26 and

27, Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister of the Bahamas thereby making Maurice Symonette a Prince, Exh, 18.  who's Grand Father is on the Bahamian $50 bill. Exh, 19. Whose father Al. Symonette was one of Miami's First five Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black Taxi Cab Service in Miami Called Checkers, where I was trained by my Dad, Whose Motto is Latin Black and White Must unite and telling the Police "Thank You for your Service", Exh. 49, Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island, Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the President of Boss Group Ministries and has a Doctorate Degree in Ministries Exh, 50, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity, Exh. 51, and Exh. 52, runs Boss Magazine, Exh, 53, Blacks For Trump Magazine. Exh,  524, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks for Israel because Yahweh Ben Yahweh in 1988 when Synagogues were being defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those Temples, Exh. 55, Prosecutor Johnathan Bailyn called us HOODLUMS  just to taint Boss Group Ministries name and taint Alfred Davis a member of Boss Group Ministries so that they could feel free to take our property even Judge Martinez said you THE DOJ you haven't

Proved your Case, you brought no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT Transcriber of Mary Ann Casale we saw she took that out because it would make Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property. ___Florida Rules of Civil 0Procedure 1.908 which entails equity for justice if fraud can be proven to have taken place in the court. In accordance with the definition referenced from American Dictionary of the English Language Noah Webster 1828, and it defines **Fraud as: Deceit; deception; trick; artifices by which the right or interest of another is injured; a stratagem intended to obtain some undue advantage; an attempt to gain or the obtaining of an advantage over another by imposition or immoral means, particularly deception in contracts, or bargain and sale, either by stating falsehoods, or suppressing truth.**

## ULTIMATE FACTS WITH CONCLUSION OF LAW

Section 1404(a) of Title 28 provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought."

Any party, including plaintiff, may move for a transfer under 28 U.S.C. § 1404(a). I-T-E- Circuit Breaker Co. v. Regan, 348 F.2d 403 (8th Cir. 1965); American Standard, Inc. v. Bendix Corp., 487 F. Supp. 254, 260 (W.D. Mo. 1980). A party may move for transfer, even if it has waived any objection to venue. Montgomery Ward & Co. v.

Anderson Motor Service, Inc., 339 F. Supp. 713, 718 n.3 (W.D. Mo. 1971). The court may also transfer an action sua sponte. Lead Industries Association, Inc. v. Occupational Safety and Health Administration, 610 F.2d 70, 79 n.17 (2d Cir. 1979); Mobil Corp. v. S.E.C., 550 F. Supp. 67, 69 (S.D.N.Y. 1982). While 28 U.S.C. § 1404(a) contains no time limit for the filing of a motion, the motion may be denied if the passage of time or any delay causes undue prejudice or is considered dilatory. See American Standard, Inc., 487 F. Supp. at 261, and cases cited. "The moving party has the burden of proof and must make a convincing showing of the right to transfer." Id.

The power of the court to transfer is limited to those districts or divisions where the case "might have been brought." 2,8 U.S.C. § 1404(a); American Standard, 487 F. Supp. at 261, and authorities cited. Thus, a transfer would be denied where some defendants would not be subject to jurisdiction or where the venue would be improper in the transferee forum as to any defendant. See Hoffman v. Blaski, 363 U.S. 335, 344 (1960); In re Fine Paper Antitrust Litigation, 685 F.2d 810, 819 (3d Cir. 1982), cert. denied, 459 U.S. 1156 (1983); Security State Bank v. Baty, 439 F.2d 910, 912 (10th Cir. 1971); Lamont v. Haig, 590 F.2d 1124, 1131 n.45 (D.C. Cir. 1978).

One of, if not the most important factors to be considered, is that of convenience of the witnesses. In this regard, the inquiry is directed not at the numbers, but rather at the nature and quality of the witnesses' testimony and the question of whether they can be compelled to testify. See Hotel Constructors, Inc. v. Seagrave Corp., 543 F. Supp. 1048, 1051 (N.D. Ill. 1982); Schmidt v. Leader Dogs for the Blind, Inc., 544 F. Supp. 42, 48 (E.D. Pa. 1982); Capitol Cabinet Corp. v. Interior Dynamics, Ltd., 541 F. Supp. 588, 591 (S.D.N.Y. 1982).

Another of the very important factors is the "interest of justice" -- a factor susceptible to a wide variety of definitions. For example, a court might properly consider the degree

"of uncertainty in transferor state law." See Van Dusen v. Barrack, 376 U.S. 612 (1964). Other examples of matters considered under rubric of "interest of justice" are efficient use of judicial resources and avoidance of unnecessary waste and expense, Continental Grain Co. v. The FBL-585, 364 U.S. 19, 26-27 (1960); Smithkline Corp. v. Sterling Drug, Inc., 406 F. Supp. 52, 55 (D.C. Del. 1975); avoidance of inconsistent adjudications and "possibility of prejudice to the plaintiffs flowing from that transfer," Amoco Production Co. v. U.S. Dept. of Energy, 469 F. Supp. 236, 244 (D.C. Del. 1979); "familiarity of the court with the state law to be applied and the desirability of having localized controversies decided at home," Mutual of Omaha Ins. Co. v. Dolby, 531 F. Supp. 511, 514 (E.D. Pa. 1982), and cases cited; and permitting the transferee judge to interpret his outstanding protective order and familiarity of transferor judge with relevant documents. Mobil Corporation, 550 F. Supp. at 71. "The factor of the convenience of parties and witnesses must also be measured in terms of the interest of justice." See American Standard, 487 F. Supp. at 264. The level of congestion of the respective courts, dockets and the speed with which the dispute can be resolved are also proper matters to be considered. See Securities and Exchange Commission v. Savoy Industries, Inc., 587 F.2d 1149, 1156 (D.C. Cir. 1978), cert. denied, 440 U.S. 913 (1979).

An ORDER MUST BE rendered to have jurisdiction over this case and subject matter forwarded to the Federal courts.

## Oath

**I DECLARE UNDER PENALTY OF PERJURY**, that all the facts stated herein are true and correct to the best of my knowledge and ability. And that the facts stated herein were made of my own accord, Executed this 1st day of July 2024.

/S/MACK WELLS

MACK WELLS

15020 S. RIVER DR

MIAMI FL. 33167

/S/MAURICE SYMONETTE

MAURICE SYMONETTE

15020 S. RIVER DR

MIAMI FL. 33167


CC:file/MM/MS

Proof of service

Homeland Security Investigation

11226 NW 20th Street

Miami, Fl. 33172

Certified Receipt:


Federal Bureau of Investigation

2030 SW 145th Avenue

Miramar, Fl. 33027

Certified Receipt:


US Attorney General Merrick B. Garland,

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

openjustice@doj.ca.gov

Certified Receipt:

Fraud Enforcement and Recovery Act

Florida Attorney General Ashley Moody,

Office of the Attorney General

State of Florida

PL-01 The Capitol

Tallahassee, FL 32399-1050

citizenservices@myfloridalegal.com

Certified Receipt:

State Wide Prosecutor Nicolas B. Cox

3507 E Frontage Rd. Ste 325

Tampa, Florida 33607-1795

Certified Mail Receipt:

Miami-Dade County Office of the inspector General

601 NW 1st Court 22nd Floor

Miami, Florida 33136

Certified Receipt:

Office of Miami Dade County State Attorney:

Katherine Fernandez Rundle

1350 NW 12th Ave

Miami, Fl 33136-2102

Certified Receipt:


Chief Justice John Roberts

1 First Street North East

Washington D.C. 20543

Certified Receipt:


Antonio Guterres United Nation

C/O 405 East Forty Second Street

New York, New York 10017

Certified Receipt:


Governor Ron DeSantis

400 S. Monroe Street

Tallahassee, Florida 32399

Certified Receipt:


President Joe Biden

1600 Pennsylvania Avenue NW

Washington D.C. 20500

Certified Receipt:

Donald J. Trump

The Mar-a-Lago Club

1100 South Ocean Blvd,

Palm Beach, Florida 33480


Electronically Served:

Altanese Phenelus, yvaldes@miamidade.gov

Carlos Calle, mrstreetsproductions@gmail.com

Carlos Calle, mrstreetsproductions@gmail.com

Carlos Calle, mrstreetsproductions@gmail.com

Elizabeth Sardinas, esardinas@bakerdonelson.com

Elizabeth Sardinas, nleone@bakerdonelson.com

Elizabeth Sardinas, fllservice@bakerdonelson.com

Eve A Cann, ecann@bakerdonelson.com

Eve A Cann, lbettencourt@bakerdonelson.com

Eve A Cann, nleone@bakerdonelson.com

Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com

Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com

Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us

Harve Humpsy, Courts@Journalist.com

JOHN WESTLEY, TheWomb@USA.com

Jennifer L Warren, jwarren@northmiamifl.gov

Jennifer L Warren, cityattorney@northmiamifl.gov

Jessica Faith Watts, jwatts@quinnlegal.com

Jessica Faith Watts, eservice@quinnlegal.com

Jessica Faith Watts, kmiller@quinnlegal.com

Jessica Jo Fagen, lawfirmFL@rauschsturm.com

Case No: 2010-061928-CA-01 Page 2 of 3

Jessica Jo Fagen, jfagen@rauschsturm.com

Jessica Jo Fagen, abcfleservice@abclegal.com

Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com

Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com

Jimmy Keenan Edwards, CourtXpress@firmsolutions.us

John Westley Mr., WombTV@gmail.com

Jonathan S Wilinsky, FLeFileTeam@brockandscott.com

Jonathan S Wilinsky, CourtXpress@firmsolutions.us

Jonathan S Wilinsky, FLCourtDocs@brockandscott.com

Julie York, FLCourtDocs@brockandscott.com

Julie York, ECCM-FL@provana.com

Justin James Kelley, FLeFileTeam@brockandscott.com

Justin James Kelley, FLCourtDocs@brockandscott.com

Justin James Kelley, CourtXpress@firmsolutions.us

Kara Leah Fredrickson, FLeFileTeam@brockandscott.com

Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com

Kara Leah Fredrickson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, FLeFileTeam@brockandscott.com

Laura Ashley Jackson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, FLCourtDocs@brockandscott.com

Matthew Marks, FLeFileTeam@brockandscott.com

Matthew Marks, FLCourtDocs@brockandscott.com

Matthew Marks, ECCM-FL@provana.com

Michael R Esposito, Michael.Esposito@BlankRome.com

Michael R Esposito, BRFLeservice@blankrome.com

Michael R Esposito, sol.cruz@blankrome.com

Nashid Sabir, nashidlaw@gmail.com

Nashid Sabir, brian@bluoceanlaw.com

Nashid Sabir, nashidlaw@gmail.com

Shaib Y Rios, FLeFileTeam@brockandscott.com

Shaib Y Rios, FLCourtDocs@brockandscott.com

Shaib Y Rios, ECCM-FL@provana.com

Spencer D. Leach, sleach@bakerdonelson.com

Spencer D. Leach, vscarboro@bakerdonelson.com

Spencer D. Leach, fllservice@bakerdonelson.com

William Henry Stafford III, william.stafford@myfloridalegal.com

William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com

William Henry Stafford III, alisha.robinson@myfloridalegal.com

Willnae Lacroix, FLeFileTeam@brockandscott.com

Willnae Lacroix, FLCourtDocs@brockandscott.com

Willnae Lacroix, courtxpress@FirmSolutions.us

maurice symonette, bigboss1043@yahoo.com

Exh. 1

# City of Miami, Florida



TOMAS P. REGALADO
MAYOR

8300 PAN AMER CAN DRIVE
MIAMI, FLORIDA 33133
(305) 250-5300
FAX (305) 854-4001

**April 23**, 2015

President of Haiti
Honorable Michel J  Montellly

Dear Mr  President

   We were recently informed that you have been invited to attend the American Gala
Awards (AGA) scheduled for **3 days of November** at the City of Miami. We were delighted
to hear that Mr  Maurice Symonette had extended you an invitation, and the City of Miami is
hopeful that you will accept

   As mentioned on the invitation letter, this event will serve our military veterans specifically
in helping them acquire meaningful employment and access to healthcare. The AGA
organizers are committed to helping raise funds and awareness to ensure that our military
veterans have access to the services most needed t allow for a smooth transition from
military service to civilian life

   On behalf of the Mayor of the City of Miami, Tomas Regalado, and our citizens we
welcome your attendance and hope that we can meet at the American Gala Awards

Sincerely,

LtCol Antonio Colmenares USMC (Ret)
**Director, Veterans Services Office**
City of Miami, Office of the Mayor

Cc
Mayor Tomas Regalado

Exh. 2

Exh. 4 pg.1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,

CASE: 23-CV-22640-JEM

V.

U.S. BANK, NATIONAL ASSOCIATION, Et al.,

Defendants.

_____/

AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42. IFRS 2018 Tables 9-13, SEC Filings- *2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !* Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FINANCIAL DISCLOSURE REPORT, for 2021 Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank which is US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK.** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.F & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because of Conflicts Of Interest. None of these Judges or Attorney's can do anything with the State Court because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's were wasting all of the time Exh H. not us but we were never given that opportunity and Judge Lopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was

Exh. 4 pg.2

directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News .ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order, Exh. O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us. Exh.. I.

## FACTS

1 . On Dec. 19. 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page. 42, (FRS 2018 Tables 9-15, SEC Filings U.S. BANK Florida Subsidiaries. Judge Alan Fine Financial Interests & Property Disclosures). *Florida Rule 2.160 (H) Se=: A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (B) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !* Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

## FINANCIAL DISCLOSURE REPORT
Page 4 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/09/2022 |

**VII. INVESTMENTS and TRUSTS** — *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

*Exh. 4 pg.3*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | CAPITAL ONE | A | Interest | M | T | | | | |
| 2. | AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | |
| 3. | IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | |
| 4. | IBERIA BANK - CHECKING(X) | A | Interest | M | T | | | | |
| 5. | FIRST CITIZENS(X) | A | Interest | M | T | | | | |
| 6. | AMERICAN ELECTRIC | A | Dividend | J | T | | | | |
| 7. | DOMINION ENERGY (FORMERLY DOMINION DIRECT) | C | Dividend | M | T | | | | |
| 8. | SOUTHERN COMPANY | B | Dividend | L | T | | | | |
| 9. | EVERGY INC | A | Dividend | K | T | | | | |
| 10. | MCDONALDS CORPORATION | A | Dividend | K | T | | | | |
| 11. | SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | |
| 12. | USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A |
| 13. | | | | | | Sold<br>(part) | 03/05/21 | J | A |
| 14. | USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy<br>(add'l) | 12/20/21 | J | |
| 15. | USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold<br>(part) | 08/26/21 | K | A |
| 16. | | | | | | Buy<br>(add'l) | 12/20/21 | J | |
| 17. | USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy<br>(add'l) | 12/20/21 | J | |

1 Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,                                                    **Exh.5 pg.1**
CASE: 23-CV-22640-JEM
V.

U.S. BANK, NATIONAL ASSOCIATION,Et al.,

Defendants.

_____/

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the June. 17' 2023 Eduardo L Sanchez review of the record and Final Judgement Order, Exhibit.J.
based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and
discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this
Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018
Tables 9-13. SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property
Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.*
*Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify*
*himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is*
*party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he's
doing business with US Bank and helping them to make money so that he can make money by

**Exh.5** P₄·Z

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)–(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007–12407–CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has



**Exh.5 Pg 3**

| | FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | Page 6 of 9 | Sanchez, Eduardo L | | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 5, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependents Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | A Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e.g., div., rent, or int.) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e.g., buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) |
|---|---|---|---|---|---|---|---|---|---|
| 35. XCEL ENERGY INC. | | A | Dividend | J | T | | | | |
| 36. BANK OF AMERICA CORP | | A | Dividend | J | T | | | | |
| 37. DUKE ENERGY CORP. NEW (DUK) | | A | Dividend | J | T | | | | |
| 38. Johnson & Johnson | | A | Dividend | J | T | | | | |
| 39. SPDR S&P 500 ETF Trust (SPY) | | A | Dividend | J | T | | | | |
| 40. COHERENT INC. | | | None | | | Redeemed | 07/05/22 | J | |
| 41. COHERENT CORP. | | | None | J | T | | | | |
| 42. MICROSOFT CORP. | | A | Dividend | K | T | | | | |
| 43. PLUG POWER INC. | | | None | J | T | Buy (add'l) | 08/10/22 | J | |
| 44. | | | | | | Sold (part) | 12/19/22 | J | |
| 45. Coinbase Global, Inc. CL A (COIN) | | | None | J | T | Sold (part) | 12/19/22 | J | |
| 46. Amazon.com, Inc. (AMZN) | | | None | J | T | | | | |
| 47. Dow, Inc. (DOW) | | A | Dividend | J | T | | | | |
| 48. BHP Group Limited ADR (BHP) | | A | Dividend | J | T | Buy | 08/26/22 | J | |
| 49. MASS MUTUAL FINANCIAL GROUP, whole life insurance policies | | B | Dividend | L | T | | | | |
| 50. Wells Fargo Bank Cash Accounts | | A | Interest | M | T | | | | |
| 51. Dade County Federal Credit Union Cash Accounts | | A | Int./Div. | N | T | | | | |

EXHIBIT 6



## ~~Proc~~lamation

Metropolitan Dade County takes great pride in recognizing initiatives which serve to enrich the fabric of local life, and

**WHEREAS:** The First Annual Gala Event was organized by Symonette Palace International, with proceeds benefiting the National Council of Negro Women, Florida Southern Christian Leadership Council, Economic Opportunity Health Center and the P.H.I.L.I.S. House, and

**WHEREAS:** The event, taking place at the Joseph Caleb Center, will play host to various award-winning artists, authors and individuals of all statures throughout the entertainment community, and

**WHEREAS:** This exciting event will be recorded and filmed by television producer David A. Johnston of Urban Pulse Television networks of Boston, and will be aired nationally in June of this year, and

**WHEREAS:** It is fitting that official recognition be given to the organizers and sponsors of this outstanding community-oriented endeavor;

**NOW, THEREFORE, BE IT RESOLVED, THAT I, ALEX PENELAS, MAYOR OF METROPOLITAN DADE COUNTY, FLORIDA,** do hereby proclaim Saturday, May 31, 1997, as

### Miami Gala Event
### Unity in the Community Day

**IN OBSERVANCE THEREOF:** I call upon the good people of Metropolitan Dade County to join me in participating in this fantastic gala event whose theme is "Unity in the Community," and in expressing heartfelt appreciation to all those who have worked so hard to bring this dream to fruition.

May 31, 1997
DATE

ALEX PENELAS,
MAYOR

Exh. 7



## A COMMUNITY OF BROTHERHOOD AND SISTERHOOD

# Proclamation

**WHEREAS:** The Mayor and City Commission of the *City of Opa-locka* again salutes Maurice Symonette of Symonette Palace International and organizer of the Miami Gala Event for the 2nd Annual Miami Gala Event and;

**WHEREAS:** This event, held at Symonette Palace at the Grand Palms Hotel, hosted many award-winning artists such as; Sherman Hemsley, Tom Dowd, Philip Michael Thomas, Betty Wright, Tom Joyner, George Wallace, Menudo, Earth Angels, The Supremes and Najee, whom all participated in this year's event and;

**WHEREAS:** Authors and individuals of all statues throughout the entertainment field and our community participated during this special time and were captured, recorded and filmed by WAMI TV- City of Opa-locka, Channel 9 and Picture Perfect.

**NOW, THEREFORE, I, ALVIN L. MILLER, MAYOR, ALONG WITH MY COLLEAGUES OF THE CITY COMMISSION OF THE CITY OF OPA-LOCKA: VICE MAYOR MYRA L. TAYLOR, COMMISSIONERS MARY E. ALLEN, BOBBY R. BRADLEY AND DERRICK L. MILLER, DO HEREBY PROCLAIM, SATURDAY, DECEMBER 6, 1998 AS:**

*"2nd ANNUAL SYMONETTE PALACE GALA EVENT"*

in the City of Opa-locka, we further urge all citizens to participate in joining with us to celebrate this day

SIGNED and the SEAL of the City of
Opa-locka, Florida, Affixed hereto
this 6th day of December, 1998

**ALVIN L. MILLER**
**MAYOR**

Exhibit 8



**BOSS ENTERTAINMENT**

S.R ROLAND SYMONETTE MAURICE'S GRAND
DAD ON BAHAMAS $50 BILL
FIRST BLACK PRIMEMINISTER

Free jet ski party Every Sun. 1pm at
15020 S. River Dr., Miami, FL 33167
Featuring: Talent show w/all the stars
on TV ch.578 Thursdays 12 midnight

**Dr. Maurice Symonette
a/k/a Michael Boss Radio
TALK SHOW HOST
Pres. Boss Group Ministries
GOD52.COM
CEO TV Radio
Magazine Newspaper**

PRINCE
SYMONETT

Cell 786-859-9421 Off 305-702-6413
Fax 305-974-2867  Off 305-974-7867
Off. 13899 Biscayne Blvd.  Miami, FL 33181
Youtube Symonettesplace good
Email: bigboss1043@yahoo.com

Exh. 9

HDR



SIR ROLAND SYMONETTE MICHAEL'S GRAND
DAD ON BAHAMA'S $50 BILL
FIRST BLACK PRIME MINISTER



45:07

Exhibit 10



Exhibit 11



Exhibit
12

# H.E.G. UNIVERSITY



## Doctorate In Ministry

### This Doctorate that

### MAURICE SYMONETTE

and honors, rights, privileges and responsibilities pertaining there to. In witness whereof we have hereby affixed our
signatures and seal of University H.E.G

On this Eleventh Day of November, Two Thousand and Twenty Three

Dr. Bill H. Tudor
Chancellor of the H.E.G. UNIVERSITY

Dr. wilelmine Ixtzinne



Exhibit
13

# The Florida Chapter

## In Association with Jehovah Jireh Biblical Institute of Theology, Counseling and Christian Education

of

**BROOKLYN, NEW YORK**

An accredited member of Accrediting Internationals, Inc.  Beebe, Arkansas
has this day admitted

## Maurice Symonette

Who has been recommended by the Graduate Department
As Prescribed by this Institution, and that the Board of Regents, on
recommendation of the Faculty, has conferred the

## Honorary Doctorate in Letters

With all the Rights, Privileges, and Honors as well as the
Obligations and Responsibilities thereunto appertaining.

In Testimony hereof, and By Virtue of Authority Vested in Me

By the Board of regents, this Honorary Doctorate in Letters is conferred and awarded
at Miami, Florida this Second day of March, 2008.



Dr. Harold Smith
President

Dr. Chester C. McCullough
President

## The Florida Chapter

### In Association with Jehovah Jireh Biblical Institute of Theology, Counseling and Christian Education

of

**BROOKLYN, NEW YORK**

An accredited member of Accrediting International, Inc. - Beebe, Arkansas
has this day admitted

## Maurice Symonette

Who has been recommended by the Graduate Department
As Prescribed by this Institution, and that the Board of Regents, on
recommendation of the Faculty, has conferred the

## Honorary Doctorate in Humanity

With all the Rights, Privileges, and Honors as well as the
Obligations and Responsibilities thereunto appertaining.
In Testimony hereof, and By Virtue of Authority Vested in Us

By the Board of regents, this Honorary Doctorate in Humanity is conferred and awarded
at Miami, Florida this Second day of March, 2008



Dr. Chester C.
Pres...

# Maurice Symonette gets 2 Doctorate Degrees Youtube Symonette Palace Good



# BLACKS FOR TRUMP MAGAZINE



**JUDGE VALERIE MANNO SCHURR**     **JUDGE JOHN SCHLESINGER**

1 JUDGE V. SCHURR RECUSED HERSELF AFTER GETTING CAUGHT GETTING $995,000
FROM U.S. BANK TO ILLEGALLY FORECLOSE ON CRIPPLE BLACK MAN'S HOUSE—CONFLICT OF INTEREST
2 JUDGE J. SCHLESINGER GOT $11MILLION FROM U.S. BANK TO FORECLOSE ILLEGALLY



The Social Works of YAHWEH BEN YAHWEH

Exh. 17

yune  **The Miami Herald**                                    May 7, 1988

# [YAHWEHs]
# Offer to
# Patrol at Synagogues

ople.
e group
came t
vet the
commen
d hour
ys com

ms. sai
ie group
neeting
t.
and on
ie tempi
was ..
) a seat
lpit are
calenda

The Nation of Yahweh Friday volunteered to patrol South Florida synagogues to deter what appears to be increasing violence against the institutions.

"We are all brothers of the same family of God." said Yahweh, a blue-eyed black man who dresses in a flowing white gown and wears a white turban. He has said he is the messiah prophesied by the Bible.

"We hope other religious institutions and civic groups will join us." Rubin, [their attorney], said.

The Yahwehs have started a $2,000 reward fund for apprehension of anyone committing violence against a religious institution.

The Yahwehs would be unarmed and would only patrol where asked. They would photograph vandals in action and give the material to the police.

Since the beginning of the year there have been 38 acts of vandalism against Jewish institutions in Florida.

Rubin said, The Yahwehs have successfully prevented vandalism against their properties and ridden them of drug dealers.

---

**The Miami Times**                                    June 25, 1987

6, 1986

# Yahweh Ben Yahweh
# Speaks Out
# Against Violence

shing their
on. whose
oupl mem
e nice peo-

out litera
spy Kreme
"They don't

ir services."
to a former
few times.

The leader of the Yahweh religious movement has again denounced violence.

"We teach peace." Yahweh Ben Yahweh said in an exclusive interview with the Miami Times Tuesday.

"I teach that we must show love to one another," he continued.

. . . [Yahweh] Ben Yahweh has "opened up to those interested in the truth."

Case 8:24-cv-02037-MSS-UAM   Document 2-2   Filed 08/26/24   Page 26

Exh. 18

From Poverty to Riches

# Letter from Jerusalem

## Dearest Yahweh:

I pray that all is well with you and yours, and with my sweet dear Abishag. My very best to her.

I am back in Jerusalem, "home sweet home," and thinking of you and your dynamic movement. I anxiously await a signal from you, for to loyally serve you here is indeed my destiny, my true desire, and my pre-ordained life's work and mission. Of this I am certain and ready, as is my darling wife.

My spirits are high, my "motor" running, my soul so touched by you.

Our lives, home and heart are open to you. Please know this, please. Indeed, I long to be your man in Jerusalem. With clear spiritually motivated vision and a razor sharp mind, I see all of the following soon:

1. A Yahweh Ben Yahweh Center here;
2. Worldwide publicity, attracting thousands;
3. A Yahweh Ben Yahweh Tourist Resort-Center;
4. A Yahweh Tourist-Travel Agency;
5. A Yahweh Religious Center . . . here;
6. Yahweh's presence bringing Jews and Arabs, and Jews and Blacks together here, and in the USA.
7. Yahweh as a key-link-catalyst as and for a Black American President;
8. Yahweh playing the major role in bringing about a real true peace between Jews and Arabs in the Middle-East;
9. Yahweh truly taking his rightful place on the world stage.

Yes, beloved one, I am dreaming, thinking, and planning "Big," real "Big," and believing it all, for you are Yahweh Ben Yahweh, this is Jerusalem, and I am Shelly Stern, spiritually and mystically moved, for the first time ever, and I am here in Israel, for you. This ragamuffin little street kid from Brownsville, Brooklyn, educated, sharp, street-wise and imaginative, longs to tie his heart and soul to you, for yours and my benefit, and to and for the advantage of millions and the world.

I've been at death's door, but in you I have a true cogent reason to really live again, reborn for you and yours in Jerusalem.

Please Yahweh do trust me, please, do have faith in me, please. I am fully rational, crystal clear and a loyal dedicated follower. You must believe me, believe in me and have full confidence in me, please, someh...

I yearn to get started for you, an office, me... coverage, a site for a center, preparing for "your ca... ing," etc.

I will not accept any other kind of employment. ... it is ordained that I must be in your service only n...

I am ready, to serve you here, in your true c... your real place, the only place, Jerusalem, Jerusal... of Gold, City of God, City of Peace, Center of t... World, the Place of the Messiah, of our Yahweh B... Yahweh.

Please, again, do trust me, and do have comp... faith in me.

I will certainly help you, aid you, and enhance y... so much. Should you or any brother or sister care to... here soon, know that our home is open and available... you and yours for as long as you or they desire, and I... wine and dine you all as best I can and pick anyone... at the airport, and drive you [or yours] all over this g... "Holy-land" of ours. I will do all.

Please dwell upon the above.

Please remember me, please take my hand. Y... are in our hearts, ever in our souls. Please respo... please be there for us.

We love you, we need you.

Shelly and Tamar□



YAHWEH BEN YAHWEH and Shelly Stern

Dear YAH
It is supr
...titude for
...rocosmic
On Septe:
...y ordinary
...efutably p
...well as th
This in t
...think Sat
...er be des
In conclu
...adfastnes
...d and left
...proclain
Love alv
Kezia Ta

Shalom
YAHWE
...enever in
...no way t
...have ta
...er intellig
...to us is
I'm very
...forevern

Your di

Lawvav

To who
A frien
YAHWEH
...ve some
...ase sen

Love

B.C.
Los A

From Poverty to Riches

Exh. 19 pg.

**THE MIAMI TIMES**

Thursday, March 12, 198?  he M

# Yahwehs
# Buy 2nd Hotel

The Yahwehs have purchased another hotel, their second one this year.

The former 79th St. Hotel, 279 NE 79th St., will be changing its name to Yahweh, undergoing renovations to bring the building up to code, and have its restaurants revitalized, according to Yahweh spokeswoman, Judith Israel.

"The building was totally run down and by no means up to code, but everything is still very much in the planning stages," she added.

The 63-room hotel and revitalized restaurants will be open to the general public. The purchase price was not revealed.

The Yahweh's first hotel was purchased a couple of weeks ago. It is located on the corner of Biscayne Blvd. and 74th St., the former Miami Motor Inn.

The 24-room structure costs half a million dollars and includes a pool and penthouse suite.

It is open to the public, according to leader, Yahweh Ben Yahweh.☐



YAHWEH 79th Street Hotel

From Poverty to Riches

**MIAMI WEEKLY**

**THURSDAY, JULY 16, 19**

The Economic Works of YAHWEH BEN YAHWEH



# YAHWEHS
# Purchase Saxon Hotel

## "Son Of God" In Quest To
## Save Community

The latest real estate acquisition of Yahweh Ben Yahweh and the Yahweh movement in Dade County is the infamous Saxon Hotel at N.E. 62nd Street and 2nd Avenue, site of many crimes on the books of both Metro and Miami Police. According to reports – and statements from Ben Yahweh himself – those crimes include murder, robbery, rape, muggings and the booms and busts of drug trafficking.

A press conference was called by Yahweh Ben Yahweh, at the site of the Saxon Hotel where he announced plans to clean up the property and carry out extensive renovations. According to Yahweh's attorney, Ellis Rubin, having rid the property of cocaine traffickers, the plan is now to bring a sense of pride to the Yahwehs coming into an area is that the drug traffickers leave," Mr. Rubin said.

As reporters waited for Yahweh Ben Yahweh to arrive at the conference, Rubin answered questions about the number of real estate acquisitions over the past several months. He said the Yahwehs – in addition to giving the people in the community a sense of pride – will provide



Picture of the former Saxon Apartments before renovations

good living accommodations, in an area which been uninhabitable.

Rubin described the Yahwehs' real estate dealings as a growing portfolio of several millions of dollars, a growing presence in the community.

Rubin said the Saxon Hotel is very typical of the kind of acquisitions the Yahwehs have been and will be making. "That is why I have invited you here to the before . . . And later we will take you to another . . . not too far from here, to show what we do after purchase a property and complete renovations," he members of the media.

Asked how the Yahwehs are able to finance a program of acquisition and refurbishing, Rubin plied in his usual well-mannered style. "I never the Son of God how he gets his money, because think it is a miracle."

Yahweh Ben Yahweh, arrived at the press conference accompanied by an entourage of two buses filled disciples. Stepping majestically from one of the vehicle the minister greeted the press warmly . . . extending special recognition to those he knew by name.

He confirmed statements made earlier by his attorney that the main purpose of purchasing the Saxon



enhance and upgrade it for the benefit of the community and Miami as a whole. However, he emphasized that once the property has been "renewed," only people who are free from drugs, alcoholism, "and other things which destroy a community," will be allowed to live there. But screening will be done from no general public.

When he was asked if there were any lessons learned, . . . Yahweh Ben Yahweh answered by saying, "If you look around here this place is absolutely clean, absolutely peaceful, absolutely quiet . . . and that's the way we have been handling all our properties."

He said the facts . . . prove that the Yahwehs are a moral people taking a moral stand.

Clad in the traditional attire of his religion, all made from white linen, Ben Yahweh spoke of working for the Lord. He said that the work he and his disciples are doing is righteous; and that everything they do is done within the laws of the United States of America.

Yahweh Ben Yahweh said that the money which fund his projects come from Yahweh and all those who believe in Yahweh. "Those who believe in the moral uplifting of our communities are supporting us in our effort," he told reporters.

He said Yahwehs are not prejudice about who helps them. "Anyone can work for God," he said.

As reporters pressed for information on financial holdings and resources of the Yahweh organization, Yahweh Ben Yahweh assured them that donations are accepted from anyone who wants to donate to the work of Yahweh . . . "Who is God." He said all industry is based on real estate and that his organization is looking to take up some of the slack of unemployment in America, in every aspect. "So why not real estate," he said.

Attorney Rubin reminded reporters that Yahweh Ben Yahweh is only the spiritual voice of the Yahweh religion. Mr. Rubin said, "These mundane details of owning and selling property are left to others in the temple of [Love]."

He then directed the press conference to be moved to the Villas, another property acquired by the Yahwehs, in a heavy drug trafficking area of Liberty City. At the villas, reporters were given a tour of six one-bedroom apartments; impeccably painted and decorated. All of the apartments are fully furnished, complete with color television, cooking utensils, china and crystal ware . . . and there is even a blender in each of the apartments. "In fact," reporters were told by their tour guide, "all you need to bring – when you move in – are your clothes."□



YAHWEH Resort Villas is the perfect hideaway



Luxurious accommodations include full size living rooms



Exh. 19
Pg. 2

Exh.19 pg.3

**The Miami Times**                                                                    **November 20, 1986**

# Fauntroy —
# SCLC Statement
# On Yahwehs

The President of the Southern Christian Leadership Conference in Miami, Ray Fauntroy, has issued a statement . . .

"The Temple of Love, SCLC and all other Black organizations are struggling against the same wicked enemy, greed and racism," Fauntroy stated.

Fauntroy charged that . . . "We must admire the ability of the Temple of Love to bring as many Black people together as they have, for one cause, a very difficult task to achieve in today's community." □

**Page 205**

Case 8:24-cv-02037-MSS-UAM   Document 2-2   Filed 08/26/24

From Poverty to Riches

Exh. 19 pg⁴

# Testimony by Arthur Teele

## *Excerpts taken from opening speech at 1987 National Business League's Annual Convention*

I am very honored tonight to have the very distinguished presence of a group of people that have traveled, not just from Miami, but from all over America, and some of their members that are in business have been asked by their distinguished and illustrious leader, Yahweh Ben Yahweh, to join us here to understand and to witness and indeed participate, in these historic deliberations.

I'm referring, of course, to the Hebrew Israelites. I want to say something tonight that is not in my text, and I promise you that I will take off at least 15 pages from the prepared text by going extemporaneous. I want to share with you that we sometimes, as a people, have gotten so confused about who we are that we tend to allow others to plant seeds of distrust among each other. I want to tell you that I am ashamed of the fact that I have lived in Miami for over four years (I have lived in Florida all of my life) and I have never taken the time or the opportunity to understand or even know my brothers and sisters who are members and devout followers of Yahweh Ben Yahweh. Recently, when I was in a moment of need, when I needed help; I was running in a very tough campaign, as many of you know, for Mayor of the City of Miami, I was asked by one of the community leaders to meet with Yahweh Ben Yahweh and share with Him my visions of what I believe Black Americans must do next. In one meeting, we had a commonality of understanding, love, respect, and a sense of unity with each other.

Miami will never be the same, because when Yahweh Ben Yahweh decides that there is going to be 200 people on the streets supporting you, you can believe that there will be 400. So tonight, as the members and leaders of the Hebrew Israelites, commonly referred to as the "Yahwehs" have joined us from across the country, I want to just take a moment to share with you what I have witnessed at a distance what has been accomplished. In less than five years in Miami, Florida, the Hebrew Israelites have obtained and gained the respect, not just of black of Miami, but of all Miami. In fact, I am embarrassed that the Biscayne Chamber of Commerce has moved ahead of the NBL in working with him as a frequent speaker for the Chamber. As a result, the Hebrew Israelites are active members of the Chamber of Commerce in Miami. And why are they members? Because they took the areas which is know



**YAHWEH BEN YAHWEH and Arthur Teele**

as the gateway of Miami, U.S. 1, which had become run-down with seedy hotels, strip joints, prostitutes, dope dealers, etc.; they took over those seedy properties, rehabilitated them and they dared any person who is not moral to set foot on their property. The Chamber needs the Hebrew Israelites and so do we, the National Business League.

Ladies and gentlemen, if you don't believe it, you have got to come to Miami to see it; to see a prostitute walk down U.S. 1; to see a white building that says "Yahweh," stop, cross the street and then continue down U.S. 1. In addition to being moral and principled, the Yahwehs have shown Blacks in South Florida that through working together, and coming together in a common bond, in unity; that we can as a race, move forward.

In 1981, there were no black hotels in Miami. Today, there are five. There are black-owned printing companies in Miami. And yes, they are owned by the Yahwehs, and I am having my car repaired by a car repair facility owned by the Yahwehs; and there is so much more I could say. The Yahwehs are indeed a part of the fabric of Miami and I say to you, in the near future, they will be a part of the fabric of this community.

We need to open our hearts and our minds and understand what the Hebrew Israelite movement is about, particularly as it relates to the economic empowerment of our people.□

Contact Information
Exh. 20



## FOR RESERVATIONS CALL

יהוה   **SUN CITY**
(800) 848-8978
(305) 947-6511

יהוה   **ECONOMY INN**
(305) 757-0006

יהוה   **RESORT MOTEL**
(305) 757-8808

**JUDITH ISRAEL**
*General Manager*

Executive Office
2766 N.W. 62nd Street
Miami, Fla. 33147
(800) 2 YAHWEH
(305) 633-6916

*In a Class by themselves!*



יהוה **SUN CITY**
17375 COLLINS AVENUE
MIAMI BEACH, FLORIDA 33160



יהוה **RESORT MOTEL**
7350 BISCAYNE BOULEVARD



יהוה **ECONOMY INN**
6320 BISCAYNE BOULEVARD

Exh. 21 pg. 1

From Poverty to Riches

From Pr

The Economic Works of YAHWEH BEN YAHWEH





Luxurious accommodations at economy prices

Ambassador's Suite at YAHWEH Economy Inn



Rooms come completely furnished with kitch

kitchen and dining room in Ambassador's Suite

Ambassador's Suite comes complete with Parlor Room

## Letter to יהוה Economy Inn:

October 1987

Dear Bathsheba!
Thanks for everyone's hospitality and kindness.
Hope to see you all on our return trip.

Lorraine and Veda☐



Spacious accommodatio



King size bed in Ambassador's Suite



Enjoy your stay at YAHWEH's Economy Inn

Case 8:24-cv-02037-MSS-UAM   Document 2-2   Filed 08/26/24

From Poverty to Riches

*Exh. 21 pg. 2*

**THE MIAMI TIMES**                                  Thursday, July 14, 1988  MIAMI W

# You Need To Know

### By State Rep. Jeff Reaves
### Economic Clout

We must become serious about our economic future in Dade County. All political and social issues hinge on this one factor — economics. With control of our economics, we can begin to control our problems of homelessness, joblessness, "businesslessness," and drugs. Yes, politics play an important role in creating the proper environment for economic growth; however, we must take the chance at every opportunity to advance our economic growth.

Last week, I met a man who is serious about economics – Yahweh Ben Yahweh. In a short 10 years he has built a sizable operation in our community - factory buildings, apartments, markets, and the list goes on.

Regardless of preconceptions, a tree is judged by the fruit it bears. Yahweh Ben Yahweh's fruits are well worth our taking notice of them. The man has done what many have only planned of doing. □

By Bill Per...

After her... postulate, a... evelopment... economic en...

Most Afr... people are t... economic po... countless ho... g various... irections do...

Our rheto... abstance. O... articular gro... at evidence...

Yahweh ... ent and is... rating the ... s the prima... There may be... ahweh Ben ... lative to th...

Certainly... enefiting fro... e they follo... sited the Te... remendously... up – the co... nd love as ev... nd awesom... anner of the... mazement a...

Isn't it str... able to obt... ck like Jerry... for the dete...

I encoura... come know... ent, especi... conomic em...



Page 104

Exh. 23 pg. 1

## 2 opened fire on party behind NW Miami-Dade home, injured man, police say - WSVN 7News | Miami News, Weather, Sports | Fort Lauderdale

*By Kevin Boulandier, Alex Browning, Sheldon Fox, Jessica Holly*

NORTHWEST MIAMI-DADE, FLA. (WSVN) - Two gunmen made an escape on the water after a shooting in Northwest Miami-Dade sent a man to the hospital, police said.

According to Miami-Dade Police, both subjects opened fire on people having a party behind a home on South River Drive, near 150th Street, just before 7:15 p.m. Sunday.

"South River Drive, advising a person has been shot next door," said a dispatcher over Broadcastify police scanner.

Investigators said the shooting happened after a dispute.

Cellphone video shows people arguing before a man wearing orange grabbed at his waistband. A second man is seen with a gun in full view while the man in orange begins running and shooting. The video recorded over 50 shots that rang out at the party.

A wounded man is seen on video being helped by party goers as they awaited Miami-Dade Fire Rescue to arrive.

"Don't fall asleep. Talk to us," said a woman.

Police said paramedics with Miami-Dade Fire Rescue transported the injured victim to HCA Florida Aventura Hospital in stable condition.

Officials believe some people may have fled on a personal watercraft.

Neighbors told 7News that this is not the first shooting that has happened at the home and said that their complaints about their neighbor have not been

Exh. 23 pg. 2

addressed.

"It's a mess," said a neighbor. "It's out of control. We reported to the county, we reported to the police, they just don't do anything."

"This neighborhood becomes a mess because of these people here," said Erika Willingham. "This is a residential area and it's not supposed to be like this. I pray they burn it down."

The home is known online as the "Boss Mansion."

According to social media posts, the home is known for jet ski parties. The parties are hosted by an organization called Boss Group Ministries which is led by Maurice Symonette.

"They only use this house for parties in order to make money," said the neighbor. "They just don't care about anyone."

The neighbor said he notified the Florida Fish and Wildlife Conservation Commission about people shooting from their personal watercraft.

"I actually reported two weeks ago to Fish and Wildlife because they were shooting from a jet ski to the trees, to the birds," he said.

In 2022, one person was fatally shot and three others were injured during a party at Boss Mansion.

According to Miami-Dade Police, a fight broke out between a 22-year-old man and a 24-year-old man during that party.

"There has been multiple complaints about this home, and we are working with the Regulatory and Economic Resources Department, and they are aware of the nuance that's going on in the home," said Miami-Dade Police officer Luis Sierra in 2022, "and they are investigating the home as well."

Symonette also spoke to 7News following the 2022 incident.

"I wasn't even here last night because I wasn't throwing a function last night," said Symonette.

On Monday, a man was seen going into the home and when asked what happened, he told 7News "Yahweh's enemy was responsible."

According to property records, the home has been foreclosed. As of 10 p.m. Monday, no arrest have been

Exh. 23 pg. 3

made.

Representatives for Boss Group Ministries did not immediately respond to 7News' request for comment.

**If you have any information on this shooting or the subjects' whereabouts, call Miami-Dade Crime Stoppers at 305-471-TIPS. Remember, you can always remain anonymous, and you may be eligible for a reward of up to $5,000.**

*Copyright 2024 Sunbeam Television Corp. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**Join our Newsletter for the latest news right to your inbox**

AFFIDAVIT

**Exh.27 pg.2**

July 23, 2024

On the day of Alfred Davis's trial when the prosecutor requested the judge to ~~reprimand~~ *remand* Alfred Davis, the judge denied and stated that the prosecutor did not prove their case. have enough evidence, nor did anyone testify to ID Alfred Davis as guilty.

Krystal Wright

Florida Driver License
W623- 501- 89 - 876 - 0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT                    Exh.27 pg.3

I _Andre Tate_ AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN

FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER

THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE

JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES  TO

POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU

GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID

ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM

DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T

LET ME DOWN MR.DAVIS.

Andre Tate
Andre Tate

Floriaa Driver License
T300-001-88-242-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT                    Exh.27 pg.4

I Curtis McNeal AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN

FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER

THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE

JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO

POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU

GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID

ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM

DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T

LET ME DOWN MR.DAVIS.

*Curtis McNeal* (signature)

Curtis Mc Neal

Florida ID

M 254-101-58-385-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT                          Exh.27 pg.5

I Ricky Welch AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Ricky Welch

Floriaa CDL
W420-738-63-205-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT                    Exh.27 pg.6

*Micahel Nichlson* I AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

*Micahiel Nichloson*
MICAHIEL NICHLOSON
Florida Driver License
N242-549-89-041-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT                                    Exh.27 pg.7

I, James Buckman AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.


James Buckman
JAmes BuckmaN
Florida Driver License
B255-140-57-290-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

Exh.27 pg.8

AFFIDAVIT

I Willie Harvey AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11$^{TH}$AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Willie Harvey
WILLIE HARVEY

Florida CDL
H610- 890-58-298-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2028

7/23/2024

# PROPERTY RECEIPT

Office of the Inspector General
601 NW 1ˢᵗ Court, South Tower, 22ⁿᵈ Floor
Miami, FL 33136
(305) 375-1946

Exh.30



| Date/Time Impounded | | Property Room Locator Code | | Case Number | |
|---|---|---|---|---|---|
| Address where property impounded *(Give exact location where property was located)* | | | Type of Case | | |
| Name | | | | | Owner / Victim |
| Address | | City | State | Phone Number | |
| Subject | | | Race | Sex | DOB |

**Reason for property transfer:** ☐ Evidence  ☒ Other (specify) _____

**Method of Transfer:** ☒ In-person  ☐ U.S. Mail  ☐ Fax  ☐ Other _____

| Item No. | Quantity | Itemized Description (Article – Brand – Model – Serial # – Size – Color – County tag # if available) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Recvd From: | I hereby acknowledge that the above list represents all property taken from my possession and acknowledge that I have received a copy of this receipt. | Recvd By: | I hereby acknowledge that the above list represents all property impounded by me in official performance of my duties. |
|---|---|---|---|
| Print | | Print | |
| Sign | | Sign | |
| Chain of Custody Responsibility: | | Chain of Custody Responsibility: | |

**FINAL DISPOSITION OF PROPERTY:**

Manual of OIG Policies and Procedures
Appendix B-11
Effective February 1, 2018
Revised Date N/A
Original Copy

**OWNER'S COPY (If Applicable)**          **COPY**

Exh.

# CERTIFICATE

## OF ACHIEVEMENT

THIS CERTIFICATE IS PROUDLY PRESENTED TO

**Maurice Symonette**

THANK YOU

FOR YOUR SERVICE & DEDICATION TO OUR VETERANS

DURING THE 2014 SOFLO STAND DOWN

**June 4, 2014**

DATE

FLORIDA VETERANS FOUNDATION INC. ★ SERVING FLORIDA'S VETERANS ★

Colonel Gregory Julian
Battalion Commander, Camp Hope

LtCol Tony Colmenares
Director, SoFlo Stand Down

IN THE ELEVENTH JUDICIAL COURT IN AND FOR
MIAMI-DADE, FLORIDA

**Exh.33 pg.1**

MACK WELLS & MAURICE SYMONETTE
Defendant / Counter Plaintiff

US.

CASE NO: 2010-61928-CA01

US. BANK NATIONAL ASSOCIATION
Plaintiff/Counter Defendant

NOTICE OF FILING COLOR OF LAW
With Attached Exhibits

Rose O'Connor 79803

FILED FOR RECORD
2024 JUN 14  PM 4:01
CLERK, CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FLA



MAURICE SYMONETTE
Bigboss1043@yahoo.c
Phone: 786-859-9421

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

*If the Jack Circuit Court*
*Miami-Dade*

~~UNITED STATES DISTRICT COURT~~
~~SOUTHERN DISTRICT OF FLORIDA~~

**Exh.33 pg.2**

CASE NO. 23-CV-22640 ─── JEM

Mack Wells & Maurice Symonette,

    Defendant/Counter-Plaintiff,

Vs.

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff/Counter-Defendant



FILED BY ___ D.C.

JUN 17 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## AMENDED

## NOTICE OF FILING COLOR OF LAW (COL)

## WITH ATTACHED AFFIDAVIT OF FACTS AND

## EVIDENCE WITH POLICE REPORT CASE NUMBER

## PD240614188594 SEE EXHIBIT Q

*Police Dept.*

**Comes now Mack Wells and Maurice Symonette** with our Notice of filing color of law (COL) with attached Affidavit of facts and evidence with police report case number pd240614188594 see exhibit Q with attached Exhibits.

*Detective*
*Gonzalez*
*Recieved*

/S/MAURICE SYMONETTE
**MAURICE SYMONETTE**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

/S/MACK WELLS
**MACK WELLS**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

*Dade County*
*State Atty*
*office*

*digitaly to copy SAP Dept Investigation J-SANCHO #54*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION **Exh.57**

MAURICE SYMONETTE

Plaintiff

CASE NO: 2021-

10826-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

Defendants,

<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL,
VACATION OF ORDERS AND MEMORANDUM OF
LAW</u>

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil
Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for
Relief & Recusal and Supporting Memorandum regarding the <u>June 25 2010</u> Valerie
Manno Schurr Freview of the record and Final Judgement Order, Exhibit.J because it
injured us. based on the following facts. new information, just terms, judicial
misconduct, fraudulent grounds and discovered conflict of personal investment
interests on Financial Disclosures of Judges and officers of this Court <u>(Exhibits # B)</u>
Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018</u>
<u>Tables 9-13</u>, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Valerie Manno
Shurr Financial Interests & Property Disclosures).

# <u>*Florida Rule 2.160 (H) Says A Judge*</u>

# <u>*must Vacate her orders for Conflict of*</u>

# <u>*Interest LIKE THE ORDERS JUDGE VALERIE*</u>

Exh.57 pg. 2

*MANNO SHURR DID IN THE ILLEGAL EXPARTE*
*HEARING 06/25/2010 WHERE SHE CHANGED*
*THE ORDER OF DISMISSAL WITH PREJUDICE*
*TO DISMISSAL WITHOUT PREJUDICE AND*
*RETURN THAT BACK TO DISMISSED WITH*
*PREUDICE AND ALL HER OTHER ORDERS SHE*
*DID IN THE NEW CASE 2022, Theodore R. Bundy V.*
*Judge John A. Rudd, Fl. Rule 2.160 (D) (1), Fl. Code Jud.*
*Conduct Canon 3E (1) A Judge shall disqualify herself where*
*impartiality might reasonably be questioned Rule 2.160 (D)*
*(1) and grounds to disqualify is a party fears that the Judge is*
*Biased, Fl. Statue 112.312 (8) and Judge can't have a conflict*
*of Interest!*

Judge Valerie Schurr must Recuse herself for an open obvious Conflict of
Interest because she's and was doing business with US Bank, GMAC and
OCWEN  and helping them to make money so that she can make money
by foreclosing and taking (stealing) our property while acting as the
Judge on the case on our property, not on case's Merits but for to make
her and them money Illegally. Here's proof.


**NOW I'M REPORTING JUDGE SHURR TO THE**
**ADMINISTRATIVE JUDGE WHO APPOINTS JUDGES TO CASES,**
**GOVERNOR DE SANTIS, THE JQC, THE BAR, THE US DOJ, THE**
**FBI, THE FLORIDA STATE ATTONEY AND MEDIA  FOR**
**OBVIOUS RACIST  MISCONDUCT, BY TOTALLY IGNORING**
**FLORIDA STATUTES-RULES AND FOR CRAZY OBVIOUS**
**CONFLICTS OF INTEREST**

3/17/2014 · DOCKET #1

Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

🛒 0 Item(s) in Basket

Home   Online Services   About us   Contact us



**HARVEY RUVIN**
**CLERK of the COURTS**
**MIAMI-DADE COUNTY, FLORIDA**

# Exh.57 Exh.C

## Civil / Probate Justice System – Docket Information

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

### US BANK (NA) vs WILLIAMS, LEROY
\* Click on BOOK/PAGE of a particular docket to see the image if it is available \*

Case Number (LOCAL): 2007-12407-CA-01    Dockets Retrieved: 48    Filing Date: 04/26/2007
Case Number (STATE): 13-2007-CA-012407-0000-01    Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION: | TO VACATE LAST ORDER & RETAIN ORIG. ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING, CXL SALE, RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | MOTION. | ATY:00071675 R: 5058 TO DISMISS CASE, CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 1 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | Julue ZABEL Dismissal | TEXT | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION: | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| 09/09/2008 | | NOTICE: | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/2007 |
| 09/12/2007 | | MOTION: | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION: | ATY:88888888 R: 145184 SET ASIDE FJUD AND RECONSIDER STAY |

https://www2.miami-dadeclerk.com/civil/Search.aspx

1/2

**Exh.57 Exh.C2**

3/7/2014

Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

| Date | | Type | Description |
|---|---|---|---|
| 09/10/2007 | | TEXT | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | NOTICE OF SALE | |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING: | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | NOTICE OF FILING: | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/13/2007 | | TEXT | SALE DATE 09-14-2007 |
| 08/09/2007 | 25872 / 4163 Pages 6 | FINAL JUDGMENT | J $ 491500.11 BK:25872 PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | DN03 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN01 DN02 E |
| 07/19/2007 | | NOTICE OF HEARING- | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR DEFAULT | |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS.TO PLNFS MORT.FORECLOSURE COMPLT ETC. |
| 06/06/2007 | | TEXT | WRITTEN REQU.FORMAL PROTEST,&DISPUTE ETC. |
| 05/23/2007 | | ANSWER | ATTORNEY:00314021 DN04 |
| 04/30/2007 | 25576 / 1873 Pages 1 | LIS PENDENS | BK:25576 PG:1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

BACK TO SEARCH RESULTS                    ALL PARTIES                    START A NEW SEARCH



S0142977

Exh.57 Exh.DD

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

FOR OFFICE USE ONLY:

COMMISSION ON ETHICS
DATE RECEIVED

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami FL  33130-1731

PROCESSED

ID Code

ID No        210380

Conf Code

P Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20_08_ was $ _2,800,357.00._

## PART B - ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns and numismatic items; art objects, household equipment and furnishings; clothing; other household items; and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (for her Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium - Eagle County, Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 380 ML | $25,000.00 |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortage (former Residence) P.O. Box 390 719 Louisville, Ky. – | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mort. s P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:
Columbus, Ohio 4328-2579

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE FORM 6 - Eff. 1/2009                (Continued on reverse side)                PAGE 1

Exh.57 Exh.EE

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

PROCESSED

ll
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI. FL 33130

ID Code

ID No        210380

Conf. Code

P. Req Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2009. or a more current date [Note Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 09 was $ _3,351,652.00_

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000 This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing; other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ _152,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (interest) | 2,500,000.00 |
| Vail Colorado Condominium/Eagle County | 250,000.00 |
| Bank Accts & Misc Brokerage Accounts/Bank of America, Wachovia | 650,000.00 |
| ... range River / Hartoy | 64,000.00 |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC CreditLine/P.O. Box 4622 Waterloo I A | 210,000.00 |
| Wells Fargo P O Box/110 Box 62 769, Dallas Tx | 109,000.00 |
| Chase Financial Group/P.O. Box 78067, Phoenix Az 85062 | 24,350.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None – | |

CE FORM 6 - EE 1/2010          (Continued on reverse side)          PAGE 1

*Exh. 57*

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]



**USbancorp**

Corporate headquarters, U.S Bancorp Center, in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB; S&P 100 component; S&P 500 component |
| **ISIN** | US9029733048 |
| **Industry** | Banking; Financial services |
| **Founded** | July 13, 1863; 161 years ago |
| **Headquarters** | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| **Number of locations** | 3,067 branches and 4,771 automated teller machines |
| **Key people** | Andrew Cecere (Chairman, President and CEO) |
| **Products** | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| **Revenue** | ▲ US$28.144 billion (2023) |
| **Operating income** | 6,150,000,000 United States dollar (2020) |
| **Net income** | ▼ US$5.429 billion (2023) |
| **Total assets** | ▼ US$663.491 billion (2023)[1] |
| **Total equity** | ▲ US$53.660 billion (2023) |
| **Number of employees** | 77,000 (2022) |
| **Subsidiaries** | Elan Financial Services; Elavon; Talech; Syncada |
| **Capital ratio** | 10.8% Tier 1 (2017) |
| **Rating** | Long Term Senior Debt; Moody's: A1 (10/2016); S&P: A+ (10/2016); Fitch: AA (10/2016); DBRS: AA (10/2016) |
| **Website** | mortgage.usbank.com |
| **Footnotes / references** | [2][3] |



3

**Exh.57 Exh.F**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
       Plaintiff,

                              CASE NO.    2007-12407-CA
vs.                           DIVISION    32

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
          Defendant(s).

_____

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

        THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

        ORDERED AND ADJUDGED as follows:

        1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

        2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

        3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER. F07012148



Serial: 19636522
DOC_ID: M010502







# Exh.57 Exh.F3

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

April 1,2010

US Bank .N.A.
   Plaintiff(s)

Vs.

Leroy Williams
   Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
   IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers. at Miami. dade county, Florida this 31th day of
March , 2010.

APR 06 20:   **APR 06 2010**

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

cc. All parties

STATE OF FLORIDA. COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office this __22__ ___21__
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

**MONA BRUNO #79806**



**Exh.57 Exh.LL**

Loan No: ████████

Mortgagee: LEROY WILLIAMS

Address:   15020 SOUTH RIVER DRIVE
           MIAMI, FL 33167

Loan Amount: $ 448,000.00

## ALLONGE  TO  NOTE

PAY TO THE ORDER OF:

### RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation
By: *Judy Faber*
Judy Faber, Vice President

MIN # 100176105062733202          WILLIAMS
AH: 600017.0FF                    Page 1 of 1

STATE OF FLORIDA  COUNTY OF DADE
HEREBY CERTIFY that the foregoing is a true
true copy of the original as the same
November 18       AD 20  21
HARVEY RUVIN, CLERK of Circuit and County Courts
                  Certified Clerk e33326
                                      Deputy Clerk

10:34

🔒 bing.com

# Exh.57   Exh.N

Homecomings Financial is owned by **GMAC-RFC**, an international financial services corporation which earns major profits each year, such as $2.9 billion in 2004. Register your Homecomings Financial Network Complaint

## Homecomings Financial Network – Big...

www.bigclassaction.com/lawsuit/homecomings_fin...

Feedback

## PEOPLE ALSO ASK

Where is the homecomings financial mortgage company located?                                    ∨

When did homecomings financial go out of business?                                    ∨

Is there a GMAC Bank that accepts mortgages?                                    ∨

## Attestation Report – GMAC Mortgage, LLC and Homecomings ...

https://**www.sec.gov**/Archives/edgar/data/138332...

We have examined GMAC Mortgage, LLC (the "Company"), for itself and its affiliated servicing participant Homecomings Financial, LLC (both subsidiaries of Residential Capital, LLC), compliance with the servicing criteria set forth in Item 1122(d) ...

HOMECOMINGS FINANCIAL, LLC, a

Exh. 57 Exh.008

# AFFIDAVIT OF FACT

**STATE: OHIO**

**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

1.      The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number *100176105062733202*, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

2.      The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

3.      More than one fund may have an interest in the accounts of LEROY WILLIAMS.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this ___30__ day of ___January___, in the Year of our Lord, two thousand twenty-two (2022).

All Rights Reserved,

For WESLEY JARVIS

_____
Wesley J. Jarvis, Trustee

Page 1 of 2

Exh. 57 Exh. 00 pg. 2

## JURAT

State of _Ohio_ )

Subscribed and Affirmed )

County of _Fairfield_ )

On _January 3_, 2022 before me, _Nia Tarrance_ (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [x] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of _Ohio_                    Seal:

My Commission Expires: _5/16/26_

Page 2 of 2

Your CUSIP Results are as follows:                    **Exh.57 Exh.PP**

LEROY WILLIAMS (ACCT 100176105062733202 [MIN])
Fidelity Advisor Strategic Real Return Fund
Symbol:                          FSRAX
CUSIP:                           315912573

Inception Date:                  9/7/2005
Net Assets:                      $462,624,000.00 as of
                                 12/3/2021
Portfolio Assets:                $462,624,000.00 as of
                                 12/3/2021

**A little about the Fund:**

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable
investment risk by investing in domestic and foreign issuers using a neutral mix of
approximately 30% of inflation-protected debt securities, 25% floating-rate loans and
20% REITs and other real estate related investments.



Filing # 149252975 E-Filed 05/10/2022 07:17:19 AM



Return To
Axiom Financial Services
Attn: Post Closing Dept.
16550 West Bernardo Dr. Bldg 1
San Diego, CA 92127-1870

2005R0793767
DR 23623 Pas 3231 - 3250; (20pgs)
RECORDED 07/29/2005 12:41:05
NTG DOC TAX 1,568.00
INTANG TAX 896.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

This document was prepared by.
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

# Exh.57 Exh.RR pg.1

----[Space Above This Line For Recording Data]----

## MORTGAGE

MIN 100176105062733202

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated June 30, 2005
together with all Riders to this document.
(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is Axiom Financial Services

100176105062733                    0506273320

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS    Form 3010 1/01

-6A(FL) (0405) 02

Page 1 of 16    Initials

VMP MORTGAGE FORMS - (800)521-7291

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

## Exh.57 Exh.RR pg.2

Lender is a
organized and existing under the laws of the State of California
Lender's address is 10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

(E) **"Note"** means the promissory note signed by Borrower and dated June 30, 2005
The Note states that Borrower owes Lender four hundred forty-eight thousand and 00/100                                                                          Dollars
(U.S. $448,000.00            ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than July 1, 2035

(F) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(G) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]

| | | |
|---|---|---|
| [X] Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ 1-4 Family Rider |
| ☐ VA Rider | ☐ Biweekly Payment Rider | ☐ Other(s) [specify] |

(I) **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) **"Escrow Items"** means those items that are described in Section 3.

(M) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

|  | 100176105062733 | Initials _L.W._ | 0506273320 |
|---|---|---|---|
| 💋 -6A(FL) (0006) 02 | Page 3 of 18 | | Form 3010  1/01 |

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.3**

(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note, and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County           [Type of Recording Jurisdiction]
of MIAMI-DADE                                                                           [Name of Recording Jurisdiction]
See Legal Description Addendum Page Attached

Parcel ID Number: 3021230221050                              which currently has the address of
15020 SOUTH RIVER DRIVE                                                                    [Street]
MIAMI                                             [City], Florida  33167             [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

100176105062753                                      050627332C

-6A(FL) (0005) 02                          Page 3 of 18          Initials _____          Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.4**

## LEGAL DESCRIPTION ADDENDUM

| Borrower Name(s):<br>LEROY WILLIAMS | Lender:<br>Axiom Financial Services<br>10900 Stonelake Blvd Suite 350<br>Austin, TX 78759-5867 |
|---|---|
| | Loan #: ▓▓▓▓▓▓ |

**Property Address:**
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

**Legal Description:**
LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF,
AS RECORDED IN PLAT BOOK 44, PAGE 45, OF THE PUBLIC RECORDS OF MIAMI-DADE
COUNTY, FLORIDA.

Initials ⎽LW⎽

MIN # 10017610506273320?     WILLIAMS     Loan # ▓▓▓▓▓
AHL 610101 LFT     Page 1 of 1

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.5**

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2. **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment

100176105062733        0506273320

-6A(FL) (0005) 02                    Page 4 of 16              Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.6**

can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. **Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest

100176105062733                                                  0506273320

4A(FL) (0901.02)                Page 5 of 16         Init als ___        Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.57 Exh.RR pg.7

shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

4. **Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

5. **Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

100176105062733                              0506273320



Initials ___

-6A(FL) (0005).07          Page 6 of 18              Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh.57 Exh.RR pg.8

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

100176105062733 0506273320

Initials: Lw

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.9**

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing. which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include. but are not limited to. representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

100176105062733                    Initials ___                    0506273320

-6A(FL) (0005) 02               Page 8 of 16                        Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.10**

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

10. **Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

100176105062733          Initials _L_L_          0506273320

-6A(FL) (0005) 02          Page 9 of 18          Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.11**

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. Assignment of Miscellaneous Proceeds; Forfeiture. All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any

100175105062733          0506273320

-6A(FL) (0000) 02          Page 13 of 16          Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.12**

any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers

100176105062733                    0506273320

-6A(FL) (0005).02                   Page 11 of 16          Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN,  CLERK

**Exh.57 Exh.RR pg.13**

unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

16. **Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

17. **Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

18. **Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

19. **Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the

-6A(FL) (0005) 02          100176105062733          Initials _____          0506273320

Page 12 of 16          Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.14**

purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

20. **Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

21. **Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

100176105062733        Initials        0506273320

-6A(FL) (0005)        Page 13 of 18        Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.15**

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products)

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

**23. Release.** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24. Attorneys' Fees.** As used in this Security Instrument and the Note, attorneys' fees shall include those awarded by an appellate court and any attorneys' fees incurred in a bankruptcy proceeding.

**25. Jury Trial Waiver.** The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.

|  |  |  |
|---|---|---|
| 100176105062733 | Initials: _Lw_ | 0506273320 |
| -6A(FL) (0005).02 | Page 14 of 16 | Form 3010 1/01 |

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.16**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_Carretha Robinson_ (signature)
CArretha Robinson

_Leroy Williams_ (signature)  _____ (Seal)
LEROY WILLIAMS                          -borrower

8152 NORTH WEST 16 MANNOR
FORT LAUDERDALE, FL 33322
                                        (Address)

_Midelle Austin-Wilks_ (signature)
Midelle Austin-Wilks

_____ (Seal)
                         -Borrower

                                        (Address)

_____ (Seal)            _____ (Seal)
          -Borrower                          -Borrower

(Address)                          (Address)

_____ (Seal)            _____ (Seal)
          -Borrower                          -Borrower

(Address)                          (Address)

_____ (Seal)            _____ (Seal)
          -Borrower                          -Borrower

·Address)                          (Address)

100176105062733                    0506273320

-6A(FL) (0005).02        Page 15 of 16        Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**Exh.57 Exh.RR pg.17**

STATE OF FLORIDA, Broward County ss:

The foregoing instrument was acknowledged before me this June 30, 2005 by LEROY WILLIAMS, a single man.

who is personally known to me or who has produced Vaild I D/L as identification.

Michelle Austin-Willis
Commission # DD080925
Expires Dec. 26, 2005
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public

100176105062733

Initials LW

Page 18 of 18

-6A(FL) (0305) 02

0506273320

Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

TORONTO STAR

SALE:
$1 for 6 months

## BMO buys Bank of the West

Exh. 57
Exh. 55

What would you do with $16.3 billion (U.S.) in cash? Buy islands in the Caribbean? Advance scientific research? Pay off roughly six per cent of Canada's deficit in fiscal 2020?

For management at BMO, the obvious answer is none of the above. In a Dec. 20 news release, BMO announced it would purchase California-based Bank of the West for $16.3 billion (U.S.) in cash from French bank BNP Paribas.

The acquisition will add nearly 1.8 million customers and 514 branches to BMO's portfolio, and puts it head-to-head with Wells Fargo and RBC-owned City National, which are both domiciled in California. Bank of the West has more than 200 branches in California alone.

City National is Wells Fargo

ARTICLE CONTINUES BELOW



ADVERTISEMENT



The Housemaid: An absolutely...

6:35 ☐ ☐ ☐ · · · ☒ ☐ ⬤ ⬚ ⬚ 86% ☐

× ∨ ⚏ **U.S. Bancorp - Wiki...** ⬤ ☐ ⋮
en.wikipedia.org

WIKIPEDIA
The Free Encyclopedia

≡ Q ∞ Create account  Log in  ⋯

Exh. 57
Exh. TT

≣ **U.S. Bancorp** 🗛 20 languages ∨

Article  Talk  Read  Edit  View history  Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863



**U.S. Bancorp**

**usbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ⬀<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Talech<br>Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | **Long Term Senior Debt**<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |

**NBC NEWS**  WATCH **NOW**

BUSINESS NEWS

# Wachovia apologizes to black Americans

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth-largest bank said Wednesday as it made an apology to black Americans.

Exh. 57
Exh. UU

SHARE THIS —

June 2, 2005, 6:21 PM EDT / Source: The Associated Press

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth-largest bank said Wednesday as it made an apology to black Americans.

"We are deeply saddened by these findings," Wachovia chairman Ken Thompson said in a statement. The Charlotte-based company said it contracted earlier this year with The History Factory, a historical research firm, to investigate the predecessor institutions that over the years


NBC News App
Get the latest breaking news and today's top stories.

VIEW IN APP



Exh. 57

Exh. WV

## DuckDuckGo

html - sec.gov royal bank of America is Mo

All   Images   Videos   News   Maps   Shopping

Always private ▼   Region ▼   Safe search ▼   Date ▼



Royal Bank of Canada
is MORGAN STANLEY
J.P MORGAN

https://www.sec.gov › Archives › edgar › data › 105...

### HTML - SEC.gov

ROYAL BANK OF CANADA . and MORGAN STANLEY
MUFG LOAN PARTNERS, LLC . AS CO-DOCUMENTATION
AGENTS. Dated as of February 10, 2021 ... Bank of...

https://newsroom.bankofamerica.com › content › n...

### Bank of America to Participate in the Morgan Stanley US Financials ...

Jun 4, 2024   Bank of America President of Regional
Banking Dean Athanasia will participate in the Morgan
Stanley US Financials, Payments & CRE Conference on...

https://www.morganstanley.com › about-us-ir › sec-...

### SEC Filings | Morgan Stanley

Mar 31, 2023 · Morgan Stanley Filings via the U.S.
Securities and Exchange Commission website. SEC Rules
605 and 606 Disclosures. SEC filings under Section 16 o...

https://www.sec.gov › newsroom › press-releases › ...

### SEC.gov | SEC Charges Morgan Stanley With Customer Protection Rule ...

The Securities and Exchange Commission today
announced that Morgan Stanley & Co. LLC has agreed to



Exh.57 Exh.W

6:39

🔒 duckduckgo.com

🔍 https://en.wikipedia.org › wiki › List_of_bank_mergers

**List of bank mergers in the United States - Wikipedia**

Chemical Bank, JPMorgan Chase 1993 First Bank System Inc. Colorado National Bank First Bank System, Inc. (CNB remained unchanged until after merger with U.S. Bancorp) U.S. Bancorp 1993 Bank One Corp. Valley National Bank of Arizona Bank One Corp. JPMorgan Chase 1993 Bank of Boston Corp. South Shore Bank, Mechanics Bank, First Agricultural

JP MORGAN is US BAN-CRP

🔍 https://www.jpmorgan.com › commercial-banking

**Economic Trends to Watch in 2022 | JPMorgan Chase**

Strong household balance sheets, depleted inventories and federal infrastructure spending are poised to drive economic demand in 2022. Personal consumption expenditures have risen 12% since 2020, and the ratio of disposable income to household net worth is nearing a record high. Government stimulus, along with the booming equities and real

🔍 https://www.firstam.com › title › commercial

**Commercial Title Insurance | First American**

A partner committed to your success. When you work with First American Title, you're backed by a team of commercial experts poised to get your deal across the finish line. We have the industry-leading products, services and expertise you need to close your transactions efficiently – regardless of size, scope or complexity.

🔍 https://www.firstambank.com › US › Wealth › Explor

**IL WI FL Bank Experts - First American Bank | IL Bank | FL ...**

Melrose joined First American Bank in 2009 and brings over 15 years of financial service industry experience. Prior to working for First American Bank, Melrose worked for the First National B... Trust Company

**Exh.58**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

FILED FOR RECORD

MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF
ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding
the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on
the following facts, new Information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits
# B) Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13.
SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(I) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing
business with US Bank and helping them to make money so that he can make money by foreclosing
and taking (stealing) our property while acting as the Judge on the case on our property, not on case's
Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP,
Exhibit,A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan
Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

Stanley) as seen in his FORM 6 page, 3.line.6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest. Judge John **Exh. 58** Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit, N. as seen on the public record Exhibit, F. Who is the Entity that is the entity who assigned our Mortgage to US BANK, Exhibit, G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhattan Bank, Exhibit.M. that Judge Schlesinger was doing business with and got his properties from, Exhibit.L. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit.A against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER!

2. And also on Dec.19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit. O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60. relief from .Judgment Or Order. and to vacate Order* .

Exh.58 Exh.C 200123

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2016 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME:

SCHLESINGER     JOHN     CHARLES

MAILING ADDRESS:

73 WEST FLAGLER STREET

ROOM 1202

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY :

STATE OF FLORIDA — 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FLORIDA COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

**PROCESSED**

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of __June 20,__ , 20 _17_ was $ _28,834,751.25_ .

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

Exh.58 Exh.C pg.2

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
   [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander,LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5].

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAree, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAree, NJ | Property Rental |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander,LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave, Coral | P.O. Box850 McAree, NJ | P.O. Box850 McAree, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 3.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___ MIAMI - DADE

Sworn to (or affirmed) and subscribed before me this 25TH day of July, 20 18 by ILEANA PEREZ

_____
(Signature of Notary Public–State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓   OR   Produced Identification _____

Type of Identification Produced _____

*[Notary stamp: Notary Public State of Florida, Ileana Perez, My Commission FF 183957, Expires ...]*

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                        Date

Preparation of this form by a CPA or attorney does not relieve the ler of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1). F.A.C.

PAGE 2

Exh.58
Exh.A

6:44    .ul LTE

🔒 usbank.com    ↻

**usbank**    us

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries, U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

**Not a Deposit · Not FDIC Insured · May Lose Value · Not Bank Guaranteed · Not Insured by any Federal Government Agency**

For U.S. Bank:

🏠 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

‹    [icons]

10:22

🔒 mitchellmesssnger.com

**Exh.58**
**Exh.B1**

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

**Exh.58**
**Exh.B2**

10:29

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk &
Wordwell; Ali DeGolia – Davis Polk & Wordwell; Alan

PART B Continued
ASSETS

**Exh.58 Exh.C pg.3**

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts, Part Owner in three commercial Properties; 2650 Rt. 516 Old Bridge, NJ; 735 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| ▮▮▮ Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

6 ⟶

**Exh.58 Exh.C pg.4**

2008 Boston Whaler                     $38,000.00

2015 Boston Whaler                     $70,000.00

TOTAL ASSETS:                          $29,881,734.10

**Exh.58 Exh.C pg.5**

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐  I elect to file a copy of my 2016 federal income tax return, and all W2's, schedules, and attachments.
     [If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $146,080.00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | 72,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | PO Box 850 McAfee, NJ | Property Rentals |
| Force Hearts | Fore Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Fore Hearts, LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave., Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐  I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
John Schlesinger
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this  29  day of
June,  to 17 by  John Shlesinger

_____
(Signature of Notary Public, State of Florida)

Mayra Londono
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known  ✓     OR   Produced Identification _____
Type of Identification Produced _____

MAYRA LONDONO
MY COMMISSION # FF 096105
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                           Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh.58 Exh.Cpg.6   FLORIDA

PROCESSED COMMISSION ON ETHI

RECEIVED

AUG 01 2018

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: John Charles Schlesinger   Work Address: 1351 NW 12 Street Miami Fl 33125   # 415

Work Telephone: 305 548 5718   Judicial Office Held: Circuit Judge

1.   Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|  | NONE | NONE |  |
|  |  |  |  |
|  |  |  |  |

▢ Check here if continued on separate sheet

2.   Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
|  | NONE |  |
|  |  |  |
|  |  |  |

▢ Check here if continued on separate sheet

OATH
State of Florida
County of MIAMI-DADE
JOHN CHARLES SCHLESINGER
I, _____, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires 12/16/2018
Sworn to and subscribed before me this

30TH   day of July, 20 18

Notary Public State of Florida
Ileana Perez
My Commission FF 163857
Expires 12/16/2018

3/18 (As prescribed in Canon 6).

Part E Interests in Specific Businesses

| | | | |
|---|---|---|---|
| Name of Business Entity | Patsy 3 Leasing/Trent Boyett | | |
| Address | Prospect Ave Hackensack, NJ | | |
| Principal Business | Property rental | | |
| Position Held | Partner | | |
| I own more than 5% Interest | yes | | |
| Nature of my interest | Trent Boyett is a partner owning 33% of Patsy 3, I own 100% of Trent Boyett | | |

Exh.58 Exh.C pg.7

Exh.58 Exh.C pg.8

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

JUDICIAL QUALIFICATIONS COMMISSION FORM 6A

### GIFT DISCLOSURE

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER          Telephone: 305-349-7078

Address: 73 WEST FLAGLER STREET, ROOM 1202, MIAMI, FL  Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift/ Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |

### OATH

State of Florida, County of _MIAMI - DADE_

I, ___John Schlesinger___ the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____          John Schlesinger          (NOTARY SEAL)
(Signature of Reporting Official)    Circuit Court Judge

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires ___July 30, 2017___

MERCY LONDOÑO
MY COMMISSION # FF 034615
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this _29_ day of _June_ 20 _17_.

(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

2/17

**Exh.58**
**Exh.D**

## What's the relationship between JP Morgan and Morgan ...

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2015 · Morgan Stanley was formed by JP Morgan's family due to a regulation that required Corp and Investment banks to be separated. JP Morgan still owns part of Morgan Stanley, though they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015

Are JP Morgan, Morgan Stanley and Chase Bank ...

## Morgan Stanley
**www.morganstanley.com**

Explore Morgan Stanley's Sustainable Investing Summit, which gathered industry leaders to share ideas and insights about innovations in sustainable finance. Institute for Sustainable Investing Entrepreneurs and the Race for Plastic Waste ...





Q chase Manhattan is Jp morgan

**Exh.58**
**Exh.D pg.2**

Showing results for chase *Manhattan* is Jp morgan

Search instead for chase Manhatan is Jp morgan



**The** current company was originally known as Chemical **Bank**, which acquired **Chase Manhattan** and assumed that company's name. **The** present name of company was formed in 2000, when **Chase Manhattan** Corporation merged with **J.P. Morgan** & Co.

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

---

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

The current company was originally known as Chemical Bank, which acquired Chase Manhattan and assumed that company's name. The present name of company was formed in 2000, when Chase Manhattan Corporation merged with J.P. Morgan & Co.

History · Financial data · Structure · Controversies

Headquarters: New York City, New York, United States
Total assets: US$2.765 trillion (2019)
Number of employees: 257,444 (2019)

Document Prepared By:
Steve P. Galleno
RaconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-58
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 29061 (1pg)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Exh.58**
**Exh.F**

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1228 Alfonso Ave
Coral Gables, FL 33146

DOCID#0003868008642005N

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 05/29/2003, recorded on 06/05/2003 in Official Records Book 21508, Page 1361 , Instrument # 648832 in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promise and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as canceled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 18 day of July, 2008.



ATTEST: _____
Stacey Tarbel
Assistant Secretary

Mortgage Electronic Registration Systems, Inc.

Signed and delivered in the presence of:

_____
Kimberly Robertson
Witness

By _____
Peter Lopez
Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/18/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# CORRECTIVE ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S §695.26

*Exh. 58*
*Exh. G pg. 1*

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES,** ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3,** ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

> * Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

**IN WITNESS WHEREOF,** Assignor has executed and delivered this instrument on
Feb 14 , 2012.

By:
Print Name: Jacqueline Keeley
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline Keeley, for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

Christine Morales
Notary Public
My commission expires: 1/28/2015

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC-

[INSERTDOC "M900105.rtf" KEEP_FONT]

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
HEREBY CERTIFY that the foregoing is a true and correct copy of the original filed in this office
on 3/30 AD 20 51
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

FLORENCE PIERRE-SIMEON #217855

F10051160

CFN 2008R0941616
OR Bk 26657 Ps 3525¢ (1ps)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exh. 58
Exh. G pg. 2

## ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.695.26

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____ assigned, transferred and conveyed to: US BANK N.A., ("Assignee") whose address is 1100 Virginia Drive, , Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

LOT 10S, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on October 2 ___, 2008.

Witness
Typed Name: Peggy Hong

Witness
Typed Name: Laurie Kilroy

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By: _____
Typed Name: SHIRLEY EADS
Title: VICE PRESIDENT

Attest
Typed Name: Jeffrey Stephan
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF Pennsylvania
COUNTY OF Montgomery

BEFORE ME, the undersigned, personally appeared SHIRLEY EADS and Jeffrey Stephan as Vice President and Assistant Secretary respectively, and known to me to be the persons that executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this 21st day of October , 2008.

Notary Public: _____
My commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Turner, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 8, 2011
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC- 7440183937

FILE_NUMBER: F07012148

DOC_ID: M001100

## *F07012148*

## *M001100*

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office November 19 AD 20 21
HARVEY RUVIN, CLERK of Circuit and County Courts
Deputy Clerk /s/ Wilfred Clark e323263

28469871

**Exh.58**
**Exh.H**

1:33  ᵃᵗˡ 🛜 🔋



🔒 www.bing.com/search?q=mor...   ▤   •••

morgan stanley brokerage account is m   🔍

ALL   NEWS   IMAGES   VIDEOS   SHOPPING



**Morgan Stanley** is both a registered **broker**-dealer and investment adviser. Your **Morgan Stanley** Access Investing ("MSAI") **account** is a discretionary investment advisory **account. Morgan Stanley** is responsible for implementing the model portfolios in your MSAI **account**, as well as any reasonable restrictions you may impose.

Access Investing | Morgan Stanley
www.morganstanley.com/what-we-do/wealth-m...

Feedback

PEOPLE ALSO ASK

    

CFN: 20170717807 BOOK 30802 PAGE 2099
DATE:12/22/2017 11:30:24 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

FRJD

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

_____/

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

FILED FOR RECORD
2017 DEC 19 AM 11: 37

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.      Amounts Due and Owing. Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Case No. 2010-61928-CA-01                    1                    File # 13-F02968

Exh.58 Exh.J pg.2

CFN: 20170717807 BOOK 30802 PAGE :1080

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.84 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| Attorney's Fees Total | $4,689.00 |
| Court Costs, Non Taxed: | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| Additional Costs: | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| GRAND TOTAL | $991,297.35 |

2.     Interest.  The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.     Lien on Property.  Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4.     Sale of property.  If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ___JAN 8 9 2018___, 20__, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

Case No. 2010-61928-CA-01                    2                    File # 13-F02868

Exh.58 Exh.J pg.4

CFN: 20170717807 BOOK 30802 PAGE 2092

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE.   IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017.

DEC 1 8 2017

Circuit Judge

John Schlesinger
Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

Service List

William LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____ 03

THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.   John Schlesinger

Miami-Dade County, Florida
c/o Aleatnese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                    4                    File # 13-F02968

Exh.58 Exh.J pg.3

CFN: 20170717I807 BOOK 30602 PAGE 2091

Florida Statutes.   The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5.    Costs. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title.   If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.    Distribution of Proceeds. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.    Right of Possession.  Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8.    Jurisdiction. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9.    Attorney Fees. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate.  PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mark Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Case No. 2010-61928-CA-01                    3                    File # 13-F02863

Exh.58 Exh.J pg.5

CFN: 20170717807 BOOK 30602 PAGE 2083

Uniland CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt PC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
processes
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. PC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                              2                          File # 13-F02968

Exh.58 Exh.J pg.6

CFN: 20170717807 BOOK 30602 PAGE 2094

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                3                File # 15-F02866

interests *1"Rt"P Rule 6.1  Relief from .Judgment .   **Exh.58 Exh.J pg.7**

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3) Fraud whether previously called intrinsic or extrinsic),misrepresentation, or misconduct by*

*An opposing party*


*(c) Timing and Effect of the Motion.*

*(1) Amotion under rule 60 (b) must be made within a reasonable time and for reasons (1) (2) (3)*
*No more than a year after the entry of the Judgement or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter,* Accepted as true, "to state a claim to relief that is plausible on its face . "

Judge is expected to recuse himself pursuant to 28 U.S, C. § 455 Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) he shall also disqualify himself in the following circumstances.*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93- 512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95- 598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with

ORDER
X H

**Exh.58 Exh.K**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

.US Bank ,N.A.                                                April 1.2010
    Plaintiff(s)

    Vs.

    Leroy Williams
      Defendant(s)

_____

ORDER OF DISMISSAL WITH PREJUDICE

   This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
  IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201?          **APR 06 2010**          _____
                                      CIRCUIT COURT JUDGE

                                    **VALERIE MANNO SCHURR**
                                    **CIRCUIT COURT JUDGE**

CC-Allpaches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office ___/___/___  AD __ ___
HARVEY RUVIN Clerk of Circuit and County Courts
Deputy Clerk _____

**MONA BRUNO #79806**

CFN 2004R0626859
OR Bk 22514 Pg 2791; (1pg)
RECORDED 07/26/2004 12:36:01
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# Exh.58 Exh.L

RECORDING REQUESTED BY / RETURN TO:
Peella Management Corporation
P.O. Box 30014, Reno, NV 89520-9827

### Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
CHASE MANHATTAN MORTGAGE CORPORATION,
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
Original Mortgagee: CHEMICAL RESIDENTIAL MORTGAGE CORPORATION
Original Mortgagor: JOHN SCHLESINGER, MARILYN MILJAN
Recorded in Dade County, Florida, on 10/16/95 as Inst. # 95-420253 on Book 16952 on Page 3797
Tax ID: 0341169046110
Date of mortgage: 10/13/95 Amount of mortgage: $334000.00
DATE OF SATISFACTION: 07/12/04

NOW THEREFORE, the recorder or clerk of said county is hereby instructed to record this instrument and to
cancel, release, and discharge the mortgage in accordance with the regulations of said state and county.
DATED: 07/15/2004
CHASE MANHATTAN MORTGAGE CORPORATION
F/K/A CHEMICAL RESIDENTIAL MORTGAGE CORPORATION

By
Jennifer Wallace                           Witness: Sharnta Thompson
Vice President

Witness: Judy McColley

State of Nevada
County of Washoe
On 07/15/2004, before me, the undersigned, a Notary Public for said County and State, personally appeared
Jennifer Wallace, personally known to me to be the person that executed the foregoing instrument, and
acknowledged that she is Vice President of
CHASE MANHATTAN MORTGAGE CORPORATION,
and that she executed the foregoing instrument pursuant to a resolution of
its board of directors and that such execution was done as the free act and deed of
CHASE MANHATTAN MORTGAGE CORPORATION.

Notary: Steven R Carson
My Commission Expires: 03-15-08

STEVEN R. CARSON
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 04-87586-2 - Expires March 15, 2008

Prepared by: E. R. Harrison, Peella Management Corporation, 4890 Langley Lane, Suite #8, Reno, NV 89502
LM/ _____ Investor LM/ _____ P.I.F.:
FINAL RECON LM _____ Citi: bm/Y09 id2 07/15/04 09-025 FL Dade 292:8 152

6:46

# Quora

Open In App

## Are JP Morgan and Chase the same?

Exh.58 Exh.M

**What are some simple steps I can take to protect my privacy online?**

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading

## 1 Answer

Dan Mahoney, Executive Director at JPMorgan Chase (████-present)

The basic answer is yes. JPMorgan Chase is one big company. Different names are used for branding purposes. The JP Morgan name is used for higher end LOB and products like investment banking, the largest corporate relationships and private banking for the wealthy. Chase is used for lower end products retail branch banking, business banking (less than $20M in sales) and commercial banking (annual sales less than $500M).

6:47

Exh.58 Exh.M pg.2

 Quora                    Open in App   Sign In

## Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Ad by DuckDuckGo

**What are some simple steps I can take to protect my privacy online?**

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading                              >

**3 Answers**

 Shreyans Malani, studied at London School of Economics and Political Science
Answered Jul 7, 2015

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank

Continue Reading ⌄

RELATED QUESTIONS (MORE ANSWERS BELOW)

What is the history of JP Morgan Chase as a merchant bank?
533 Views

Open in app                               ✕

Document Prepared By:
Steve P. Gallano
ReconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-88
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Ps 29361 (1ps)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1228 Alfonso Ave
Coral Gables, FL 33146

# Exh.58 Exh.M

DOCID#000386605842000SN

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 08/29/2003, recorded on 09/05/2003 in Official Records Book 21606, Page 1301 , Instrument # 5459/32. In the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as canceled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 16 day of July, 2008.



ATTEST: _____        Mortgage Electronic Registration Systems, Inc.
Stacey Tarba
Assistant Secretary

Signed and delivered in the presence of:

_____                  By _____
Kimberly Robertson                          Peter Lopez
Witness                                     Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/16/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

OFFICIAL SEAL
ILONA T. DAWIDOWICZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov. 30, 2009

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

**Exh.59**

U.S. BANK, NATIONAL ASSOCIATION.
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131. Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 25' 2010 Samantha Ruiz Cohen Fine review of the record and Final Judgement Order. Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)  Attached- U.S. BANK Special Situation Property Funds Account Page 42. IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Samantha Ruiz Cohen must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property,

**Exh. 59**

not on case's Merits but for to make her and them money illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on line 3, $162,130.00, 4. $32,695.84, 5. $896,316.65. And on the Form 6 of 2022 Line 4. $137,506.36, 5. $153,455.04, 6. $54,410.00, 7. $6,208.70, 12. $874,506.74 13, with Wells Fargo with these Assets with WELLS FARGO BANK and Wachovia owns WELLS FARGO which is U.S. BANK, Exh. D2. And on the Form 6 for 2021 for Voya Retirement on line 2. $221,156.57. And Voya Retirement in 2022 line 8. $251,663.08. and Voya Retirement is US Bank, Exh. E.2. And 2021 Form 6 on line 6. BMW Financial is $10,152.00, and 2022 on line 13 is $4,512.00 and BMW Financial is US Bank, Exh. E.3. All adding up to $2,804,727.01: Judge Samantha Ruiz Cohen is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Confict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court  so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received  a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Samantha Ruiz Cohen must do because she has the same conflict

## 2021 Form 6 - Full and Public Disclosure of Financial Interests

**Exh.59 Exh.C pg.1**

Filed with COE: 04/11/2022

## General Information

Name: Hon Samantha Ruiz Cohen

Address: Lawson E. Thomas Court Center 175 NW 1ST AVE (Room 2815), MIAMI, FL 33128-1898

County: Miami-Dade

### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Judicial Circuit (11Th) | Elected Constitutional Officer | Circuit Court Judge |

### CANDIDATE FOR

| Position | Agency Name | Position sought or held |
|---|---|---|
| Circuit Judge | Eleventh Judicial Circuit of Florida | Circuit Court Judge, Eleventh Judicial Circuit of Florida, Group 45 |

## Net Worth

My Net Worth as of April 6, 2022 was $ 4,524,610.45.

2021 Form 6 - Full and Public Disclosure of Financial Interests    **Exh.59 Exh.C pg.2**

' Filed with COE: 04/11/2022

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing, other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 210,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Home-Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.00 |
| wells fargo checking (Payret Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.08 |
| Invesco Retirement (In name of spouse) | $ 744,636.20 |
| Luks retirement (In name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Wells Fargo Mortgage | po box 660278 Dallas, Tx 75266 | - $ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

Exh. 59 Exh.D pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2020 |
|---|---|---|

**FOR OFFICE USE ONLY:**

HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE STE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

FLORIDA
COMMISSION ON ETHICS

JUN 25 2021

RECEIVED

ID CODE

ID NO.          47078

CONF CODE

Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___March 31,___ 20 _21_ was $ _2,693,148.72_

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ _195,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement- | $ 221,156.57 |
| Wells Fargo Savings - | $ 162,130.03 |
| Wells Fargo Checking - | $ 32,695.84 |
| Invesco (In Name of Spouse)- | $ 733,633.19 |
| UBS Santaello 401 (In name of Spouse) | $ 128,620.49 |
| Alliance Bernstein (In name of Spouse) | $ 526,747.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage P.O. Box 660278 Dallas, TX 75266 - | $ 896,316.65 |
| BMW Financial Services P.O. Box 3608 Dublin, Ohio 43016-0306 | $ 10,152.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.202(1), F.A.C.

(Continued on reverse side)

PAGE 1

7:53
Case 1:24-cv-23015-SC   Document 21-1   Entered on FLSD Docket 09/09/2024   Page 149 of 597
U.S. Bancorp - Wiki...
en.wikipedia.org

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]



**USbancorp**

Corporate headquarters, U S Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB [link] S&P 100 component S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating Income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.091 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services Elavon Talech Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | **Long Term Senior Debt** Moody's: A1 (10/2016) S&P: A+ (10/2016) Fitch: AA (10/2016) DBRS: AA (10/2016) |
| Website | mortgage.usbank.com [link] ✓ |
| | Footnotes / references [2][3] |

*Exh. 59*
*Exh. E1*

*US Bancorp → IS Wells Fargo*

**Exh.59**
**Exh.E2**

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25 2021    6 min read

## In this article:

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

*his U.S. Bank*
*Exh. E2*
*# 3*

**Business**

Exh.59
Exh.E3

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

    U.S. Bank Enters Co-brand Agreement With BMW
to Issue New Cards With
  Enhanced Digital Experiences, Greater Value
to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences



**Exh.59**

🔍  US Bank owns bmw financial service   ✕

**All**    News    Maps    Images    Videos    Shopping

🖥  http://www.ctvalley.org · bmw-fina...                    ⋮

# BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...
Sun. May 15                                              ›

# People also ask                                         ⋮

Who is BMW finance owned by? ·                           ⌄

Which bank is BMW Financial Services?                    ⌄

ORDER #7

**Exh.59Exh.G**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cal

US Bank ,N.A.
    Plaintiff(s)

      April 1,2010

Vs.

Leroy Williams
    Defendant(s)
_____/

ORDER OF DISMISSAL WITH PREJUDICE

   This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
  IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 2010    APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC-Allpaiches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office ___/2/22___ AD 20_21_
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

MONA BRUNO #79806

7fd373f9831b2cec



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

**Exhibit 59**
**Exh.H**

US BANK, N.A.,
Plaintiff,

CASE NO. 2007-12407-CA
DIVISION 32

vs.

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
Defendant(s).

SPACE FOR RECORDING ONLY F.S 945.04

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148



Serial 13666522
DOC_ID: M010502





Exhibit.59
Exh.H pg.2

4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
3MACSZOAA—absen

Exh. 34 Exh. I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS    2009

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 5 2010

PROCESSED

**FOR OFFICE USE ONLY:**

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL  33130

ID Code

ID No.    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

**CHECK** IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date   [Note  Net worth is not calculated by subtracting your *reported* liabilites from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 09 was $ _3,351,652.00_

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miame-Dade County (Increase) | 2,800,000.00 |
| Vail Colurado Condominum / Eagle County | 250,000.00 |
| Bank Accts, Pension, Brokerage Accts, Wachovia/Bank of America | 650,000.00 |
| 2010 Buxic River / Fidelity | 64,000.00 |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line / P.C. Box 4622 Waterloo, I A | 410,000.00 |
| Wells Fargo  P.C. Box / 1C Box 650769, Dallas Tx | 128,000.00 |
| Chase Financial Group / P.C. Box 78067, Phoenix Az 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |
| | |
| | |

CE FORM 6 - Eff 1/2010      **(Continued on reverse side)**      PAGE 1

**Exh.59 Exh.L**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank N.A.
     Plaintiffs.

     vs.

Leroy Williams
     Defendants

_____

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.60 (e)
Was served on April 11,2000, (2) their was no record activity for the year preceding
Service of the foregoing notice: (3) no stay has been issued or approved by the court,
And (4) no party has shown good cause why this action should remain pending.
Accordingly.

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2009

SARAH ZABEL
Circuit Court Judge



**MIAMI-DADE COUNTY CLERK OF THE COURTS**
**HARVEY RUVIN**

Contact Us    My Account    

**Exh.59 Exh.J pg.1**

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

**US BANK (NA) VS WILLIAMS, LEROY**

| | | | |
|---|---|---|---|
| Local Case Number: | 2007-012407-CA-01 | Filing Date: | 04/26/2007 |
| State Case Number: | 132007CA012407000001 | Judicial Section: | CA37 |
| Consolidated Case No.: | N/A | Case Type: | ? DO NOT USE - Legacy Mortgage Foreclosure |
| Case Status: | CLOSED | | |

👥 Parties                                                                Total Of Parties: 5  ➕

🔨 Hearing Details                                                        Total Of Hearings: 0  ➕

🔊 Dockets                                                                Total Of Dockets: 52  ➖

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| | 01/23/2015 | | Copy of: | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIV |

**Exh.59**
**Exh.J pg.2**

| Date | Number | Type | | Description |
|------|--------|------|--|-------------|
| 10/14/2010 | | Motion | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion | Event | ATY:00071676 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,...ETC |
| 09/09/2008 | | Notice | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,...ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

*Handwritten annotation with arrow: "Dismissed with Prejudice"*





## Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT

FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM

OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL

ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF

JUDGE SAMANTHA COHEN.

SIGNED, *Mack L. Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

*Judytte Joseph* NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR.

WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA

DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR   **Exh.61**

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.

U.S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

CORRECTED JUDGE VERONICA DIAZ MOTION AND AFFIDAVIT FOR RELIEF,
RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding
the Dec 19 2017 Judge Veronica Diaz review of the record and Final Judgment Order, Exhibit. J. based on the
following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict
of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)
Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, JFRS 2018 Tables 9-13, SEC
Filings-US Bank Florida Subsidiaries, Judge Veronica Diaz Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd Fl. Rule 2.160 (D) (1, Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Veronica Diaz must Recuse herself for an open obvious Conflict of Interest because she's doing
business with US Bank and helping them to make money so that she can make money by foreclosing
and taking (stealing) our property while acting as the Judge on the case on our property, not on
case's Merits but for to make her and them money illegally. Here's proof.

Exh.61

Judge Veronica Diaz says that WELLS FARGO BANK on her form 6 full and public disclosure of Financial interests is a Bank she's doing business with, because she's doing business with U.S. Bank and helping them to make money so that she can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make her and them to make money illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6, Exh.A. Says lines 1-5:

Judge Veronica Diaz is doing Business with Wells Fargo as an Asset of $174,312.00 And WELLS FARGO BANK is US BANK, Exh. E1. and E2.

1. Her ICMA 401K as an Asset of $180,296.00. And her ICMA 401K is Wells Fargo, Exh.R2, R3, R4, S1,S2 and S3.

2. Her $10,500.00 Audi car and her $4,800.00 Audi Financial Asset is either Audi Fargo or Wachovia, which is why I am Subpoenaing her record Exh.Y1, Y2. and Y3. Wachovia is Audi, Exh.T4 and Wachovia is Wells Fargo Exh. T1, T2, T3 and Wells Fargo is US Bank, Exh.E1. and E2.

3. Her Navient Student loan is Wells Fargo and Wells Fargo is US Bank, Exh.E1 and E2. Navient is also JP Morgan, Exh.Z1 and JP Morgan is Morgan Stanley, Exh.D1. and D2. and Morgan Stanley is US Bank, Exh.U1. and U2.

US. Bank is the same Bank that she's passing Orders on against us that's foreclosing, which is a major conflict of interest against us., Exh.B2, B3. and B4. And there's more, I also have found that our case was directed to you and four other Judges like Judge Schlesinger Exh.BB1. Judge De, La, O Exh.BB2 and Judge Rebull shown in their Public Disclosure of Financial Records Form 6 who all had the same Conflict of interest in this pool of Judges as Judge Veronica Diaz so you must:

DISQUALIFY, RECUSE YOURSELF AND VACATE YOUR ORDERS ON OUR PROPERTY 15020 S. RIVER DR. MIAMI FL. 33167 IN CASE # 10-61928 Exh. B1, B2, B3. and B4.

FACTUAL BACKGROUND

1. On 11/19/19 Defendant Judge Veronica Diaz issued an order Exh.A. against Plaintiff Mack Wells to sale the house on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory

Exh. 61 Exh. A

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2018 |
|---|---|---|

**FOR OFFICE USE ONLY:**

FLORIDA
COMMISSION ON ETHICS

JUL 0 1 2019

RECEIVED

```
********AUTO**ALL FOR AADC 331 T4  P1 42 312
Hon Veronica Diaz
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Ste 9000 Richard E Gerstein Justice Bldg
1351 NW 12th St Rm 209
Miami, FL 33125-1636
```

**PROCESSED**

ID Code

ID No.      258440

Conf. Code

Diaz, Veronica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of  Dec 31 , 20 18 was $ 405, 853 .

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 75,000

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,512 |
| ICMA 401K | 180,296 |
| Audi | 10,500 |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

Exh 61 Exh A2

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2018 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 E. Gaines St., Tallahassee, FL 32399 | 160,688 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_(signature)_

**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF ___Miami-Dade___

Sworn to (or affirmed) and subscribed before me this 18th day of June, 2019 by Veronica Diaz.

_(Signature of Notary Public-State of Florida)_

ANA M Gonzalez
(Print, Type, or Stamp Commissioned Name of Notary Public)

**ANA M. GONZALEZ**
MY COMMISSION # FF937143
EXPIRES November 18, 2019
FloridaNotaryService.com

Personally Known ___✓___   OR   Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

| _____ | _____ |
|---|---|
| Signature | Date |

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

258440      Exh. 61 Exh. A3

FLORIDA
COMMISSION ON ETHICS

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

JUL 0 1 2019

PROCESSED

RECEIVED

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: **Veronica A. Dicus**      Work Telephone: **305 548 5730**

Work Address: **1325 NW 12 St #209** Judicial Office Held: **Circuit**
**Miami, FL 33125**

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      |             |        | $      |
|      | N/A         |        | $      |
|      |             |        | $      |
|      |             |        | $      |

☐   Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|------|------|
|      |      |      |
|      | N/A  |      |
|      |      |      |
|      |      |      |

☐   Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Exh.61
Exh.A4

## OATH

State of Florida

County of Miami - Dade

I, Veronica A. Dica, the public official filing this disclosure statement,
being first duly sworn, do depose on oath and say that the facts set forth in the above
statement are true, correct, and complete to the best of my knowledge and belief.

_____

(Signature of Reporting Official)

_____

(Signature of Officer Authorized to Administer Oaths)

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019
(407) 398-0153   FloridaNotaryService.com

My Commission expires  11/18/2019

Sworn to and subscribed before me this

_____18_____ day of __June__, 20 19

Exh.61
Exh.B1

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh. 61
Exh. B2

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____ /

## ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION FILED ON 01/08/2020

This matter came before the undersigned Judge upon Defendant's, Mack Wells, and Non-Party's, Maurice Symonette, January 8, 2020 Motion for judge Schlesinger to have a Hearing to Recuse and Vcate his Order ("Motion"). Pursuant to Fla. R. Jud. Admin. 2.330, the Motion is **DENIED** as legally insufficient.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of February, 2020.

2010-061928-CA-01 02-04-2020 1:27 1

2010-061928-CA-01 02-04-2020 1:27 PM
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**

Case No: 2010-061928-CA-01                                        Page 1 of 2

Exh. 61
Exh. B2 pg. 2

Altanese Phenelus , Email : yvaldes@miamidade.gov
Daniel Hurtes , Email : BRFLEservice@BlankRome.com
Daniel Hurtes , Email : DHurtes@BlankRome.com
Daniel Hurtes , Email : EMora@BlankRome.com
David S Ehrlich , Email : David@EhrlichLawLLC.com
David S Ehrlich , Email : DEhrlich@EhrlichLawFL.com
Giuseppe Salvatore Cataudella , Email : CourtXpress@firmsolutions.us
Giuseppe Salvatore Cataudella , Email : FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella , Email : FLeFileTeam@brockandscott.com
Jennifer L Warren , Email : jwarren@northmiamifl.gov
Jennifer L Warren , Email : cityattorney@northmiamifl.gov
Jessica J Fagen , Email : FLeFileTeam@brockandscott.com
Jessica J Fagen , Email : CourtXpress@firmsolutions.us
Jessica J Fagen , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : CourtXpress@firmsolutions.us
Jimmy Keenan Edwards , Email : FLeFileTeam@brockandscott.com
Jonathan S Wilinsky , Email : FLCourtDocs@brockandscott.com
Jonathan S Wilinsky , Email : CourtXpress@firmsolutions.us
Jonathan S Wilinsky , Email : FLeFileTeam@brockandscott.com
Laura Ashley Jackson , Email : FLCourtDocs@brockandscott.com
Laura Ashley Jackson , Email : CourtXpress@firmsolutions.us
Laura Ashley Jackson , Email : FLeFileTeam@brockandscott.com
Maurice Symonette , Email : BIGBOSS1043@yahoo.com
Maurice Symonette , Email : BigBOSS@Clerk.com
Stephen Christopher Wilson , Email : scwilson862007@yahoo.com
Tania Bartolini , Email : info@bartolinilaw.com
Tania Bartolini , Email : tania.bartolini@bartolinilaw.com
Willnae Lacroix , Email : FLCourtDocs@brockandscott.com
Willnae Lacroix , Email : FLeFileTeam@brockandscott.com
Willnae Lacroix , Email : courtxpress@FirmSolutions.us

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

Exh. 61
Exh. B3 pg. 1

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

## ORDER GRANTING MOTION TO RESET FORECLOSURE SALE

**THIS CAUSE** having come before the Court on the Plaintiff's Motion to Reset Foreclosure Sale, and the Court having heard argument of the parties, having reviewed the file and, being otherwise duly advised, it is

**ORDERED AND ADJUDGED**:

The Plaintiff's Motion to Reset Foreclosure Sale is hereby **GRANTED**.

The clerk is directed to reset the foreclosure sale for April 6, 2020, by electronic sale at www.miamidade.realforeclose.com.

*Exh.61*
*Exh. B3 pg. 2*

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>6th day of</u>
<u>February, 2020</u>.

2010-061928-CA-01 02-06-2020 12:02

<u>2010-061928-CA-01 02-06-2020</u> 12:02 PM
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**
Altanese Phenelus , Email : yvaldes@miamidade.gov
Daniel Hurtes , Email : BRFLEservice@BlankRome.com
Daniel Hurtes , Email : DHurtes@BlankRome.com
Daniel Hurtes , Email : EMora@BlankRome.com
David S Ehrlich , Email : David@EhrlichLawLLC.com
David S Ehrlich , Email : DEhrlich@EhrlichLawFL.com
Giuseppe Salvatore Cataudella , Email : CourtXpress@firmsolutions.us
Giuseppe Salvatore Cataudella , Email : FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella , Email : FLeFileTeam@brockandscott.com
Jennifer L Warren , Email : jwarren@northmiamifl.gov
Jennifer L Warren , Email : cityattorney@northmiamifl.gov
Jessica J Fagen , Email : FLeFileTeam@brockandscott.com
Jessica J Fagen , Email : CourtXpress@firmsolutions.us
Jessica J Fagen , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : CourtXpress@firmsolutions.us
Jimmy Keenan Edwards , Email : FLeFileTeam@brockandscott.com
Jonathan S Wilinsky , Email : FLCourtDocs@brockandscott.com
Jonathan S Wilinsky , Email : CourtXpress@firmsolutions.us
Jonathan S Wilinsky , Email : FLeFileTeam@brockandscott.com
Kara Fredrickson, Esq , Email : flcourtdocs@brockandscott.com

Exh. 61
Exh. B3 pg. 3

Kara Leah Fredrickson , Email : FLeFileTeam@brockandscott.com
Kara Leah Fredrickson , Email : CourtXpress@firmsolutions.us
Kara Leah Fredrickson , Email : FL.CourtDocs@brockandscott.com
Laura Ashley Jackson , Email : FLCourtDocs@brockandscott.com
Laura Ashley Jackson , Email : CourtXpress@firmsolutions.us
Laura Ashley Jackson , Email : FLeFileTeam@brockandscott.com
Maurice Symonette , Email : BIGBOSS1043@yahoo.com
Maurice Symonette , Email : BigBOSS@Clerk.com
Stephen Christopher Wilson , Email : scwilson862007@yahoo.com
Tania Bartolini , Email : info@bartolinilaw.com
Tania Bartolini , Email : tania.bartolini@bartolinilaw.com
Willnae Lacroix , Email : FLCourtDocs@brockandscott.com
Willnae Lacroix , Email : FLeFileTeam@brockandscott.com
Willnae Lacroix , Email : courtxpress@FirmSolutions.us

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

**Exh.61**
**Exh.B4**

CASE NO.: 2010-CA-61928

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

       Plaintiff,

v.

LEROY WILLIAMS, *et al.,*

       Defendants.

_____/

### ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS FORECLOSURE COMPLAINT

**THIS CAUSE** having come before the Court upon Defendant's Motion to Dismiss

Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being

otherwise duly advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Foreclosure

Complaint is hereby **GRANTED/DENIED:**

Denied.

_____

_____

_____

_____

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on

November 19th, 2019.

                            _____

                            Circuit Court Judge
                            **VERONICA A. DIAZ**

Daniel Hurks – FBN 69104

140383.04630/122217991v.1

Mack   Wells  – Defendant

Exh 61 Exh AA pg 1

# FORM 6     FULL AND PUBLIC DISCLOSURE OF     2010
## FINANCIAL INTERESTS

|  | FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|---|
|  |  | JUN 2 3 2011 |

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

PROCESSED

**ID Code**

**ID No**   210380

**Conf Code**

**P Req. Code**

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date  [Note  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3 ]

My net worth as of  December. 31 , 20 10 was $ 4,089, 000.00

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000  This category includes any of the following. if not held for investment purposes jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $  250, 000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - DADE County | $ 2.5 mil |
| 2010 Range Rover | $55,000.00 |
| Bank Accounts, Pension, Brokerage, Accts / Fidelity (tins) | $400,000.00 |
| Mortgage | 300,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.C. Box 4622, Waterloo, I A | 100,000.00 |
| Chase Financial - P.O. Box 78060, Phoenix, Az 85062 | $ 16,000.00 |
|  |  |
|  |  |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- |  |
|  |  |

## PART D -- INCOME

Exh.61 Exh.AA Pg.2

You may **EITHER** (1) file a complete copy of your 2010 federal income tax return, including all attachments, **OR** (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2009 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME:**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| • State of Florida | State Payroll | $140,610.00 |
| Judge of the 1st Judicial Circuit | 200E Gains St. Tallahassee, Fl | |
| Interest Income | Mortgage | |
| | BANK | $15,000.00 |
| | Fidelity Accts | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | None | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _MIAMI - DADE_

Sworn to (or affirmed) and subscribed before me this _15TH._ day of

_JUNE_, 20_11_ by _Valerie MANNO Schur_

_____
(Signature of Notary Public--State of Florida)

JESUS FELIPE VILAGRAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

_JESUS F. VIL..._
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__    OR    Produced Identification _____

Type of Identification Produced _____

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

Exh. 61 Exh AA pg =

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 9 2011

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
### Canon 6B(2), Code of Judicial Conduct

### GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before July 1 of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: Valerie Manne Schurr  TELEPHONE: 305-349-7029

ADDRESS: 73 West Flagler Street, Room 1105, Miami, FL 331=

POSITION HELD: Circuit Judge

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|--------|-------|
| NONE | |
| | |
| | |
| | |
| | |

PROCESSED

I certify that the foregoing list is complete, true and correct.

_____
JUDGE

### OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 15TH day of JUNE, 2011, by VALERIE MANNE SCHURR (name of person making statement),

(NOTARY SEAL)

_____
(Signature of Notary Public-State of Florida)

JESUS FELIPE VILAOMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

JESUS F. VILAOMAT
(Name of Notary Public-Typed, Printed or Stamped)

Personally Known ___X___ OR Produced Identification _____
Type of Identification
Produced _____

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11



Exh. 61
Exh. BB1
Pg. 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928 CA01
Vs.
MACK WELLS
DEFENDANT

### MOTION FOR JUDGE TO RECUSE HIMSELF FROM
### AND TO VACATE FORECLOSURE
### ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge John Schlesinger must
Recuse himself for an open obvious Conflict of Interest because he's doing business
with US Bank and helping them to make money so that he can make money by
foreclosing and taking our property while acting as the judge to take the property
not on his Merits but for to make him and them money illegally, here's proof, US
BANK is US BANCORP, Exhibit, A. And US BANCORP is Morgan Stanley, Exhibit, A1
And B2 which is a Business Judge John Schlesinger is doing business Morgan Stanley
is seen in his FORM 6 page, 4 line, 5, from Tallahassee called FULL AND PUBLIC
DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest He's
worth 5.9 Million with Zero debt. Schlesinger has done business with MERS as seen
on the public record Exhibit, E. Who is the entity that is the entity who assigned our
Mortgage to US BANK, Exhibit, G. Who he has ruled in favor of. That is a Conflict of
Interest as I said Judge Schlesinger is also doing business with Morgan Stanley.
Exhibit, B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is
apart of Chase Manhattan Bank that Judge Schlesinger was doing business with and
got his property from, Exhibit, F. Judge Schlesinger is doing business with all of the
entities that he's judging on against us and there's more, I have proof that our case
was directed to him in this Pool, So he must recuse himself and vacate his Order,
Exhibit, G.

                                          MACK WELLS
                                          PRO-SE 15020 S
                                          RIVER DR. MIA-1
                                          FL. 33167 #786-863-9421

Exh. 61
Exh. BBI PG.2
200123

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2016 |
|---|---|---|

## OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

**FLORIDA COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

LAST NAME — FIRST NAME — MIDDLE NAME:

SCHLESINGER         JOHN          CHARLES

MAILING ADDRESS:

73 WEST FLAGLER STREET

ROOM 1202

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY :

STATE OF FLORIDA -- 11TH CIRCUIT

**PROCESSED**

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___June 20,___ , 20 _17_ was $ _28,834,751.25_ .

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following. if not held for investment purposes: jewelry; collections of stamps. guns. and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |

Exh. 61
Exh. BB1 pg.3

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2017 |
|---|---|---|
| | OF FINANCIAL INTERESTS | |

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER   JOHN   CHARLES

MAILING ADDRESS:
1351 NW 12 STREET #415

| CITY : MIAMI | ZIP : 33125 | COUNTY : MIAMI-DADE |
|---|---|---|

NAME OF AGENCY :
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:

200123

PROCESSED

FLORIDA
COMMISSION ON ETHIC.
AUG 01 2018
RECEIVED

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___July 1___, 20__18__ was $ ___$29,881,734.10___

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ ___500,000.00___

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd, Deep gap, NC | $800,000.00 |
| 323 Tollgate Shores Dr, Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exh. 61
Exh. BB2 pg. 1

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

**MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM
CASE #10-61928 AND TO VACATE FORECLOSURE
ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST**

Comes now MACK WELLS acting Pro-Se here states Judge Miguel M. De La O, says
that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a
Bank doing Business with CITI BANK because he's doing business with US Bank and
helping them to make money so that he can make money by foreclosing and taking
our property while acting as the Judge to take the property not on his Merits but for
to make him and them money illegally. Here's proof, Judge Miguel M. De La O is doing
business with CITI BANK as seen in his FORM 6 page 4 line 11. From Tallahassee
called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form. EXH. A, CITI BANK is
CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN
STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. Which is a
major Conflict of Interest. Who he has ruled in favor of EXH. F. That is a Conflict of
Interest against us and there's more. I have found that our case was directed to him
in this Pool, So he must recuse himself and vacate his Order. Exhibit, G. So De La O
you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL 33167

Exh. 6L
Exh. BB3 pg. 1

# CONFIDENTIAL

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2017 |
| --- | --- | --- |

## OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

LAST NAME — FIRST NAME — MIDDLE NAME:
de la O    Miguel    Manuel

246171

MAILING ADDRESS:
73 West Flagler Street, Room 1407

## PROCESSED

CITY:    Miami
ZIP:    33130
COUNTY:    Miami-Dade

**FLORIDA COMMISSION ON ETHICS**

NAME OF AGENCY:

MAY 0 4 2018

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge -- 11th Judicial Circuit

**RECEIVED**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not cal-culated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of <u>December 31</u>, 20 <u>17</u> was $ <u>3,251,482.55</u>.

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $   **$100,000.00**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
| --- | --- |
| Home residence | $2,000,000.00 |
| AmeriTrade (Simple IRA) | $500,000.00 |
| Commercial Holdings LLC | $231,009.23 |
| AmeriTrade (trading account) | $11,046,14 |

---

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| N/A | |
| N/A | |
| N/A | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh. 61
Exh. BB3 pg. 2

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $147,571.98 |
| FIU College of Law | | $3000.01 |
| Commercial Holdings | | $15,000.00 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA  Miami-Dade
COUNTY OF

Sworn to (or affirmed) and subscribed before me this __30__ day of
__April__ , 20 _19_ by  Sara Kate Mas

_____
(Signature of Notary Public--State of Florida)

Sara Kate Mas

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__   OR

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____ , prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                          Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

Exh. 61
Exh. BB3 pg. 3

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $9,821.73 |
| AmeriTrade (401K rollover) | $131,029.83 |
| Fidelity Balanced Mutual Fund | $ 33,570.10 |
| MBNA America Investment | $5,062.63 |
| Citibank Checking Account | $ 32,381.17 |
| Discover Savings Accounts | $72,117.86 |
| 2007 Toyota Camry Hybrid | $3,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |
| | |

CONFIDENTIAL PROCESSED

EX. 4461-PB30-y2947'61"II

FLORIDA
COMMISSION ON ETHICS

MAY 04 2018

RECEIVED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived; source's name, and amount for gifts only.

Name: Miguel M. de la O    Work Address: 73 W. Flagler St, Room 1407, Miami, FL 33130

Work Telephone: 305-349-7078    Judicial Office Held: Circuit Judge

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 5-8-2017 | FAWL Installation | Cole Scott & Kissane | $130 |
| 7-25-2017 | Judicial Luncheon | CABA | $105 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | $125 |
| 12-9-2017 | Installation Gala | ABOTA | $300 |

□ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
| 4/3-7/2017 | Nat. Computer Forensics Seminar, Hoove, Al., | U.S. Government |
| 5/22-24/2017 | AJS Conference, Naples, Fl. $534.20 | State of Florida |
| 6/23/2017 | JEAC Mtg., Boca Raton, $57.38 | State of Florida |
| 7/21-24/2017 | Circuit Judges Conf,, Orlando $1019.19 | State of Florida |

□ Check here if continued on separate sheet

**OATH**
State of Florida
County of Miami-Dade

I, Miguel M. de la O the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

Sara Kate Mas
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____.
Sworn to and subscribed before me this

30    day of April , 20 18 .

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

3/18 (As prescribed in Canon 6).



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exh. 61
Exh. BB4

US BANK N.A.

PLAINTIFFS                                    CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE THOMAS REBULL TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST AND VACATE HIS ORDER TO RESCHEDULE SALE 15020 S RIVER DR. MIAMI FL. 33167

Comes now MACK WELLS acting Pro-Se here states  Judge THOMAS REBULL, says
that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a
Bank he's doing Business with. because he's doing business with US Bank and
helping them to make money so that he can make money by foreclosing and taking
our property while acting as the Judge to take the property and not on the Merits of
the case but for to make him and them money Illegally. Here's proof, Judge THOMAS
REBULL is doing business with NATIONS STAR BANK as seen in his FORM 6, From
Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A.
NATIONS STAR BANK is MORGAN STANLEY EXH. B, and and MORGAN STANLEY is
US BANCORP, EXH. D, and US BANCORP is US BANK  EXH. E. the same US Bank that's
foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J.
I also have found that our case was directed to you in this Pool, so  Judge
REEMBERTO you must Recuse YOUR SELF.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

Exh. 61
Exh. BB5 pg. 1

# CONFIDENTIAL

| **FORM 6** | **FULL AND PUBLIC DISCLOSURE** | **2017** |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

**OF FINANCIAL INTERESTS**

**FOR OFFICE USE ONLY:**

*240127*

LAST NAME — FIRST NAME — MIDDLE NAME:

REBULL, THOMAS JULIAN

MAILING ADDRESS:

73 West Flagler Street

Room 800

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| Miami | 33130 | Miami Dade |

**FLORIDA COMMISSION ON ETHICS**

**JUL 02 2018**

**RECEIVED**

**PROCESSED**

NAME OF AGENCY :

Eleventh Judicial Circuit State of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE   ☐

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date.  [Note:  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___ , 20 _17_ was $ _559,900.61_ .

---

### PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _35,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| ███████████████████ | $700,000.00 |
| Charles Schwab IRA | $ 10,897.75 |
| ABA Retirement | $ 146,441.20 |
| CITI IRA | $ 1,611.36 |
| Northwest Mutual Life Insurance | 46,332.68 |

### PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Nationstar Mortgage, 350 Highland Dr., Lewisville, TX | 380,382.38 |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

Exh.61
Exh. BB5 pg.2

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
     [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | 160,688.00 |
| University of Miami | Coral Gables, FL | 8,700.00 |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

_(signature)_
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me this _28_ day of _June_, 20 _18_ by _Thomas Rebull_

_(signature)_
(Signature of Notary Public--State of Florida)

_Sara Kate mas_
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____   OR   Produced Identification _____

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____                    _____
Signature                                          Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh. 61 Exh. **005** pg. 3

**CONFIDENTIAL**

FLORIDA
COMMISSION ON ETHICS

JUL 02 2018

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct **RECEIVED**
payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a)
and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates,
location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name,
and amount for gifts only.

Name: _Thomas J. Rebull_    Work Address: _73 West Flagler St , S-800, Miami, FL 33130_

Work Telephone: _305-349-6237_    Judicial Office Held: _Circuit Judge_

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a),
5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 05-08-2017 | FAWL Installation | Cole Scott & Kissane | $130.00 |
| 07-25-2017 | Judicial Luncheon | CABA | 105.00 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | 125.00 |
| 12-07-2017 | MD FAWL Judicial Recp | MD FAWL | 100.00 |
| 12-09-2017 | Installation Gala | ABOTA | 300.00 |

□ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received
during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
| 08/23/17 | Presenter in D.C. NACM & IACA | National Center for State Courts |
| | | |
| | | |
| | | |

□ Check here if continued on separate sheet

**OATH**
State of Florida
County of _MIAMI-DADE_

I, _Thomas J. Rebull_, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that
the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_(signature)_
(Signature of Reporting Official)

_(signature)_
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this

_2 8_ day of _June_, 20 _18_.

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn

3/18 (As prescribed in Canon 6).

## Affidavit          **Exh.61**

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT
FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM
OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL
ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF
JUDGE VERONICA DIAZ.

SIGNED _Mack L. Wells_

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

_Judytte Joseph_____ NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR.
WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA
DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

**Exhibit 62**
**Exh.CC**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

              CASE NO.    2007-12407-CA
vs.           DIVISION    32

SPACE FOR RECORDING ONLY F.S.34555.58

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
    Defendant(s).

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148

Serial 13666522
DOC_ID: M010502

  

Bk 27343 Pg 949 CFN 20100451678 07/06/2010 15:32:32 Pg 1 of 3 Mia-Dade Cty, FL

Exhibit.62
Exh.CC1

4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

          LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
          THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
          THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

          DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____ _____, 2010.

                    JUN 2 3 2010

                                                    VALERIE R. MANNO SCHURR
                                                    Circuit Court Judge

                                                          VALERIE MANNO SCHURR
                                                          CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
All parties on the attached service list.
F07912145 - M010502
3MAC-CONV—abven

CFN 2012R0182835
OR Bk 28033 Ps 1695; (1ps)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Exh.61 Exh.C**

# CORRECTIVE ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.§695.26

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Maimi-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

> * Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S):  LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on
_____, 2012.

By: _____
Print Name:  Jacqueline Keeley
Title: Vice President

STATE OF  Pennsylvania
COUNTY OF  Montgomery

The foregoing instrument was acknowledged before me this _____ day of _____ 2012 by Jacqueline Keeley , for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

Christine Morales
Notary Public:
My commission expires: 1/28/2015

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC-

[INSERTDOC "M900105.rtf" KEEP_FONT]

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office.
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

F10051160

FLORENCE PIERRE-SIMEON #217855

6:45 

What's the relationship between JP
Morgan and Morgan ...

**Exh.61**
**Exh.D1**

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2016  Morgan Stanley was formed by JP
Morgan's family due to a regulation that required
Corp and investment banks to be separated. JP
Morgan still owns part of Morgan Stanley, though
they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015

Are JP Morgan, Morgan Stanley and Chase Bank   .

Morgan Stanley
www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing
Summit, which gathered industry leaders to share
ideas and insights about innovations in sustainable
finance. Institute for Sustainable Investing
Entrepreneurs and the Race for Plastic Waste  .





Exh. 61
Exh. D2

**S M** · Follow
Updated 9y

Related   **What's the relationship between JP Morgan and Morgan Stanley? Is the Morgan in each of their names the same person? Were they once one firm? Are they connected at all now?**

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank, and JPMorgan Chase was formed. In 2004, it acquired Bank One, Jamie Dimon ( current CEO of JPMorgan Chase) was one of the executives who came from Bank One. During the financial crisis, JPMorgan Chase also acquired Washington Mutual and Bear Sterns. Today, JPMorgan Chase is the largest Bank in the world with over US$2.6 trillion in assets.
Morgan Stanley continues to operate as an investment bank.

137.7K views · View 127 upvotes · View 1 share          1 of 14 answers

 Upvote · 127           3     1

7:53

U.S. Bancorp – Wiki...
en.wikipedia.org



⊞」 American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

*Handwritten annotations: "Exh. 61  Exh. E1"*

*Handwritten annotation: "US Bancorp → S WELLS FARGO"*

| | |
|---|---|
| | **usbancorp** |
| | Corporate headquarters, U.S. Bancorp Center, in Minneapolis |
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ⌐ S&P 100 component S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services Elavon Talech Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt Moody's: A1 (10/2016) S&P: A+ (10/2016) Fitch: AA (10/2016) DBRS: AA (10/2016) |
| Website | mortgage.usbank.com ⌐ ✎ |
| | Footnotes / references [2][3] |

10:29   globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Exh.61
Exh.E2

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

**Exh.61**
**Exh.K**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
　　Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
　　Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 2010　　APR 06 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

CC- Allparties

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty Fl

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Exh. 61
Exh. P1

**Case No. 18-CV-22211-GAYLES**

CARL ERICKSON

      Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

      Defendants.

_____/

**ORDER OF RECUSAL**

      PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of June, 2019.

                        DARRIN P. GAYLES
                        UNITED STATES DISTRICT JUDGE

Exh. 61
Exh. P2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
        Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
        Defendants,

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

[1]



Exh. 61 Exh. P3

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase

4.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

## MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time— and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

**Plaintiff's so called "Shotgun Complaint" pleadings are _Res Judicata_ based upon approved banking real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney Generals of the United States of America.**

A federal judge is expected to recuse himself pursuant to 28 U.S.C § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]

Exh. 61 Exh. P4

statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95–598, title II, § 214(a), (b) Nov. 6, 1978, 92 Stat. 2661; Pub. ... 100–702, title ... 8 Nov. Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101–650, title III, § 321, Dec. 1 1990, 104 Stat. 51....*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]

Exh. 61
Exh. P5

### REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud — court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this all new future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

Carl Erickson-Plaintiff
PO Box 370684 Miami FL 33137

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Served: 6/24/19

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

[4]



Exh. 61

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

1.

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA,. ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

48 US ATTORNEYS FILED SAME COMPLAINT.

Exh. 61

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME
**Gayles**, Darrin Phillip

MAILING ADDRESS
400 North Miami Avenue

Room: 10-3

| CITY | ZIP | COUNTY |
|---|---|---|
| Miami, FL | 33128 | Miami-Dade |

NAME OF AGENCY:
11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY

FLORIDA COMMISSION ON ETHICS
AUG 1   2014
RECEIVED

PROCESSED

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _June 23_, 20_14_ was $ 434,334.00

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 8,500.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required — see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 92nd Street, Miami Shores, FL 33150 | $ 425,000.00 |
| Condo, 133 NE 2nd Avenue, #2517, Miami, FL 33132 | $ 125,000.00 |
| Vehicle, 2005 Mercedes CLK Conv | $ 7,000.00 |
| FRS Retirement Account | $ 153,414.00 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Evermore Mortgage (House Mortgage) | $ 311,044.00 |
| Bank of America (2nd House Mortgage) | $ 76,613.00 |
| Chase (Condo Mortgage) | $ 118,924.00 |
| U.S. Department of Education | $ 107,242.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

CE FORM 6 - Effective January 1, 2014
(Continued on reverse side)

*Exh. b)*

## PART D -- INCOME

You may EITHER (1) file a complete copy of your 2013 federal income tax return including all W2s, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income of a business entity, as described in Part C.

☐ I elect to file a copy of my 2013 federal income tax return and all W2's, schedules, and attachments.
If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE (PRINT NAME) | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv., Tallahassee, FL 33129 | $143,177.63 |
| Rental Income (Jackson) | 133 NE 2 nd Avenue, #291, Miami, FL 33131 | $42,500.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person - See instructions on page 6):

| NAME OF SOURCE OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami - Dade_

Sworn to (or affirmed) and subscribed before me this 15
_August_ day 14 or _Dade_ _County_

_____
(Signature of Notary Public - State of Florida)

_Chase A. Lawson_
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓   OR   Produced Identification
Type of Identification Produced __FDL__

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form, he or she must complete the following statement:

I, _____, prepared the CE Form in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                    Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

PAGE 2

CE FORM 6 - Effective Jan. 1, 2014
Incorporated by reference in Rule 34-8.202(1), F.A.C.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

*Exh. 61*
*Exh. Q1*

CIRCUIT CIVIL DIVISION

CASE NO.  2019-030415-CA-01
SECTION:  CA 20

JAMES BUCKMAN
        Plaintiff(s),
vs.
LANCASTER MORTGAGE  CO
        Defendant(s).

REASSIGNED BY BLIND
FILING TO SECTION ___ CA 02
PER ORDER OF ADM. JUDGE
THIS DATE: ___ OCT 1 7 2019
_____ D.C.
37479

## ORDER OF RECUSAL

**THIS CAUSE,** came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further
   consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in
   accordance with established procedures.

**DONE AND ORDERED** in chambers, at Miami, Dade County, Florida, this 17th day of

October, 2019.

William Thomas
**CIRCUIT COURT JUDGE**

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH  RD, MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT  4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE  CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exh. 61
Exh. Q2

US BANK N.A.

PLAINTIFFS                                              CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT


## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST


Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS L. WILLIAMS**, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with, because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money Illegally. Here's proof, Judge **THOMAS L. WILLIAMS** is dong business with BB&T BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, WELLS FARGO BANK is EXH. B, and is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORF is US BANK EXH. E. the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.


*Mack Wells*
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

Exh. 61

# FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2018

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

200124

FLORIDA COMMISSION ON ETHICS

JUL 08 2019

RECEIVED

PROCESSED

LAST NAME — FIRST NAME — MIDDLE NAME:
THOMAS, WILLIAM L

MAILING ADDRESS
73 WEST FLAGLER STREET

SUITE 1307

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
STATE OF FLORIDA

NAME OF OFFICE OR POSITION HELD OR SOUGHT
ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDG

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of July 1, 20 19 was $ $130,000

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing; other household items, and vehicles for personal use, whether owned or leased

The aggregate value of my household goods and personal effects (described above) is $ $20,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh. 61

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐  I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments.
   [If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |
| | | |

**SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting persons see instructions on page 5):**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐  **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

| **OATH** | STATE OF FLORIDA COUNTY OF _MIAMI-DADE_ |
|---|---|
| I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete. **William Thomas** Circuit Court Judge | Sworn to (or affirmed) and subscribed before me this _1_ day of _July_, 20 _19_, by _William L. Thomas_. _[signature]_ Signature of Notary Public-State of Florida _Waldo Laurencio_ (Print, Type, or Stamp Commissioned Name of Notary Public) Personally Known _____ OR Produced Identification _FL DL_ Type of Identification Produced _T32-932-67-466-2_ |
| _[signature]_ SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE | [notary stamp: WALDO LAURENCIO, Notary Public - State of Florida, Commission# GG 069133, My Comm. Expires Feb 2, 2021, Bonded Through National Notary Assn.] |

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement.

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

| _____ | _____ |
|---|---|
| Signature | Date |

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2019
(Incorporated by reference in Rule 34-8.002(1), F.A.C.)

PAGE 2

11:26

Exh. 61
Exh. R2



ICMA &
MORGAN
STANLY

Mandy DeFilippo, managing director and head of risk management for fixed income, currency and commodities at Morgan Stanley, opened the annual ICMA conference as the new chair of the board on Thursday.

She has replaced Martin Egan, vice-chairman of global markets client board at BNP Paribas. Jean-Marc Mercier, ...



Please take a trial or subscribe to access this content.

Contact our subscriptions team to discuss your access: subs@globalcapital.com

Or sign up for a trial to gain full access to the entire site for a limited period.

FREE TRIAL        LOGIN

This site uses cookies. More info & options

If you're happy with cookies, click Proceed or simply continue browsing

Proceed

arate access

...lobalCapital access for your ...nt or company please contact ...ales team at: ...m or find out more

globallegalchronicle.com

Exh. 61
Exh. R3

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America. Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk

12:00

Bobsguide.com · guide · news · Ma

ICMA members elect new Chairman and new
board members - bobsguide.com

*Exh. 61*

*Exh. R4*

May 4, 2017 Click here for the full list of ICMA
board members. ... London; Mandy DeFilippo,
Morgan Stanley International PLC, London ...

*ICMA is
MORGAN
< STANLEY*

### PEOPLE ALSO SEARCH FOR

🔍   icma members register

🔍   icma capital

🔍   icma events

🔍   icma international

Morgan Stanley · blue bonds   PDF

Blue Bonds - Morgan Stanley

Sep 18, 2019 · International Capital Market
Association (ICMA)—a ... LLC (collectively, " Morgan
Stanley"), Members SIPC. recommend.

LinkedIn · uk · mandydefilippo

Mandy DeFilippo - Morgan Stanley - LinkedIn

Represents Morgan Stanley with industry
organisations, including the ICMA, where she is
Chair of the Board. ... Member of the Executive
Board.

12:48       LTE

opensecrets.org personal-finances

**Zoe Lofgren- Assets - Personal Finances · OpenSecrets**

Wells Fargo/ICMA Deferred Compensation, Cash /Money Market/Savings/Checking, $100,001, $250,000 .., Morgan Stanley Global Equity Allocation, Mutual Fund, $15,002, $55,000.

Broke And Broker · finra-awc-email

**FINRA Fines and Suspends Rep for Emailing Confidential Info Of 1,698 Plan ...**

Apr 5, 2019 ... and by 2010, he was registered with FINRA member firm ICMA-RC Services ("RC Services") and also an employee of IRC. ...

Intuit · financial-institution · PDF

**Quicken Windows – Intuit**

Mar 12, 2019   401k ERC Plan Access https:// www.goretire.com/ ... ICMA Retirement Corporation ... Morgan Stanley Wealth. Management

fsprlis.org · brain-of-the-week

**Top Ten Countries in the MSCI EAFE Index [as of 6/30/17] | ICMA-RC**

Jul 21, 2017 · The Morgan Stanley Capital International ("MSCI") Europe, Australasia, and Far East Index ("EAFE") is a benchmark ...

Seeking Alpha · article · 4092:.. ○

**SPY-Ing On Your 401(K): How Much To Contribute? | Seeking Alpha**

*Exh. 61*
*Exh. 51*

*Wells Fargo is*
*ICMA*

**12:57**                           all LTE

**in** Linkedin · →

Richard Stephens - Fixed Income Sales -
Wells Fargo Securities | LinkedIn

Wells Fargo Securities/CMA Centre. United
Kingdom500+ ... Activities and Societies: ICMA
Investment Club - FICC. Montpelier Business .

Linkedin · adam bramley, 01 MPA88L

Adam Bramley - Vice President, Core
Markets South Central Territory - ICMA ...

·Work alongside Wells Fargo Private Banker and
Financial Advisor to grow Wells Fargo s affluent

📄 Glassdoor · Salary · ICMA RC Ret.

ICMA·RC Retirement Plan Specialist Salaries
| Glassdoor

Aug 22, 2019 ... Specialist: $52525 ICMA· RC
salary trends based on salaries posted
anonymously by ICMA-RC employees. ... Wells
Fargo

📰 InvestmentNews · 2022 · IN

ICMA-RC Services, LLC · Advisers on the
Move ~ InvestmentNews

3. Merrill Lynch, Pierce, Fenner & Smith
Incorporated, 139. 4. Wells Fargo Clearing Services,
LLC (Formerly Wells Fr go Advisors, LLC). 115.

**RELATED SEARCHES**

Exh. 61
Exh. 52

Wells Fargo is
I ~~CMA~~ ICMA

**12:09**  ⬤ LTE ⬤

⌃ GlobeNewswire

### Noah Rosen joins ICMA-RC's DCIO Sales Group - GlobeNewswire

Mar 12 2019  Earlier, he was a financial consultant with Morgan Stanley. . . a wholly owned subsidiary of ICMA-RC, provides investment

▢ InvestmentNews

### ICMA-RC Services, LLC - Advisers on the Move - InvestmentNews

2  Morgan Stanley. 185    Jose Guadalupe Peraza. ICMA-RC Services LLC. Mutual of America Life Insurance Company  —  08-19- 2016

▦ SmartAdvisor Match

David Love | Financial Advisor   Icma Retirement Corporation | OK

Their career trajectory has included roles at Massmutual Life Insurance Company Mml Investors Services Inc. Morgan Stanley Smith Barney

◌ Morgan Stanley

Blue Bonds - Morgan Stanley

Sep 16 2019  International Capital Market Association (ICMA) – a    that recipients should determine in consultation with their own

▦ Morgan Stanley

Team 00006██████ - Morgan Stanley

Exh. 61
Exh. 53

⟵ Blue Bonds is
MORGAN STANLEY ▮█

██████████

ICMA

11:01     LTE



Exh.61
Exh.T1

Image: edition.channel5belize.com

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

Reference www.relbanks.com/usa/wachovia-bank

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo - Wells Fargo

### Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...
https://dealbook.nytimes.com/.../03/wells-farg

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in a $15.1 billion all-stock merger.. The announcement comes only four days after...



Exh. 61
Exh. T2

### Welcome to Audi Wichita | Audi Sales & Service in Kansas
https://www.audiwichita.com

Experience firsthand the exhilarat on that comes with driving an impeccably designed Audi at Audi Wichita, where the sleek new models in our showroom are all designed with the utmost luxury in mind. Our expert staff will help guide you to th..

### Audi e-tron | The first purely electric SUV from Audi ...
https://www.audiusa.com/models/audi-e-tron

A new era of electric is here. Meet the Audi e-tron®, the only electric SUV built with Audi DNA With ample space for everyday life, long-range capability and exhilarating performance with quattro® all-wheel drive, this is way more than..

### Bank Owned Homes | REO proper Wells Fargo
https://reo.wellsfargo.com

Note: Employees and family members residing



wells fargo owns wachovia

ALL    IMAGES    VIDEOS    NEWS    SHOPPING

*Exh. 61*
*Exh. T3*

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of Wachovia Corporation by Wells Fargo was completed on December 31, 2008.

Wachovia Bank – Banks around the W...
www.relbanks.com/north-america/usa/wachovia...

PEOPLE ALSO ASK

When did Wells Fargo take over Wachovia?

Is Wells Fargo a good bank to bank with?

When did Wachovia Bank change their name to Wells Fargo?

What did Wells Fargo do?

Wachovia Is Now Wells Fargo - Wells Fargo

10:56                              .ıı LTE

**Ex. T4**

Washington is
– Audi

## Wachovia Dealer Services Reviews and Complaints @ Pissed ...

https://**wachovia-dealer-services**.pissedconsu...

My wife and I purchased an Audi A4 financed through WFS (Wachovia Dealer Services) and have always paid our monthly on t me, never missed a payment. In April 2012, we decided trade in our Audi for a Volkswagen CC and of course...

## Audi Financial Services | Audi Australia

https://www.**audi**.com.au/au/web/en/financial-se...

We offer individually tailored finance solutions that suit your budget, your lifestyle and your new Audi. Because no-one understands Audi vehicles like we do. If you are an existing Audi Financial Services customer and have been affected by ...

## Top 8 Reviews of Wachovia Dealer Services

https://**mythreecents.com**/reviews/**wachovia-d**...

WESTMINSTER, MARYLAND -- In October of 2005, I purchased a 2006 Tiburor financed trough Wachovia dealer services. My husband co-signed for me. In May of 2008, I leave my job to find my car gone. I called the police to report that it was...

## Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...

https://**dealbook.nytimes.com**/.. /03/wells

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank s banking operations — in

Q    us bancorp sell rating reaffirmed at...    🎤  📷

*Exh. 61*
*Exh. U1*

**Seeking Alpha**
https://seekingalpha.com › article    ⋮

## U.S. Bancorp (USB) Morgan Stanley US Financials, Payments & CRE …

Jun 11, 2024 — U.S. Bancorp (NYSE:USB) Morgan Stanley US Financials, Payments & CRE Conference June 11, 2024 10:15 AM ET. Company Participants.

**longportapp.com**
https://longportapp.com › ... › News    ⋮

## 1832 Asset Management L.P. Sells 39,728 Shares of U.S. Bancorp …

Finally, Morgan Stanley reaffirmed an "equal weight" rating and set a $45.00 target price on shares of U.S. Bancorp in a report on Friday, June 21st. Thirteen ...

**TR** **Tipranks**
https://www.tipranks.com › the-fly    ⋮

## U.S. Bancorp price target raised to $54 from $47 at Morgan Stanley

Jul 30, 2024 — Morgan Stanley raised the firm's price target on U.S. Bancorp to $54 from $47 and keeps an Equal Weight rating on the shares.

Missing: ~~sell reaffirmed~~

**CNN** **CNN**
https://www.cnn.com › stocks › USB    ⋮

## USB Stock Quote Price and Forecast

View U.S. Bancorp USB stock quote prices, financial information, real-time forecasts, and company news from CNN.

**Defense World**
https://www.defenseworld.net › u-...    ⋮

🏠 Home    🔍 Search    🔖 Saved

|||     ◯     ‹

**8:27**                            LTE

## Top Research Reports for Morgan Stanley, U.S. Bancorp ...

https://www.nasdaq.com/articles/top-research

Jan 31, 2018  (You can read the full research report on Morgan Stanley here >>>)  Shares of U.S. Bancorp have underperformed the Zacks Major Banks industry over the last six months gaining +8.4% vs +19.3%.

## Morgan Stanley, U.S. Bancorp Beat Street Earnings ...

https://www.barrons.com/articles/morgan-stanl

Jul 18, 2018  Morgan Stanley and U.S. Bancorp are moving in opposite directions Wednesday after their earnings reports. We've detected you are on Internet Explorer. For the best Barrons.com experience, please

## U.S. Bancorp to Speak at the Morgan Stanley Financials ...

https://fn.advfn.com/stock-market/NYSE/us-ban

USB US Bancorp U.S Bancorp to Speak at the Morgan Stanley Financials Conference U S Bancorp (NYSE: USB) announced today that Andy Cecere, president and chief executive officer and Terry Dolan, vice chairman and chief financial

## Morgan Stanley Bank, National    Q Association Reviews and ...

https://www.bankrate.com/banks/morgan-sta

Salt Lake City, UT-based Morgan Stanley Bank

*Exh. 61*
*Exh. U2*

11:03

**US Bancorp to Buy Wachovia Trust, Custody Operations ...**

https://www.plansponsor.com/us-bancorp-to-b...

May 11, 2007 · November 29, 2005 (PLANSPONSOR.com) - US Bancorp has announced that US Bank, N.A. has entered an agreement to purchase Wachovia Corporation's corporate trust and institutional custody books ...

Exh. 61
Exh. VI

**How a big US bank laundered billions from Mexico's ...**

https://www.theguardian.com/world/2011/apr/0...

Apr 02, 2011 · In March 2010, Wachovia settled the biggest action brought under the US bank secrecy act, through the US ...

Author: Ed Vulliamy

**U.S. Bancorp - Wikipedia**

https://en.m.wikipedia.org/wiki/U.S._Bancorp

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, which is the 5th largest ba...

US BANCORP is US BANK

Headquarters. US Bancorp Center ...

Revenue: US$22.057 billion (2017)

Founded: September 9, 1968; 51 years ago

Number of employees: 74,000 (September

**The Long-Term Case for Wells Fargo and US Bancorp**

Exh. 61
Exh. Y1

## IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA,

                             Plaintiff.

vs.

MACK WELLS

                             Defendant.

                                    /

CIVIL DIVISION
CASE NO. CA-01 2010-61928

## NOTICE OF PRODUCTION FROM NONPARTY

TO:   US BANK NA

YOU ARE NOTIFIED that, after **10 days** from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to  who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within **10 days**.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on *2/27/20*.

Other party or his/her attorney (if represented)       Other Non-Party-**VERONICA DIAZ**

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

Signature of Party
s/Mack Wells-Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
BigBoss1043@yahoo.com

Exh. 61
Exh. 42

## IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

                Plaintiff,

CIVIL DIVISION
CASE NO. CA-01 2010-61928

vs.

MACK WELLS

                Defendant.

_____/

## SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY

THE STATE OF FLORIDA TO: <u>VERONICA DIAZ</u>

YOU **MUST** go to *{place}* Elks Lodge-Artium-5150 SW 2nd Ave. Miami FL on *{date}* 3/13/2020 at *{time}* 12p.m. and bring with you at that time and place the following:

*Any information and court officer specific documentation evidentiary correspondence, electronic data, agreements, files, contracts and records regarding personal, family, and trust controlled interests in Federally regulated US Bank, Deutsche AG, JP Morgan Chase, Bank of America and Wells Fargo/Wachovia involving loans, real estate housing and rental properties located within the jurisdiction of this Court. Included in the Subpoenaed Production of Documents are all political action committee names and contacts of Miami Dade County attorneys, law firms, title companies, realtors, closing agents, financial institutional investors and holding companies that are campaign contributors. Also required to be produced is all ex-parte correspondence records of you and your representative agents with Judges and court officers in this action involving the Defendants.*

These items will be inspected and may be copied at that time. You will not have to leave the original items.

You may obey this subpoena by providing readable copies of the items to be produced to the party or his/her attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena before the date indicated above, you do not have to appear in person.

**You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena.**

Exh. 61
Exh. 43

You can only be excused by the person whose name appears on this subpoena and, unless excused by that person of the Court, you shall respond as directed. **This part to be filled out by the court or filled in with information obtained from the court:**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**

_____

*{identify applicable court personnel by name, address, and telephone number}* **at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Dated: _____

CLERK OF THE CIRCUIT COURT (SEAL)

By: _____
       Deputy Clerk

I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a person who is not a party to this action directing that person to produce documents or things without deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received by the undersigned within 10 days of service of this notice, if service was by hand-delivery or appropriate facsimile transmission, and within 15 days if service was by mail or e-mail.

Dated: 2/26/20

_____
s/Mack Wells-Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
BigBoss1043@yahoo.com

**NAVIENT**   Who We Are | Newsroom | Customers | investors | Careers

Investors
Corporate Governance
Shareholder Information
Asset-Backed Securities
Navient Student Loan Trusts
SLM Student Loan Trusts
SLC Student Loan Trusts
Collegiate Funding and Chase Education Loan Trusts
Earnest Loan Program
Navient Corporation Debt Offerings
Webcasts and Presentations

*handwritten: Diaz funding - Loan*

*handwritten right margin: Exh. 61   Exh. 21*

# Navient Student Loan Trust 2015-1

$343,600,000 Class A-1 Student Loan-Backed Notes
$629,700,000 Class A-2 Student Loan-Backed Notes
$26,700,000 Class B Student Loan-Backed Notes

Distribution Report
Distribution Factors
Current Rates
Prospectus
Historical Reports

**Date of Issue:** February 26, 2015

**Issue Amount** $1,000,000,000

**Securities Offered**

Class A-1 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR +0.30%
CUSIP: 63939FAA8

Class A-2 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.60%
CUSIP: 63939FAB6

Class B Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 1.50%
CUSIP: 63939FAC4

**Servicer**
Navient Solutions, Inc.

**Eligible Lender Trustee**
Wells Fargo Bank, N.A.

**Indenture Trustee:**
Wells Fargo Bank, N.A.

**Administrator**
Navient Solutions, Inc.

**Underwriters**
J.P. Morgan
RBC Capital Markets
Wells Fargo Securities     *handwritten: Wells Fargo is US Bank*
Barclays Capital Inc.
Bank of America Merrill Lynch
Credit Suisse
Deutsche Bank Securities
Goldman, Sachs & Co.
RBS Securities

*handwritten: JP nt Again is Morgan Stanley which is US Bank*

About Us | For Investors | Terms of Use | Protecting Your Privacy | Social Media Policies | Accessibility | About Our Ads | Contact Us

Exh. 61 Exh AA pg. 1

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

## 2010

| | FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|---|

Hon Valerie R. Manno Schurr 3
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

PROCESSED

JUN 2 3 2011

ID Code *210380*

ID No 210380

Conf Code

P Req. Code

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date [Note Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3 ]

My net worth as of December 31, 2010 was $ 4,089,000.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000 This category includes any of the following, if not held for investment purposes jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - DADE County | $2.5 mil |
| 2010 Range Rover | $55,000.00 |
| Bank Accounts, Pension, Brokerage Accts / Fidelity (ins) | $400,000.00 |
| Mortgage | 300,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.C. Box 4622, Waterloo, IA | $100,000.00 |
| Chase Financial - P.O Box 78007, Phoenix, AZ 85062 | $16,000.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- | |
| | |
| | |

**PART D -- INCOME**

Exh.61 Exh.AA pg2

You may *EITHER* (1) file a complete copy of your 2010 federal income tax return, including all attachments, *OR* (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2009 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME:

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| • State of Florida | State Payroll | $140,610.00 |
| Judge of the 11th Judicial Circuit | 2008 Gains St. Tallahassee, Fl | |
| Interest Income | Mortgage | |
| | Bank | $15,000.00 |
| | Fidelity Accts | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

**PART E -- INTERESTS IN SPECIFIED BUSINESSES**

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | None | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE  ☐**

# OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI - DADE

Sworn to (or affirmed) and subscribed before me this 15TH. day of

JUNE , 20 11 by Valerie Manno Schurr

_____
(Signature of Notary Public—State of Florida)

JESUS FELIPE VILAGMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

JESUS F. VICTORIA
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known  ✗    OR   Produced Identification _____

Type of Identification Produced _____

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

CE Form 6 Effective January 1, 2011 Refer to Rule 34-8 002(1), F A C

PAGE 2

*Exh. 61 Exh. AA pg. 3*

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 3 2011

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
### Canon 6B(2), Code of Judicial Conduct

### GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before **July 1** of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: *Valerie Manno Schurr*  TELEPHONE: *305-349-7029*

ADDRESS: *73 West Flagler Street, Room 1105, Miami, FL 33130*

POSITION HELD: *Circuit Judge*

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| **Source** | **Value** |
|---|---|
| *NONE* | |
| | *PROCESSED* |
| | |

I certify that the foregoing list is complete, true and correct.

*[signature]*

**JUDGE**

### OATH

**STATE OF FLORIDA**
**COUNTY OF** *MIAMI-DADE*

Sworn to (or affirmed) and subscribed before me this *15TH* day of *JUNE*, 20*11*, by *VALERIE MANNO SCHURR* (name of person making statement).

**(NOTARY SEAL)**

*[signature]*
**(Signature of Notary Public-State of Florida)**

JESUS FELIPE VILAOMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

*JESUS F. VILAOMAT*
**(Name of Notary Public-Typed, Printed or Stamped)**

Personally Known *X* OR Produced Identification _____
Type of Identification
Produced _____

**(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)**

04/11

Exh. 61
Exh. BB1
Pg. 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS
Vs.
MACK WELLS
DEFENDANT

CASE# 10-61928 CA01

### MOTION FOR JUDGE TO RECUSE HIMSELF FROM AND TO VACATE FORECLOSURE ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge John Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money illegally. Here's proof, US BANK is US BANCORP, Exhibit, A. And US BANCORP is Morgan Stanley, Exhibit, B And B2 which is a Business Judge John Schlesinger is dong business Morgan Stanley as seen in his FORM 6 page, 3. line, 3. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest He's worth 5.8 Million with Zero debt. Schlesinger has done business with MERS as seen on the public record Exhibit, F. Who is the entity that is the entity who assigned our Mortgage to US BANK, Exhibit, G. Who he has ruled in favor of. That is a Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhattan Bank that Judge Schlesinger was doing business with and got his property from, Exhibit, E. Judge Schlesinger is doing business with all of the entities that he's judging on against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G.

MACK WELLS
PRO-SE 15020 S
RIVER DR. MIAMI
FL. 33167 #786-859-9121

Exh · BB1 P9.2
200123

# FORM 6

**FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS**

**2016**

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

**FLORIDA COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

LAST NAME — FIRST NAME — MIDDLE NAME:

SCHLESINGER        JOHN        CHARLES

MAILING ADDRESS:

73 WEST FLAGLER STREET

ROOM 1202

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY :

STATE OF FLORIDA -- 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

CIRCUIT JUDGE

**PROCESSED**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date.  [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___June 20,___ , 20 _17_ was $ _28,834,751.25_ .

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh. 61
Exh. BB1 pg. 3

# FORM 6    FULL AND PUBLIC DISCLOSURE    2017
## OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

200123

## PROCESSED

FLORIDA
COMMISSION ON ETHIC.

AUG 01 2018

RECEIVED

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER  JOHN   CHARLES

MAILING ADDRESS:
1351 NW 12 STREET #415

| CITY : MIAMI | ZIP : 33125 | COUNTY : MIAMI-DADE |

NAME OF AGENCY :
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___July 1___, 20 _18_ was $ ___29,881,734.10___.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ ___500,000.00___

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd, Deep gap, NC | $800,000.00 |
| 323 Tollgate Shores Dr, Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exh. 61
Exh. BB2 pg. 1

US BANK N.A.

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

CASE# 10-61928

### MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM CASE #10-61928 AND TO VACATE FORECLOSURE ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro Se here states Judge Miguel M. De La O. says that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with CITI BANK because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof. Judge Miguel M. De La O is doing business with CITI BANK as seen on his FORM 6 page 4 line 11, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form. EXH. A. CITI BANK is CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLLY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D. and US BANCORP is US BANK EXH. E. Which is a major Conflict of Interest. Who he has ruled in favor of. EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G. So De La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL 33167

# CONFIDENTIAL

Exh. 61
Exh. BB3 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2017 |
|---|---|---|
| | OF FINANCIAL INTERESTS | |

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

LAST NAME — FIRST NAME — MIDDLE NAME:
de la O    Miguel    Manuel

MAILING ADDRESS:
73 West Flagler Street, Room 1407

CITY:        ZIP:       COUNTY:
Miami        33130      Miami-Dade

NAME OF AGENCY:

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge -- 11th Judicial Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

246171

# PROCESSED

FLORIDA
COMMISSION ON ETHICS

MAY 0 4 2018

# RECEIVED

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date.  [Note:  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of  December 31  , 20  17  was $ 3,251,482.55  .

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $  $100,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| AmeriTrade (Simple IRA) | $500,000.00 |
| Commercial Holdings LLC | $231,009.23 |
| AmeriTrade (trading account) | $11,046,14 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh.61
Exh. BB3 pg.2

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐  I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See Instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $147,571.98 |
| FIU College of Law | | $3000.01 |
| Commercial Holdings | | $15,000.00 |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐  **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA Miami-Dade
COUNTY OF

Sworn to (or affirmed) and subscribed before me this __30__ day of
__April__, 20 19 by Sara Kate Mas

_____
(Signature of Notary Public--State of Florida)

Sara Kate Mas
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__    OR

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                                        Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

Exh. 61
Exh. BB3 pg. 3

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $9,821.73 |
| AmeriTrade (401K rollover) | $131,029.83 |
| Fidelity Balanced Mutual Fund | $ 33,570.10 |
| MBNA America Investment | $5,062.63 |
| Citibank Checking Account | $ 32,381.17 |
| Discover Savings Accounts | $72,117.86 |
| 2007 Toyota Camry Hybrid | $3,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |
|  |  |

CONFIDENTIAL

Exh. (11 E) RR3 c. 48 (7fc) "/ Fl.

STATE OF FLORIDA
COMMISSION ON ETHICS

PROCESSED

MAY 0 4 2018

RECEIVED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived, source's name, and amount for gifts only.

73 W. Flagler St, Room 1407, Miami, FL 33130

Name: Miguel M. de la O     Work Address: _____

Work Telephone: 305-349-7078     Judicial Office Held: Circuit Judge _____

1.     Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 5-8-2017 | FAWL Installation | Cole Scott & Kissane | $130 |
| 7-25-2017 | Judicial Luncheon | CABA | $105 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | $125 |
| 12-9-2017 | Installation Gala | ABOTA | $300 |

□ Check here if continued on separate sheet

2.     Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 4/3-7/2017 | Nat. Computer Forensics Seminar, Hoover, Al., | U.S. Government |
| 5/22-24/2017 | AJS Conference, Naples, Fl. $534.20 | State of Florida |
| 6/23/2017 | JEAC Mtg., Boca Raton,   $57.38 | State of Florida |
| 7/21-24/2017 | Circuit Judges Conf,, Orlando $1019.19 | State of Florida |

□ Check here if continued on separate sheet

**OATH**
State of Florida
County of Miami-Dade

I, Miguel M. de la O  the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

Sara Kate Mas
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____.
Sworn to and subscribed before me this

  30      day of  April    , 20 18 .

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

3/18 (As prescribed in Canon 6).



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exh. 61
Exh. BB4

US BANK N.A.

CASE# 10-61928

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

### MOTION FOR JUDGE THOMAS REBULL TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST AND VACATE HIS ORDER TO RESCHEDULE SALE 15020 S RIVER DR. MIAMI FL. 33167

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS REBULL**, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with, because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money Illegaly. Here's proof. Judge **THOMAS REBULL** is doing business with NATIONS STAR BANK as seen in hi: FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. NATIONS STAR BANK is MORGAN STANLEY EXH. B, and and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK, EXH. E. the same US Bank that s foreclosing. Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

_Mack Wells_
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

Exh. 61
Exh. BB5 pg. 1

# CONFIDENTIAL

| **FORM 6** | **FULL AND PUBLIC DISCLOSURE** | **2017** |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

**OF FINANCIAL INTERESTS**

FOR OFFICE USE ONLY:

*240127*

LAST NAME — FIRST NAME — MIDDLE NAME:

REBULL, THOMAS JULIAN

MAILING ADDRESS:

73 West Flagler Street

Room 800

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33130 | Miami Dade |

NAME OF AGENCY:

Eleventh Judicial Circuit State of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT:

Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FLORIDA COMMISSION ON ETHICS**

JUL 0 2 2018

**RECEIVED**

**PROCESSED**

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___, 20 _17_ was $ _559,900.61_ .

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing, other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _35,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | $700,000.00 |
| Charles Schwab IRA | $ 10,897.75 |
| ABA Retirement | $ 146,441.20 |
| CITI IRA | $ 1,611.36 |
| Northwest Mutual Life Insurance | 46,332.68 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Nationstar Mortgage, 350 Highland Dr., Lewisville, TX | 380,382.38 |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

Exh. 61
Exh. BB5 pg. 2

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | 160,688.00 |
| University of Miami | Coral Gables, FL | 8,700.00 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 28, 2019
Bonded through National Notary Assn.

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___Miami - Dade___

Sworn to (or affirmed) and subscribed before me this __28__ day of
__June__, 20_18_ by __Thomas Rebull__

_____
(Signature of Notary Public--State of Florida)

__Sara Kate Mas__
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____   OR   Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                                    Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE  ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Ext 61 Ext 225053

# CONFIDENTIAL

FLORIDA
COMMISSION ON ETHICS

JUL 02 2018

RECEIVED

PROCESSED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Thomas J. Rebull    Work Address: 73 West Flagler St., S-800, Miami, FL 33130

Work Telephone: 305-349-6237    Judicial Office Held: Circuit Judge

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 05-08-2017 | FAWL Installation | Cole Scott & Kissane | $130.00 |
| 07-25-2017 | Judicial Luncheon | CABA | 105.00 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | 125.00 |
| 12-07-2017 | MD FAWL Judicial Recp. | MD FAWL | 100.00 |
| 12-09-2017 | Installation Gala | ABOTA | 300.00 |

□ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 08/23/17 | Presenter in D.C. NACM & IACA | National Center for State Courts |
|  |  |  |
|  |  |  |

□ Check here if continued on separate sheet

**OATH**
State of Florida
County of MIAMI-DADE

I, Thomas J. Rebull, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this

28 day of June, 20 18.

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

3/18 (As prescribed in Canon 6).

# Affidavit                    **Exh.61**

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT

FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM

OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL

ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF

JUDGE VERONICA DIAZ.


SIGNED, *Mack L Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167


*Judytte Joseph*           NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR

WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA

DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.


JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

3

CFDC

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

**Exhibit 62**
**Exh.CC**

US BANK, N.A.,
    Plaintiff,

                    CASE NO.    2007-12407-CA
vs.                 DIVISION    32

SPACE FOR RECORDING ONLY F.S.§695.26

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

---

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS,

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial 13666522
DOC_ID: M010502





**Exhibit.62**
**Exh.CC1**

4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____ 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION    **Exh.62**

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3.

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT
BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131. Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60.
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the_Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order. Exh. 119 based on
the following facts. new information. just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit
0 # )  Attached- U.S. BANK Special Situation Property Funds Account Page 42. IFRS 2018 Tables 9-13. SEC
Filings- U.S. BANK Florida Subsidiaries. Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

**Judge Vivianne Del Rio** must Recuse herself for an open obvious Conflict of Interest because she's doing

business with US Bank and helping them to make money so that she can make money by foreclosing and

**Exh.62**

taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but

for to make her and them money Illegally. Here's proof: **In her Form 6 Affidavit Oath from Tallahassee called**

**FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:**

2. form 6 for 2019 on line  2., Exh. 0. **She got $750,215.00 with FRS which is Financed by the SBA.**

**Exh. 1. which is U.S. Bank, Exh. 2.**

3. form 6 for 2019' **Exh. (0). On line  3 she got,** $15,403.00 and **on line 4 she got $5,691.** doing

business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S.

Bancorp, Exh.4, 19.  **And** U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

And on her 2020 Form 6 Full and Public Disclosure of Financial Interest **In 2020** on line 2,

Exh. 0. **Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S.**

**Bank, Exh. 2.**

3. **Exh. (0). On line 3 she got,** $15,403.00 and **on line 4 she got $5,691.** doing business with AIG

which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4,

19.  **And** U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

4. Exh. (0). **And on line 4 she has $44,000 with E-Trade Which is Morgan Stanley Exh.3,** and

Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and

Page 2. which is U.S. Bancorp, (Exh.4, 19)**. And** U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

CONFIDENTIAL

Exhibit 62    Exhibit O

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|

**OF FINANCIAL INTERESTS**

Please print or type your name, mailing address, agency name, and position below

FOR OFFICE USE ONLY

LAST NAME — FIRST NAME — MIDDLE NAME

del Rio , Vivianne

MAILING ADDRESS:

CITY                    ZIP          COUNTY

NAME OF AGENCY   11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT   Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

FLORIDA
COMMISSION ON ETHICS

JUL 0 6 2021

RECEIVED

47187

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31st, 2020 was $ 1,667,544

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence : | 1,075,000 |
| FRS Retirement Account | 943,141 |
| AIG Deferred Compensation Account | 15,403 |
| E*Trade Individual Brokerage Account | 44,000 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

CE FORM 6   Effective January 1, 2021
Incorporated by reference in Rule 34.8.002(1), F.A.C.

Continued on reverse side.

11:16                                                      5G



Exhibit 62   **Exhibit 1**

frs retirement is the SBA                          ✕

All    News    Shopping    Images    Videos    Maps    ⋮

The Florida Retirement System (FRS) Pension
Plan, also known as the Defined Benefit Plan, is
one of the largest public retirement plans in the
U.S. and comprises roughly three-quarters of
total assets under State Board of
Administration (SBA) management.

https://www.sbafla.com › fsr › FRS ...

FRS Pension Plan - Florida State Board of
Administration

## People also ask

What type of retirement plan is FRS?

Who owns Florida Retirement System?

Is FRS the same as 401k?

What does FRS stand for in Social Security?

AA    Q frs retirement is t

11:10

Exhibit 62    Exhibit 2



Key benefits: Loan amounts up to $5 million.
**Additional $2 million direct funding by U.S.
Bank (SBA 7 (a) Pari Passu loan)** Terms up to
25 years.

https://www.usbank.com · sba loans

Small Business Administration (SBA) Loans -
US Bank

About featured snippets     Feedback

People also ask

Where does SBA get its funding?

What bank does the SBA use?

Who is responsible for SBA loans?

Does the SBA work with banks?

Feedback

https://www.usbank.com  financing

How to get a small business loan | U.S. Bank

To be considered for an SBA loan, you need to apply for a
conventional loan under SBA guidelines with one of the
organization's banking partners. The SBA ...

https://www.usbank.com  business...

Business Loans - US Bank

Whether you need a quick loan, term loan, SBA express loan or

Q the sba is financed by us bank



🏠 🔒 morganstanley.com/w   Exhibit 62   Exhibit 3

☰        Morgan Stanley        🔍

WEALTH MANAGEMENT | SERVICE

# E*TRADE is now E*TRADE from Morgan Stanley

Together, we deliver an even more comprehensive suite of investing, trading, digital cash management and investment advisory services to a wider range of clients.

SHARE THIS



🐦 in f ✉

## Lots of choices, however you want to invest

E*TRADE offers a variety of solutions for all

          +

10:29

globallegalchronicle.com

Exh. 62
Exh. 4

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., PBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europa, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan



6:44

🔒 usbank.com ↻

usbank

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries, U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

Not a Deposit  •  Not FDIC Insured  •  May Lose Value  •  Not Bank Guaranteed  •  Not Insured by any Federal Government Agency

For U.S. Bank:

🏠 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information



U.S. Bancorp – Wiki...
en.wikipedia.org

WIKIPEDIA
The Free Encyclopedia

Q   ∞   Create account   Log in   •••

≡  U.S. Bancorp

文A  20 languages ∨

Article  Talk

Read  Edit  View history  Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863



**U.S. Bancorp**

**usbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ⤤ S&P 100 component S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | **Andrew Cecere** (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services Elavon Talech Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt Moody's: A1 (10/2016) S&P: A+ (10/2016) Fitch: AA (10/2016) DBRS: AA (10/2016) |



Exhibit 62   Exhibit 6

**ANNUITY NEWS**

**(HTTPS://INSURANCENEWSNET.COM/TOPICS/ANNUITY**

**NEWS-ARTICLES)**



# J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

By Press Release
(https://insurancenewsnet.com/author/press release)

J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers

Exhibit 62    Exhibit 7

⚫ https://www.sec.gov

## \<DOCUMENT\> \<TYPE\>N-CSRS \<SEQUENCE\>1 \<FILENAME ...

2,500,000 2,507,272 JPMorgan Chase Bank NA FRS 0.44% due 06/07/2016 ... an indirect wholly-owned subsidiary of American International Group, Inc. ("AIG ...

## Get the answer you're looking for added to the web

Your question will be shared with online publishers who may be able to answer it. When shared, it won't be associated with your Google Account.

What is your question? *

Make sure you don't include any private info

## Related searches

🔍   J.P. Chase Morgan

🔍   JPMorgan Chase stock

Ad · https://www.aig.com/

## AIG® Official Site - Global Insurance

🔍 Q jo morgan owns aig and frs

insurancenewsnet.com                    Exhibit 62    Exhibit 8

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Sep 9, 2021 — J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus  a unique retirement income solution for American workers.

Missing: ~~owns frs~~

 https://www.insurancejournal.com                    ⋮

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 20.. — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ..  and then formulating our own proposal to lend to AIG." Baxter said ...

Missing: ~~frs~~ ; Must include: frs

 https://www.federalreserve.gov    .pdf            ⋮

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ..  In March 2008, the FRBNY and JPMorgan Chase & ... owned by AIG and its indirect subsidiary, American

## People also ask

Does JP Morgan have IRA?                                    ⌄

Who does JP Morgan use for 401k?                            ⌄

≡  Q jo morgan owns aig and frs

 https://www.insurancejournal.com   ...

Exhibit 62
Exhibit 9

# Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

 https://www.federalreserve.gov   ...   PDF

# FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase &   ... owned by AIG and



Insights by J.P. Morgan

Exhibit 62    Exhibit 10



# J.P.Morgan
## ASSET MANAGEMENT



09/09/2021

# J.P. Morgan Helps 401k Participants in Retirement with SmartRetirement Plus, Incorporating a Protected Lifetime Income Solution from AIG Life & Retirement

"New solution to leverage J.P. Morgan insights into U.S.

AA     am.jpmorgan.com    

      

insurancenewsnet.com

Exhibit 62    Exhibit 11

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Sep 9 2021 — J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers

Missing: owns frs

 https://www.insurancejournal.com

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1 2 — The heads of Goldman Sachs Group Inc and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG." Baxter said ..

Missing: frs | Must include: frs

 https://www.federalreserve.gov    PDF

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). . In March 2008 the FRBNY and JPMorgan Chase & .. owned by AIG and its indirect subsidiary, American

## People also ask

AA   Q jo morgan owns aig

         

Exhibit 62    Exhibit 12

https://money.cnn.com

## AIG, once on death's door, is doing deals again - CNN Business

Jul 30, 2015 — But AIG has clawed its way back from the depths of financia... Earlier that year, JPMorgan Chase "rescued" failing Bear Stearns too.

Missing: frs | Must include: frs

http://mediamac.com.sg

## aercap ireland limited annual report - MediaMac Pte Ltd

AerCap Ireland Limited is indirectly owned 100% by AerCap Holdings N.V... of 100 percent of ILFC's common shares from AIG (the "AerCap Transaction")

https://ypfsresourcelibrary.blob.core.windows.net ...

## Page 1 of 15 - NET

FRBNY Press Release, Statement on Financing Arrangement of JPMorgan Chase's ... Stated in summary, that "AIG is under increasing capital and liquidity...

https://lensa.com

## Business Analyst Lead (Project Execution) job in Jersey City at ...

JPMorgan Chase and Co is currently looking for Business Analyst Lead (Project ... strategy by considering their application in own job and the

Q jo morgan owns aig and frs

*Exh. 62 Exh. 13*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE
And MACK WELLS
    Plaintiff

CASE NO: 2010-61928-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005 AHL3, MERS. FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES
Defendants,

MOTION TO DISMISS

Comes now MAURICE SYMONETTE and MACK WELLS with motion to Reconsider Asking
that all of Judge Valerie Manno Schurr's Orders be Vacated from 2007 until now which is
MAURICE SYMONETTE's Quiet Title Lawsuit. Because she Recused herself. Rule 1.540 (b)
says (2) Newly discovered Evidence (3) Fraud and Misconduct (4) Judgment Order is void; (5)
Prior Judgment (Judge Zabel's prime Judgment was Dismissal with Prejudice which must be
upheld). On motion and upon such terms as are just, the court may relive a party or a party's
legal representative from a final Judgement, decree, order, or proceeding for the following
reasons:

2. Newly discovered evidence (we discovered her Form 6 Full and Public Disclosure of
   Financial Interest and the Partnerships and ownerships of the Banks involved to work
   the Conspiracy by giving Judge Valerie Manno Schurr gifts of Monies to take the
   property from the Homeowners which by due diligence could not have been discovered
   in time to move for a new trial or rehearing; because we just got the records from the
   State showing that in 2008 on the Docket Mack Wells finally put in a Motion to Dismiss
   with Prejudice because Lawyers wouldn't follow the Judges Orders to bring in the Note
   Exh. (C) we also saw that Judge Zabel did a Dismissal with Prejudice in 2008 and three
   witnesses with Affidavits have sworn to have seen this and it was on the record with
   Judge Zabel's signature that we typed up saying the case is dismissed with Prejudice
   04/07/2009 as indicated on the Docket of which I now have the Red stamp Certified
   Copy of the Docket see Exh. (C) line number (10) and we now found
3. Fraud and Misconduct using Horrible Conflict of Interest in violation of Fl. Rules 2.160
   That in 2008 Judge Valerie Manno Schurr received $995, 000 on her Form 6 Full
   Public Disclosure of Financial Interest $91,000 from GMAC and $129,000 from Well
   Fargo That's Partners with GMAC and U.S. Bank Exh.(DD) on her Form 6 Full and
   Public Disclosure Of Financial Interest line number (5,6, and 7) B.

Exh. 62 Exh. 14

4. Judgment Order is Void because in 2010 on the Docket Judge Valerie Manno Schurr whom we have never seen put

5. (Changing Prior Judgment) in the same Dismissal with Prejudice with our typing but with her name and signature and the Judge that Dismissed the Case with Prejudice Exh. (F3) as seen on the Docket line (11) this was done because the Law says that no Judge of the same Circuit Court can change the Order of the Judge in the same Circuit Court so she made her own order that did not Change Judge Zabels Order exactly one year after Judge Zabels same Dismissal with Prejudice hoping we would not check this, so that she can then therefore only her Order and get paid to change her own Order so that it wouldn't be Criminal. This was done to Save Judge Zabel, the Lawyers and U.S. Bank/GMAC BANK from being caught and the Conspiracy to steal the property concerning Judge Zabel doing a Judgement against Homeowners without an actual Complaint or Certified Copies of the Note, Allonge, Mortgage and Assignment or as Florida Statues states: No Judgments should be rendered until after the Original Copy of the Note Allonge, Mortgage and Assignment and other Docs on the record yet they did that while the Homeowners where making payments to Axiom Bank on time this is a Felony and a Conspiracy. Because at the time during Judge Valerie Manno Schurr Dismissal with Prejudice Judge Valerie Schurr received from Wachovia, Bank of America $650,000 line (9) as seen on her form 6 Full and Public Disclosure of Financial Interest those Banks are Partners with U.S. Bank and GMAC see Exhbs (EE) and she received $128,000 from Wells Fargo and $410,000 from GMAC the Fake Servicer of the Homeowner's Note.

Then without notice to the Homeowners knowing that because we knew the case was Dismissed with Prejudice and that we would no longer check on Court Records to find out that Judge Valerie Manno Schurr had a private secret Ex Parte Hearing with U.S. Bank's Lawyers and changed her ( Judge Valerie Manno Schurr's) Order which illegally and effectively changed Judge Zabel's Order from Dismissal with Prejudice to Dismissal without Prejudice to give see Docket Case number 07-12407-CA-01 line (14) of the Docket and Exh.(F and F2) 08/25/2010 U.S. Bank the right to file another Foreclosure Lawsuit against the Homeowners all without their knowledge as seen on a 2010 61928-CA-01 prosecuting the same case that was Dismissed with Prejudice of which we found out by mistake that there was another Foreclosure Suit against the property. And after 2010 Judge Valerie Manno Schurr did this she suddenly has $1,000,000 from City National Bank, Wachovia, Bank Of America which are all Business Partners of U.S Bank and GMAC Bank see Exh.(FF) line (7) she indicates another $400,000 from GMAC the Fake Servicer of the loan and part of the Conspiracy to steal the property and get out of trouble from Federal S.E.C Fraud and crimes against the Court and the property owner to hide the MERS Fraud of lying about selling Notes on the Market as proven by the Cusipone Expert's Affidavit showing that U.S. Bank National Association As Trustee never had any ownership of the Leroy Williams Mortgage because Axiom Bank sold the Note to Fidelity Strategic Fund which is on the Market until today, Exh.(A) and when you do the SEC Edgar Search under US Bank National Association as Trustee there is no Axiom Note in their Pool of Notes Exh. (ZC and J). Judge Valerie Manno Schurr admits to these crimes by Recusing herself from Maurice Symonette's case who asked her to Recuse for Crimes misconduct and Conflicts of Interest see Exh. ( ). According to **Rule 1.540 (b) (c) (d) (e)**

*Exh. 62 Exh. 15*

1. That the judgment, or order has a prior judgment of Dismissal with Prejudice on the Docket of Case Number 07-12407-CA-07 line (10 and 11) and that Judgment of Dismissal with Prejudice must be returned to Dismissal with Prejudice and void and or strike the 2007-12407-CA-01 and 2010-61928-CA-01 case because Judge Valerie Manno Schurr recused herself because I brought this to her attention that she did this Crime and Scheme. this title must be cleared and also because she did not default them when it took them 6 months to answer my Lawsuit that must be Defaulted but wasn't Defaulted because Judge Valerie Manno Schurr helped them because City National Bank gave her $400,000 which is business partners with U.S. Bank, GMAC, Royal Bank of Canada, Wachovia and Wells Fargo are all Business Partners and one big happy Family this is a Horrible Conspiracy and Conflict of Interest to steal Property from helpless Black People this is Racism and Descrimination in the utmost so therefore we demand that this case be Reconsidered from the beginning of this case until today this case must be Defaulted and Returned to Dismissed with Prejudice

MAURICE SYMONETTE
15020 S. River Dr.
Miami Fl. 33167

Exh. 62 Exh. 16

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2020 |
|---|---|---|

**FOR OFFICE USE ONLY:**

\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 331 T3  P1 98 337
HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSESTE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

‖‖⸱⸱⸱‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

FLORIDA
COMMISSION ON ETHICS
JUN 25 2021
RECEIVED
PROCESSED

ID CODE
ID NO.     47078
CONF. CODE
Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not cal-culated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___March 31,___ , 20 __21__ was $ __2,693,148.72__ .

---

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ __195,000.00__

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement - | $ 221,156.57 |
| Wells Fargo Savings - | $ 162,130.03 |
| Wells Fargo Checking - | $ 32,695.84 |
| Invesco (In Name of Spouse) - | - $ 733,633.19 |
| UKS Santacello 401 (Empower)(In Name of Spouse) | - $ 128,620.49 |
| Alliance Bernstein (In Name of Spouse) | - $ 526,747.00 |

---

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage  P.O. Box 660278  Dallas, TX 75266 - | $ 896,316.65 |
| BMW Financial Services P.O. Box 3608 Dublin, Ohio 43016 - 0306 | $ 10,152.00 |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh. 62 Exh. 17

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 East Gaines Street – Tallahassee, FL 32499 | $157,233.29 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Not Applicable | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_Samantha Cohen_
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me by means of
☒ physical presence or ☐ online notarization, this _24_ day of
_June_, 20_21_ by _Samantha Cohen_.

_Alfonso Escorcia_
(Signature of Notary Public--State of Florida)

_Alfonso Escorcia_
(Print, Type, or Stamp Commissioned Name of Notary Public)

ALFONSO JOSE ESCORCIA JR
Notary Public - State of Florida
Commission # HH 026124
My Comm. Expires Sep 22, 2024
Bonded through National Notary Assn.

Personally Known _____   OR   Produced Identification ✓

Type of Identification Produced _FL DL_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                              Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

11:01          LTE



Image: edition.channelbbelize.com

Exh. 62
Exh. 18

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

https://www.re-banks.com/usa_wachovia-ban

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo - Wells Fargo

Exh. 62
Exh. 20

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021    6 min read

**In this article:**

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, is U.S. Bank Exh. D.2 #3 Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

**Business**

Exhibit 62    Exhibit 21

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the United States, has entered into a
co-brand agreement with BMW Financial Services NA, LLC to issue credit cards
that will deliver enhanced digital experiences

**2021 Form 6** - Full and Public Disclosure of Financial Interests   *Exh. 62 Exh. 22*

Filed with COE 04/11/...

## Assets

Household goods and personal effects may be reported n a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismat c items; art objects; household equipment and furnishings; clothing, other household items; and vehicles for personal use. whether owned or leased.

The aggregate value of my household goods and persona effect is $ 210,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Home Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.00 |
| wells fargo checking (Payret Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.08 |
| Invesco Retirement (In name of spouse) | $ 744,636.20 |
| Luks retirement (In name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Wells Fargo Mortgage | po box 660278 Dal as, Tx 75266 | $ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin. OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

Exhibit 62     Exhibit 23

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA03
JUDGE: Samantha Ruiz Cohen

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

### ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION

This matter came before the undersigned Judge upon the **MOTION FOR JUDICIAL DISQUALIFICATION** filed by John Westley on May 5, 2021

The Motion is **DENIED** as legally insufficient

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 12th day of May, 2021.

2010-061928-CA-01 05-12-2021 2:41 PM

Hon. Samantha Ruiz Cohen

**CIRCUIT COURT JUDGE**

Electronically Signed

No further ___ JUDICIAL ___ JS MOTION

CLERK TO RECALL ___ ___

**Electronically Served:**

Albanese Florentina, Wildes@miamidade.gov

Case No: 2010-061928-CA-01                                          Page 1 of 1

Exhibit 62   Exhibit 24

Daniel Hurtes, DHurtes@BlankRome.com

Daniel Hurtes, BRFLEservice@BlankRome.com

Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com

Giuseppe Salvatore Cataudella, FLCourtDocs@brockandscott.com

Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us

Herve Humpsy, Courts@Journalist.com

JOHN WESTLEY, TheWomb@USA.com

Jennifer L. Warren, jwarren@northmiamifl.gov

Jennifer L. Warren, city.attorney@northmiamifl.gov

Jessica J Fagen, lawfirmFL@rsich.com

Jessica J Fagen, jfagen@rsich.com

Jessica J Fagen, abcfleservice@abclegal.com

Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com

Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com

Jimmy Keenan Edwards, CourtXpress@firmsolutions.us

John Westley Mix, WombTV@gmail.com

Jonathan S Wolinsky, FLeFileTeam@brockandscott.com

Jonathan S Wolinsky, CourtXpress@firmsolutions.us

Jonathan S Wolinsky, FLCourtDocs@brockandscott.com

Julie Anthousis, FLeFileTeam@brockandscott.com

Julie Anthousis, FLCourtDocs@brockandscott.com

Julie Anthousis, CourtXpress@firmsolutions.us

Kara Leah Fredrickson, FLeFileTeam@brockandscott.com

Kara Leah Fredrickson, FLCourtDocs@brockandscott.com

Kara Leah Fredrickson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, FLeFileTeam@brockandscott.com

Laura Ashley Jackson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, FLCourtDocs@brockandscott.com

Stephen Christopher Wilson, sewilson862007@yahoo.com

Stephen Christopher Wilson, sewilson862007@yahoo.com

Tania Bartolini, tania@salaslawfirmpa.com

Tania Bartolini, jp@salaslawfirmpa.com

Tania Bartolini, dianne@salaslawfirmpa.com

William Henry Stafford III, william.stafford@myfloridalegal.com

William Henry Stafford III, Breanna.Rutledge@myfloridalegal.com

Willnae Lacroix, FLeFileTeam@brockandscott.com

Willnae Lacroix, FLCourtDocs@brockandscott.com

Willnae Lacroix, courtxpress@firmsolutions.us

Case No: 2010-061928-CA-01

Exhibit 62 Exhibit 25

maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Physically Served:**

Exhibit 62      Exhibit 26

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2018 |
|---|---|---|
| | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY |

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME
de la O, Miguel Manuel

MAILING ADDRESS:
1351 NW 12th Street

Room 413

| CITY | ZIP | COUNTY |
|---|---|---|
| Miami | 33125 | Miami-Dade |

NAME OF AGENCY:

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge — 11th Judicial Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA
COMMISSION ON ETHICS
AUG 1 9 2019
RECEIVED

24671

**PART A — NET WORTH**

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 18 was $ 3,419,151.11

**PART B — ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items; art; antiques; household equipment and furnishings; clothing; other household items; and vehicles for personal use whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 100,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p 4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| Ameritrade (Simple IRA) | $375,000.00 |
| Commercial Holdings LLC | $500,000.00 |
| Ameritrade (trading account) | $12,412.98 |

**PART C — LIABILITIES**

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Do not list a copy of your 2018 federal income tax return including all W-2s, schedules and attachments. Please redact any social security or account numbers before attaching your return as the law requires they be made public the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W-2s, schedules and attachments.

[If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME** (See instructions on page 3.)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $161,000.00 |
| FIU College of Law | | $3,000.00 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc. of businesses owned by reporting person, see instructions on page 4.)

| NAME OF SOURCE OF BUSINESS INCOME | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Commercial Holdings | Primary Source | | $50,000.00 |
| N/A | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| NAME OF BUSINESS ENTITY | BUSINESS ENTITY #1 | BUSINESS ENTITY #2 | BUSINESS ENTITY #3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | N/A | N/A |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F – TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142 F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

STATE OF FLORIDA
COUNTY OF   Miami-Dade

Sworn to (or affirmed) and subscribed before me this ___ day of July , 20 19 , by Miguel M. de la C.

*(signature)*

The person whose name appears at the beginning of this form is deposed on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

Signature of Notary Public – State of Florida

Ligia Mingula

Print, Type or Stamp Commissioned Name of Notary Public

Personally Known  X     OR  Produced Identification

Type of Identification Produced

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

[stamp:] LIGIA MINGULA
MY COMMISSION # GG 300341
EXPIRES: February 24, 2023
Bonded Thru Notary Public Underwriters

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144 Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief the disclosure herein is true and correct.

_____        _____
Signature                                    Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

Exhibit 62     Exhibit 28

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
| --- | --- |
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $10,457.56 |
| AmeriTrade (401K rollover) | $120,609.16 |
| Fidelity Balanced Mutual Fund | $29,212.91 |
| MBNA America Investment | $5,052.63 |
| Citibank Checking Account | $20,063.18 |
| Discover Savings Accounts | $111,432.71 |
| 2007 Toyota Camry Hybrid | $2,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |

Exhibit 62      Exhibit 29

**Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers**
**of Fees and Charges**

FLORIDA
COMMISSION ON ETHICS

AUG 1 9 2019

RECEIVED

All judges required to file with the Florida Commission on Ethics a list of all reportable gifts accepted, reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Miguel M. de la O                    Work Telephone: 305-548-5734

Work Address: 1351 NW 12 St , Miami, 33125    Judicial Office Held: Circuit Judge

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 2-6-18 | Judicial Reception | Coral Gables Bar Assoc | $120 |
| 2-9-18 | CABA Gala | Kasowitz Torres | $600 |
| 8-17-18 | Judicial Luncheon | Cuban-American Bar | $115 |
| 12-2-18 | Football game | Zarco Einhorn Salkowski et al | $750 |
| 12-28-18 | Judicial Luncheon | Miami-Dade FAWL | $35 |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-------------|--------|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Form # 4 J-19
© Updated 8-51-93-0-95

Page 1 of 2

Exhibit 62      Exhibit 30

## OATH

State of Florida

County of Miami-Dade _____

I, Miguel M. de la O _____, the public official filing this disclosure statement,
being first duly sworn, do depose on oath and say that the facts set forth in the above
statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____

Sworn to and subscribed before me this

3rd _____ day of July _____, 20 18 _____

LIGIA MONOUA
MY COMMISSION # GG 305340
EXPIRES: February 28, 2023
Bonded Thru Notary Public Underwriters

Form #4.2.24
as amended by BCC 4/24

Page 2 of 2



X  🔒 **Citibank - Wikipedia**
en.m.wikipedia.org

Exh. 62 Exh. 31

WIKIPEDIA

# Citibank

Article   Talk

文A                              ⬇  ☆  ✏

*Not to be confused with City Bank or CIT Bank*

**Citibank** is the consumer division of financial
services multinational Citigroup.[1] Citibank was
founded in 1812 as the City Bank of New York, and
later became First National City Bank of New York.[2]
The bank has 2,649 branches in 19 countries,
including 723 branches in the United States and
1,494 branches in Mexico operated by its subsidiary
Banamex.[citation needed] The U.S. branches are
concentrated in six metropolitan areas: New York,
Chicago, Los Angeles, San Francisco, Washington,
D.C., and Miami.[3]

## Citibank, N. A.



| Type | Subsidiary of Citigroup |
| --- | --- |
| | |

X   🔒 Morgan Stanley Wealt...
     en.m.wikipedia.org

Exh.62 Exh.32

☰   WIKIPEDIA                    Q

# Morgan Stanley Wealth Management

Article   Talk

文A                          ⤓  ☆  ✎

**Morgan Stanley Wealth Management** is an American multinational financial services corporation specializing in retail brokerage. It is the wealth & asset management division of Morgan Stanley. On January 13, 2009, Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney, which was formerly a division of Citi Global Wealth Management. The combined brokerage house has 17,646 financial advisors and manages $2 trillion in client assets.[1] Clients range from individual investors to small- and mid-sized businesses, as well as large corporations, non-profit organizations and family foundations.

### Morgan Stanley Wealth Management

# Morgan Stanley

10:22

Exhibit 62    Exhibit 33

🔒 mitchell.messenger.com

Exh

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

o o g e

Exh. 62 Exh. 34

Q  citiglobal is morgan stanley

**All**  News  Images  Maps  Videos  Shopping

Including results for **citigroup** is morgan stanley
Search only for *citiglobal is morgan stanley*

On January 13, 2009, Morgan Stanley and
Citigroup announced the merger of Smith
Barney with Morgan Stanley's Global
Wealth Management Group, with Morgan
Stanley paying $2 7 billion cash upfront to
Citigroup for a 51% stake in the joint
venture. The joint venture operates as
Morgan Stanley Smith Barney.

**Founder:** Henry S. Morgan, Harold Stanley,
Charles D. Barney, Edward B. Smith
**Products:** Retail brokerage, asset management,
investment banking
**Owner:** Morgan Stanley (100%)

w  https://en.m.wikipedia.org › wiki

Morgan Stanley Wealth Management ·
Wikipedia


Discover

Search

Collections

Exhibit 62    Exhibit 35

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

us bank is us bancorp

*Exh. 62 Exh. 36*

# U.S. Bancorp



( Overview )   Locations   History   Services

U.S. Bancorp is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, and is the 5th largest banking institution in the United States. Wikipedia

Customer service: 1 (800) 872-2657

Technical support: 1 (877) 202-0043

Stock price: USB        $62.04 +0.74 (+1.27%)

Headquarters: Minneapolis, MN

CEO: Andrew Cecere

Number of employees:

Founded: St. Louis, MO

Subsidiaries: Syncada platform U.S. Bank and BANCORP INVESTMENTS, INC. Travelers, Inc. More

## Withdrawal limit

Exhibit 62      Exhibit 37

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2010-061928 CA 01

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR RASC 2905AHL3,

     Plaintiff,

v.

JAMES LITTLEJOHN; LEROY WILLIAMS,
et al.

     Defendants,



### ORDER ON DEFENDANTS' MOTION FOR EMERGENCY HEARING TO VACATE SALE AND DEFENDANTS' MOTION TO VACATE SALE

THIS CAUSE having come before the Court upon Defendants' Motion for Emergency Hearing to Vacate Sale and Defendants' Motion to Vacate Sale and the Court being otherwise duly advised as to the relief requested, both sides having appeared and given argument, it is hereupon

ORDERED AND ADJUDGED that:

1. Defendants' Motion for Emergency Hearing is hereby DENIED.

2. Defendants' Motion to Vacate Sale is hereby DENIED.

3. Defendants' Motion to stay sale is hereby Denied

4. The sale is reset to March 14, 2018

DONE and ORDERED in Miami, Miami-Dade County, Florida, this 17th day of January, 2018.

                          CIRCUIT COURT JUDGE

                          Miguel M. de la O
                          CIRCUIT COURT JUDGE

Copies furnished to the Parties on the attached service list

Exhibit 62    Exhibit 38

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

*Emergency Ex Parte*

MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM
CASE #10-61928 AND TO VACATE FORECLOSURE
ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge Miguel M. De La O, says
that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a
Bank doing Business with CITI BANK because he's doing business with US Bank and
helping them to make money so that he can make money by foreclosing and taking
our property while acting as the Judge to take the property not on his Merits but for
to make him and them money illegally. Here's proof, Judge Miguel M. De La O is doing
business with CITI BANK as seen in his FORM 6 page 4 line 11, From Tallahassee
called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is
CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN
STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. Which is a
major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of
Interest against us and there's more, EXH. J, I have found that our case was directed
to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, F So De
La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. F

*Mack Wells*
MACK WELLS
15020 S. RIVER DR.
MIAMI FL 33167

**FORM 6**

**FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS**

2018

FLORIDA
COMMISSION ON ETHICS

Exh. 62
Exh. 39

JUL 0 1 2019

RECEIVED

**PROCESSED**

~~~~~~ FOR AA ~~~~ ~~~~~~~
Hon Veronica Diaz
Circuit Judge
Judicial Circuit (11'th.
Elected Constitutional Officer
Ste 9000 Richard F Gersten Justice Bldg
1351 NW 12th St Rm 209
Miami FL 33125-1636

ID Code

ID No.        258440

Cont Code

Diaz. Veronica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**PART A – NET WORTH**

Please enter the value of your net worth as of December 31 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _Dec. 31_ . 20 _18_ was $ _405,853_

**PART B – ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1 000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ _75,000_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p 4) | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,312 |
| ICMA 401K | 180,296 |
| Audi | 10,500 |

**PART C – LIABILITIES**

LIABILITIES IN EXCESS OF $1 000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1 2019
Incorporated by reference in Rule 34 8.202-1 F.A.C.

PAGE 1

## PART D - INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including the ... copy of your 2018 federal income tax return, including all W-2s, schedules and attachments. Please redact ... attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W-2's, schedules, and attachments.
(If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D)

### PRIMARY SOURCES OF INCOME (See instructions on page 5)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 100 E. Gaines St. Tallahassee, FL 32399 | 160,688 |

### SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person-see instructions on page 6)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

### PART E - INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

### PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me this _18th_ day of _June_ 20_19_ by _Veronica Diaz_

Signature of Notary Public-State of Florida

_ANA M. GONZALEZ_
(Print, Type or Stamp Commissioned Name of Notary Public)

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019

Personally Known _✓_ OR Produced Identification ____
Type of Identification Produced ____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, ____ prepared the CE Form 1 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

____                                    ____
Signature                               Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

PAGE 2

Exh. 62
Exh. 40

**Form 6A, Disclosure of Gifts, Expense Reimbursements or Payments, and Waiver of Fees and Charges**

PROCESSED

RECEIVED
JUL 0 1 2015

Exh. 62
Exh. 41

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2) during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived, source's name, and amount for gifts only.

Name: Veronica A. Diaz    Work Telephone 305 548 5730

Work Address: 1325 NW 12 St #208 Judicial Office field Circuit
Miami, FL 33125

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a) and 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      | N/A         |        | $      |
|      |             |        | $      |
|      |             |        | $      |

☐ Check here if continued on separate sheet.

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-----------------------------------------------------------------------------------------------------------------------------------------------|--------|
|      | N/A                                                                                                                                           |        |
|      |                                                                                                                                               |        |

☐ Check here if continued on separate sheet.

**CONTINUE TO PAGE 2 FOR OATH**

Page 1 of 2

<u>**OATH**</u>

State of Florida

County of Miami-Dade

I, Veronica A. Diaz , the public official filing this disclosure statement
being first duly sworn, do depose on oath and say that the facts set forth in the above
statement are true, correct, and complete to the best of my knowledge and belief.

_____
Signature of Reporting Official

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires  11/18/2019

Sworn to and subscribed before me this

____18____ day of ___June___, 20 19

Exh. 62
Exh. 42

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019

Exhibit 62
Exhibit 43

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exhibit 62   Exhibit 44

## CORRECTIVE ASSIGNMENT OF MORTGAGE

Book28033/Page1695   CFN#20120182135                Page 1 of 1

CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# CORRECTIVE ASSIGNMENT OF MORTGAGE

[SPACE FOR RECORDING ONLY. FFS #991.30]

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on
_Feb 14_____, 2012.

By: _____
Print Name: **Jacqueline Keeley**
Title: Vice President

STATE OF **Pennsylvania**
COUNTY OF **Montgomery**

The foregoing instrument was acknowledged before me this _14_ day of _Feb_ 2012 by **Jacqueline Keeley** for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

_Christine Morales_
Notary Public:
My commission expires: _1/28/2015_

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
**CHRISTINE MORALES, Notary Public**
**Abington Twp., Montgomery County**
**My Commission Expires January 28, 2015**

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC.

[INSERTDOC "M900105.rtf" KEEP_FONT]

STATE OF FLORIDA COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original filed in this office
_____ AD 20 ___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk



F10051160



Exh. 62
Exh. 46

# Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Answer   Follow   Request   Details   More

All related (33) ⌄                    Recommended ⌄

**Tell us why you are not interested.**          Undo
Your input helps us improve this page for everyone.

Unrelated to this page                                    >

Downvote answer                                          >

Report                                                    >

You've hidden this ad                            Undo

**S M** · Follow                                          ✕
9y

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

⬆ Upvote          ⬇          💬          🔄                    •••



U.S. Bancorp - Wiki...
en.wikipedia.org



**U**Sbancorp

Exh. 62
Exh. 47

⊞ ₁ American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

US Bancorp → is Wells Fargo

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB[1]<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023) |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Talech<br>SynLade |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |
| Website | mortgage.usbank.com |
| | Footnotes / references<br>[1] |

10:29

globallegalchronicle.com

Exh 62
Exh. 48

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

Exh.62 Exh.49

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
        Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W ANDERSON et al.
        Defendants.

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

### MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26'', 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes

2. The Complaint was based upon precedent USDC related filings accepted by non biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

[1]

Exh. 62 Exh. 50

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J P Morgan Chase.

4.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

## MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time— and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

**Plaintiff's so called "Shotgun Complaint" pleadings are *Res Judicata* based upon approved banking real estate fraud complaint filings established under pending Federal rulings settled by forty eight state sworn Attorney Generals of the United States of America.**

A federal judge is expected to recuse himself pursuant to 28 U.S.C § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]



Exh.62 Exh.51

statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93- 512, § 1, Dec. 5, 1974, 88 Stat. 1609. Pub. L. 95 598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100—702, title X, § 190; Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, § 321, Dec. 1, 1990, 104 Stat 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J P Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]

Exh. 62 Exh. 52

### REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60. Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct. Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U S. Bank and J P Morgan Chase banking real estate fraud cases in this District   The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

*Carl Erickson*

Served. 6/24/19

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

[4]

Exh. 62 Exh. 53

## PART D -- INCOME

You may EITHER (1) file a complete copy of your 2015 federal income tax return, including all W-2's, schedules, and attachments; OR (2) file a sworn statement, identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of PART D below.

☐ I elect to file a copy of my 2015 federal income tax return and all W-2's, schedules, and attachments. (If you check this box and attach a copy of your 2015 return, you need not complete the remainder of PART D.)

**PRIMARY SOURCES OF INCOME.** See instructions on page 9.

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv, Tallahassee, FL 32399 | $142,177.62 |
| Rental Income (Condo) | 133 NE 2nd Avenue, #2911, Miami, FL 33132 | $14,000.00 |

**SECONDARY SOURCES OF INCOME.** [Major customers, clients, etc. of businesses owned by reporting person --- See instructions on page 10.]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 11]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

STATE OF FLORIDA
COUNTY OF _Miami - Dade_

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

Sworn to (or affirmed) and subscribed before me this _14_ day of _August_, 20_15_, by _David Saniego_.

_____
(Signature of Notary Public-State of Florida)

_Chase A. Lalani_
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____
Type of Identification Produced _FDL_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____
Signature                                        Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

CE FORM 6 - Effective January 1, 2016.
Adopted by reference in Rule 34A.8.002(1), F.A.C.

PAGE 2

Exh. 62 Exh. 55

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

IN THE UNITED STATES DISTRICT COURT . 555 4 th. Street NW
) Washington, DC 20530. ) ) THE STATE OF ALABAMA. .. Montgomery, AL 36130
) ) THE STATE OF ALASKA.. ) 1031 W. 4 th, Avenue, Ste .. 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys .

*US ATTORNEYS FILED SAME COMPLAINT*

Exh. 62 Exh. 56

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below

LAST NAME — FIRST NAME — MIDDLE NAME
Gayles, Darrin Philip

MAILING ADDRESS
400 North Miami Avenue

Room: 10-2

CITY: Miami, FL   ZIP: 33128   COUNTY: Miami-Dade

NAME OF AGENCY
11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD: Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY

$730.00

FLORIDA
COMMISSION ON ETHICS

AUG 1   2014
RECEIVED

PROCESSED

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2013 or a more current date. [Note: Net worth is not calculated by adding the value of your reported assets.] To determine net worth use the instructions on page 3.]

My net worth as of __June 23__ 20_14_ was $ 434,554.00

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS.

The aggregate value of my household goods and personal effects (described above) is $ 8,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 92nd Street, Miami Shores, FL 33150 | $ 425,000.00 |
| Condo, 133 NE 2nd Avenue, #2017, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2005 Mercedes CLK Conv | $ 7,000.00 |
| FRS Retirement Account | $150,400.00 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4)

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everhome Mortgage (House Mortgage) | $ 311,044.00 |
| Bank of America (2nd House Mortgage) | $ 74,513.00 |
| Chase (Condo Mortgage) | $ 163,924.00 |
| U.S. Department of Education | $107,275.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS

Vs

MACK WELLS

DEFENDANT

CASE# 10-61928

*Exh. 62*
*Exh. 57*

### MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS L WILLIAMS** says that BB&T BANK on his form in Full and Public Disclosure of financial interests is a Bank he is doing Business with, because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and ruling on the Merits of the case but for to make him and them money illegally. Here is how Judge **THOMAS L. WILLIAMS** is doing business with BB&T BANK as seen in his FORM 6 From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form EXH. A. WELLS FARGO BANK is EXH. B and is MORGAN STANLEY EXH. C and MORGAN STANLEY is US BANCORP, EXH. D and US BANCORP is US BANK EXH. E the same US Bank that's foreclosing. Which is a major Conflict of Interest against us and there is more, EXH. I. I also have found that our case was directed to him in this Pool. So Judge REEMBERTO you must Recuse YOUR SELF

MACK WELLS
15021 S RIVER DR.
MIAMI, FL 33167

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below

LAST NAME — FIRST NAME — MIDDLE NAME
THOMAS, WILLIAM L

MAILING ADDRESS
73 WEST FLAGLER STREET

SUITE 1307

| CITY | ZIP | COUNTY |
|------|-----|--------|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
STATE OF FLORIDA

NAME OF OFFICE OR POSITION HELD OR SOUGHT
ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

200124

FLORIDA
COMMISSION ON ETHICS

JUL 08 2019

RECEIVED

PROCESSED

*Exh. 62*
*Exh. 58*

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of July 1 , 20 19 was $ $130,000

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ $20,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required — see instructions p 4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4).

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta  Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

CE FORM 6 - Effective January  2015
Incorporated by reference in Rule 34-8.002, F.A.C.

(Continued on reverse side)

PAGE 1

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources below or if any of the federal income tax return income you filed as an attachment. Please state the source. Amounts below attach to your return as the attachment. (also document to be called for a Commission website).

☐ I elect to file a copy of my 20__ federal income tax return and all W-2 schedules and attachments.
[I have chosen this box and attach a copy of your 20__ income tax return, do not complete remainder of Part D].

**PRIMARY SOURCES OF INCOME (See instructions on page 5)**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |

**SECONDARY SOURCES OF INCOME** (Major business and owner ship of business entities reporting sources, review instructions on page 6)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

**PART E -- INTERESTS IN SPECIFIED BUSINESSES** (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**PART F - TRAINING**

For officers required to complete annual ethics training pursuant to sec'n 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say, that the information disclosed on this form and any attachments hereto is true, accurate and complete.

William Thomas
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmation) and subscribed before me this _1_ day of _July_, 20__ by _WILLIAM C. THOMAS_

[Signature of Notary Public]

_Wanda Lawrence_
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ___ OR Produced Identification _FL DL_
Type of Identification Produced _732-932-67-466-8_

If a certified public accountant licensed under Chapter 473 and in good standing with the Florida Board filed this form for you, he or she must complete the following statement:

I, _____ prepared this CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to this form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

CE FORM 6 - Effective January 1, 20__
Incorporated by reference in Rule 34-8.202 F.A.C.

PAGE 2

*(handwritten right margin:)* Exh. 62    Exh. 59



Exh.62 Exh.60

ICMA &
MORGAN
STANLY



Mandy DeFilippo, managing director and head of risk management for fixed income, currency and commodities at Morgan Stanley, opened the annual ICMA conference as the new chair of the board on Thursday.

She has replaced Martin Egan, vice-chairman of global markets client board at BNP Paribas. Jean-Marc Mercier, ...

## Please take a trial or subscribe to access this content.

Contact our subscriptions team to discuss your access: subs@globalcapital.com

Or sign up for a trial to gain full access to the entire site for a limited period.

FREE TRIAL

rate access

This site uses cookies
More info & options

If you're happy with cookies, click Proceed or simply continue browsing

Proceed

GlobalCapital access for your nt or company please contact ales team at: om or find out more

20.

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender
offer for any and all of its outstanding 5.375% senior
notes due 2022, 5.375% senior notes due 2023, and
5.750% senior notes due 2025, which were paid for
with the proceeds from the senior notes offering

*Exh. 62 Exh. 61*

Goldman Sachs & Co. LLC, BofA Securities, Inc.,
Citigroup Global Markets Inc., J.P. Morgan Securities
LLC, Barclays Capital Inc., Morgan Stanley & Co.
LLC, MUFG Securities Americas Inc., RBC Capital
Markets, LLC, SMBC Nikko Securities America, Inc.,
TD Securities (USA) LLC, Deutsche Bank Securities
Inc., ING Financial Markets LLC, BNP Paribas
Securities Corp., HSBC Securities (USA) Inc. Mizuho
Securities USA LLC, Wells Fargo Securities, LLC,
PNC Capital Markets LLC, Scotia Capital (USA) Inc.,
and U.S. Bancorp Investments, Inc. are all the
underxriters involved in the offering

Equinix, an American multinational company
headquartered in Redwood City, California, connects
more than 9,800 companies directly to their
customers and partners inside the world's most
interconnected data centers. Today, businesses
leverage the Equinix interconnection platform in 52
strategic markets across the Americas, Asia-Pacific,
Europe, the Middle East and Africa.

The Davis Polk corporate team included partners
Alan F. Denenberg (Picture) and Emily Roberts and
associates Ali DeGolia and Caitlin Moyles Cunnane.
Partner Rachel D. Kleinberg provided tax advice and
associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner:

Brisquice.com

*(handwritten, left margin)* ICMA is MORGAN STANLEY

Click here for the full list of ICMA board members ... London: Mandy DeFilippis Morgan Stanley International PLC, London

*(handwritten, right margin)* Exh.b2 Exh.62

PEOPLE ALSO SEARCH FOR

- icma members register
- icma capital
- icma events
- icma international

Morgan Stanley

Blue Bond of Morgan Stanley

... International Capital Market Association (ICMA)—a ... LLC (collectively, "Morgan Stanley"). Members SIPC, recommend

LinkedIn

Mandy DeFilippis | Morgan Stanley ...

Represents Morgan Stanley with industry organisations, including the ICMA, where she is Chair of the Board. ... Member of the Executive Board.

12:48         LTE

🔍 OpenSecrets.org · personal finances

Zoe Lofgren- Assets - Personal Finances · OpenSecrets

Wells Fargo/ICMA Deferred Compensation. Cash /Money Market/Savings/Checking. $100,001. $250,000 . , Morgan Stanley Global Equity Allocation. Mutual Fund. $15,002. $50,000.



Exh. 62 Exh. 63
Wells Fargo is
ICMA

🔍 Broke And Broker · finra-awc-email

FINRA Fines and Suspends Rep for Emailing Confidential Info Of 1,696 Plan ...

Apr 3, 2019  ... and by 2010, he was registered with FINRA member firm ICMA-RC Services ("RC Services") and also an employee of IRC. ...

🔍 Intuit · https://quicken.turbo... PDF

Quicken Windows - Intuit

Mar 12, 2019 · 401k EPIC Plan Access https:// www.goretire.com/ ... ICMA Retirement Corporation ... Morgan Stanley Wealth. Management

🔍 iqoria.org · countries-of-the-week

Top Ten Countries in the MSCI EAFE Index (as of 6/30/17) | ICMA-RC

Jul 21, 2017 · The Morgan Stanley Capital International ("MSCI") Europe, Australasia, and Far East Index ("EAFE") is a benchmark ...

🔍 Seeking Alpha · article #052... 🔿

SPY-ing On Your 401(K): How Much To Contribute? | Seeking Alpha





**12:09**     LTE

~ GlobeNewswire 2019/03/12 file

### Noah Rosen joins ICMA-RC's DCIO Sales Group - GlobeNewswire

Mar 12, 2019 Earlier he was a financial consultant with Morgan Stanley. ... a wholly- owned subsidiary of ICMA-RC, provides investment

InvestmentNews data author

### ICMA-RC Services, LLC - Advisers on the Move - InvestmentNews

2 Morgan Stanley. 185 Jose Guadalupe Perales. ICMA-RC Services LLC. Mutual of America Life Insurance Company. -, 08-19- 2018

SmartAdvisor Match

### David Love | Financial Advisor Icma Retirement Corporation | OK

Their career trajectory has included roles at Massmutual Life Insurance Company Mml Investors Services Inc. Morgan Stanley Smith Barney

Morgan Stanley

### Blue Bonds · Morgan Stanley

Sep 14, 2019 International Capital Market Association (ICMA) – a that recipients should determine in consultation with their own

Morgan Stanley

Team 000069 - Morgan Stanley

Exh. 62   Exh. 64

← Blue bonds is MORGAN STANLEY is

ICMA

12:57                    LTE

**in** LinkedIn

Richard Stephens - Fixed Income Sales -
Wells Fargo Securities · LinkedIn

Wells Fargo Securities/CMA Centre, United
Kingdom500+ ... Activities and Societies: ICMA
Investment Club · FICC. Montpelier Business

LinkedIn

Adam Bramley - Vice President, Core
Markets South Central Territory - ICMA

·Work alongside Wells Fargo Private Banker and
Financial Advisor to grow Wells Fargo's affluent ...

Glassdoor

ICMA-RC Retirement Plan Specialist Salaries
· Glassdoor

... Specialist $52525 ICMA-RC
salary trends based on salaries posted
anonymously by ICMA-RC employees ... Wells
Fargo

InvestmentNews

ICMA-RC Services, LLC - Advisers on the
Move - InvestmentNews

3. Merrill Lynch, Pierce, Fenner & Smith
Incorporated, 139. 4. Wells Fargo Clearing Services,
LLC (Formerly Wells Fargo Advisors, LLC), 115.

**RELATED SEARCHES**

*[handwritten]* Exh.62 Exh.65
Wells Fargo IS
I ICMA



Exhibit 62    Exhibit 66

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

www.relbanks.com/usa wachovia bar

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo    Wells Fargo

**Exhibit 62**   Exhibit 67

## Wells Fargo to Buy Wachovia in $15.7 Billion Deal - The ...

https..dealbook.nytimes.com ..09-well-fargo

Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in a $15.1 billion all-stock merger. The announcement comes only four days after

## Welcome to Audi Wichita | Audi Sales & Service in Kansas

https://www.**audiwichita.com**

Experience firsthand the exhilaration that comes with driving an impeccably designed Audi at Audi Wichita, where the sleek new models in our showroom are all designed with the utmost luxury in mind. Our expert staff will help guide you to th...

## Audi e-tron | The first purely electric SUV from Audi ...

https://**www.audiusa.com/models/audi-e-tron**

A new era of electric is here. Meet the Audi e-tron®, the only electric SUV built with Audi DNA. With ample space for everyday life, long-range capability and exhilarating performance with quattro® all-wheel drive, this is way more than ...

## Bank Owned Homes | REO properties Q Wells Fargo

https://**reo.wellsfargo.com**

Note: Employees and family members restrain

wells fargo owns wachovia

ALL    IMAGES    VIDEOS    NEWS    SHOPPING

Exh.62
Exh.68

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of Wachovia Corporation by Wells Fargo was completed on December 31, 2008.

Wachovia Bank - Banks around the W...
www.relbanks.com/north-america/wachovia

PEOPLE ALSO ASK

When did Wells Fargo take over Wachovia?

Is Wells Fargo a good bank to bank with?

When did Wachovia Bank change their name to Wells Fargo?

What did Wells Fargo do?

Wachovia Is Now Wells Fargo - Wells Fargo

10:56

Exhibit 62    Exhibit 69

## Wacnovia Dealer Services Reviews and Complaints @ Pissed ...

https://**wachovia-dealer-services**.pissedconsu .

My wife and I purchased an Audi A4 financed
through WFS (Wachovia Dealer Services) and
have always paid our monthly on time, never
missed a payment. In April 2012, we decided trade-
in our Audi for a Volkswagen CC and of course...



## Audi Financial Services | Audi Australia

https://www.**audi**.com.au/au/web/en/financial-se .

We offer individually tailored finance solutions that
suit your budget, your lifestyle and your new Audi.
Because no-one understands Audi vehicles like we
do. If you are an existing Audi Financial Services
customer and have been affected by ...

## Top 8 Reviews of Wachovia Dealer Services

https://**mythreecents.com**/reviews/**wachovia-d** .

WESTMINSTER, MARYLAND -- In October of
2005, I purchased a 2006 Tiburon financed trough
Wachovia dealer services. My husband co-signed
for me. In May of 2008, I leave my job to find my
car gone. I called the police to report that it was...

## Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...

https://**dealbook.nytimes.com**/.../03/wells

Oct 03, 2008 · Wells Fargo said early Friday that it
would merge with Wachovia — including the
troubied Charlotte bank's banking operations — in

Exhibit 62 Exhibit 71

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

             Plaintiff.

CIVIL DIVISION
CASE NO. CA-01 2010-61928

VS.

MACK WELLS

             Defendant.

## NOTICE OF PRODUCTION FROM NONPARTY

TO:   US BANK NA

YOU ARE NOTIFIED that, after 10 days from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to  who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within 10 days.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on 2/27/20

Other party or his/her attorney (if represented)

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

Other Non-Party-VERONICA DIAZ

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

_____
Signature of Party
s/Mack Wells-Plaintiff
15920 S. River Drive Miami FL 33157
786-859-9421
BigBoss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12 931(b), Subpoena for Production from a Nonparty (11/15)

## US Bancorp to Buy Wachovia Trust, Custody Operations ...

https: www.plansponsor.com us-bancorp ...

May 11, 2007 · November 29, 2006 (PLANSPONSOR com) - US Bancorp has announced that US Bank, N.A. has entered an agreement to purchase Wachovia Corporation's corporate trust and institutional custody books ...



Exh.62
Exh.72

## How a big US bank laundered billions from Mexico's ...

https: www.theguardian.com world 2011 apr 02

Apr 02, 2011 · In March 2010, Wachovia settled the biggest action brought under the US bank secrecy act, through the US ...

Author: Ed Vulliamy

## U.S. Bancorp - Wikipedia

https: en.wikipedia.org wiki U.S._Bancorp

US BANCORP is
US BANK

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated Delaware. It is the parent company of U.S. Bank National Association, which is the 5th largest ba...

Headquarters: US Bancorp Center ...
Revenue: US$22.052 billion (2017)
Founded: September 9, 1968   51 years ago
Number of employees: 74,000   September

## The Long-Term Case for Wells Fargo
and US Bancorp

Filing # 103969659 E-Filed 02/26/2020 04:36:06 PM

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

Exh. 62
Exh. 73

US BANK NA.

                                    CIVIL DIVISION
            Plaintiff.              CASE NO. CA-01 2010-61928

vs.

MACK WELLS

            Defendant.

_____

## NOTICE OF PRODUCTION FROM NONPARTY

TO:   US BANK NA

YOU ARE NOTIFIED that, after **10 days** from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to  who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within **10 days**.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on 2/27/20.

Other party or his/her attorney (if represented)          Other Non-Party-VERONICA DIAZ

Blank Rome, LLP                                73 W Flagier St Ste 308
500 E Broward Blvd Ste 2100                    Miami, FL 33130-1707
Fort Lauderdale, FL 33394-3023                 vdiaz@jud11.flcourts.org
Office: 954-512-1800                           305-349-7078
email: dhurtes@blankrome.com

                        Signature of Party
                        s/Mack Wells-Plaintiff
                    15920 S. River Drive Miami FL 33157
                        786-359-9421
                        BigBoss1043@yahoo.com

**Exhibit 62 Exhibit 74**

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

            Plaintiff,

CIVIL DIVISION
CASE NO. CA-09 2010-61928

vs.

MACK WELLS

            Defendant.

## SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY

THE STATE OF FLORIDA TO: <u>VERONICA DIAZ</u>

YOU **MUST** go to *(place)* Elks Lodge Atrium-5150 SW 3rd Ave. Miami FL on *(date)* 3/23/2020 at *(time)* 12p.m. and bring with you at that time and place the following.

*Any information and court officer specific documentation evidentiary correspondence, electronic data, agreements, files, contracts and records regarding personal, family, and trust controlled interests in Federally regulated US Bank, Deutsche AG, JP Morgan Chase, Bank of America and Wells Fargo/Wachovia involving loans, real estate housing and rental properties located within the jurisdiction of this Court. Included in the Subpoenaed Production of Documents are all political action committee names and contacts of Miami Dade County attorneys, law firms, title companies, realtors, closing agents, financial institutional investors and holding companies that are campaign contributors. Also required to be produced is all ex-parte correspondence records of you and your representative agents with Judges and court officers in this action involving the Defendants.*

These items will be inspected and may be copied at that time. You will not have to leave the original items.

You may obey this subpoena by providing readable copies of the items to be produced to the party or his/her attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena before the date indicated above, you do not have to appear in person.

You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena

Florida Supreme Court Approved Family Law Form 12.931(b). Subpoena for Production from a Nonparty (11/15)

# Exhibit 62 Exhibit 75

You can only be excused by the person whose name appears on this subpoena and, unless excused by that person of the Court, you shall respond as directed. This part to be filled out by the court or filled in with information obtained from the court:

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:

_____

{identify applicable court personnel by name, address, and telephone number} at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated: _____

CLERK OF THE CIRCUIT COURT (SEAL)

By: _____
        Deputy Clerk

I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a person who is not a party to this action directing that person to produce documents or things without deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received by the undersigned within 10 days of service of this notice, if service was by hand-delivery or appropriate facsimile transmission, and within 15 days if service was by mail or e-mail.

Dated: 2/26/20

s/Mack Wells Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
Bigboss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

**Exhibit 62 Exhibit 76**

# NAVIENT

Who We Are | Newsroom | Customers | Investors | Careers

*[handwritten: Diaz / tudent / - OAN]*

Investors
Corporate Governance
Shareholder Information
Asset-Backed Securities
Navient Student Loan Trusts
SLM Student Loan Trusts
SLC Student Loan Trusts
Collegiate Funding and Chase Education Loan Trusts
Earnest Loan Program
Navient Corporation Debt Offerings
Webcasts and Press reports

## Navient Student Loan Trust 2015-1

$343,600,000 Class A-1 Student Loan-Backed Notes
$629,700,000 Class A-2 Student Loan-Backed Notes
$26,700,000 Class B Student Loan-Backed Notes

Distribution Report

Distribution Factors

Current Rates

Prospectus

Historical Reports

**Date of Issue:** February 26, 2015

**Issue Amount** $1,000,000,000

**Securities Offered**

Class A-1 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR +0.30%
CUSIP: 63939FAA8

Class A-2 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.60%
CUSIP: 63939FAB6

Class B Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 1.50%
CUSIP: 63939FAC4

**Servicer**
Navient Solutions, Inc.

**Eligible Lender Trustee**
Wells Fargo Bank, N.A.

**Indenture Trustee:**
Wells Fargo Bank, N.A.

**Administrator**
Navient Solutions, Inc.

**Underwriters**
J.P. Morgan
RBC Capital Markets
Wells Fargo Securities
Barclays Capital, Inc.
Bank of America Merrill Lynch
Credit Suisse
Deutsche Bank Securities
Goldman, Sachs & Co.
RBS Securities

*[handwritten: JPM again is MORGAN STANLEY which is US BANK]*
*[handwritten: Wells Fargo is US Bank]*

About Us | For Investors | Terms of Use | Protecting Your Privacy | Social Media Policies | Accessibility | About Our Ads | Contact Us

https://navient.com/about/investors/debtasset/navientstrusts/issuedetails/2015/2015-1.aspx     2/26/2020

**Exhibit 62 Exhibit 77**

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2010-CA-61928

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

     Plaintiff,

v.

LEROY WILLIAMS, *et al.*,

     Defendants.

---

### ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS FORECLOSURE COMPLAINT

    **THIS CAUSE** having come before the Court upon Defendant's Motion to Dismiss Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being otherwise duly advised in the premises, it is hereupon:

    **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Foreclosure Complaint is hereby **GRANTED/DENIED:**

Denied.

    DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on November 19, 2019.

_____
Circuit Court Judge
**VERONICA A. DIAZ**

Daniel Hurks - FBN 69104

140583.04630/122217991v.1

Mack Wells - Defendant

**FJUD**

**Exhibit 62 Exhibit 78 pg.1**

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,
vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



---

### FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's
Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.     **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---:|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

**Exhibit 62 Exhibit 78 pg.2**

| | |
|---|---:|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2.    **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.    **Lien on Property.** Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

   Property address: 15020 South River Drive, Miami, FL 33167

4.    **Sale of property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ___JAN 3 0 2018___, 2017 at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

## Exhibit 62 Exhibit 78 pg.3

Florida Statutes. The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5.    **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.    **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.    **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718, or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8.    **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9.    **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe. 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida. is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exhibit 62 Exhibit 78 pg.4

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017.

DEC 1 9 2017

Circuit Judge

John Schlesinger
Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

Service List

Willnae LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _03_
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.           John Schlesinger
        Judge's Initials   Circuit Court Judge

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L K/A 15020 South River Drive
Miami, FL 33167

**Exhibit 62 Exhibit 78 pg.5**

Unifund CCR Partners. G.P.
c/o CT Corporation System. Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company. as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation. FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South. Suite 300
Norcross, GA 30092

State of Florida. Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
proccess
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation. FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01          2          File # 13-F02868

**Exhibit 62 Exhibit 78 pg.6**

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Exhibit 62 Exhibit 79 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2016 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME

SCHLESINGER      JOHN      CHARLES

MAILING ADDRESS

73 WEST FLAGLER STREET

ROOM 1202

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY

STATE OF FLORIDA – 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

PROCESSED

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31 2016 or a more current date  [Note  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets. so please see the instructions on page 3 ]

My net worth as of __June 20,__ 20 _17_ was $ _28,834,751.25_ .

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000  This category includes any of the following, if not held for investment purposes  jewelry  collections of stamps  guns  and numismatic items, art objects, household equipment and furnishings, clothing, other household items  and vehicles for personal use  whether owned or leased

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000 00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000 00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000 00 |
| CONTINUED ON PAGE TWO | |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4)

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

CE FORM 6 - Effective January 1 2017
Incorporated by reference in Rule 34-8.002(1) F A C

(Continued on reverse side)

PAGE 1

## Exhibit 62 Exhibit 79 pg.2

PART B Continued
ASSETS

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyert, LLC, Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts, Part Owner in three commercial Properties: 2650 Rt. 516 Old Bridge, NJ; 735 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| 2000 Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

**Exhibit 62 Exhibit 79 pg.3**

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1 000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2s schedules and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website

☐ I elect to file a copy of my 2016 federal income tax return and all W2's, schedules, and attachments
   (If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1 000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $146 080 00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | 72,000 00 |

SECONDARY SOURCES OF INCOME [Major customers clients etc of businesses owned by reporting person—see instructions on page 5]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | PO Box 850 McAfee, NJ | Property Rentals |
| Force Hearts | Fore Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions no page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander LLC | Fore Hearts, LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave , Coral Gables FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33 33% | 33 33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112 3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

I the person whose name appears at the beginning of this form do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true accurate and complete

John Schlesinger
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___MIAMI-DADE___

Sworn to (or affirmed) and subscribed before me this __29__ day of
__June__ 20 __17__ by __John Shlesinger__

(Signature of Notary Public State of Florida)

__Merty Londono__
(Print Type or Stamp Commissioned Name of Notary Public)

Personally Known ✓   OR   Produced Identification _____

Type of Identification Produced _____

MERCY LONDONO
MY COMMISSION # FF 034035
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473 or attorney in good standing with the Florida Bar prepared this form for you he or she must complete the following statement

I _____ prepared the CE Form 6 in accordance with Art II Sec 8 Florida Constitution Section 112 3144 Florida Statutes and the instructions to the form Upon my reasonable knowledge and belief the disclosure herein is true and correct

Signature _____ Date _____

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34 8 00211 F A C

PAGE 3

Exhibit 62 Exhibit 79 pg.5

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

JUDICIAL QUALIFICATIONS COMMISSION FORM 6A

JUL 03 2017

RECEIVED

### GIFT DISCLOSURE

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER          Telephone: 305-349-7076

Address: 73 WEST FLAGLER STREET, ROOM 1202  MIAMI  FL  Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift/ Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |

### OATH

State of Florida, County of MIAMI-DADE

I, JOHN Schlesinger, the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____          John Schlesinger          (NOTARY SEAL)
(Signature of Reporting Official)          Circuit Court Judge

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires July 30, 2017

Sworn to and subscribed before me this 29 day of July 20 17

MERCY LONDONO
MY COMMISSION # FF 034615
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

1/17

Exhibit 62 Exhibit 80 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2017 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME
SCHLESINGER  JOHN  CHARLES

MAILING ADDRESS
1351 NW 12 STREET #415

CITY: MIAMI   ZIP: 33125   COUNTY: MIAMI-DADE

NAME OF AGENCY
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:
200123

PROCESSED

FLORIDA
COMMISSION ON ETHICS

AUG 01 2018

RECEIVED

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note. Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___July 1___, 20 _18_ was $ $29,881,734.10

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 500,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd. Deep gap, NC | $800,000.00 |
| 523 Tollgate Shores Dr. Islamorada, FL. | $2,000,000.00 |
| Continued on Page two | |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**Exhibit 62 Exhibit 80 pg.2**

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments
[If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D ]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander, LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAree, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAree, NJ | Property Rental |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander,LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave. Coral | P.O. Box850 McAree, NJ | P.O. Box850 McAree, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 3.33% | 33.33% |

## PART F – TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _____ MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 25TH day of
July 20 18 by ILEANA Perez
_____
(Signature of Notary Public–State of Florida)

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓   OR   Produced Identification _____

Type of Identification Produced _____

Ileana Perez
Notary Public-State of Florida
My Commission FF 183957
Expires 12/16/2018

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement

I, _____, prepared the CE Form 6 in accordance with Art II, Sec 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief the disclosure herein is true and correct

_____          _____
Signature                                                          Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.00211, F.A.C

PAGE 2

## Part B Continued, Assets        **Exhibit 62 Exhibit 80 pg.3**

| | |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $7,000,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | $2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building: 350 Prospect Ave, NJ | $300,000.00 |
| Part Owner in Suncap Investments, real estate investment group | $450,000.00 |
| Fore Hearts, Part Owner in three commercial Properties: 2650 Rt 516 Old Bridge, NJ 735 E. Hazelwood Avenue, Rahway, NJ 220 Rt 17, Hasbrouck Heights, NJ | $800,000.00 |
| Santander LLC: Owner of Duplex 216-218 Santander Ave, Coral Gables, FL | $750,000.00 |
| First Citizens Bank | $279,572.10 |
| Morgan Stanley Brokerage Account | $179,695.00 |
| State of Florida Deferred Compensation | $458,728.75 |
| Federal Thrift Savings Plan | $728,759.25 |
| Evensky and Katz Brokerage Account | $16,459,479.00 |
| 2001 Ferrari 550 Maranello | $180,000.00 |
| 2014 Porsche 911 Turbo Cabriolet | $110,000.00 |
| 2013 Mercedes Benz GL550 | $37,000.00 |
| 2019 Honda Odyssey Van | $38,000.00 |
| 2000 Honda Odyssey Van | $2,500.00 |

## Exhibit 62 Exhibit 80 pg.4

| | |
|---|---|
| 2008 Boston Whaler | $38,000.00 |
| 2015 Boston Whaler | $70,000.00 |
| | |
| TOTAL ASSETS: | $29,881,734.10 |

FLORIDA
COMMISSION ON ETH

**Exhibit 62 Exhibit 80 pg.6**

RECEIVED

AUG 01 2018

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: John Charles Schlesinger    Work Address: 1351 NW 12 Street #415 Miami FL 33125

Work Telephone: 305-548-5718   Judicial Office Held: Circuit Judge

1    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| | NONE | NONE | |

☐ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| | NONE | |

☐ Check here if continued on separate sheet

OATH
State of Florida
County of MIAMI-DADE

I, John Charles Schlesinger, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires 12/16/2018
Sworn to and subscribed before me this
31st day of July, 20 18

Notary Public State of Florida
Ileana Perez
My Commission FF 183957
Expires 12/16/2018

3/18 (As prescribed in Canon 6).

 **Santander**

**Exhibit 62 Exhibit 81**

Personal      Small Business      Commercial      About Us      Private Client



Santander   Small Business   Borrowing   Borrowing Options   Small Business Administration (SBA) Loan

# Small Business Administration (SBA) Lending

Santander is an SBA Preferred and Express Lender, allowing us to lend directly to credit worthy businesses with reduced paperwork, faster approvals and quicker access to funds. We know every business is unique and utilizing a flexible SBA guaranteed loan may be the answer to help your business grow.



# Debt Relief Payments for Your SBA Loan

Your U.S. Small Business Administration (SBA) loan may be eligible for debt relief assistance under Section 1112 Debt Relief Program of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (Economic Aid Act). Click here for more information.

**Exhibit 62 Exhibit 82**



| | |
|---|---|
| Revenue | US$6.128 billion (2018) |
| Net income | US$1.721 billion (2018) |
| Total assets | US$160.518 billion (2018) |
| Total equity | US$20.817 billion (2018) |
| Number of employees | ~18,100 (December 2018) |
| Website | www.citizensbank.com ⬀ |

Between 1988 and its 2014 initial public offering, Citizens was a wholly owned subsidiary of The Royal Bank of Scotland Group.[3] The group sold its last 20.9% stake in the company in October 2015.[4]

Citizens operates more than 1,008 branches[5] and over 3,100 ATMs[6] across 11 states under the Citizens Bank brand.[7]

Citizens ranks 22nd on the List of largest banks in the United States in 2020.

## ∨ History



https://en.m.wikipedia.org

**Exhibit 62 Exhibit 83**

Royal Bank of Canada - Wikipedia

Royal Bank of Canada is a Canadian multinational financial services company and the largest bank in Canada by marke...

Number of employees: 95,311 (2021)

Headquarters: Montreal, Quebec, Canada, Toronto, Ontario, Canada

## People also ask

Is Royal Bank of Scotland the same as Royal Bank of Canada?

It is rebranding the Canadian operations of ABN Amro, which will soon be known as the Royal Bank of Scotland NV (Canada) Branch. Feb 23 2010

https://www.theglobeandmail.com › ..

Royal Bank of Scotland rebranding in Canada - The Globe and Mail

More results

Is the Royal Bank of Scotland the same as the Halifax? ⌄

Which bank owns Royal Bank of Scotland? ⌄

What is Royal Bank of Scotland now called? ⌄

Are Royal Bank of Scotland and Bank of Scotland the same? ⌄

Overview    Locations    Fees

CEO: David I. McKay (Aug 1, 2014)

Headquarters: Toronto, Canada    **Exhibit 62 Exhibit 84**

Assets under management: [illegible]

Revenue: 49.69 billion CAD (2021)

Subsidiaries: RBC Capital Markets, RBC Dominion Securities, City National Bank, Moneris, More

More about Royal Bank of Canada   >

## People also ask

⋮

Is Royal Bank a US bank?                                   ⌃

**RBC Bank is a U.S. banking subsidiary** which formerly operated 439 branches across six states in the Southeastern United States, but now only offers cross-border banking services to Canadian travellers and expats.

W  https://en.m.wikipedia.org › wiki

Royal Bank of Canada - Wikipedia

More results

Can I open an account at Royal Bank Online?           ⌄

Does Royal Bank of Canada still exist?                    ⌄

10:29

globallegalchronicle.com

**Exhibit 62**
**Exhibit 85**

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan



**Exhibit 62**
**Exhibit 86**

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency

For U.S. Bank:

⌂ Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information





# THE PLAN IS IMPROVING

After a public procurement process, the Bureau of Deferred Compensation has selected Nationwide, Voya, and AIG to continue as Investment Providers in the Florida Deferred Compensation Plan. New information about fees, dedicated Account Representative Teams, and investment products is coming.

View Flyer

Exhibit 62
Exhibit 87

Leave a message

AA  🔒 myfloridacfo.com  ↻

Exhibit 62
Exhibit 88

**SBA** U.S. Small Business Administration

## New Employee Orientation



About the SBA

Before You Report to Work

In-Processing Procedures

Know Your Benefits

All About Pay and Leave

Performance Management Systems

# Thrift Savings Plan

With the Thrift Savings Plan (TSP), you can self-direct your retirement savings program through multiple investment options.

This plan is very similar to a 401(k) plan.

For more information about the Thrift Savings Plan, select the following:

    Thrift Savings Election Form

✓  TSP Catch-up Contributions

    TSP-3 Designation of Beneficiary Form

11:09                              5G

Business lending

**Exhibit 62**
**Exhibit 89**



SMALL BUSINESS ADMINISTRATION (SBA) LOANS

# Trust your business to a Preferred SBA Lender.

As part of our commitment to the growth of small businesses nationwide, U.S. Bank is proud to be an SBA Preferred Lender specializing in providing Small Business Administration (SBA) loans. When your small business is looking to grow or expand, SBA loans can have many benefits such as smaller down payments, fixed and variable rate options and full amortization.

With over 40 years of experience, U.S. Bank will partner with you to find the best possible financing options for you.

Contact an SBA banker

Get a recommendation

usbank.com

usbank.com/wealth-m

**Exhibit 62**
**Exhibit 90**
Log in

☰   🖼️Wealth Management
U.S. Bank / U.S. Bancorp Investments



METRO_COMFINANCIALADVISOR
IN DENVER

# Michael Katz

# Wealth Management Advisor
## U.S. Bancorp Investments

**Primary office**
3480 W 38th Avenue
Denver, CO 80211

**Office: 303.394.7072**

**Get Directions**

**Contact me**

12:15

Exhibit 62
Exhibit 91

https://www.usbank.com

## Financial Advisor in Denver | Michael Katz | U.S. Bancorp Investments

Michael Katz is a financial advisor in Denver, CO. For powerful financial strategies and one-on-one advice get in touch today.

You visited this page

Missing: evensky | Must include: evensky

https://www.advisorperspectives.com

## NewsLetter - Vol 15, No 1 · March 2022 - Advisor Perspectives

Mar 1, 2022 — by Harold Evensky of Evensky & Katz / Foldes Financial Wealth Management, 4/6/22 ... Average U.S. benefit $1,623/month ($19,476/year)

https://www.linkedin.com

## Steve Foldes CFP, JD, CMFC - Wealth Manager and Founder - LinkedIn

For over 35 years, Evensky & Katz / Foldes Financial Wealth Management has specialized in financial planning and goals-based investment management services for ...

https://cgtrust.com

Q evensky & katz advisor to US Ban

Exh. 62 Exh. 92

smartadvisor match
by smart

# Evensky &
# Katz/Foldes
# Financial Wealth
# Management

Investment Advisor Firm

Answer a few questions and
get matched with an advisor

or call us now at

Learn more about Evensky & Katz/Foldes Financial

Wealth Management

AA      artadvisormatch.com  ↻

**Exh.62**
**Exh.93**

12:12

  Join now   ( Sign in )

Evensky & Katz / Foldes Wealth Manage...



# Evensky & Katz / Foldes Wealth Management

Financial Services

Coral Gables, Florida · 3,264 followers

Planning to Live Well

( Follow )

 View all 147 employees

## About us

LinkedIn is better on the app   Open 

AA        linkedin.com        ↻

HELPING HOMEOWNERS IS WHAT WE DO
OCWENMORTGAGEBANKSITE.COM



## GMAC Mortgage

Notice of Servicing Transfer and Welcome to Ocwen Loan Servicing, LLC

February 7, 2013

Exh.62
Exh.94

LEROY WILLIAMS
PO BOX 222692
HOLLYWOOD FL  33022-2692

**Your Loan Account Details**
**as of 02/04/2013**

Account Number:
▬▬▬▬1937

Property Address:
15020 SOUTH RIVER DRIVE
MIAMI FL  33167

Transfer Date:
02/16/2013

Principal Balance:
$448,000.00

Escrow Balance:
-$148,948.27

Loan Rate:
6.125%

Next Payment Due:
1/1/2007

Payment Amount:
Please refer to your
mortgage account statement

TT
BY (2)
Filed  11-29  A.D. 2017

Case No. 10-61928-CA05

HARVEY RUVIN
Clerk Circuit Court

Dear LEROY WILLIAMS,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements. It's our goal to make this transfer as seamless as possible.

Enclosed are your (1) final **GMAC Mortgage annual privacy notice** and (2) your **Ocwen initial privacy notice** that becomes effective with the start of your new customer relationship with Ocwen. Please see the Ocwen initial privacy notice for important opt-out elections.

We appreciate the opportunity to serve your home loan needs. If you have questions relating to the transfer of servicing please contact our Transfer Hotline at 1-888-926-3479 weekdays from 8:00 AM to 7:00 PM, Central Time. If you have questions about the general servicing of your loan please call GMACM Customer Care at 800-766-4622, 6:00 a.m. - 10:00 p.m. CT M-F and 8:00 a.m. - 2:00 p.m. Sat.

Sincerely,                          Sincerely,

Charles R. Hoecker                  William C. Erbey
Sr. Vice President, Customer Care   President and Chief Executive Officer
GMAC Mortgage                       Ocwen Loan Servicing, LLC

Enclosure(s)

**Ocwen Loan Servicing, LLC**
**Customer Care**
**Contact Information**

➢Phone:
800-766-4622
Personal assistance:
6:00 a.m. - 10:00 p.m. CT M-F
and 8:00 a.m. - 2:00 p.m. Sat

24-hour automated service

Email:
ocwen@mortgagebanksite.com

Web:
ocwen.mortgagebanksite.com

Mail:
PO Box 780
Waterloo, IA  50704-0780

02-1a85-7320(1/13)

---

## Mortgage Payment Coupon

*Ocwen Loan Servicing, LLC*



| Account Number: | Please assist us in applying your payment. | | |
|---|---|---|---|
| ▬3937 | | | O C W E N |
| | Full Payments | $............ | |
| Due Date: | Additional Principal | $............ | |
| 1/1/2007 | Additional Escrow | $............ | OCWEN |
| | Late Charge | $............ | PO BOX 9001719 |
| Mortgage Payment: | Other Fees (specify) | $............ | LOUISVILLE, KY 40290-1719 |
| See above | Total Amount Enclosed | $............ | |

LEROY WILLIAMS

02   0107  ▬▬▬3937  00000000  00000  22222  6

**Exhibit 62**
**Exhibit 95**

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2008**

COMMISSION ON ETHICS
DATE RECEIVED

PROCESSED

ID Code:
C No: 2*0380
Card Code:
P Reg Code:

Marino Schurr Valerie R

Hon Valerie R Marino Schurr
Circuit Judge
Judicial Circuit 11th
Elected - established, annual OR on
Dade County Courthouse Rm 1107
73 A Flagler St
Miami FL 33130-1731

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A - NET WORTH

My net worth as of December 31 x○ = $ 2800,357.00.

## PART B - ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS

The aggregate value of my household goods and personal effects described above = $ 152,600.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (primary residence) | 700,000 00 |
| Home located in Miami-Dade (rental) | 240,000.00 |
| Vail Colorado Condominium / Eagle Cnt. Colorado | $ 300,000.00 |
| Bank Accounts Stocks Fund/ Pension Accounts | 600,000.00 |
| Mercedes Benz 300 ML | $25,000.00 |

## PART C - LIABILITIES

LIABILITIES IN EXCESS OF $1,000

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (rental home) P.O. Box 900119, Louisville Ky - | 91,538 00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages P.L. Box 4622 Waterloo IA | 995,000 00 |
| Wells Fargo Home Mortgage (vail condo) P O Box 50269 Dallas, Tx | 124,000.00 |
| Huntington National Bank (Mercedes) PL Box 163579 Columbus Ohio 434-374 | 9,205 00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 PAGE 1

Case 1:24-cv-23015-SC   Document 21-1   Entered on FLSD Docket 09/09/2024   Page 355 of
597
U.S. Bancorp Wiki...
en.wikipedia.org



**USbancorp**

Exhibit 62
Exhibit 96

≡ i American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ↗ S&P 100 component S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services Elavon Talech Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt Moody's: A1 (10/2016) S&P: A+ (10/2016) Fitch: AA (10/2016) DBRS: AA (10/2016) |
| Website | mortgage.usbank.com ↗ ✎ |

Footnotes / references
[2][3]

Exh. 62 Exh. 11

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2009

**COMMISSION ON ETHICS**
**DATE RECEIVED**

| FOR OFFICE USE ONLY: | JUN 2 5 2010 |
|---|---|

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

**PROCESSED**

ID Code

ID No. 210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date   [Note  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 2009 was $ 3,351,652.00

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (Increase) | 2,800,000.00 |
| Vail Colorado Condominum / Eagle County | 250,000.00 |
| Bank Accents, Pensia, Brokerage Accounts / Wachonia Bank of America | 650,000.00 |
| 2010 Range Rover / Fidelity | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line / P.C. Box 4622 Waterloo, I A | 410,000.00 |
| Wells Fargo P.C. Box / P.C. Box 650769, Dallas Tx | 128,000.00 |
| Chase Financial Group / P.C. Box 78067, Phoenix Az 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |
| | |
| | |

CE FORM 6 - Eff 1/2010                    (Continued on reverse side)                    PAGE 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

Exh.62
Exh.98

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank N.A.
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

    This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2009; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2009

SARAH I. ZADEL
Circuit Court Judge

**Exhibit 62 Exhibit 99**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
          Plaintiff,

                              CASE NO.        2007-12407-CA
vs.                           DIVISION        32

                                                          SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
          Defendant(s).

_____

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows

1.        The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.        All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS,

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.        Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148



Serial 13666522
DOC_ID: M010502





**Exhibit 62 Exhibit 100**

4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property

       LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

JUN 2 3 2010

    VALERIE R. MANNO SCHURR
    Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
[illegible] – M010502
GMAC-CONV—shown

# Exhibit 62 Exhibit 101

Service List

LEROY WILLIAMS
15020 South River Drive
Miami, FL 33167

FRANKLIN CREDIT MANAGEMENT CORPORATION
C o Corporation Service Company
1201 Hays St. Suite 105
Tallahassee, FL 32301-2525

CITY OF NORTH MIAMI
c o V. Lynn Whitfield, Esq.
776 NE 125th Street
North Miami, FL 33161

MARK WELLS
15020 South River Drive
Miami, FL 33167



STATE OF FLORIDA, COUNTY OF MIAMI-DADE
HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office.
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

Exhibit 62 Exhibit 162

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF | 2010 |
|---|---|---|

## FINANCIAL INTERESTS

| | FOR OFFICE USE ONLY: | COMMISSION ON ETHICS DATE RECEIVED |
|---|---|---|

|||||||||||||
|---|---|---|

Hon Valerie R Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

*PROCESSED*

ID Code |||||||||
* 2 1 0 3 6 0 *

ID No    210380

Conf  Code

P Req. Code

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date  [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3 ]

My net worth as of December 31, 20 10 was $ 4,087,000.00

### PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - DADE County | $ 2.5 mil |
| 2010 Range Rover | $ 55,000.00 |
| bank Accounts Prud., brokerage Accts, Fidelity (ins) | $ 400,000.00 |
| Wachovia | 200,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

### PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.O. Box 4622 Waterloo, IA | $ 100,000.00 |
| Chase Financial - PO Box 78607, Phoenix, AZ 85062 | $ 16,000.00 |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- | |
| | |
| | |

CE Form 6 Effective January · 2011 Refer to Rule 34-8.00211) F.A C          (Continued on reverse side)                              PAGE 1

**Exh.62 Exh.103**

Loan No: ▇▇▇▇▇

Mortgagee: LEROY WILLIAMS

Address:   15020 SOUTH RIVER DRIVE
           MIAMI, FL 33167

Loan Amount: $ 445,000.00

## ALLONGE TO NOTE

PAY TO THE ORDER OF:

**RESIDENTIAL FUNDING CORPORATION**

WITHOUT RECOURSE

_J - A_

Assistant Secretary
Ax in Financial Services



PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation
By Judy Faber
Judy Faber, Vice President

MIN # 100176105062733202              WILLIAMS
RFC# 6201071083                       Page 1 of 1

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2020 |
|---|---|---|

FOR OFFICE USE ONLY:

```
*******AUTO**ALL FOR AADC 331 11  P1 346 447
HON VALERIE R MANNO SCHURR
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSESTE 1111
73 W FLAGLER ST
MIAMI FL 33130-4763
```

FLORIDA
COMMISSION ON ETHICS
JUN 2 8 2021
RECEIVED
PROCESSED

ID CODE

ID NO        210380

CONF. CODE

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 2020 was $ 11,192,000.00

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 500,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County | 5 mil |
| Cash in Bank | 3 mil |
| Stocks, Securities (Fidelity) | 2 mil |
| Deferred Compensation | 92,000 |
| Investment Properties | 1 mil |
| | $ 11,092,000.00 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Mortgage on Residence | $400,000.00 |
| - City National Bank, Coral Gables, FL | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

**2019**

FOR OFFICE USE ONLY:

FLORIDA
COMMISSION ON ETHICS

JUN 19 2020

RECEIVED

Judicial Circuit (11Th)-Elected Constitutional Officer

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*******AUTO**ALL FOR AADC 331 T2  P2 9 386
HON VALERIE R. MANNO SCHURR, CIRCUIT JUDGE
73 W FLAGLER ST STE 1111
MIAMI FL 33130-4763

~~PROCESSED~~

ID CODE

ID NO.        210380

CONF CODE

Manno Schurr, Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3 ]

My net worth as of <u>December 31</u>, 20 <u>19</u> was $ <u>9,880,000.00</u>.

---

### PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000 This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects; household equipment and furnishings; clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ <u>500,000.00</u>

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| See Attachment | 9.78M |
| | |
| | |
| | |

---

### PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Mortgage on Residence — City National Bank, Coral Gables, FL | $400,000.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

10:29    globallegalchronicle.com

**Exhibit 62**
**Exhibit 106**

principal amount of 3.200% senior notes due 20..9

in addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023 and 5.750% senior notes due 2025, which were paid in with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc. Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 50 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Al DeGolia and Caitlin Moyles Cummings. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice involved fees earned.

7:33

## People also ask        **Exhibit 62 Exhibit 107**

Is Bancorp owned by Wells Fargo?

The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained through its merger with Wachovia.

U.S. Bancorp

U.S. Bancorp Center in Minneapolis, Minnesota; headquarters of U.S. Bancorp

| Industry | Banking, Financial services |
|---|---|
| Founded | July 13, 1863 |

12 more rows

W  https://en.m.wikipedia.org › wiki

## U.S. Bancorp - Wikipedia

More results

Who is U.S. Bancorp owned by?

What banks have merged with Wells Fargo?

Is FDIC Bank owned by the Federal Reserve?

Q wells fargo owns US Bancorp

FREE MEMBERSHIP Includes ▸ ABL Advisor eNews + iData Blasts | JOIN NOW

LOGIN □   ABOUT | FAQ | CONTACT

FREE ABL ADVISOR MEMBERSHIP

**ABL** ADVISOR

A   JOIN NOW ›

SERVING ASSET-BASED LENDING DECISION MAKERS

ARTICLES   NEWS   BLOGS   PRESS RELEASES   VIDEOS

search the site ⌕

HOME   SECTOR/ECONOMIC DATA   DEAL TABLES   DIRECTORY   EVENTS CALENDAR   ADVERTISE   SUBSCRIBE

the ADVISOR PROFESSIONAL NETWORK
Connecting Industry Professionals

Home / News / Wells Fargo, BofA, JPMorgan, RBC Provide $125MM ABL Revolver

Post   ✉ Email   🖨 Print

# Wells Fargo, BofA, JPMorgan, RBC Provide $125MM ABL Revolver for Oil States

February 11, 2021, 05:00 AM
Filed Under: *Energy Services*

Related: Bank of Amercia, JPMorgan Chase Bank, Royal Bank of Canada, Wells Fargo Bank

Oil States International entered into a new $125 million asset-based revolving credit agreement with Wells Fargo Bank as the administrative agent. In addition to Wells Fargo, lenders under the Credit Agreement include Bank of America, JPMorgan Chase Bank, and Royal Bank of Canada. Borrowing availability under the Credit Agreement is based on eligible U.S. receivables and inventory. The Credit Agreement replaces Oil States' existing $200 million revolving credit facility. The maturity date of the Credit Agreement is February 10, 2025.

The Credit Agreement contains customary representations, warranties, covenants, terms and conditions for a facility of this type, including limitations on the accumulation of U.S. cash in excess of $30 million, incurrence of additional indebtedness and liens, the repayment of other indebtedness, the making of investments, the payment of dividends, the repurchase of shares of common stock and the sale of material amounts of assets.

Borrowings outstanding under the Credit Agreement will bear interest at LIBOR plus a margin of 2.75% to 3.25%, based on the Company's availability under the revolving credit facility. The Company must also pay a quarterly commitment fee of 0.375% to 0.50%, on the unused commitments.

Oil States International, Inc. is a global provider of manufactured products and services to customers in the oil and natural gas, industrial and military sectors. The Company's manufactured products include highly engineered capital equipment and consumable products. Oil States is headquartered in Houston, Texas with manufacturing and service facilities strategically located across the globe.

**Today's Other News**

Banc of California Expands Specialty Lending Team
Commercial Bankruptcy Filings Increase 9% Year-over-Year
Bain Capital Credit Invests $1.8B Through Private Credit Group During H1/2024

**Most Popular**

1 | **Voltera Secures First-of-Its-Kind $100MM Debt Facility from ING and Investec**
*August 14, 2024, 08:06 AM*
Filed Under: *Charging Infrastructure*

## SECTOR/ECONOMIC DATA

**U.S. Census Bureau – U.S. Department of Commerce**

March 2022 Construction Spending Report

**U.S. Census Bureau – U.S. Department of Commerce**

Full Report on Manufacturers' Shipments, Inventories and Orders - March 2022

VIEW ALL SECTOR/ECONOMIC DATA

## FEATURED ARTICLES

**Trinity Capital Expands into the Sponsor Finance Vertical**

In May 2024, Trinity Capital announced its expansion into the...

by ABL Advisor Staff Writer

**Next Generation BDO Panel**

Charlie Perer meets with four next-gen BDOs who discuss evolving...

by Charlie Perer

MOST POPULAR | ALL ARTICLES

## SPONSORED CONTENT

**CFG Merchant Solutions Underwriter Academy**

CFGMS is proud to announce our new program: Underwriter Academy! Fast-track into a position with one of our producing underwriting teams.

*sponsored by:*



CFG Merchant Solutions
EVERYDAY WORKING CAPITAL

LEARN MORE



*Exh. 62*

*Exh. 109*

https://www.jpmorgan.com

## J.P. Morgan Canada | About us

JPMorgan Chase merges with Bank One Corp. in a US$58 billion deal to provide investment banking, consumer banking and commercial banking services as well as to increase Treasury & Securities Services activity, ... Chase Manhattan Bank, other foreign banks and the Royal Bank of Canada form the Orion Banking Group, a consortium for medium-term ...

https://www.wsj.com

## Royal Bank of Canada Hires J.P. Morgan to Help Sell Swiss Operation

Royal Bank of Canada has hired J.P. Morgan to run a sale process for RBC Suisse SA, its Swiss wealth-management operations, according to people familiar with the matter.

https://en.wikipedia.org

## Royal Bank of Canada - Wikipedia

Royal Bank of Canada (RBC; French: Banque royale du Canada) is a Canadian multinational financial services company and the largest bank in Canada by market capitalization. The bank serves over 16 million clients and has 86,000+ employees worldwide. Founded in 1864 in Halifax, Nova Scotia, it maintains a corporate headquarters in Toronto and

**Exhibit 62 Exhibit 110**

fe https://www.finextra.com   pressarticle · 7045 · u...

## US Bancorp buys Wachovia corporate trust, custody units

Source: US Bancorp. **U.S**. Bancorp (NYSE:USB) announced today that its lead **bank**, **U.S. Bank**, N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody ...

<u>Your CUSIP Results are as follows:</u>     **Exhibit 62**
                                              **Exhibit 111**

LEROY WILLIAMS (ACCT 100176105062733202 [MIN])
Fidelity Advisor Strategic Real Return Fund
symbol:                    FSRAX
CUSIP:                     315912873

Inception Date:            07 2005
Net Assets:                $462,624,000.00 as of
                           12 3 2021
Portfolio Assets:          $462,624,000.00 as of
                           12 3 2021

A little about the Fund:

Fidelity Strategic Real Return Fund seeks total return consistent with reasonable
investment risk by investing in domestic and foreign issuers using a neutral mix of
approximately 30% of inflation-protected debt securities, 25% floating rate loans and
20% REITs and other real estate related investments.



## AFFIDAVIT OF FACT     Exhibit 62
                         Exhibit 112

**STATE: OHIO**

**COUNTY: FAIRFIELD**


The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:


    1.    The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number *1001761050627*33202*, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

    2.    The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

    3.    More than one fund may have an interest in the accounts of LEROY WILLIAMS

FURTHER AFFIANT SAYETH NOT

Signed and sealed this ___3ʳᵈ___ day of ___January___, in the Year of our Lord, two thousand twenty-two (2022).


All Rights Reserved.

For WESLEY JARVIS

_____
Wesley J. Jarvis, Trustee

## JURAT

State of _Ohio_                )                    Exhibit 62
                                                    Exhibit 113
Subscribed and Affirmed        )

County of _Fairfield_          )


On _January 3_ , 2022 before me. _Nia Tarrance_ (notary public)
personally appeared **Wesley J. Jarvis** [ ] personally known to me or [✗] proved to me on the basis of
satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that
he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of _Ohio_                          Seal:

My Commission Expires: _5/16/26_

**Exhibit 62 Exhibit 114**

## MASTER KEY OF EXPLANATION FOR CUSIP REPORT

The following is a brief explanation of the report you received for your CUSIP searches. Please keep in mind that there can be MANY different securities inside the Fund itself. The value of the fund does not necessarily reflect the amount of your individual security.

*As listed on your report:*

Your name (or name of recipient).

The name of the fund in which the subject security was found to reside.

The Symbol is the Ticker Symbol of the fund which was found.

The CUSIP is the CUSIP number of the fund.

The Inception Date is the date the **FUND** was created. It has nothing to do with the specific case or issue.

Net Assets and Portfolio Assets usually are the same but can be different. These give an amount of value held by the Fund trust. This amount can and usually does change on a daily basis in coordination with the markets in which it trades

Description of what the fund does in the market place. It also shows what sectors it trades in.

We always encourage that you do deep studies in securities and the relations around the industry before doing anything with them. It's a highly-regulated market.

12:24

 5G

🔒 bing.com

EX-10.11 - SEC     **Exhibit 62 Exhibit 115**

https://www.sec.gov/Archives/edgar/data/133281...

HOMECOMINGS GMAC MORTGAGE, LLC
1992/05/28 Registered 1792907 : 1993/09/14:
76494788 PREMIER SERVICE GMAC RESIDENTIAL
HOLDING COMPANY, LLC 2003/03/06 Registered
2914178 : 2004/12/28: 78855608 PACIFIC UNION...

Timothy King, MBA - Licensed Real Estate
Salesperson ...

https://www.linkedin.com/in/timothy-king-mba-b21...

Feb 22, 2018 · Homecomings Financial Jul 2001 -
Oct 2008 7 years 4 months. Irvine, CA Sales Leader
CitiFinancial Mortgage Company, Inc. ... Celebrate
Leadership award and the prestigious GMAC ...

Title: Mortgage Broker at Hometown Financial Grou...

Connections: 500+

Location: Buckeye, Arizona, United States

Some results have been removed

‹     2     ›

Try the Bing app

Privacy     Legal     Advertise     Ad i

Feedback

© 2021 Microsoft

# Exhibit 62 Exhibit 116

### IN THE CIRCUIT COURT OF THE
### 11ᵀᴴ JUDICIAL CIRCUIT IN AND
### FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cai

US Bank ,N.A.
    Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
    Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

    This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 2010    APR 06 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

CC- Allpachies

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Exh GL Exh.117

# Morgan Stanley Maintains U.S. Bancorp(USB.US) With Hold Rating, Raises Target Price to $54

Moomoo News    Jul 30 08:31    **Ratings**    ▶    1min

U.S. Bancorp (USB.US)                           45.540                    -1.13%

Morgan Stanley analyst Betsy Graseck maintains $U.S. Bancorp (USB.US)$ with a hold rating, and adjusts the target price from $47 to $54.

According to TipRanks data, the analyst has a success rate of 48.0% and a total average return of 3.3% over the past year.

 moomoo



12:08 ✓ .i 5G ∎

🔒 bing.com

**Exhibit 62 Exhibit 118**

OCWEN LOAN SERVICING, LLC | 851
N.W.2d 727 (2014 ...

https://www.leagle.com/decision/insdco20140723



Apr 29, 2014 · [¶ 3.] Shortly after the Note's
execution, Homecomings sold it to its parent
company — Residential Funding Company, LLC. On
March 7, 2007, Residential sold the Note to GMAC.
GMAC indorsed the Note in blank. GMAC ...

Ocwen Financial (OCN) Unit Completes
ResCap Asset Acquisitions

https://www.streetinsider.com/Corporate+News/Oc...

Feb 19, 2013 · On February 15, 2013, Ocwen Loan
Servicing, LLC, a Delaware limited liability company
and a wholly owned subsidiary of Ocwen Financial
Corporation (NYSE: OCN), completed ...

Missing: Homecomings · Must include:
Homecomings

A List of Recent Mortgage Mergers,
Closures, and Layoffs

https://www.thetruthaboutmortgage.com/a-list-...

Nov 09, 2021 · Residential Capital LLC – cutting
roughly 1,000 jobs (GMAC company) Residential
Finance of Columbus Ohio – reportedly "hacked 19
branches yesterday and a regional manager," per
reader tip ResMae Mortgage Corp. – cut 182 jobs ...

SEE RESULTS FOR 🔍

Homecomings Financial LLC (Organization)
Minneapolis, MN▬▬▬▬▬▬▬

FJUD

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,
vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.
_____/

# Exhibit 62 Exhibit 119

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's
Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.      **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

**Exhibit 62 Exhibit 120**

*15020*

CFN 2005R0793767
OR Bk 23623 Pgs 3231 - 3250; (20pgs)
RECORDED 07/29/2005 12:41:45
MTG DOC TAX 1,568.80
INTANG TAX 896.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Return To:
Axiom Financial Services
Attn: Post Closing Dept.
16550 West Bernardo Dr. Bldg 1
San Diego, CA 92127-1870

This document was prepared by:
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5367

———— Space Above This Line For Recording Data ————

## MORTGAGE

MIN 100176105062733202

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated June 30, 2005 together with all Riders to this document.

(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D) "Lender" is Axiom Financial Services

100176105062733                                              0506273320

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS                Form 3010 1/01

-6A(FL) (0005).04

Page 1 of 16

**Exhibit 62 Exhibit 121**

(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County      [Type of Recording Jurisdiction]
of MIAMI-DADE                                                                [Name of Recording Jurisdiction]
See Legal Description Addendum Page Attached

Parcel ID Number: 3021230221050                          which currently has the address of
15020 SOUTH RIVER DRIVE                                                              [Street]
MIAMI                                                            [City], Florida  33167      [Zip Code]
("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

100176105062733                                   9506273320

-6A(FL) (0005).02                    Page 3 of 16        Initials ____      Form 3010  1/01

## Exhibit 62 Exhibit 122

Lender is a
organized and existing under the laws of the State of California
Lender's address is 10900 Stonelake Blvd Suite 350
    Austin, TX 78759-5867
(E) "Note" means the promissory note signed by Borrower and dated June 30, 2005
The Note states that Borrower owes Lender four hundred forty-eight thousand and
00/100                                               Dollars
(U.S. $ 48,000.00       ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than July 1, 2035
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| [x] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] V.A. Rider | [ ] Biweekly Payment Rider | [ ] Other(s) [specify] |

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

                        100176105062733                          U506273320

                                                      _____
-6A(FL) (0005).01                    Page 2 of 15              Form 3015  1/01

## Interest Only ADJUSTABLE RATE NOTE

(LIBOR Six-month Index (As Published in

The Wall Street Journal) – Rate Caps)

**Exhibit 62 Exhibit 123**

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE AND FOR CHANGES IN MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

June 30, 2005                          MIAMI                          FL
                                       [City]                        State

                          15020 SOUTH RIVER DRIVE
                          MIAMI, FL 33167
                          [Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 6448,000.00 (this amount is called "Principal"), plus interest, to the order of Lender. Lender is Action Financial Services. I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 6.125%. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will make a payment on the 1st day of every month beginning on August 1, 2005. Before the first Principal and Interest Payment Due Date as described in Section 4 of this Note, my payment will consist only of the interest due on the unpaid principal balance of this Note. Thereafter, I will pay principal and interest by making a payment every month as provided below.

F0701311g

will make my monthly payments of principal and interest beginning on the First Principal and Interest Payment Due Date as described in Section 4 of this Note. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and if the payment includes both principal and interest, it will be applied to interest before Principal. If, on July 1, 2038, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at P.O. Box 502480 San Diego, CA, 92150-2480 or at a different place if required by the Note Holder.

**(B) Amount of My Initial Monthly Payments**

The first Thirty-Six (36) monthly payments will be in the amount of U.S. $1,266.67, which equals one-twelfth (1/12) of the amount of yearly interest due on the principal at the initial rate. The next Twenty-Four (24) monthly payments will equal one-twelfth (1/12) of the amount of yearly interest due on the principal at the rate determined in accordance with Section 4 of the Note. All of these payments are called the "Interest Only Payments." The period during which these payments are due is called the "Interest Only Period."

No payments of principal are due during the interest Only Period. The Interest Only Payments will not reduce the principal amount of this Note. Payments of principal may be made in accordance with Section 5 of this Note.

**(C) Monthly Payment Changes**

During the Interest Only Period, changes in my monthly payment will reflect changes in the interest rate that I must pay. After the Interest Only Period, changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4, and if applicable Section 5 of this Note.

## 4. ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES

**(A) Change Dates**

The initial fixed interest rate I will pay will change to an adjustable interest rate on the 1st day of July, 2008, and the adjustable interest rate I will pay may change on the first day of every sixth month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

**Exhibit 62**
**Exhibit 124**

*LN # 1003781266627332207
INTHOTE2.UFF

WILLIAMS
Page 2 of 7

Initials
LOAN #
An Modified Fannie Mae 3520 (11/01)

If the index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding Four And Five-eighths percentage points ( 4.625 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

During the Interest Only Period, and before each Change Date, the Note Holder will determine the amount of my monthly payment by calculating one-twelfth (1/12) of the amount of yearly interest due at my new interest rate. During the Interest Only Period, the result of this calculation will be the new amount of my monthly payment.

After the Interest Only Period and before each Change Date, the Note Holder will determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the maturity date at my new interest rate in substantially equal payments. After the Interest Only Period, the result of this calculation will be the new amount of my monthly payment.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than  7.625 % or less than 6.125 %. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than One And One-half percentage points from the rate of interest I have been paying for the preceding six (6) months. My interest rate will never be greater than 13.125 % or less than 6.125 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of such change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**(G) Date of First Principal and Interest Payment**

The date of my first payment consisting of both principal and interest on this Note (the "First Principal and Interest Payment Due Date") shall be the first monthly payment date after the first SIXTY (60) payments under this Note are due.



4:35

## Quora

Open in App    Sign In

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

**Exhibit 62**
**Exhibit 126**

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank, and JPMorgan Chase was formed. In 2004, it acquired Bank One, Jamie Dimon ( current CEO of JPMorgan Chase) was one of the executives who came from Bank One. During the financial crisis, JPMorgan Chase also acquired Washington Mutual and Bear Sterns. Today, JPMorgan Chase is the largest Bank in the world with over US$2.6 trillion in assets.
Morgan Stanley continues to operate as an investment bank.

Open in App    ✕

AA    🔒 quora.com    ↻

‹    ⬆    📖    ⧉

Exh. 62
Exh. 127

**FLORIDA DEFAULT LAW GROUP, P.L.**
ATTORNEYS AT LAW
9119 CORPORATE LAKE DRIVE
3rd FLOOR
TAMPA, FLORIDA 33634

Please reply to:
Post Office Box 25018
Tampa, FL 33622-5018

Telephone (813) 251-4766
Telefax (813) 251-1541

July 20, 2010

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

Re:

| | |
|---|---|
| Loan Number | |
| Mortgage Servicer | GMAC MORTGAGE, LLC |
| Creditor to whom the debt is owed | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 |
| Property Address | 15020 SOUTH RIVER DRIVE, MIAMI, FL 33167 |
| Our File No. | F10051160 |

Dear Borrower:

The law firm of Florida Default Law Group, P.L. (hereinafter referred to as "law firm") has been retained to represent U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 with regards to its interests in the promissory Note and Mortgage executed by LEROY WILLIAMS on June 30, 2005. Pursuant to the terms of the promissory Note and Mortgage our client has accelerated all sums due and owing, which means that the entire principal balance and all other sums recoverable under the terms of the promissory Note and Mortgage are now due.

As of the date of this letter, the amount owed to our client is $661,289.01 which includes the unpaid principal balance, accrued interest through today, late charges, and other default-related costs recoverable under the terms of the promissory Note and Mortgage. Additional interest will accrue after the date of this letter.

This correspondence is being sent to comply with the Fair Debt Collection Practices Act and should not be considered a payoff letter. Our client may make advances and incur fees and expenses after the date of this letter which are recoverable under the terms of the promissory Note and Mortgage. Therefore, if you wish to receive figures to reinstate (bring your loan current) or pay off your loan through a specific date, please contact this law firm at (813) 251-4766 or client services@defaultlawfl.com

Unless you notify this law firm within thirty (30) days after your receipt of this letter that the validity of this debt, or any portion thereof, is disputed, this law firm will assume that the debt is valid. If you do notify this law firm in writing within thirty (30) days after receipt of this letter that the debt, or any portion thereof, is disputed,

**FILE_NUMBER: F10051160**

**HELLOLETTER**

CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

https://www.tookitaki.ai › news-views › from-wac **Exhibit 62**

**Exhibit 128**

## The Biggest Money Laundering Cases: From Wachovia to Danske Bank

**Wachovia** (US$390 billion) Now part of Wells Fargo, **Wachovia** was one of the biggest banks in the US. In 2010, the bank was found to have allowed drug cartels in Mexico to launder close to US$390 billion through its branches during 2004-2007. The drug cartels used to smuggle US dollars received from drug sales in the US across the Mexican border.

https://justiceinmexico.org › wachovia-bank-accu...

## Wachovia Bank Accused of Laundering Billions From Mexican Drug Cartels

This investigation led to criminal proceedings against **Wachovia**, which were settled out of court under the U.S. Bank Secrecy Act in March 2010. **Wachovia** ultimately paid federal authorities $110 million in forfeiture, a $50 million fine for failing to monitor cash flow, and a sanction because it never applied the proper anti-money laundering ...

https://supreme.justia.com › cases › federal › us ›..

## Wachovia Bank, N. A. v. Schmidt :: 546 U.S. 303 (2006) :: Justia US ...

certiorari to the united states court of appeals for the fourth circuit. No. 04-1186. Argued November 28, 2005 —Decided January 17, 2006. Petitioner **Wachovia Bank, National Association** (**Wachovia**), is a national banking association with its designated main office in North Carolina and branch offices in many States, including South Carolina.

duckduckgo.com

A new true-crime podcast · Listen now >

Exhibit 62
Exhibit 129

Advertisement

World

This was published 13 years ago

# Wells Fargo bank says to buy rival Wachovia

October 3, 2008 — 10.43pm

☐ Save    ➔ Share    A    A    A

US bank Wells Fargo said Friday it was buying rival Wachovia for 15.1 billion US dollars in stock, ending a government-backed plan for Citigroup to take over Wachovia's banking operations.

Wells Fargo and Wachovia "signed a definitive agreement for the merger of the two companies" without government assistance, the two firms said in a statement.

It said the deal covered "all of Wachovia's banking operations in a whole company

▪ smh.com.au



Exhibit 62
Exhibit 130

All company news

Enabling the **world's** most
innovative **crypto programs**

# US Bancorp buys Wachovia corporate trust, custody units

29 November 2005

Source: US Bancorp

**U.S. Bancorp (NYSE:USB) announced today that
its lead bank, U.S. Bank, N.A., has entered into a
definitive agreement to purchase the corporate
trust and institutional custody businesses of
Wachovia Corporation (NYSE:WB).**

As a result of this transaction, U.S. Bank Corporate

AA    finextra.com

10:47

https://www.finextra.com / pressarticle / 7045 / ...

## US Bancorp buys Wachovia corporate trust, custody units

Source: US Bancorp. U.S. Bancorp (NYSE:USB) announced today that its lead bank, U.S. Bank, N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody ...

**Exhibit 62**

**Exhibit 131**

https://www.company-histories.com / Wachova.a...

## Wachovia Corporation -- Company History

1893: **Wachovia** Loan and Trust Company becomes North Carolina's first charted trust company. 1910: **Wachovia** National **Bank** merges with **Wachovia** Loan and Trust to become **Wachovia Bank** and Trust Company. 1968: The **Wachovia** Corporation is formed as a holding company. 1988: First Union lists on the New York Stock Exchange

https://sherloc.unodc.org / cid / en / case-law-do...

## United States of America v. Wachovia Bank

Between 2004 and 2007, almost $13 million USD "went through correspondent bank accounts at **Wachovia** for the purchase of aircraft to be used in illegal narcotics trade.". In fact, more than twenty thousand kilograms of cocaine were seized from these aircraft. The investigating agencies determined that **Wachovia's** CDC business was high risk.

https://www.reuters.com / article / us-wachovia-s...

## Wachovia pays $160 million to settle

🔍 duckduckgo.com

TO VACATE LAST ORDER & RETAIN ORIG ORDER

**Exhibit 62**

**Exhibit 132**

RETD ORIGINAL NOTE AND MORTGAGE

B: 27343 P: 0949 VACATING, DISMISSING CVL SALE RELEASE LIS PENDENS, ETC.

ATY. 0007/8 /5 TO DISMISS CASE, CANCEL FORECLOSURE SALE ETC

B 27343 P: 4303 OF DISMISSAL

DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE

TO WRITTEN DISCOVERY, MTN TO STRIKE OR  ETC

THAT PLTFF HAS RESPONDED TO DEFENDANT  ETC

FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION

FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION

B: 25944 P: 0942 CANCELING FORECLOSURE SALE

PUB DATE 08/31/2007

PUB DATE

TO CANCEL FORECLOSURE SALE

ATY 8888888 SET ASIDE FJUD AND RECONSIDER STAY

550 FEE PD/RCPT 745184

WRITTEN REQUEST DISPUT VALIDITY OF ALLEGED LOAN

AFFIDAVIT OF AMOUNTS DUE AND OWING

ORIGINAL MORTGAGE AND ORIGINAL NOTE

FINAL DISPOSITION FORM

8:05        5G

Exh. 62
Exh. 133

# OCCUPY

## REVEALED: FEDERAL JUDGES GUILTY OF OWNING STOCK IN CORPORATIONS THEY RULED ON

THU, 5/1/2014 - BY REITY O'BRIEN, KYTJA WEIR, CHRIS YOUNG
THE CENTER FOR PUBLIC INTEGRITY



When Linda Wolicki-Gables and her husband appealed a lawsuit all the way to the second-highest court in the nation against Johnson & Johnson over a malfunctioning medication pump that had been implanted in her body, the couple had no idea that one of the judges who decided their case had a financial stake in the giant multinational company.

Eleventh U.S. Circuit Court of Appeals Judge James Hill owned as much as $100,000 in Johnson & Johnson stock when he and two other judges ruled against the Gables'

occupy.com

Exh. 62 Exh. 134

**WESTERN UNION**
**PAYMENT SERVICES**

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Dec. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Nov.30, 2006 |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:45 A.M. Nov. 30,2006, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. 62 Exh. 135


PAYMENT SERVICES

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Jan. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | *****0274 |
| Date of Transaction: | Dec. 31, 2006 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:40 A.M. Dec. .31,2006,we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above. please contact Collection Department, at 188-832-7990.
Thank you for your business.

          AXIOM FINANCIAL SERVICES
          10900 STONE LAKE BLVD.SUITE 350
          AUSTIN TX 78759-5867

Important Information
Don''t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. 62 Exh. 136



AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Feb. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Jan.31, 2007 |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:00 A.M. Jan. 31,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important information
Don't give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment
Retain this letter for your records.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



*Exh. 62 Exh. 137*

**WESTERN UNION**
**PAYMENT SERVICES**

Mar. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Feb. 28, 2007 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS,

Based on your authorization during our telephone conversation ................. we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that was also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188 832 7090
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Don't give out your bank account information .....................................
This is not a bill. Do not mail or pay it in.
Retain this for your own record.

Exh. 62 Exh. 138



**PAYMENT SERVICES**

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867

April 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

|ıllıılıııllıllıllılılıılllıııılılılıılıllıılılıl

**PAYMENT DESCRIPTION**

| | |
|---|---|
| **Bank:** | WACHOVIA BANK, NA |
| **Bank Account Number:** | ******0274 |
| **Date of Transaction:** | March 30, 2007 |
| **Payable To:** | Axion Financial Services |
| **Amount of Payment:** | $2286.67 |
| **Customer Reference:** | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 11:51 A.M., March 30, 2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd.Suite 350
Austin Tx 78759-5867

Important information
Don't give out your bank account information over the phone unless you know the company and understand why the
information   is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867

*Exh.62 Exh.139*

**WESTERN UNION**

**PAYMENT SERVICES**

May 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MiAmi FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | April 30, 2007 |
| | |
| Payable To: | Axion Financial Services |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:00 A.M., April 30,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.

Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd.Suite 350
Austin Tx 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information   is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

Exh.62 Exh.140

**WESTERN UNION**

**PAYMENT SERVICES**

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867

June 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

Bank:                              WACHOVIA BANK, NA
Bank Account Number:               *****0274
Date of Transaction:               May 30, 2007

Payable To:                        Axion Financial Services
Amount of Payment:                 $2286.67

Customer Reference:                0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:38 A.M., May 30,2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
  contact Collection Department, at 188-832-7990.
Thank you for your business.

                            Axiom Financial Services
                            10900 Stone Lake Blvd.Suite 350
                            Austin Tx 78759-5867

Important information
Don"t give out your bank account information over the phone unless you know the company and understand why the
information  is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

AFFIDAVIT

**Exhibit 62**
**Exhibit 141**

I inhibit Symwette was There in The Dade County Courthouse on Flagler Street in Downtown Miami and Witnessed Judge Zabel Sign The Document T. Dismiss With Prejudice on 4/06/2009 That was F.R The Case: 2007-12915T-0702, And I was a tress That I saw it on The ticket Sign Judge Zabel.

MAURICE Symwette
15020 S River Dr
Miami, Fla 33167

X 
Feb 9, 2022

AFFIDAVIT

**Exhibit 62**
**Exhibit 142**

I Mark Wells was There in The Miami Dade County Court house on Flagler Street in Downtown Miami And I witness Judge Zabel Sign The Document To Dismiss with Prejudice on 04/06/2022, That was For The case Number 2021-12407-CACO And I in Tiles a witness that I Saw it on the Docket Signed by Judge Zabel

*Mark Wells*

MARK WELLS

1502 S River Dr.
Miami Fla 33167

x *Tammie Mitchell*



Exhibit 62
Exhibit 143

_AFFIDAVIT_

I James Buckman was there in the Miami Dade Court House on Flagler Street in downtown Miami and I witness Judge Zabel sign The Dismissal of Issuance with Prejudice on 24/00/2022 That was for the case #-: 2127-12407 CA01, And I'm also witness that I saw it on the docket Signed by Judge ZABEL

James Buckman Jr
15 ... 3 Revenue
Miami Fl. 33187



X Yannie Stutzleli
Feb 18, 2022

Exhibit 62
Exhibit 144

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

## ORDER OF RECUSAL

THIS CAUSE came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Case No: 2021-010826-CA-01

Page 1 of 2

7:18

Exh. 62
Exh. 145

≡          oo e          ⌂      Ⓜ

gmac owns homecomings financial

All

## Company overview

**GMAC also formed Homecomings Financial in 1995 from the purchased assets of another company.** In 2005, ownership of GMAC Mortgage, GMAC-RFC. and Homecomings was transferred to a newly formed holding company. the Residential Capital Corp. (ResCap).

https://publicintegrity.org › no-20-o

No. 20 of The Subprime 25: GMAC LLC/Cerberus Capital Management

## People also ask

What happened to homecomings financial?

ᴀA      Q gmac owns homec:

7:22

Exh. 62
Exh. 146

Homecomings Financial customer service

Homecomings Financial payoff

Homecomings Financial, LLC merger

https://www.leagle.com

## OCWEN LOAN SERVICING, LLC v. ELLIOTT - Leagle.com

[*3] Shortly after the Note's execution, Homecomings sold it to its parent company — Residential Funding Company, LLC. On March 7...

https://www.fitchratings.com

## GMAC-Residential Funding Corp. Homecomings Financial - Fitch Ratings

Summary Fitch assigns GMAC-Residential Funding Corp.'s (GMAC-RFC) wholly owned subsidiary, Homecomings Financial (Homecomings)...

https://www.justice.gov

## The Justice Department Resolves Investigation Under Servicemembers ...

AA     Q gmac owns homeco

```
* For Internal USE ONLY, NOT a Transaction History *
* For Internal USE ONLY, NOT a Transaction History *
```

TRN457CR-02                    HOMECOMINGS FINANCIAL              Exhibit 62          5/21/07  17:19:30'
MFRC2K                         DETAIL TRANSACTION HISTORY         Exhibit 147         JOB 07:  5/01/07
                                                                                     PAGE:    1

```
LOAN    ██████937   IPW# 413      POOL# BB0C511  INV L0# ██████645  NEXT DUE  1/01/07    INTEREST RATE  6.125   PRIN.BAL   448,000.00
BORR: Leroy Williams              TYPE: C3-C0 CONVENTION  STATUS & TOT.DEL$014,193.29  SCHP-ESCB *        .00   ESC.BAL          .00
BORR2                             MSCHB  20 40           MSRC 000004    P&I    9,1<6.68  SUBP-FORB          .00   ESC.ADV    21,332.10
PROP: 15020 South River Drive     MAIL: M BCX 272692                                    SRHP-ESRS          .00   VOR.PMT     3,482.57
                                                         INVFEES  .C5750  SUBP-FOR        .00   P&I        2,296.67
        Miami        FL 33367      Hollywood    FL FX0227692  TODAY  .0000X  SUBP-MI3        .00   ESC.PMT    1,114.90
                                                         INT ED TO 12/01/06  P&I SHORT       .00   CORP AD         .00
```

| --TRANSACTION--<br>NBR DATE CODE ----DESCRIPTION--- | NEXT<br>DUE | -AFTER TRANS<br>PRINCIPAL | BALANCES-<br>ESCROW | TOTAL<br>AMOUNT | -----APPLIED-----<br>PRINCIPAL INTEREST | ESCROW | SUSPENSE/CD | MISC.PMTS<br>CORP.FEES |
|---|---|---|---|---|---|---|---|---|
| 30 10/17/05 0102 LOAN TRANSFER<br>S/F REF# | 11/05 | 448000.00 | .00 | 448000.00- | 448000.00- .00 | .00 | .00 | |
| 11 10/31/05 3199 OLD INV 941/02O0511<br>S/F TX REF# | 11/05 | .00 | .00 | 448000.00 | 448000.00- | .00 | .00 | .00 |
|  |  | Eff Dt 10/31/2005 | Batch# 0439MTR | | | | | |
| 12 10/31/05 8199 NEW INV 413/02O0511<br>S/F TX REF# | 11/05 | 448000.00 | .00 | 448000.00- | 448000.00- | .00 | .00 | .00 |
| 13 11/16/05 1499 Late Charge<br>S/F | 11/05 | 448000.00 | .20 | 114.33 | | .00 | .00 | 114.33 C2 |
| 14 11/16/05 2664 NON CASH FEE ADJ<br>S/F NC REF# | 11/05 | 448000.00 | .00 | 114.33- | .00 | .00 | .00 | 114.33-C2 |
| 15 11/28/05 1315 PYC-403C SUSP<br>S/T CR REF# | 11/05 | 448000.00 | .00 | 2296.67 | .00 | .00 | .00 | 2296.67 PP |
| 16 11/28/05 2625 MISC ADJ<br>S/F CR REF# | 11/05 | 448000.00 | .00 | 2296.67- | .00 | .00 | .00 | 2296.67-PP |
| 17 11/28/05 C1    PAYMENT<br>Days since last Pymt on: 10/31/2005<br>S/F CR REF# | 11/05<br>28 | 448080.00 | .00 | 2296.67 | .00 | 2296.67 | .00 | 140.00 11 |
|  |  | Eff Dt 11/28/2005 | Batch# 11296M62 | IPT Dt: 11/01/05 | | | | |
| 18 12/04/05 1499 Speed Draft Fee<br>S/F REF# | 12/05 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |
| 19 12/08/05 C2    PAYMENT<br>Days since last Pymt on: 11/28/2005<br>S/F BA REF# | 1/06<br>8 | 448000.00 | .00 | 2296.67 | .00 | 2296.67 | .00 | 140.00 11 |
|  |  | Eff Dt 12/04/2005 | Batch# 12084ACR9 | IPT Dt: 12/01/05 | | | | |
| 20 12/06/05 1407 Speed Draft Fee<br>S/F C REF# | 1/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |
| 21 1/05/06 1499 Speed Draft Fee<br>S/F REF# | 1/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |
| 22 1/05/06 C1    PAYMENT<br>Days since last Pymt on: 12/08/2005<br>S/F BA REF# | 2/06<br>31 | 448000.00 | .00 | 2296.67 | .00 | 2296.67 | .00 | 140.00 11 |
|  |  | Eff Dt 01/05/2006 | Batch# G145ACR9 | IPT Dt: 1/01/06 | | | | |
| 23 1/05/06 1407 Speed Draft Fee<br>S/F C REF# | 2/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |
| 24 2/13/06 1499 Speed Draft Fee<br>S/F REF# | 2/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |
| 25 2/13/06 C1    PAYMENT<br>Days since last Pymt on: 01/05/2006<br>S/F BA REF# | 3/06<br>37 | 448000.00 | .00 | 2296.67 | .00 | 2296.67 | .00 | 140.00 11 |
|  |  | Eff Dt 02/11/2006 | Batch# C111ACR9 | IPT Dt: 2/01/06 | | | | |
| 26 2/13/06 1407 Speed Draft Fee<br>Effective date: 2/11/06<br>S/F C REF# | 3/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |
| 27 3/07/06 1499 Speed Draft Fee | 3/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | 8.99 C7 |

EX( 7 )
11-29 A.D. 20 11
Case No. 10-61928-C-05
HARVEY RUVIN
Clerk Circuit Court

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Exhibit 62
Exhibit 148

CIRCUIT CIVIL DIVISION
CASE NO: 10 - 61928 - CA01

US Bank, NA

Plaintiff(s),

vs.

Leroy Williams

Defendant(s).

ORDER
~~GRANTING/DENYING~~
~~PLAINTIFF'S/DEFENDANTS~~
_ Objection to sale

THIS CAUSE having come on to be heard on  1/9/19
on Plaintiff's/Defendant's Motion

Objection to Sale

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon

ORDERED AND ADJUDGED that said Motion be and the same is hereby

Denied as moot. The sale was previously
vacated on 12/28/18. Defendant's
bankruptcy is still active.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this  9

day of

January  2019.

CIRCUIT COURT JUDGE
~~DANIEL C. MILLER~~       ORIGINAL
                          Judge Miguel de la O
CIRCUIT COURT JUDGE

Copies furnished to: Counsel of Record

Exhibit 62
Exhibit 149

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-06192S-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

U S Bank (na)

Plaintiff(s)

vs.

Williams, Leroy

Defendant(s)

ORDER ON MOTION TO CANCEL FORECLOSURE SALE SCHEDULED FOR JUNE
24, 2020

THIS CAUSE having come before the Court on the Plaintiff's Motion to Cancel
Foreclosure Sale, and the Court having heard argument of parties, having reviewed the file and
the Court being otherwise duly advised, it is thereupon.

ORDERED AND ADJUDGED:

The Plaintiff's Motion to Cancel Foreclosure Sale is hereby GRANTED

The clerk is directed to reset the foreclosure sale upon further motion of Plaintiff and
order of the court.

Case No: 2010-061928-CA-01                                                    Page 1 of

**Exhibit 62**

**Exhibit 150**

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 2nd day of June, 2020.

2010-061928-CA-01 06-02-2020 11:25 AM

Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**

Electronically Signed

No longer address / set on file, pending on THIS MOTION

CLERK to **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

Altanese Phenelus, yvaldes @ miamidade.gov

Daniel Hurtes, DHurtes @ BlankRome.com

Daniel Hurtes, BRFLEservice @ BlankRome.com

Giuseppe Salvatore Cataudella, FLeFileTeam @ brockandscott.com

Giuseppe Salvatore Cataudella, FL.CourtDocs @ brockandscott.com

Giuseppe Salvatore Cataudella, CourtXpress @ firmsolutions.us

Jennifer L Warren, jwarren @ northmiamifl.gov

Jennifer L Warren, cityattorney @ northmiamifl.gov

Jessica J Fagen, FLeFileTeam @ brockandscott.com

Jessica J Fagen, FLCourtDocs @ brockandscott.com

Jessica J Fagen, CourtXpress @ firmsolutions.us

Jimmy Keenan Edwards, FLeFileTeam @ brockandscott.com

Jimmy Keenan Edwards, FLCourtDocs @ brockandscott.com

Jimmy Keenan Edwards, CourtXpress @ firmsolutions.us

Jonathan S Wilinsky, FLeFileTeam @ brockandscott.com

Jonathan S Wilinsky, CourtXpress @ firmsolutions.us

Jonathan S Wilinsky, FLCourtDocs @ brockandscott.com

Kara Leah Fredrickson, FLeFileTeam @ brockandscott.com

Kara Leah Fredrickson, FL.CourtDocs @ brockandscott.com

Kara Leah Fredrickson, CourtXpress @ firmsolutions.us

Laura Ashley Jackson, FLeFileTeam @ brockandscott.com

Laura Ashley Jackson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, EFCourtDocs@brockandscott.com

Stephen Christopher Wilson, scwilson862007@yahoo.com

Stephen Christopher Wilson, scwilson862007@yahoo.com

Tania Bartolini, tania.bartolini@bartolinilaw.com

Tania Bartolini, info@bartolinilaw.com

Wilmae Laeroix, FLeFileTeam@brockandscott.com

Wilmae Laeroix, EFCourtDocs@brockandscott.com

Wilmae Laeroix, courtxpress@FirmSolutions.us

maurice symonette, BigBOSS@Clerk.com

maurice symonette, BIGBOSS1143@yahoo.com

maurice symonette, Boss1@clerk.com

**Physically Served:**

**Exhibit 62**

**· Exhibit 151**

Exhibit 62
Exhibit 152

FJUD

U.S. Bank National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin, Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



---

### FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams, Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil, Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida:

Amounts Due and Owing. Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Case No. 2010-61928-CA-01                                    File # 13-F02868

Exhibit 62

Exhibit 153

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $5,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,397.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,955.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,502.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2.    Interest. The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.    Lien on Property. Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4.    Sale of property. If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on   JAN 3 0 2018   , 2018, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031.

Exhibit 62

Exhibit 154

Florida Statutes.   The subject property shall be sold by electronic sale at www.miamidade.realforeclose.com.

5.   **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.   **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.   **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8.   **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9.   **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jelin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exhibit 62

Exhibit 155

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ____ day of _____, 2017.

DEC 19 2017

Circuit Judge                John Schlesinger
                            Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

Service List

Willnae LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
LK/A 15020 South River Drive
Miami, FL 33167

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____ 03
THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.        John Schlesinger
        Judge's Initials    Circuit Court Judge

Case No. 2016-61928-CA-01                          File # 15-F02868

Exhibit 62

Exhibit 156

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series i
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Heke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a k/a James L. Jolin, James
A/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
46 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
process
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61478-CA-01                    2                    File # 13-F02868

**Exhibit 62**
**Exhibit 157**

The Unknown Spouse of Leroy Williams
LKA 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
LKA 15020 South River Drive
Miami, FL 33167

Mack Wells
LKA 15020 South River Drive
Miami, FL 33167

Curtis McNeil
LKA 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
LKA 15020 South River Drive
Miami, FL 33167

DOCUMENT
SEQUENCE 1
FILENAME>file001.txt
DESCRIPTION>DEFINITIVE MATERIALS
<TEXT>
PAGE>

**Exhibit 62**

**Exhibit 158**

Filed Pursuant to Rule 424B5
Registration File No.: 333-122688

Prospectus Supplement dated November 16, 2005 (To Prospectus dated May 2, 2005)

$488,750,000

RESIDENTIAL ASSET SECURITIES CORPORATION
DEPOSITOR

RASC SERIES 2005-AHL3 TRUST
ISSUER

RESIDENTIAL FUNDING CORPORATION
MASTER SERVICER

HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2005-AHL3

OFFERED CERTIFICATES

The trust will consist primarily of a pool of one- to four-family fixed
rate and adjustable rate, first lien mortgage loans. The trust will issue three
classes of senior certificates, the Class A Certificates, and nine classes of
subordinate certificates, the Class M Certificates, that are offered under this
prospectus supplement.

CREDIT ENHANCEMENT

Credit enhancement for the offered certificates consists of:

o   excess cash flow and overcollateralization;

o   yield maintenance agreement; and

o   subordination provided to the Class A Certificates by the Class M
    Certificates, and subordination provided to the Class M Certificates
    by each class of Class M Certificates with a lower payment priority.

---

YOU SHOULD CONSIDER CAREFULLY THE RISK FACTORS BEGINNING ON PAGE S-13 IN THIS
PROSPECTUS SUPPLEMENT.

---

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES
COMMISSION HAS APPROVED OR DISAPPROVED OF THE OFFERED CERTIFICATES OR DETERMINE
D
THAT THIS PROSPECTUS SUPPLEMENT OR THE PROSPECTUS IS ACCURATE OR COMPLETE. ANY

WIKIPEDIA

# Morgan Stanley

**Exhibit 62**
**Exhibit 159**

**Morgan Stanley** is an American multinational investment management and financial services company headquartered at 1585 Broadway in Midtown Manhattan, New York City. With offices in more than 41 countries and more than 75,000 employees, the firm's clients include corporations, governments, institutions, and individuals.[2] Morgan Stanley ranked No. 61 in the 2021 Fortune 500 list of the largest United States corporations by total revenue.[4]

The original Morgan Stanley, formed by J.P. Morgan & Co. partners Henry Sturgis Morgan (grandson of J.P. Morgan), Harold Stanley, and others, came into existence on September 16, 1935, in response to the Glass–Steagall Act that required the splitting of commercial and investment banking businesses.[5] In its first year, the company operated with a 24% market share (US$1.1 billion) in public offerings and private placements.

The current Morgan Stanley is the result of merger of the original Morgan Stanley with Dean Witter Discover & Co. in 1997.[5] Dean Witter's Chairman and CEO, Philip J. Purcell, became the Chairman and CEO of the newly merged "Morgan Stanley Dean Witter Discover & Co."[6][7] The new firm changed its name back to "Morgan Stanley" in 2001.[8][9][10] The main areas of business for the firm today are institutional securities, wealth management and investment management. The bank is considered systemically important by the Financial Stability Board.

| | Morgan Stanley |
|---|---|

## Morgan Stanley



Morgan Stanley's office at 1585 Broadway on Times Square, New York City

| | |
|---|---|
| Type | Public |
| Traded as | NYSE: MS (https://www.nyse.com/quote/XNYS:MS) |
| | S&P 100 component |
| | S&P 500 component |
| Industry | Financial services |
| Founded | 1935 (The original Morgan Stanley) |
| | 1924 (Dean Witter & Co.) |
| | 1931 (Reynolds Securities) |
| Founder | Henry Sturgis Morgan |

# Contents

Overview

History

   The original Morgan Stanley (1935–1997)

   Morgan Stanley after the merger (1997–present)

Organization

Exh.62 Exh.16

**9:17**

# Quora

Open in App    Sign in

MORGAN
STANLEY →
$ JP MORGAN

## How is Morgan Stanley related to JP Morgan?

John Pierpont Morgan was the head of a bank which he renamed to be J. P. Morgan and Co. in 1895. In the 1930s US regulators required that investment banking and commercial banking not be operated by the same company in 1935 some of the senior executives of J.P. merGAN

### Upgrade to Quora+ to access this answer

- ✓ Access millions more answers like this
- ✓ Browse ad-free
- ✓ Support the writers you like to hear from

**Start free trial**

Learn more

 **Russell Newton**, Co-Founder at CoinShares (1999-present)

Related   **What's the relationship between JP Morgan and Morgan Stanley? Is the Morgan in each of their names the same person? Were they once one firm? Are they connected at all now?**

I have a funny story about this.

I used to work for JP Morgan and on one business development trip to Asia, we were in a meeting with some

 **Open in App**    ✕

 quora.com

Exhibit 62
Exhibit 161

9:18

Related  Are JP Morgan, Morgan Stanley and Chase Bank all related?

Yes, they are.

It is not coincidental that JPMorgan and Morgan Stanley share the 'Morgan' name. The firm today known as Morgan Stanley was founded in 1935, essentially as a spin-off from the original JPMorgan. This came about following the passage of the Glass-Steagall Act in 1933, which prohibited firms from conducting investment banking business under the same roof as commercial and consumer banking business.

Therefore, Henry S. Morgan (grandson of J. Pierpont Morgan, founder of the eponymous firm) joined together with Harold Stanley and select other partners to found Morgan Stanley as an investment banking concern. Since Morgan Stanley's founding, it has evolved entirely independently of the latter day JPMorgan Chase Co.

Chase Bank is also part of the picture – but represents just one thread of an almost impenetrably complex web of bank mergers and acquisitions over the last century and more.

Chase Bank was formed from the merger of Chase National Bank and The Manhattan Company in 1955, originally becoming Chase Manhattan Bank.

In 1996, Chemical Bank (then the 3rd largest bank in the United States by assets) acquired Chase Manhattan (retiring the 'Chemical' name in the process), before merging in 2000 with JPMorgan & Co to form today's JPMorgan Chase Co.

Clear so far?

If you want to take a further trip down the rabbit hole of banking history (and, truly, it's quite interesting if you like that sort of thing) you might look up yet another banking concern to bear the Morgan name: Morgan, Grenfell & Co. Part of the modern day Deutsche Bank, the 'Morgan' in this instance refers to Junius Spencer Morgan (father of J.P.)

I'd better stop now.

Tom Skwarek, former Managing Director and Head of Structured Finance at JP Morgan

Related  What makes Morgan Stanley better than Goldman Sachs or JPMorgan?



quora.com

9:09



**Exhibit 62**
**Exhibit 162**

≡     🔔   M   ✕

Morgan Stanley grandson of JP Morgan

All   News   Images   Videos   Maps   Shopping

**The "Morgan" in Morgan Stanley is J.P. Morgan's grandson.** The company was founded by Henry S. Morgan, Harold Stanley, and others in 1935. Morgan Stanley was created as an investment bank, but it is also considerably more.

Industry: Financial services; Investment management

🌐 https://www.investopedia.com › ho...  ⋮

How Morgan Stanley (MS) Makes Its Money - Investopedia

⊘ About featured snippets   ⚑ Feedback

## People also ask                    ⋮

Which is bigger J.P. Morgan or Morgan Stanley?     ⌃

Difference Between JP Morgan and Morgan Stanley: Size & AUM

When comparing JP Morgan vs. Morgan Stanley, **Morgan Stanley has a larger wealth management portfolio.** As of March 2019, Morgan Stanley Wealth Management reported 1.126 billion AUM and J.P Morgan Private Bank

AA  🔒 Q Morgan Stanley g  🔖

‹                



Exh. 62 Exh. 16?



# US BANCORP Stock Ownership - Who owns US BANCORP?

Add To Watchlist

Get Forecast From Top Analysts

Overview   Forecast   Earnings   Dividend   **Ownership**



Pro Traders Love This App

## Insider buying vs selling

● Buy      Sell

| Name | Role | Date | Shares | Price | Value |
|------|------|------|--------|-------|-------|
| Elcio Rt Barcelos | Senior EVP Chief HR Officer | 2022-03-05 | 2,022 | $55.25 | |
| Andrew Cecere | Chairman President and CEO | 2022-03-05 | 10,667 | $55.25 | |
| James L Chosy | Senior EVP and General Counsel | 2022-03-05 | 2,180 | $55.25 | |
| Terrance R Dolan | Vice Chair & CFO | 2022-03-05 | 4,353 | $55.25 | |
| Gunjan Kedia | Vice Chair | 2022-03-05 | 3,112 | $55.25 | |



*Exh. 62 Exh. 164*

| | | | |
|---|---|---|---|
| Berkshire Hathaway, Inc | 9.91 | 126,417,887 | $6.94B | Institution |
| Vanguard Group Inc | 7.93 | 111,905,399 | $6.79B | Institution |
| Blackrock Inc | 6.96 | 97,497,184 | $6.04B | Institution |
| State Street Corp | 4.26 | 63,300,947 | $3.28B | Institution |
| JPmorgan Chase Co | 3.04 | 43,127,926 | $2.34B | Institution |
| Wells Fargo Company | 1.67 | 23,352,293 | $1.21B | Institution |
| Geode Capital Management LLC | 1.67 | 23,322,020 | $1.21B | Institution |
| Charles Schwab Investment Management Inc | 1.48 | 22,062,957 | $1.14B | Institution |
| Northern Trust Corp | 1.20 | 17,793,341 | $920.92M | Institution |

OWN US Bancorp

## JSB vs Bank Stocks

| Ticker | Inst | Insider | Net Insider (12M) | Net Insider (3M) |
|---|---|---|---|---|
| USB | 74.51 | 20.76 | Net Selling | Net Selling |
| BML | 81.13 | 0.79 | Net Buying | Net Selling |

Exh.63 pg1

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2010

## FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below :

| | FOR OFFICE USE ONLY: |
|---|---|
| LAST NAME — FIRST NAME — MIDDLE NAME<br>RUVIN,    Harvey | |
| MAILING ADDRESS<br>Clerk of Courts | |
| 73 West Flagler Street, Room 242 | ID Code |
| CITY :    Miami    ZIP 33130    COUNTY : Miami-Dade | ID No.   15384 |
| NAME OF AGENCY<br>Miami-Dade County Clerk's Office    **PROCESSED** | Conf. Code |
| NAME OF OFFICE OR POSITION HELD OR SOUGHT :<br>Clerk of Courts | P. Req. Code |

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _____ December 31 _____ , 20 11 _ was $ 1,451,187

---

### PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 175,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Security Investment Accounts (See attached list) | 85,187 |
| IRA Deferred Compensation Accounts | 250,000 |
| Personal Residence | 1,500,000 |
| Ltd. Partnership Int. - Signature Gardens | 40,000 |
| Total Assets | 1,875,187 |

---

### PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage | 315,000 |
| Miscellaneous Credit Cards | 5,000 |
| Bank of America | 104,000 |
| Total Liabilities | 424,000 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2011 Refer to Rule 34-8.002(1), F.A.C.    (Continued on reverse side)    PAGE 1

Received by y. V. lori. 07/01/2011 Elections

**PART D -- INCOME**     Exh.63 pg2

You may *EITHER* (1) file a complete copy of your 2010 federal income tax return, including all attachments, *OR* (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐  I elect to file a copy of my 2010 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME:

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Miami-Dade Clerk's Office | Miami, FL | 171,000 |
| Signature Gardens | Miami, FL | ------- |
| Social Security | Miami Beach, FL | 28,000 |
| | | |
| | | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PART E -- INTERESTS IN SPECIFIED BUSINESSES**

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Signature Gardens | | |
| ADDRESS OF BUSINESS ENTITY | Miami, FL | | |
| PRINCIPAL BUSINESS ACTIVITY | Catering Hall | | |
| POSITION HELD WITH ENTITY | Ltd. Partnership | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | No. .5% | | |
| NATURE OF MY OWNERSHIP INTEREST | Ltd. Partner | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___ MIAMI-DADE ___

Sworn to (or affirmed) and subscribed before me this ___ 1st ___ day of

JULY _____ , 20 11  by  HARVEY RUVIN

(Signature of Notary Public—State of Florida)

WILLIE MAE BETHEL
MY COMMISSION # DD 971745
EXPIRES: July 16, 2014

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___ X ___   OR   Produced Identification _____

Type of Identification Produced _____

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

CE FORM 6 - Effective January 1, 2011  Refer to Rule 34-8.002(1), F.A.C.

**Exh.63 pg3**

Attached List

| STOCKS. BONDS, MUTUAL FUNDS, MONEY MARKET | VALUE |
|---|---|
| DPRS | 996.00 |
| Ballard Power Systems | 450.00 |
| Walgreen | 38,960.00 |
| Bank Deposit Programs | 44,781.00 |
| TOTAL | $    85,187.00 |

**Exhibit 64 pg.1**

## General Information

| | | |
|---|---|---|
| Name: | Hon Juan Alfonso Fernandez Barquin | |
| Address: | 73 West Flagler Street Suite 242, MIAMI, FL 33130 | PID  221072 |
| County: | Miami Dade | |

### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Miami-Dade County | Elected Constitutional Officer | Clerk of the Court/Comptroller |
| Miami-Dade County | Employees | Clerk of the Court and Cumptroller |
| Miami-Dade County Public Health Trust | Board of Trustees | Board Member |

### CANDIDATE FOR

| Position | Agency Name | Position sought or held |
|---|---|---|
| Clerk of the Courts and Comptroller | Miami Dade County Clerk of the Court and Comptroller | Clerk of the Court and Comptroller |

## Net Worth

My Net Worth as of December 31, 2023 was 5,645,499.91

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

2023 Form 6 - Full and Public Disclosure of Financial Interests  **Exhibit 64 pg.2**

Filed with COE. 06/19/2024

The aggregate value of my household goods and personal effect is $ 40,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| 1/3 ownership of JAFB Investments, LLC 4711 Granada Blvd. Coral Gables, FL 33146. -Owner of rental property at 4421 W. Flagler Street, Miami, FL 33134 | $ 99,199.00 |
| Voya Financial – PO Box 990070 (Not self-directed) Hartford, CT 06199 -Vanguard TRGT Retirement 2050 Fund Investment | $ 9,328.81 |
| Merrill Lynch Retirement Account (Not self-directed) PO Box 1501 Pennington, NJ 08534 | $ 117,108.67 |
| Merrill Lynch Retirement Account Investment over $1,000-Bank of America, NA RASP | $ 2,679.67 |
| Merrill Lynch Retirement Account Investment over $1,000 Diamond Hill Large CAP | $ 3,566.03 |
| Merrill Lynch Retirement Account Investment over $1,000 Edgewood Growth Fund CL | $ 7,004.16 |
| Merrill Lynch Retirement Account Investment over $1,000-GS GQG Partners | $ 2,186.01 |
| Merrill Lynch Retirement Account Investment over $1,000 Hartford Schroders Emerg | $ 9,757.68 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares Edge MSCI | $ 7,371.23 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares Edge MSCI | $ 14,668.48 |
| Merrill Lynch Retirement Account Investment over $1,000 Ishares US Treasury Bond | $ 6,233.00 |
| Merrill Lynch Retirement Account Investment over $1,000 Ishares TR Core MSCI EAF | $ 4,471.68 |
| Merrill Lynch Retirement Account Investment over $1,000 John Hancock Disciplined | $ 9,640.60 |
| Merrill Lynch Retirement Account Investment over $1,000-JP Morgan Small CAP | $ 4,768.47 |
| Merrill Lynch Retirement Account Investment over $1,000-JP Morgan Undscvrd Mngrs | $ 4,428.33 |
| Merrill Lynch Retirement Account Investment over $1,000-Oakmark Intl FD CL | $ 7,079.90 |

2023 Form 6 - Full and Public Disclosure of Financial Interests  **Exhibit 64 pg.3**

Filed with COE: 05/15/2024

| Description of Asset | Value of Asset |
|---|---|
| Merrill Lynch Retirement Account Investment over $1,000- Vanguard Mortgage-Backed | $ 1,154.75 |
| Merrill Lynch Retirement Account Investment over $1,000- Vanguard Value ETF | $ 17,191.20 |
| Merrill Lynch Retirement Account Investment over $1,000- Vanguard Growth ETF | $ 12,068.42 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares Ibxx S | $ 1,211.87 |
| Merrill Lynch Retirement Account Investment over $1,000- JP Morgan Large CAP | $ 6,650.44 |
| Florida Retirement System (Not self-directed) (No physical address) Visit www.myfrs.com for information -FRS 2050 Retirement Date Fund (7050) | $ 97,405.69 |
| Wells Fargo (office checking) PO Box 6995 Portland, OR 97228-6992 -PA Bank Account | $ 19,562.10 |
| Bank of America (personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 109,751.43 |
| Bank of America (joint personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 130,820.90 |
| Space Coast Credit Union (9 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,000.00 |
| Space Coast Credit Union (12 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,001.51 |
| Coinbase 1209 North Orange Street Wilmington, DE 19801 - Bitcoin | $ 2,118.34 |
| U.S. Treasury (Savings I Bonds), 1500 Pennsylvania Avenue, NW, Washington, DC 20220 | $ 10,000.00 |
| Robinhood Financial LLC, 85 Willow Road, Menlo Park, CA 94025 - Consolidated Water Co. Ltd. | $ 1,386.62 |

2023 Form 6 - Full and Public Disclosure of Financial Interests **Exhibit 64 pg. 4**

Filed with COE: 05/19/2024

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Toyota Southeast Finance | PO Box 991817, Mobile, AL 36691 | $ 11,183.18 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

## Income

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2023 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2023 federal income tax return and all W2s, schedules, and attachments

PRIMARY SOURCES OF INCOME:

| Name of Source of Income Exceeding $1,000 | Address of Source of Income | Amount |
|---|---|---|
| Juan Fernandez-Barquin, P.A. | 3663 SW 8th Street, Suite 200, Miami, Florida 33135 | $ 58,000.00 |
| State of Florida | 200 East Gaines Street, Tallahassee, Florida 32399 | $ 11,982.33 |
| Miami-Dade County | 111 NW 1st Street, Suite 2620, Miami, FL 33128 | $ 145,017.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person):

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

2023 Form 6 - Full and Public Disclosure of Financial Interests **Exhibit 64 pg.5**

Filed with COE: 05/19/2024

## Interests in Specified Businesses

Business Entity # 1

N/A

## Training

This section applies only to a Constitutional or elected municipal officer, each of whom are required to complete annual ethics training pursuant to Section 112.3142, F.S.

☑ I certify that I have completed the required training under Section 112.3142, F.S.

☐ Required training under Section 112.3142, F.S., not applicable to filer for this form year.

## Signature of Reporting Official or Candidate

Under the penalties of perjury, I declare that I have read the foregoing Form 6 and that the facts stated in it are true.

## *Juan Fernandez Barquin*

Digitally signed: 05/19/2024

Filed with COE: 05/19/2024

**Exhibit 65**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

    Plaintiff

                                  CASE NO: 2010-61928-CA01

v.

MACK WELLS

    Defendants,

<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL AND RECONSIDER HIM ORDER
AND REVERT BY VACATING HIM ORDER AND MEMORANDUM OF LAW</u>

__Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Brownwyn Catherine Miller 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (<u>Exhibit 0 #</u>) Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018 Tables 9-13</u>, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***<u>Florida Rule 2.160 (H) Says A Judge may Vacate him orders for Conflict of Interest Theodore
R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1)
A Judge shall disqualify himself whime impartiality might reasonably be questioned Rule</u>***

**Exhibit 65**
*2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge
can't have a conflict of Interest !*

Judge Brownwyn  Cathimine Miller must Recuse himself for an open obvious Conflict of Interest

because he's doing business with US Bank and helping them to make money so that he can make

money by foreclosing and taking (stealing) our property while acting as the Judge on the case on

our property, not on case's Merits but for to make him and them money Illegally. Here's proof: In

his Form 6 Affidavit Oath from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL

Says:


2. form 6 for 2012 on line  2., Exh. 2. He got $95,000.00 with WELLS FARGO which is

Financed by US BANCORP. Exh. 1. which is U.S. Bank, Exh. 2.

3. form 6 for 2019' Exh. (0). On line  3 he got, $250,000.00. doing business with Voya

which is US Bank, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp,

Exh.4, 19.  And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.


And on him 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on

line 2, Exh. 3. Line 3. He got $351,000.00 with Voya Which is US Bancorp Exh.3,

which is U.S. Bank, Exh. 5 and 5B

Exhibit 65 Exhibit 2 pg 1

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2012

## FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below :

FOR OFFICE USE ONLY:

LAST NAME — FIRST NAME — MIDDLE NAME:
Miller, Bronwyn C.

COMMISSION ON ETHICS
DATE RECEIVED

JUN 1 0 2013

MAILING ADDRESS:
1351 Northwest 12th Street

Suite 413

47213

| CITY : | ZIP : | COUNTY : |
|--------|-------|----------|
| Miami | 33125 | Miami-Dade |

PROCESSED

NAME OF AGENCY :
Eleventh Judicial Circuit

CONFIDENTIAL

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge, Group 21

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2012, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of June 15 _____, 20 13 was $ 940,000.00 _____

---

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00 _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions page 4) | VALUE OF ASSET |
|---|---|
| ING 404(B) Investment Account | 130,000.00 |
| UBS Investment Account | 85,000.00 |
| Wells Fargo Investment Account/Checking/Savings Accounts/Joint | 95,000.00 |
| Residence/Request for Address Exemption Previously Tendered | 475,000.00 |
| T. Rowe Price Investment Account | 35,000.00 |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SunTrust Bank, P.O. Box 4418, Center 645, Atlanta, GA 30302 | 115,000.00 |
| CitiBank, P.O. Box 790162, St. Louis, MO 63179 | 18,000.00 |
| Sabadell Bank, 1111 Brickell Avenue, Miami, Florida 33131 | 20,000.00 |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.    (Continued on reverse side)    PAGE 1

Exhibit 65   Exhibit 2 pg.2

## PART D – INCOME

You may *EITHER* (1) file a complete copy of your 2012 federal income tax return, *including all W2's, schedules, and attachments*, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2012 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida/Salary | 200 East Gaines Street, Tallahassee, Florida | 136,752.64 |
| | | |
| | | |
| | | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

### IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami – Dade_

Sworn to (or affirmed) and subscribed before me this __5__ day of _June_ 20_13_ by _Bronwyn C. Miller_

_____
(Signature of Notary Public—State of Florida)

Notary Public State of Florida
Dalia Hernandez
My Commission DD966131
Expires 02/28/2014

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __✓__    OR   Produced Identification _____

Type of Identification Produced _____

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

CE FORM 6 - Effective January 1, 2013 Refer to Rule 34-8.002(1), F.A.C.

Exhibit 65 Exhibit 0 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
MILLER          BRONWYN          CATHERINE

MAILING ADDRESS:
2001 SOUTHWEST 117TH AVENUE

CITY :                    ZIP :              COUNTY :
MIAMI                     33175              MIAMI-DADE

NAME OF AGENCY :
THIRD DISTRICT COURT OF APPEAL

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
JUDGE, APPELLATE DISTRICT

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

FLORIDA
COMMISSION ON ETHICS
JUN 0 9 2021
RECEIVED

47213

CONFIDENTIAL

PROCESSED

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date.  [Note:  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of JUNE 1 _____ , 20 21 was $ 1,640,000.00 _____

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00 _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| RESIDENCE | 700,000.00 |
| VOYA INVESTMENT ACCOUNT | 351,000.00 |
| NATIONWIDE INVESTMENT ACCOUNT | 181,000.00 |
| ORIENTAL INVESTMENT ACCOUNT | 125,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SUNTRUST BANK, P.O. BOX 4418, CENTER 645, ATLANTA, GA 30302 | 65,000.00 |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.                    (Continued on reverse side)                    PAGE 1

Exhibit 65 Exhibit 0 pg.2

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| STATE OF FLORIDA | 200 EAST GAINES STREET, TLHS, FL | 168,665.76 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami Dade

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this 1st day of
June, 20 21 by Hon. Bronwyn C Miller

Maria E Mihaic
(Signature of Notary Public--State of Florida)

Maria E Mihaic
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification ___

Type of Identification Produced ___

MARIA E. MIHAIC
Commission # GG 950761
Expires May 15, 2024
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                              Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

| Part B-Assets (Continuation) | Exhibit 65 Exhibit 0 pg.3 |
|---|---|
| Wells Fargo/Investment/Checking/Savings | 20,000.00 |
| E-Trade Accounts | 17,000.00 |
| VHEIP Investment Accounts | 40,000.00 |
| United States Savings Bonds | 3,000.00 |
| Ally Bank Investment Accounts | 13,000.00 |
| American Express Savings Account | 3,000.00 |
| Florida Pre-Paid College Accounts | 55,000.00 |
| UBS Investment Accounts | 15,000.00 |

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

COMMISSION ON ETHICS

**Exhibit 65**
**Exhibit 0 pg.4**

JUN 0 9 2021

RECEIVED

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: **BRONWYN MILLER**     Work Telephone: 305-229-3200

Work Address: 2001 SW 117 AVENUE MIAMI 33175     Judicial Office Held: THIRD DISTRICT COURT OF APPEAL

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 01/20 | GALA TICKETS/BIG BROTHERS BIG SISTERS | BILL DEAN AND STACY ROSKIN | $3000.00 |
| 03/20 | LUNCHEON TICKET/VIZCAYA | SWANEE DIMARE | $1000.00 |
|  |  |  | $ |
|  |  |  | $ |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Page 1 of 2

Form 6A Revised 4/21

## OATH

State of Florida

County of _Miami-Dade_

I, _Bronwyn Miller_, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

**Exhibit 65 Exhibit 0 pg.5**

_____
(Signature of Reporting Official)

_Maria E Mihaic_
(Signature of Officer Authorized to Administer Oaths)

My Commission expires_____

Sworn to and subscribed before me this

___1st___ day of ___June___, 20 _21_

MARIA E. MIHAIC
Commission # GG 950761
Expires May 15, 2024
Bonded Thru Budget Notary Services

CONFIDENTIAL

Exhibit 67pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
Scales          Edwin          A

MAILING ADDRESS:
2001 S.W. 117th Avenue

| CITY | ZIP | COUNTY |
|---|---|---|
| Miami | Florida | Miami-Dade |

NAME OF AGENCY
Third District Court of Appeal

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA
COMMISSION ON ETHICS

APR 0 9 2021

RECEIVED

Processed 11851

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 20 was $ 3,490,645.

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 29,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Please see attached | |
| | |
| | |
| | |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE FORM 6 - Effective January 1 2021
Incorporated by reference in Rule 34-8.002(1) F.A.C

(Continued on reverse side)

PAGE 1

**Exhibit 67 pg.2**

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website

☐ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return  you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Please see attached | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form  do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___Monroe___

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this ___5th___ day of ___April___, 20 21 by Devonna Alce

_Devonna Alce_
(Signature of Notary Public--State of Florida)

DEVONNA ALCE
Commission # GG 985113
Expires May 6, 2024
Bonded Thru Budget Notary Services

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___✓___    OR    Produced Identification _____

Type of Identification Produced _____

---

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement

I _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct

_____          _____
Signature                                                          Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

**Exhibit 67 pg3**

## Part B of Form 6—Assets with Values

(unless otherwise indicated, as of December 31, 2020)

**Real Property:**

$ 509,188

200 1$^{st}$ Avenue; Unit #411

St. Pete Beach, Florida 33706

$469,836

**Investment Plans:**

Rollover IRA

Raymond James

$466,466

(Individual holdings within IRA attached as Exhibit A)

Raymond James Bank Deposit Program (cash not included within other Raymond James Accounts)

$71,678

**Exhibit 67 pg4**

Raymond James Appreciation Model Account

$158,014


(Individual holdings within Account attached as Exhibit B)



Raymond James Bond Model Account

$124,825

(Individual holdings within Account attached as Exhibit C)



Historic Tours of America Retirement Plan

Ingham Retirement Group

$42,825 ($40,489 vested)

(Individual holdings within Account attached as Exhibit D)



Voya Deferred Compensation Plan

$197,322

(Individual holdings within Account attached as Exhibit E)

Exhibit 67pg5

## Stock Holdings/Values:

| | |
|---|---:|
| Anheuser-Busch Inbev | 7,311 |
| Apple Corporation | 106,443 |
| Caesar's Entertainment, Inc. | 15,819 |
| Coca Cola Company | 27,017 |
| Comcast Corporation | 37,210 |
| Disney Corporation | 139,710 |
| DXC Technology | 774 |
| HP, Inc. | 10,067 |
| Hewlett Packard Enterprise | 4,672 |
| Marriott International, Inc. | 37,558 |
| McDonald's | 29,466 |
| Medtronic, PLH, SHS | 12,780 |
| Microfocus Intl. | 250 |
| Microsoft | 248,111 |
| Netflix | 54,073 |
| PepsiCo | 144,901 |
| Southwest Airlines | 30,342 |

**Exhibit 67 pg6**

| | |
|---|---|
| Walmart | 21,374 |
| Yum | 27,105 |
| Yum China Holdings | 13,342 |

**Personal Checking Account**

| | |
|---|---|
| First Horizon | $53,330 |
| Centennial Bank | 602 |

**Certificate of Deposit**

| | |
|---|---|
| Gulf Atlantic Bank CD (principal) | $140,000 |

**Aggregate of Joint Accounts Held Nominally With Elderly Mother**

| | |
|---|---|
| Center State Bank | $112,597 |

**Promissory Notes (Principal Remaining)**

| | |
|---|---|
| Owed by Ronald K. Heck (Lakeside) | $18,251 |
| Owed by Ronald K. Heck (Wagner) | $59,156 |
| Owed by RPM Nautical Foundation, Inc. | $98,230 |



November 30 to December 31, 2020

# RAYMOND JAMES®

Your Portfolio

Ed Scales IRA Account No

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program *

| Description (Symbol) | | | Value | Estimated Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|
| Raymond James Bank Deposit Program * - Selected Sweep Option | | | | 0.01% | $1.75 |
| Raymond James Bank N.A | | | $17,572.30 | | |
| Raymond James Bank Deposit Program Total | | | $17,572.30 | | $1.75 |

Your bank priority state: FL

Participating banks recently added: The Bank of New York Mellon 11/20/2020, Metro City Bank 11/23/2020 FirstBank 11/20/2020, Bank of Dakota Rep/12020

* Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page.

Estimated Income Yield for RJBDP was calculated as of 12/29/2020

| Cash & Cash Alternatives Total | $17,572.30 | $1.75 |
|---|---|---|

## Mutual Funds

### Open-End Funds

| Description (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| NUVEEN ALL AMERICAN MUNICIPAL BOND FUND CLASS I N/L (FAARX) | 1,235.994 | $13,892.17 | $13,892.17 | $12.220 | $15,103.41 | 3.25% | $490.68 | $1,211.24 8.72% | $1,211.24 8.72% |
| PIMCO INCOME FUND CLASS I2 N/L (PONPX) | 1,033.575 | $11,347.25 | $11,347.25 | $12.110 | $12,516.58 | 4.89% | $611.88 | $1,169.33 10.30% | $1,169.33 10.30% |
| Open-End Funds Total | | $25,239.42 | $25,239.42 | | $27,619.99 | 3.99% | $1,102.56 | $2,380.57 | $2,380.57 |

| Mutual Funds Total | | | $25,239.42 | | $27,619.99 | 3.99% | $1,102.56 | $2,380.57 | $2,380.57 |

Part B, Ex A, P!

November 30 to December 31, 2020

**Exhibit 67 pg.8**

# RAYMOND JAMES®

Your Portfolio (continued)

## Exchange-Traded Products (ETPs)

### Exchange-Traded Funds

| Description / Symbol | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| INVESCO SENIOR LOAN ETF (BKLN) | 45,000 | | $22.326 | $113,691.67 | $22.280 | **$10,360.20** | 3.55% | $468.75 | (0.21)% | $21,471 |
| LOT 1 | 450,000 | 12-10-2018 | $22.430 | $9,394.54 | $22.280 | $9,268.48 | 3.59% | $329.89 | (0.71)% | $986.06 |
| LOT 2 | 49,000 | 03-09-2020 | $21.520 | $1,047.13 | $22.280 | $1,091.72 | 3.46% | $39.86 | 4.26% | $44.59 |
| ISHARES TR MSCI EMG MKT ETF (EEM) | 207,000 | | $34.915 | $7,262.42 | $51.670 | **$10,747.36** | 1.45% | $155.79 | 47.99% | $3,484.91 |
| LOT 1 | 162,000 | 04-25-2016 | $33.740 | $5,467.27 | $51.670 | $8,370.54 | 1.45% | $121.32 | 53.10% | $2,903.27 |
| LOT 2 | 7,000 | 11-14-2016 | $34.154 | $240.41 | $51.670 | $361.69 | 1.45% | $5.24 | 50.15% | $121.28 |
| LOT 3 | 15,000 | 02-10-2018 | $41.373 | $626.65 | $51.670 | $775.05 | 1.45% | $11.23 | 23.68% | $148.40 |
| LOT 4 | 6,000 | 10-26-2018 | $39.745 | $236.75 | $51.670 | $413.36 | 1.45% | $5.99 | 43.45% | $100.61 |
| LOT 5 | 6,000 | 10-12-2007 | $40.523 | $243.14 | $51.670 | $310.02 | 1.45% | $4.49 | 27.51% | $66.88 |
| LOT 6 | 10,000 | 01-07-2005 | $37.535 | $345.00 | $51.670 | $516.70 | 1.45% | $7.49 | 50.79% | $141.19 |
| ISHARES TR MSCI EAFE ETF (EFA) | 201,000 | | $69.142 | $17,490.57 | $72.900 | **$14,683.84** | 2.13% | $316.61 | 26.51% | $2,593.27 |
| LOT 1 | 181,000 | 12-10-2018 | $72.036 | $10,079.28 | $72.900 | $13,205.26 | 2.13% | $285.91 | 26.40% | $2,285.51 |
| LOT 2 | 13,000 | 05-22-2019 | $61.953 | $805.46 | $72.900 | $948.46 | 2.13% | $20.15 | 17.77% | $143.15 |
| LOT 3 | 10,000 | 02-09-2018 | $75.349 | $757.05 | $72.900 | $729.69 | 2.13% | $15.52 | 27.33% | $16.60 |
| ISHARES TR CORE S&P MCP ETF (IJH) | 113,000 | | $116.211 | $18,447.17 | $229.890 | **$27,349.77** | 1.18% | $469.22 | 51.18% | $27,181.49 |
| LOT 1 | 44,000 | 11-01-2010 | $142.361 | $5,553.45 | $229.890 | $10,112.50 | 1.28% | $129.49 | 55.06% | $3,598.97 |
| LOT 2 | 10,000 | 10-28-2015 | $129.676 | $2,043.81 | $229.890 | $3,677.26 | 1.28% | $47.00 | 27.33% | $841.24 |
| LOT 3 | 22,000 | 12-10-2019 | $147.450 | $3,653.46 | $229.890 | $5,036.26 | 1.28% | $64.75 | 28.59% | $1,152.46 |
| LOT 4 | 12,000 | 04-09-2020 | $180.865 | $3,017.09 | $229.930 | $3,900.71 | 1.24% | $50.03 | 27.08% | $902.42 |
| LOT 5 | 20,000 | 07-01-2020 | $184.984 | $3,130.17 | $229.890 | $4,596.60 | 1.28% | $58.45 | 29.60% | $1,362.43 |


E x A, 2.2

Page 35 of 49

November 30 to December 31, 2020

Exhibit 67 pg.9

# RAYMOND JAMES®

## Your Portfolio (continued)
Ed Scates IRA Account No.

---

## Exchange-Traded Products (ETPs) (continued)

### Exchange-Traded Funds (continued)

| Description    (Symbol) | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| ISHARES TR RUS 1000 GRW ETF   (IWF) | 187.000 | $136.590 | $25,542.24 | $241.140 | **$45,093.18** | 0.66% | $298.27 | 76.54% | $19,550.94 |
| LOT 1 | 121.000  12/04/2018 | $123.440 | $14,936.29 | $241.140 | $29,177.94 | 0.66% | $193.02 | 95.39% | $14,244.65 |
| LOT 2 | 12.000  03/06/2020 | $104.545 | $7,052.42 | $241.140 | $2,893.68 | 0.64% | $19.14 | 43.08% | $841.26 |
| LOT 3 | 54.000  03/26/2020 | $159.010 | $8,586.53 | $241.140 | $13,021.56 | 0.60% | $86.10 | 51.65% | $4,445.03 |
| ISHARES TR RUSSELL 2000 ETF   (IWM) | 148.000 | $131.704 | $19,492.30 | $196.060 | **$29,016.88** | 1.04% | $302.99 | 48.86% | $9,524.58 |
| LOT 1 | 58.000  11/04/2018 | $116.074 | $6,732.26 | $196.060 | $11,371.49 | 1.04% | $118.61 | 68.91% | $4,639.20 |
| LOT 2 | 22.000  10/25/2018 | $147.683 | $3,248.34 | $196.060 | $4,313.32 | 1.04% | $44.99 | 32.78% | $1,064.98 |
| LOT 3 | 20.000  12/15/2016 | $144.070 | $2,176.01 | $196.060 | $5,068.74 | 1.04% | $52.81 | 56.09% | $1,202.01 |
| LOT 4 | 14.000  03/02/2020 | $146.375 | $2,049.25 | $196.060 | $2,744.84 | 1.04% | $28.63 | 33.94% | $695.59 |
| LOT 5 | 25.000  03/03/2020 | $113.395 | $3,044.86 | $196.060 | $4,901.50 | 1.04% | $51.13 | 49.21% | $1,616.62 |
| ISHARES TR U.S. REAL ES ETF   (IYR) | 229.000 | $74.345 | $16,772.76 | $85.650 | **$19,628.20** | 2.58% | $504.11 | 15.21% | $2,547.53 |
| LOT 1 | 225.000  11/14/2018 | $74.371 | $16,695.16 | $85.650 | $19,271.25 | 2.58% | $497.46 | 15.43% | $2,676.19 |
| LOT 2 | 3.000  03/03/2020 | $85.117 | $255.50 | $85.650 | $256.95 | 2.58% | $6.63 | 0.57% | $1.45 |
| ISHARES TR JPMORGAN USD EMG   (EMB) | 91.000 | $106.637 | $9,704.11 | $115.910 | **$10,547.81** | 3.94% | $409.14 | 8.69% | $843.70 |
| LOT 1 | 90.000  08/27/2018 | $106.600 | $9,597.60 | $115.910 | $10,431.90 | 3.88% | $404.64 | 8.69% | $834.30 |
| LOT 2 | 1.000  03/03/2020 | $106.510 | $106.51 | $115.910 | $115.91 | 3.89% | $4.50 | 8.83% | $9.40 |
| ISHARES TR IBOXX HI YD ETF   (HYG) | 120.000 | $86.037 | $10,717.75 | $87.300 | **$10,476.00** | 4.86% | $511.34 | 7.6% | $759.75 |
| LOT 1 | 44.000  12/17/2015 | $84.591 | $3,722.64 | $87.300 | $3,841.20 | 4.89% | $187.59 | 3.01% | $118.56 |
| LOT 2 | 76.000  07/30/2020 | $91.698 | $6,714.61 | $87.300 | $6,634.80 | 4.88% | $323.91 | 7.11% | $636.19 |
| ISHARES TR 3-7 YR TREAS BD   (IEI) | 89.000  03/03/2020 | $135.679 | $11,524.63 | $142.050 | **$11,702.24** | 1.12% | $131.12 | 0.9% | $95.58 |

*Ex A  p. 3*

November 30 to December 31, 2020

Exhibit 67 pg.10

# RAYMOND JAMES

Your Portfolio (continued)

## Exchange-Traded Products (ETPs) (continued)

### Exchange-Traded Funds (continued)

| Description   Symbol | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Share (Loss) Plot | Comm/ Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| PIMCO ACTIVE BOND EXCHANGE-TRADED FUND (BOND) | 285,000 | | $10,254 | $10,682.20 | $113.110 | $32,349.46 | 2.63% | $850.14 | 5.43% | $1,081.17 |
| LOT 1 | 70,000  12/29/2016 | | $103,642 | $7,254.97 | $113.110 | $7,917.70 | 2.68% | $210.27 | 9.13% | $662.73 |
| LOT 2 | 215,000  03/14/2019 | | $109,461 | $25,427.22 | $113.110 | $24,441.76 | 2.60% | $648.84 | 4.29% | $1,094.44 |
| PIMCO ENHANCED SHORT MATURITY ACTIVE EXCHANGE-TRADED FUND (MINT) | 224,000  12/00/2019 | | $101,086 | $22,956.70 | $102.040 | $22,856.96 | 1.16% | $263.65 | 0.03% | $11.20 |
| SPDR S&P GLOBAL NATURAL RESOURCES ETF  (GNR) | 280,000 | | $40,642 | $11,369.44 | $44.790 | $13,389.22 | 2.78% | $372.50 | 18.82% | $2,159.73 |
| LOT 1 | 150,000 | | $42,194 | $3,466.16 | $44.790 | $5,395.20 | 2.78% | $149.87 | 55.96% | $1,538.22 |
| LOT 2 | 8,000  05/16/2019 | | $47,370 | $3,493.31 | $44.790 | $3,671.96 | 2.78% | $102.10 | 0.83% | $223.10 |
| LOT 3 | 1,000  10/25/2019 | | $39,100 | $189.00 | $44.790 | $179.12 | 2.75% | $4.80 | 10.14% | $11.08 |
| LOT 4 | 5,000  03/10/2020 | | $27,133 | $2,116.60 | $44.790 | $2,552.46 | 2.78% | $61.50 | 11.87% | $283.49 |
| LOT 5 | 9,000  03/10/2020 | | $33,292 | $1,313.79 | $44.790 | $1,812.08 | 2.78% | $44.50 | 37.11% | $495.00 |
| VANECK VECTORS GOLD MINERS ETF  (GDX) | 250,000 | | $19,997 | $5,129.94 | $56.000 | $9,329.18 | 0.45% | $49.21 | 80.13% | $4,199.62 |
| LOT 1 | 100,000  02/13/2019 | | $31,464 | $4,479.64 | $56.000 | $5,970.76 | 0.45% | $26.20 | 64.94% | $1,991.11 |
| LOT 2 | 150,000  12/16/2019 | | $19,140 | $3,100.72 | $56.000 | $3,358.42 | 0.45% | $22.99 | 98.15% | $2,149.61 |
| VANGUARD HIGH DIVIDEND YIELD ETF  (VYM) | 262,000 | | $99,475 | $60,919.78 | $91.010 | $69,273.07 | 3.18% | $2,190.84 | 13.71% | $8,353.31 |
| LOT 1 | 205,000  11/05/2015 | | $91,254 | $18,079.13 | $91.010 | $18,674.05 | 3.18% | $634.77 | 12.03% | $2,215.55 |
| LOT 2 | 275,000  09/09/2016 | | $81,425 | $23,843.01 | $91.010 | $25,348.27 | 3.18% | $804.09 | 12.29% | $2,789.07 |
| LOT 3 | 64,000  10/28/2019 | | $94,785 | $5,527.43 | $85.010 | $5,822.60 | 3.19% | $185.90 | 12.19% | $694.20 |
| LOT 4 | 104,000  11/25/2019 | | $76,107 | $4,457.51 | $91.010 | $5,332.00 | 3.16% | $171.45 | 13.25% | $394.66 |
| LOT 5 | 100,000  03/10/2020 | | $83,241 | $1,721.10 | $91.010 | $11,194.62 | 3.16% | $55.21 | 10.14% | $167.07 |

*Ex P  P.4*

Exhibit 67 pg.11

# RAYMOND JAMES®

## Your Portfolio (continued)
Ed Scales IRA Account No.

## Exchange-Traded Products (ETPs) (continued)

### Exchange-Traded Funds (continued)

| Description  (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| LOT 6 | 123.000 | 02/07/2020 | $77.039 | $9,549.51 | $91.510 | $11,255.73 | 3.18% | $357.43 | 17.67% | $1,706.22 |
| Exchange-Traded Funds Total | | | | $273,631.28 | | $336,903.37 | 2.11% | $7,092.50 | 23.12% | $63,272.09 |
| Exchange-Traded Products Total | | | | $273,631.28 | | $336,903.37 | 2.11% | $7,092.50 | 23.12% | $63,272.09 |

△ Please see that Exchange-Traded Products on the Understanding Your Statement page.

## Alternative Investments

### Alternative Mutual Funds △

| Description  (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| CALAMOS MARKET NEUTRAL INCOME FUND CLASS I N/L (CMNIX) | 2,969.498 | $35,251.96 | $ 48,355.86 | $13.890 | $41,232.44 | 0.90% | $371.16 | $5,980.48  16.96% | $2,876.58  7.97% |
| GATEWAY FUND CLASS Y N/L - NATIXIS ADVISOR (GTEYX) | 1,174.464 | $35,375.42 | $35,375.42 | $36.730 | $43,138.80 | 1.08% | $458.95 | $7,763.38  21.95% | $7,763.38  21.95% |
| Alternative Mutual Funds Total | | $70,627.38 | $73,731.28 | | $84,371.24 | 0.98% | $829.11 | $13,743.86 | $10,639.96 |
| Alternative Investments Total | | $70,627.38 | | | $84,371.24 | 0.98% | $829.11 | $13,743.86 | |

△ Please see Alternative Mutual Funds on the Understanding Your Statement page.

## Portfolio Total   $466,466.90

Log in to Client Access at https://www.raymondjames.com/ for free access to view additional position details, other costs, or dividend and up to 18 months of activity and view available documents/reports for accounts that you hold.

$E \times A, P.5$

Part 5, Ex 15

Exhibit 67 pg.12

# RAYMOND JAMES®

November 30 to December 31, 2020

## Your Portfolio

Ed Scales   Appreciation Model Account No

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program

| Description | (Symbol) | | Value | Estimated Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|
| Raymond James Bank Deposit Program ᵠ - Selected Sweep Option | | | | 0.01% | $0.88 |
| Raymond James Bank N.A. | | | $8,843.02 | | |
| Raymond James Bank Deposit Program Total | | | $8,843.02 | | $0.88 |

Your bank priority state: FL

Participating banks recently added: The Bank of New York Mellon 11/23/2020, Mellon Bk Bank 11/23/2020, FirstBank 10/24/2020, Bank of Dakota 10/01/2020

ᵠ Please see the Raymond James Bank Deposit Program section in Understanding Your Statement page.

Estimated Income Yield for RJBDP was calculated as of 12/31/2020.

| Cash & Cash Alternatives Total | | | $8,843.02 | | $0.88 |
|---|---|---|---|---|---|

## Exchange-Traded Products (ETPs)

### Exchange-Traded Funds

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| ISHARES TR MSCI EMG MKT ETF (EEM) | 165,000 | | $37.690 | $6,216.13 | $51.670 | **$8,525.55** | 1.45% | $123.50 | 37.11% | $2,307.42 |
| LOT 1 | 24.000 | 08/31/2015 | $43.749 | $904.97 | $51.670 | $1,240.08 | 1.45% | $17.98 | 59.17% | $426.11 |
| LOT 2 | 19.000 | 11/14/2016 | $31.614 | $1,090.42 | $51.670 | $1,560.16 | 1.45% | $22.47 | 50.15% | $610.78 |
| LOT 3 | 38.000 | 09/10/2018 | $41.750 | $1,588.02 | $51.670 | $1,963.46 | 1.45% | $28.46 | 23.64% | $375.44 |
| LOT 4 | 33.000 | 10/26/2018 | $38.710 | $1,277.72 | $51.670 | $1,705.11 | 1.45% | $24.72 | 31.45% | $417.39 |
| LOT 5 | 4.000 | 04/01/2020 | $40.525 | $162.10 | $51.670 | $206.66 | 1.45% | $3.00 | 27.00% | $44.56 |
| LOT 6 | 35.000 | 08/05/2020 | $47.166 | $1,350.00 | $51.670 | $1,808.11 | 1.45% | $26.56 | 37.79% | $510.12 |
| ISHARES TR MSCI EAFE ETF (EFA) | 215.000 | | $60.217 | $13,000.94 | $73.300 | **$15,759.36** | 3.13% | $535.23 | 21.16% | $2,758.42 |
| LOT 1 | 187.000 | 12/07/2018 | $60.850 | $11,384.90 | $73.300 | $13,704.52 | 3.13% | $390.21 | 21.46% | $2,392.58 |

November 30 to December 31, 2020

Exhibit 67 pg.13

# RAYMOND JAMES®

Ex 8, p.2

## Your Portfolio (continued)

# Exchange-Traded Products (ETPs) (continued)

## Exchange-Traded Funds (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Annual Income Yield | Estimated Annual Income | Current Gain/Loss Pct | Gain/Loss (Year) |
|---|---|---|---|---|---|---|---|---|---|---|
| LOT 2 | 9,666 | 00/00/2000 | $63.90 | $123.00 | $72,984 | $145.92 | 2.15% | $3.10 | 17.77% | $92.67 |
| LOT 3 | 27,000 | 00/00/2020 | $67.540 | $1,847.10 | $72.9600 | $1,969.92 | 2.14% | $41.50 | 27.73% | $427.00 |
| ISHARES TR CORE S&P MCP ETF (IJH) | 56,000 | | $102.273 | $8,122.26 | $229.810 | $12,870.48 | 1.26% | $161.81 | 50.9% | $4,313.73 |
| LOT 1 | 48,000 | 11/04/2018 | $148.293 | $7,115.60 | $229.850 | $11,001.84 | 1.24% | $141.96 | 55.02% | $3,915.24 |
| LOT 2 | 3,000 | 10/18/2018 | $179.627 | $538.84 | $229.630 | $688.40 | 1.26% | $8.53 | 27.95% | $159.01 |
| LOT 3 | 3,000 | 03/09/2020 | $180.937 | $542.66 | $229.830 | $689.42 | 1.28% | $8.83 | 27.06% | $146.83 |
| LOT 4 | 2,000 | 03/10/2020 | $164.125 | $329.12 | $229.840 | $459.65 | 1.28% | $5.89 | 39.66% | $130.54 |
| ISHARES TR RUS 1000 GRW ETF (IWF) | 95,000 | 12/28/2018 | $123.410 | $11,724.94 | $241.140 | $22,908.30 | 0.66% | $151.53 | 95.39% | $11,183.36 |
| ISHARES TR RUSSELL 2000 ETF (IWM) | 70,000 | | $121.151 | $8,480.54 | $196.060 | $13,724.20 | 1.04% | $143.15 | 61.83% | $5,243.66 |
| LOT 1 | 57,000 | 11/14/2018 | $116.074 | $6,616.25 | $196.060 | $11,175.42 | 1.04% | $116.57 | 68.91% | $4,559.17 |
| LOT 2 | 5,000 | 10/26/2018 | $147.652 | $739.26 | $196.060 | $980.30 | 1.04% | $10.23 | 32.79% | $241.01 |
| LOT 3 | 5,000 | 03/02/2020 | $146.310 | $731.64 | $196.060 | $980.30 | 1.04% | $10.23 | 33.94% | $248.63 |
| LOT 4 | 1,000 | 03/09/2020 | $141.477 | $394.49 | $196.060 | $588.18 | 1.04% | $6.14 | 49.21% | $193.69 |
| ISHARES TR U.S. REAL ES ETF (IYR) | 70,000 | | $74.830 | $2,375.30 | $85.690 | $6,166.80 | 2.64% | $159.19 | 14.12% | $764.42 |
| LOT 1 | 67,000 | 11/14/2018 | $74.301 | $4,119.80 | $85.690 | $5,993.49 | 2.64% | $152.56 | 15.41% | $793.00 |
| LOT 2 | 3,000 | 03/09/2020 | $85.165 | $256.60 | $85.690 | $256.93 | 2.59% | $6.63 | 0.57% | $1.45 |
| ISHARES TR IBOXX HI YD ETF (HYG) | 26,000 | | $84.729 | $2,198.91 | $87.300 | $2,269.80 | 4.94% | $110.51 | 4.14% | $129.45 |
| LOT 1 | 14,000 | 12/05/2018 | $82.040 | $1,120.84 | $87.300 | $1,212.20 | 4.94% | $59.67 | 9.64% | $151.16 |
| LOT 2 | 12,000 | 04/02/2020 | $91.400 | $1,078.10 | $87.300 | $1,047.60 | 4.94% | $51.14 | 7.11% | $63.40 |
| ISHARES TR 3-7 YR TREAS BD (IEI) | 38,000 | 03/05/2019 | $129.805 | $4,774.04 | $132.980 | $5,053.24 | 1.12% | $56.62 | 6.20% | $304.20 |



November 30 to December 31, 2020

Exhibit 67 pg.14

# RAYMOND JAMES®

*E1 61, p.3*

## Your Portfolio (continued)

Ed Scales  Appreciation Model Account No.

## Exchange-Traded Products (ETPs) (continued)

### Exchange-Traded Funds (continued)

| Description    (Symbol) | Quantity   Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| PIMCO ACTIVE BOND EXCHANGE-TRADED FUND (BOND) | 19,000 | $103.009 | $1,957.18 | $113.110 | $2,149.09 | 2.66% | $57.06 | 9.81% | $191.91 |
| LOT 1 | 18,000  12/20/2016 | $102.452 | $1,844.14 | $113.110 | $2,035.98 | 2.66% | $54.08 | 10.40% | $191.85 |
| LOT 2 | 1,000  09/04/2020 | $113.050 | $113.05 | $113.110 | $113.11 | 2.03% | $3.00 | 0.05% | $0.06 |
| PIMCO ENHANCED SHORT MATURITY ACTIVE EXCHANGE-TRADED FUND (MINT) | 22,000  12/09/2020 | $101.990 | $2,243.78 | $102.040 | $2,244.88 | 1.15% | $25.84 | 0.05% | $1.10 |
| SPDR S&P GLOBAL NATURAL RESOURCES ETF  (GNR) | 95,000 | $42.975 | $3,607.63 | $44.780 | $4,254.10 | 2.78% | $118.37 | 17.92% | $646.47 |
| LOT 1 | 38,000  12/15/2015 | $32.124 | $1,220.87 | $44.780 | $1,701.64 | 2.78% | $47.35 | 39.38% | $480.77 |
| LOT 2 | 29,000  06/16/2016 | $17.472 | $1,376.90 | $44.780 | $1,298.62 | 2.78% | $36.13 | 5.89% | $78.06 |
| LOT 3 | 18,000  03/02/2020 | $37.955 | $683.27 | $44.780 | $806.04 | 2.78% | $22.43 | 17.97% | $122.77 |
| LOT 4 | 10,000  03/04/2020 | $32.659 | $326.59 | $44.780 | $447.80 | 2.78% | $12.46 | 37.11% | $121.21 |
| VANECK VECTORS GOLD MINERS ETF  (GDX) | 85,000 | $19.791 | $1,681.68 | $36.020 | $3,061.70 | 0.53% | $16.15 | 82.06% | $1,380.02 |
| LOT 1 | 40,000  12/16/2017 | $21.590 | $863.58 | $36.020 | $1,440.70 | 0.53% | $7.60 | 66.84% | $577.22 |
| LOT 2 | 45,000  09/16/2018 | $18.180 | $819.10 | $36.020 | $1,620.90 | 0.53% | $8.55 | 98.38% | $802.80 |
| VANGUARD HIGH DIVIDEND YIELD ETF  (VYM) | 401,000 | $61.000 | $32,616.83 | $91.510 | $36,695.51 | 3.18% | $1,165.31 | 12.50% | $4,078.68 |
| LOT 1 | 135,000  04/05/2018 | $81.000 | $10,952.70 | $91.510 | $12,353.85 | 3.18% | $393.33 | 12.69% | $1,401.15 |
| LOT 2 | 180,000  03/07/2018 | $81.000 | $14,325.44 | $91.510 | $16,746.35 | 3.18% | $533.82 | 12.79% | $1,820.97 |
| LOT 3 | 30,000  12/28/2018 | $81.000 | $2,447.07 | $91.510 | $2,745.30 | 3.18% | $87.13 | 12.19% | $298.23 |
| LOT 4 | 56,000  03/05/2020 | $82.000 | $2,891.62 | $91.510 | $3,849.52 | 3.18% | $95.03 | 11.07% | $958.60 |

November 30 to December 31, 2020

**Exhibit 67 pg.15**

# RAYMOND JAMES®

*Ex B, P 4*

## Your Portfolio (continued)

## Exchange-Traded Products (ETPs) (continued) *

### Exchange-Traded Funds (continued)

| Description | (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOT 5 | | 20,000 | 03/09/2020 | $77.639 | $1,552.77 | $91.510 | $1,830.20 | 3.18% | $58.12 | 17.87% | $277.43 |
| **Exchange-Traded Funds Total** | | | | | $102,207.78 | | **$135,683.01** | 1.94% | $2,627.73 | 32.75% | $33,475.23 |
| **Exchange-Traded Products Total** | | | | | **$102,207.78** | | **$135,683.01** | **1.94%** | **$2,627.73** | **32.75%** | **$33,475.23** |

* Please see the Exchange-Traded Products on the Understanding Your Statement page

## Alternative Investments

### Alternative Mutual Funds *

| Description | (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| CALAMOS MARKET NEUTRAL INCOME FUND CLASS I N/L (CMNIX) | | 473,305 | $5,679.34 | $6,135.98 | $13.890 | $6,574.21 | 0.90% | $59.16 | $894.87 15.76% | $438.23 7.14% |
| GATEWAY FUND CLASS Y N/L - NATIXIS ADVISOR (GTEYX) | | 166,230 | $5,609.46 | $5,609.46 | $36.730 | $6,013.91 | 1.06% | $73.41 | $1,304.45 23.25% | $1,304.45 23.25% |
| **Alternative Mutual Funds Total** | | | $11,288.80 | $11,745.44 | | **$13,488.12** | 0.98% | $132.57 | $2,199.32 | $1,742.66 |
| **Alternative Investments Total** | | | **$11,288.80** | | | **$13,488.12** | **0.98%** | **$132.57** | **$2,199.32** | |

* Please see Alternative Mutual Funds on the Understanding Your Statement page

---

**Portfolio Total**    **$158,014.15**

Cost basis for these tax lots securities will be supplied to the IRS on Form 1099-B

---

Log in to Client Access at https://www.raymondjames.com/clientaccess to view additional position details, filter, sort, or download up to 18 months of activity and see available delivery options for account documents



Exhibit 67 pg.16

# RAYMOND JAMES®

November 30 to December 31, 2020

Part B, Ex C, ?'

Your Portfolio

Ed Scales - Bond Model Account No.

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program *

| Description | (Symbol) | | Value | Estimated Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|
| Raymond James Bank Deposit Program * - Selected Sweep Option | | | | 0.01% | $0.35 |
| Raymond James Bank N A | | | $3,557.66 | | |
| Raymond James Bank Deposit Program Total | | | $3,557.66 | | $0.35 |

Your bank priority state: FL

Participating banks recently added: The Bank of New York Mellon 11/23/2020, Metro City Bank 11/23/2020, FirstBank 10/28/2020, Bank of Baroda 10/01/2020

* Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page.

^ Estimated Income Yield for RJBDP was calculated as of 12/28/2020.

| Cash & Cash Alternatives Total | $3,557.66 | $0.35 |
|---|---|---|

## Mutual Funds

### Open-End Funds

| Description (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND CLASS I N/L (NHMRX) | 1,026.467 | $16,790.23 | $16,790.23 | $17.610 | $18,078.46 | 5.00% | $904.44 | $1,288.22 7.67% | $1,288.22 7.67% |
| NUVEEN ALL AMERICAN MUNICIPAL BOND FUND CLASS I N/L (FAARX) | 1,431.029 | $16,159.73 | $16,159.73 | $12.220 | $17,487.17 | 3.25% | $568.12 | $1,328.44 8.22% | $1,328.44 8.22% |
| PIMCO INCOME FUND CLASS I2 N/L (PONPX) | 1,465.037 | $17,437.56 | $17,451.48 | $12.110 | $17,752.50 | 4.89% | $867.83 | $314.94 1.81% | $301.02 1.72% |
| PIONEER BOND FUND CLASS Y N/L (PICYX) | 944.345 | $8,727.73 | $8,894.79 | $10.170 | $9,464.91 | 2.93% | $277.50 | $737.78 8.45% | $570.12 6.41% |
| Open-End Funds Total | | $59,113.65 | $59,296.23 | | $62,783.03 | 4.17% | $2,617.89 | $3,669.38 | $3,487.80 |

| Mutual Funds Total | | $59,296.23 | | $62,783.03 | 4.17% | $2,617.89 | | $3,487.80 |
|---|---|---|---|---|---|---|---|---|

Ed Scales - Bond Model Portfolio Page 456 of 597

November 30 to December 31, 2020

**Exhibit 67 pg.17**

# RAYMOND JAMES®

*Ex C, 22*

## Your Portfolio (continued)

## Exchange-Traded Products (ETPs)

### Exchange-Traded Funds

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| INVESCO SENIOR LOAN ETF (BKLN) | 249.000 | 12/10/2018 | $22.422 | $5,583.60 | $22.280 | **$5,547.72** | 3.56% | $197.45 | (0.63%) | $35.88 |
| ISHARES TR JPMORGAN USD EMG (EMB) | 52.000 | 10/09/2019 | $107.255 | $5,576.96 | $115.910 | **$6,027.32** | 3.88% | $235.79 | 8.07% | $450.31 |
| ISHARES TR IBOXX HI YD ETF (HYG) | 72.000 | | $74.942 | $5,399.04 | $87.300 | **$6,285.60** | 4.87% | $306.66 | 16.50% | $861.26 |
| LOT 1 | 23.000 | 09/06/2019 | $77.818 | $1,789.82 | $87.300 | $2,531.70 | 4.88% | $123.63 | 12.04% | $172.68 |
| LOT 2 | 14.000 | 01/20/2020 | $79.189 | $1,106.50 | $87.300 | $1,222.20 | 4.88% | $63.87 | 10.25% | $115.65 |
| LOT 3 | 29.000 | 05/18/2020 | $79.849 | $2,315.63 | $87.300 | $2,531.70 | 4.88% | $123.63 | 9.33% | $216.07 |
| ISHARES TR 3-7 YR TREAS BD (IEI) | 38.000 | 04/06/2020 | $132.940 | $4,663.04 | $132.980 | **$5,053.24** | 1.12% | $56.62 | 8.23% | $384.20 |
| JPMORGAN ULTRA-SHORT INCOME ETF (JPST) | 266.000 | 12/02/2020 | $50.720 | $13,491.59 | $50.700 | **$13,611.72** | 1.39% | $181.74 | 0.89% | $120.13 |
| PIMCO ACTIVE BOND EXCHANGE-TRADED FUND (BOND) | 94.000 | | $109.010 | $10,147.63 | $113.110 | **$10,632.34** | 2.66% | $282.94 | 3.75% | $484.62 |
| LOT 1 | 53.000 | 03/18/2020 | $109.460 | $5,746.37 | $113.110 | $5,994.83 | 2.66% | $159.21 | 4.29% | $248.46 |
| LOT 2 | 41.000 | 03/26/2020 | $108.733 | $4,400.49 | $113.110 | $4,637.51 | 2.66% | $123.46 | 3.07% | $138.02 |
| PIMCO ENHANCED SHORT MATURITY ACTIVE EXCHANGE-TRADED FUND (MINT) | 111.000 | | $101.634 | $11,240.94 | $102.040 | **$11,326.44** | 1.15% | $130.65 | 0.41% | $46.13 |
| LOT 1 | 58.000 | 01/03/2019 | $101.538 | $5,869.18 | $102.040 | $5,918.32 | 1.15% | $68.21 | 0.49% | $28.11 |
| LOT 2 | 30.000 | 05/26/2020 | $101.42 | $3,042.53 | $102.040 | $3,061.20 | 1.15% | $35.31 | 0.62% | $18.67 |
| LOT 3 | 23.000 | 04/23/2019 | $101.609 | $2,118.65 | $102.040 | $1,122.44 | 1.15% | $12.97 | 0.43% | $4.79 |

Page 17 of 44

November 30 to December 31, 2020

**RAYMOND JAMES**®

Ex. C, p. 3

## Your Portfolio (continued)

Ed Scales  Bond Model Account No.

Exhibit 67 pg.18

---

### Exchange-Traded Products (ETPs) (continued)

#### Exchange-Traded Funds (continued)

| Description  Symbol | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Current (Loss) Pct | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| LOT 4 | 12,000  12/23/2019 | | $101.690 | $1,220.28 | $102.040 | $1,224.48 | 1.15% | $14.12 | 0.34% | $4.20 |
| Exchange-Traded Funds Total | | | | $58,652.67 | | $58,484.38 | 2.39% | $1,397.50 | 3.23% | $1,831.71 |
| Exchange-Traded Products Total | | | | $58,652.67 | | $58,484.38 | 2.39% | $1,397.50 | 3.23% | $1,831.71 |

∞ Please see the Exchange-Traded Products on the Understanding Your Statement page.

---

### Portfolio Total  $124,825.07

∞ Cost basis for these tax lots/securities will be supplied to the IRS on Form 1099-B

Log in to Client Access at https://www.raymondjames.com/clientaccess to view additional position details, filter, sort, or download up to 18 months of activity and see available delivery options for account documents.

Report Period Account Activity         **Exhibit 67 pg.19**

| Fund | Beginning Balance | Contri- bution | With- drawal | For- feiture | Transfer | Gains - (Losses) | Ending Balance | Ending Units | Last Price |
|---|---|---|---|---|---|---|---|---|---|
| American Century Growth Instl | 14,485.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,460.11 | 15,945.57 | 334.99 | 47.60 |
| American Funds EuroPacific A | 6,080.93 | 0.00 | 0.00 | 0.00 | 0.00 | 1,204.20 | 7,285.13 | 105.06 | 69.34 |
| American Funds Wash Mutual A | 1,892.94 | 0.00 | 0.00 | 0.00 | 0.00 | 2,544.15 | 2,437.24 | 42.00 | 58.17 |
| Fidel ty Emerging Markets Instl | 2,972.00 | 0.00 | 0.00 | 0.00 | 0.00 | 440.75 | 3,405.34 | 244.57 | 12.71 |
| Vanguard Equity Income Adm | 2,342.77 | 0.00 | 0.00 | 0.00 | 0.00 | 302.68 | 2,651.23 | 32.42 | 79.37 |
| Vanguard Mid-Cap Growth Index Ad | 3,478.25 | 0.00 | 0.00 | 0.00 | 0.00 | 958.51 | 4,036.75 | 44.89 | 8. 26 |
| Vanguard Small Cap Growth Index | 3,728.73 | 0.00 | 0.00 | 0.00 | 0.00 | 914.42 | 3,643.13 | 59.39 | 94.61 |
| Vanguard Small Cap Value Index A | 2,155.64 | 0.00 | 0.00 | 0.00 | 0.00 | 688.37 | 3,045.01 | 49.56 | 6. 07 |
| **Total** | 36,938.88 | 0.00 | 0.00 | 0.00 | 0.00 | 5,806.82 | 42,825.70 ✦ | | |

Vesting Schedule

**Vesting Schedule Information**

You will receive credit for additional years of vesting service for each plan year in which you work at least 1,000 hours. Rollover, 401(k) salary deferrals and Safe Harbor sources not listed below are always 100% immediately vested.

ER - MATCH ER MATCH

1 Yr -0%    2 Yr -20%    3 Yr -40%    4 Yr -60%    5 Yr -80%    6 Yr -100%    7 Yr -100%

Part B

Ex. D

Statements are prepared on a CASH rather than an ACCRUAL basis, which means transactions occurring near the end of the reporting period may not be reflected.

This statement serves as confirmation of requested transactions.

Ingham Group 9155 S. Dadeland Blvd. Suite 1512 Miami Florida 33156 Tel 888.458.5957, Option 5 Email PSC@ingham.com Internet www.ingham.com

PID ITA      Bowen & Scales III      Page 2 of 4

**Exhibit 67 pg.20**

Part B, Ex. ⬤ E

Your Current Investment Portfolio for Plan

| Investment Objective | Balance on 10/01/2020 | Total Activity | Investment Earnings | Balance on 12/31/2020 | Number of Units/Shares | Unit/Share Price |
|---|---|---|---|---|---|---|
| **Asset Allocation** | | | | | | |
| Vanguard Trgt Retire 2035 Fnd Inv | $118,238.13 | $4,549.98 | $13,917.51 | $136,705.62 | 5,584.3080 | $24.4803 |
| Vanguard Trgt Retire Income Fnd Inv | $15,811.78 | $650.01 | $820.43 | $17,282.22 | 862.6160 | $20.0346 |
| **Large Cap Value** | | | | | | |
| Voya U.S. Stock Index Port Inst | $19,028.19 | -$19,127.99 | $99.80 | $0.00 | 0.0000 | $38.0928 |
| Fidelity 500 Index Fund | $0.00 | $19,778.00 | $2,235.62 | $22,013.62 | 1,960.0540 | $11.2311 |
| **Small/Mid/Specialty** | | | | | | |
| Vanguard Mid-Cap Index Fund Inst | $17,205.56 | -$17,355.47 | $149.89 | $0.00 | 0.0000 | $37.3336 |
| Fidelity Mid Cap Index Fd | $0.00 | $18,005.45 | $3,315.60 | $21,321.05 | 1,522.9720 | $13.9998 |
| **Total** | $170,283.66 | $6,499.98 | $20,538.85 | $197,322.51 | | |

Unit/Share prices are displayed to four decimal places.

Exhibit 67 pg.21

## Part D to Form 6—Income Sources

(Exceeding $1,000 January through December 31, 2020, unless otherwise indicated)

State of Florida

Jeff Atwater

Chief Financial Officer

200 East Gaines Street

Tallahassee, FL 32399-0356                    $169,840

RPM Nautical Foundation

1111 12th Street, Suite 404

Key West, FL 33040                              $ 12,000

Hans and Laura Gerth*

851 Isabelle PL

Winsor ON N8S 3A8

Canada                                            0*

Ronald K. Heck

832 Terry Lane

Key West, FL 33040                             $1,395

**Exhibit 67 pg.22**

First Horizon Bank f/k/a Capital Bank

330 Whitehead Street

Key West, FL 33040                          $5,986


Microsoft Corporation

One Microsoft Way

Redmond, WA 98052                        $2,322


PepsiCo

700 Anderson Hill Road

Purchase, NY 10577                          $3,794


Raymond James Financial

88 Carillon Parkway

St. Petersburg, FL 33716                    $19,323**


Walt Disney Company

P.O. Box 10000

Lake Buena Vista, FL 32830                  $674*

*While dividend/interest/rental income from these payors did not exceed $1000 in calendar year 2020, such income from these payors has exceeded the threshold in past years.

** Includes cumulative interest and reinvested dividends on holdings in all Raymond James Accounts

**CONFIDENTIAL**

FLORIDA
COMMISSION ON ETHICS

APR 02 2021

RECEIVED

Exhibit 67 pg.23

## Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: _Edwin A. Scales_    Work Telephone: _305-229-3260_

Work Address: _2001 SW 117th Ave, Miami, FL_    Judicial Office Held: _Appellate Judge_

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      |             |        | $      |
|      | None        |        | $      |
|      |             |        | $      |
|      |             |        | $      |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-----------------------------------------------------------------------------------------------------------------------------------------------|--------|
|      |                                                                                                                                               |        |
|      | None                                                                                                                                          |        |
|      |                                                                                                                                               |        |
|      |                                                                                                                                               |        |

☐ Check here if continued on separate sheet

## CONTINUE TO PAGE 2 FOR OATH

Page 1 of 2

Form 6A Revised 2/20

**OATH**                      **Exhibit 67 pg.24**

State of Florida

County of _MONROE_

I, _Edwin A. Scales_, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _5/6/2024_

NOTARY PUBLIC · STATE OF FLORIDA
DEVONNA ALCE
Commission # GG 985113
Expires May 6, 2024
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this

_5th_ day of _April_, 20 _21_

Form 6A Revised 2/20                Page 2 of 2

**Exhibit 67. pg.25**

Edwin A. Scales

2001 S.W. 117th Avenue

Miami, Florida 33175

April 6, 2021

FLORIDA
COMMISSION ON ETHICS

APR 0 3 2021

RECEIVED

Florida Commission on Ethics

ATTN: Chris Anderson, Executive Director

P.O. Drawer 15709

Tallahassee, FL 32317-5709

RE: Financial Disclosure Reports for Calendar Year 2020

Dear Chris:

First, I hope you and yours are safe and doing well. Hopefully, we'll be back to normal soon.

Enclosed please find the original of my Form 6, Full and Public Disclosure of Financial Interests with its enclosures (i.e. Part B-Schedule of Assets, Exhibits A,B,C,D & E to same; Part D-Income Sources).

Also, please find my completed Form 6A (Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges).

Thank you very much, Chris, for your time, consideration and service to our State. If you have any questions, comments, or concerns, or if I can ever be of any help to you on this end, please do not hesitate to let me know.

Sincerely yours,

Edwin A. Scales

Encl.

**Exhibit 69**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,

CASE: 23-CV-22640-JEM

V.

U.S. BANK, NATIONAL ASSOCIATION, Et al.,

Defendants.

_____/

AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (II) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August, 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- *2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !* Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: **In his Form 6,** from Tallahassee called **FINANCIAL DISCLOSURE REPORT, for 2021 Says on page 4 lines 3 and 4, that he made** $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank which is US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.F & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because of Conflicts Of Interest. None of these Judges or Attorney's can do anything with the State Court because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's were wasting all of the time Exh H. not us but we were never given that opportunity and Judge Lopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was

**Exhibit 69**

directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order. Exh. O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, Exh.. I.

## FACTS

1 . On Dec. 19. 2017. Defendant Judge Valerie Schurr issued a final Judgment order Exhibit.A against Plaintiff Pursuant to Florida Stat. 112.131. Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits ≠ B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13. SEC Filings U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1)A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !* Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money illegally. Here's proof.

# FINANCIAL DISCLOSURE REPORT

Page 4 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/09/2022 |

**Exhibit 69**

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1. CAPITAL ONE | A | Interest | M | T | | | | | |
| 2. AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | | |
| 3. IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | | |
| 4. IBERIA BANK - CHECKING(X) | A | Interest | M | T | | | | | |
| 5. FIRST CITIZENS(X) | A | Interest | M | T | | | | | |
| 6. AMERICAN ELECTRIC | A | Dividend | J | T | | | | | |
| 7. DOMINION ENERGY (FORMERLY DOMINION DIRECT) | C | Dividend | M | T | | | | | |
| 8. SOUTHERN COMPANY | B | Dividend | L | T | | | | - | |
| 9. EVERGY INC | A | Dividend | K | T | | | | | |
| 10. MCDONALDS CORPORATION | A | Dividend | K | T | | | | | |
| 11. SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | | |
| 12. USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A | |
| 13. | | | | | Sold (part) | 03/05/21 | J | A | |
| 14. USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy (add'l) | 12/20/21 | J | | |
| 15. USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold (part) | 08/26/21 | K | A | |
| 16. | | | | | Buy (add'l) | 12/20/21 | J | | |
| 17. USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy (add'l) | 12/20/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Case 1:23-cv-22640-JEM Document 73 Entered on FLSD Docket 07/15/2024 Page
Case 1:24-cv-23015-SC Document 21-1 Entered on FLSD Docket 09/09/2024 Page 469 of
597

Exhibit 69

# IBERIA BANK IS FIRST HORIZON

v

**First Horizon Bank, which acquired IberiaBank, agrees with TD Bank ...**

May 4, 2023 - First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday it has
mutually agreed with TD Bank Group to call off their $13.4 billion merger. TD Bank informed First ...

# SUNTRUST IS FIRST HORIZON

v

https://www.bizjournals.com › charlotte › news › 2020

## Dozens of former SunTrust branches become part of First Horizon Bank ...

Memphis, Tennessee-based First Horizon National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend ...

# SUNTRUST IS US BANCORP

v

https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54T972009I014

**U.S. Bancorp to buy BB&T's select Nevada branches | Reuters**

Oct 14 (Reuters) - U.S. Bancorp USB.N said it signed a deal with BB&T Corp BBT.N to buy about $800
million in deposits of certain branch locations of BB&T's Nevada banking operations for an ...

# US BANCORP IS USBANK

v

U.S. Bancorp - Wikipedia

**WIKIPEDIA**
The Free Encyclopedia

## U.S. Bancorp

Text

U.S. Bancorp (stylized as us bancorp) is an American
bank holding company based in Minneapolis, Minnesota,
and incorporated in Delaware.[4] It is the parent company
of U.S. Bank National Association, and is the fifth-largest

U.S. Bancorp



**Exhibit 69**

Exh.F

Case 1:18-cv-22211-JJO   Document 8   Entered on FLSD Docket: 07/01/2019   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22211-GAYLES

CARL PRICKSON

Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.

Defendants.

ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exhibit 69
Exh.G

# U.S. Bancorp

文A 21 languages ∨

Article   Talk

Read   Edit   View history   Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[7]

## History [ edit ]

The U.S. Bank name first appeared as United States National Bank of Portland, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name;[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to First Bank System in 1968.[9]

In the eastern part of the franchise, Farmers and Millers Bank in Milwaukee opened its doors in 1853, growing into the First National Bank of Milwaukee and eventually becoming First Wisconsin and ultimately Firstar Corporation.[9] In Cincinnati, First National Bank of Cincinnati opened for business on July 13, 1863 under National Charter #24—the charter that U.S. Bancorp still operates under today, and one of the oldest active national bank charters in the nation. U.S. Bancorp claims 1863 as its founding date.[9] Despite having started up in the midst of the Civil War, First National Bank of Cincinnati went on to survive many decades to grow into Star Bank.[9]



U.S. Bancorp

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Type | Public company |
| Traded as | NYSE: USB S&P 100 component |

**Exhibit 69** Exh.H

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE, COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

|  |  |
|---|---|
|  | CASE NO. 10- 61928-CA-01 |
| U S BANK (NA) | Section No. 05 |
|  | CIVIL DIVISION |
| Plaintiff(s) |  |
| vs. |  |
| WILLIAMS, LEROY | Motion, Notice and |
| LITTLEJOHN, JAMES |  |
| WILLIAMS, HOKE | Judgment of Dismissal |
| Defendant(s) |  |

JAMES KAISHAS

<u>ORDER ON MOTION TO DISMISS
FOR LACK OF PROSECUTION</u>

CLOCK IN

THIS CAUSE having come on to be heard pursuant to Rule 1.420 of the Fla.R.Civ.P. and the Court being fully advised in the premises.

[ __ ] THE COURT FINDS that no party opposing the motion to dismiss for lack of prosecution having appeared as ordered and demonstrated the existence of the requisite record activity or that action had been stayed nor having timely filed a showing of good cause in writing, if required, and therefore, in the absence of any evidence to the contrary, the Court finds that (1) notice prescribed by Rule 1.420(e) was timely served; (2) there was no record activity during the 10 months immediately preceding service of the foregoing notice; (3) there was no record activity during 60 days immediately following service of the foregoing notice; (4) no stay has been issued or approved by the Court; and (5) no party has shown good cause why this action should remain pending;

FILED FOR RECORD
2012 JAN -4 AM 10:49
CLERK, CIRCUIT COURT
DADE COUNTY
CIVIL DIVISION
MIAMI, FLA.

THEREFORE, IT IS ORDERED that this action is dismissed for lack of prosecution.

[ ✓ ] THE COURT FINDS good cause why this action should remain pending; therefore, IT ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of Prosecution pursuant to Florida Rule of Civil Procedure 1.420(E), is hereby DENIED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this _____ day of

_____ 2012.

_____
Circuit Court Judge

Marc Schumacher
Circuit Court Judge

cc:   Counsel/Parties of Record

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL. 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days before your scheduled court appearance, or immediately upon receiving this notification, if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Exhibit 69 Exh.I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

Jul 2 6 2009

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL 33130-1731

PROCESSED

ID Code

ID No    210380

Conf. Code

P. Req. Code

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20_08_ was $ _2,860,357.00._

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see Instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Cnty Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 300 mL | $25,000.00 |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 900179, Louisville, Ky. – | 91,438.00 |
| GMAC Mortgage (Residence) 1st & 2nd Mortgages P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx. | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:    Columbus, Ohio 4328-2579

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |

**Exhibit 69 Exhibit J**

IN THE CIRCUIT COURT OF THE
11™ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-ca1

US Bank., N.A.                                    April 1, 2010
      Plaintiff(s)

Vs.

Leroy Williams
      Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20__          APR 06 2010

                                            _____
                                            CIRCUIT COURT JUDGE

                                            VALERIE MANNO SCHURR
                                            CIRCUIT COURT JUDGE

Cc All parties

STATE OF FLORIDA, COUNTY OF MIAMI DADE
_____ 10/22 ___ 2/
_____
                                            _____
                                            MONA BRUNO #79905



Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

Exhibit 69 Exhibit K

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
            Plaintiff,

                                    CASE NO.      2007-12407-CA
                                    DIVISION      32

vs.

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
            Defendant(s).

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant
to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is.

ORDERED AND ADJUDGED as follows:

    1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to
bring an action to foreclose the mortgage which is the subject matter of the instant cause.

    2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS,
FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

    3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148

Serial: 13688522
DOC_ID: M010502

Exhibit 69 Exhibit K pg.2

4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA;

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ _____ day of

_____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV—jnves

Exhibit 69 Exhibit L

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS    2009

COMMISSION ON ETHICS
FILED RECEIVED

FOR OFFICE
USE ONLY:

PROCESSED

| | |
|---|---|
| ID Code | |
| ID No | 210380 |
| Cont. Code | |
| P. Rev. Code | |

Hon Valerie R. Manno Schurr
Circuit Judge.
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2009 was $ 3,351,051.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence — Miami-Dade County (Primary) | 950,000.00 |
| Vail Colorado Condominium/Eagle County | 350,000.00 |
| Frank Arras IRA - Deposit Account / Retirement | 457,000.00 |
| Roth IRA - Regal | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citi Mtg Circuit Line / P.C Box 4062 Linedale, I A | 610,000.00 |
| Wells Fargo P.O Box/11 ro 82969 Dallas TX | 104,000.00 |
| Chase Financial Group/P.O. Box 78067 Phoenix AZ 8500 | 24,300.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |

CE FORM 6 - EFF. 1/2010    (Continued on reverse side)    PAGE 1

Exhibit 69
Exhibit M

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank, N.A.
         Plaintiffs.

         vs.

Leroy Williams
         Defendants:

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court;
And (4) no party has shown good cause why this action should remain pending.
Accordingly.

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2009

EDWARD ZABEL
Circuit Court Judge

## Exhibit 69   Exhibit N

| | | | | | |
|---|---|---|---|---|---|
| | | 05/27/2011 | Service Return for Unknown Party | Event | |
| | 57 | 01/25/2011 | Service Return for Unknown Party | Event | LEROY WILLIAMS |
| | | 01/25/2011 | Service Return for Unknown Party | Event | |
| | | 01/25/2011 | Summons Returned - No Service | Event | Parties: Williams Hoke |
| | | 01/25/2011 | Summons Returned - No Service | Event | Parties: Williams Leroy |
| | | 01/25/2011 | Summons Returned - No Service | Event | Parties: Littlejohn James |
| | | 12/27/2010 | Answer | Event | ATTORNEY:06301891 TO THE COMPLAINT Parties: Miami Dade County |
| | | 12/09/2010 | 27515:1498 | Lis Pendens | Event | B: 27515 P: 1498 |
| | | 12/06/2010 | Verification | Event | |
| | | 12/06/2010 | Plaintiff's Certificate of Settlement Authority | Event | |
| | | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| | | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | $ 1906.00 |
| | | 12/06/2010 | Complaint | Event | |
| | | 12/06/2010 | Civil Cover | Event | |

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

## Exhibit 69 Exh.O

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

### ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the
premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration
of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance
with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of
January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**

Electronically Signed

Case No: 2021-010826-CA-01

Page 1 of 2

# Exhibit 69 Exh.P

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),

vs.

LANCASTER MORTGAGE CO
    Defendant(s).

REASSIGNED BY BLIND
REFER TO SECTION F ___ CA 02
REQUESTED BY ADM JUDGE
THIS DATE ___ OCT 1 7 2019
WILLIAM THOMAS, S.C.
    ?7879

## ORDER OF RECUSAL

THIS CAUSE came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further
consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in
accordance with established procedures

DONE AND ORDERED in chambers, at Miami Dade County, Florida, this 17th day of

October, 2019.

_____
William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH RD, MIAMI, FL 33181
MAURICE SYMONETTE, 4711 LJ PARKWAY, UNIT 4208, SUGARLAND TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 AE



Chief Judge Laurel M. Isicoff and
Judge Mindy A. Mora

**Exhibit 70**

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT
## OF FLORIDA WEST PALM BEACH DIVISION

|  | ) |  |
|---|---|---|
| MACK LEWIS WELLS JR. | ) | CASE NO: 23-12048-MAM |
| DEBTOR | ) |  |
|  | ) |  |

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND
### MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the June, 21 2023 Judge Laurel Isicoff's review of the record and Final Judgement Order, Exhibit.J. based
on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits
# B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13. SEC
Filings- U.S. BANK Florida Subsidiaries, Judge Laurel Isicoff Financial Interests & Property Disclosures) and
taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits
but for to make her and them money illegally. Here's proof: **In Judge Laurel Isicoff's Financial Disclosure
Report in 2017 Exh. (D) on line #1 she got $250,000 from Regions bank who's doing business with Wells
Fargo Exh. (E) Which is US Bank Exh.(F). She is also got $15,000 from Northern Trust Bank on line #35
of her Financial Disclosure Report in 2017 which is BlackRock Exh. (G) . and BlackRock is US Bank Exh. (H)**

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V.*
*Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify*
*himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is*
*party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

### Exhibit 70

Judge Laurel Isicoff must Recuse herself for an open obvious Conflict of Interest because she's Affiliated with
Federal Bankruptcy Judge Laurel Isicoff, someone doing business with US Bank and helping them to make
money so that she can make money by herself and vacate her Order. Conflict of Interest law in Federal
Court says you can't be affiliated with a person who has Conflict of Interest. So Laurel Isicoff you must
Recuse YOUR SELF and not ORDER against us.

### FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit. A against Plaintiff
Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the June. 21 2023 Laurel Isicoff review of the record and Final Judgement Order, Exhibit.J. based on the
following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of
personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)
Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018Tables 9-13, SEC
Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & PropertyDisclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.*
*Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify*
*himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is*
*party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Laurel Isicoff must Recuse himself for an open obvious Conflict of Interest because he's doing business
with US Bank and helping them to make money so that he can make money by foreclosing and taking
(stealing) our property while acting as the Judge on the case on our property, not on case's Merits
but for to make his and them money Illegally. Here's proof.

### FACTUAL BACKGROUND

Exhibit 70

| FINANCIAL DISCLOSURE REPORT Page 8 of 10 | Name of Person Reporting Isicoff, Laurel M. | EXH.D | Date of Report 10/27/2017 |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northern Trust Bank cash account | | None | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. Shelby Capital LLC | | None | J | U | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Regions Financial Corporation
## Common Stock (RF)

**$18.29** +0.47 (+2.64%)

Volume: **4,241,285**

JUL 3, 2023

o | **+ ADD TO WATCHLIST** | **+ ADD TO PORTFOLIO**

Exhibit 70

| | | | |
|---|---|---|---|
| > VOYA INVESTMENT MANAGEMENT LLC | 03/31/2023 | 665,756 | -3,5 |
| > WELLS FARGO & COMPANY/MN | 03/31/2023 | 6,643,804 | 95,625 |
| UBS ASSET MANAGEMENT AMERICAS INC | 03/31/2023 | 6,587,360 | -325,757 |
| VICTORY CAPITAL MANAGEMENT INC | 03/31/2023 | 5,973,479 | -284,540 |
| SHAPIRO CAPITAL MANAGEMENT LLC | 03/31/2023 | 5,952,074 | -200,975 |
| BANK OF MONTREAL /CAN/ | 12/31/2022 | 5,676,267 | 244,179 |
| BANK OF AMERICA CORP /DE/ | 03/31/2023 | 4,876,849 | -2,524,738 |
| NUVEEN ASSET MANAGEMENT, LLC | 03/31/2023 | 4,739,868 | 159,939 |
| ARROWSTREET CAPITAL, LIMITED PARTNERSHIP | 03/31/2023 | 4,132,592 | 1,173,572 |

< 1 2 3 4 5 6 7 ... 64 >

< BACK TO RF OVERVIEW



**WIKIPEDIA**
The Free Encyclopedia

# U.S. Bancorp *Is US Bank*   *EXh. F*

U.S. **Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. **Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to **First Bank System** in 1968.[9]

**Exhibit 70**

**U.S. Bancorp**



Corporate headquarters. U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Type** | Public company |
| **Traded as** | NYSE: USB (https://www.nyse.com/quote/XNYS:USB) |
| | S&P 100 component |
| | S&P 500 component |



# Google



**Exhibit 70 Exh.G**

 blackRock is Northern Trust Bank  

News     Wikipedia     Maps     Images     Books     Shopping

CHICAGO - As part of its continuing strategy to provide integrated products, services and technology across the entire investment lifecycle, **Northern Trust has entered into a strategic alliance with BlackRock** to deliver enhanced operations, data, and servicing capabilities to mutual clients.

May 27, 2020

 https://www.northerntrust.com › africa                    ⋮

Northern Trust Announces Alliance with BlackRock as part of Whole Office ...

 About featured snippets      Feedback

BlackRock owns U.S. Bank

News    Images    Maps    Videos    Shopping

2023-02-01 - BlackRock Inc. has filed an SC 13G/A form with the Securities and Exchange Commission (SEC) disclosing ownership of 100,484,434 shares of U.S. Bancorp. (US:USB). This represents **6.6 percent** ownership of the company.

f  https://fintel.io › us › usb › blackrock    ⋮

BlackRock Inc. ownership in USB / U.S. Bancorp. - 13F, 13D, 13G Filings - Fintel.io

❓ About featured snippets    🏳 Feedback

People also ask    ⋮

What banks are owned by BlackRock?    ⌃

BlackRock is also the sole shareholder and owner of

› BlackRock Increases Position in U.S. Bancorp (USB)

Feb 1, 2023 — Fintel reports that BlackRock has filed a 13G/A form with the SEC disclosing ownership of 100.48MM shares of U.S. Bancorp...

**Exhibit 70**

w    Wikipedia
     https://en.m.wikipedia.org › wiki

› BlackRock

BlackRock, Inc. is an American multi-national investment company based in New York City. Founded in 1988, initially as an enterprise risk...

FT   Financial Times
     https://www.ft.com › content

› BlackRock to manage $114bn of asset disposals after US bank failures

Apr 5, 2023 — US regulators have appointed BlackRock's advisory arm to help sell a $114bn portfolio of securities inherited after the governme...

f    Fintel
     https://fintel.io › blk › regions-finan

› Regions Financial Corp reports 1.49% decrease in ownership of BLK / BlackRock ...

2022-11-03 - Regions Financial Corp has filed a 13F-HR form disclosing ownership of 132,951 shares of BlackRock, Inc. (US:BLK) with total ...

Latest Disclosed Ownership: 132,951 shares

●    WallStreetZen
     https://www.wallstreetzen.com › sw    ⋮

› NYSE: RF Regions Financial Corp Stock Ownership - Who owns ...

Regions Financial (NYSE: RF) is owned by 73.76% institutional shareholders, 2.07% Regions Financial insiders, and 24.17% retail investors. Vanguard...

■    CNN.com
     https://money.cnn.com › quote ›    ⋮

› RF - Regions Financial Corp Shareholders - CNNMoney.com

Top 10 Owners of Regions Financial Corp : BlackRock Fund Advisors, 6.54%, 62,319,368 . SSgA Funds Management, Inc. 5.36%, 50,312,92...

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,
CASE: 23-CV-22640-JEM
V.

**Exhibit 71**

U.S. BANK, NATIONAL ASSOCIATION,Et al.,

Defendants.
_____/

<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW</u>

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 17' 2023 Eduardo L Sanchez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

*<u>Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd FL Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !</u>*

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

**Exhibit 71**

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called <u>FULL AND PUBLIC DISCLOSURE OF FINANCIAL</u>, form 6 for 2021 it Says on line 14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)-(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007–12407–CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has

## Exhibit 71 Exh. D

**FINANCIAL DISCLOSURE REPORT**
Page 6 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Edwardo L. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 5, § 318 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouse and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
|---|---|---|---|---|---|---|---|---|
| 35  XCEL ENERGY INC | A | Dividend | J | T | | | | |
| 36  BANK OF AMERICA CORP | A | Dividend | J | T | | | | |
| 37  DUKE ENERGY CORP NEW (DUK) | A | Dividend | J | T | | | | |
| 38  Johnson & Johnson | A | Dividend | J | T | | | | |
| 39  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | |
| 40  COHERENT INC. | | None | | | Redeemed | 07/05/22 | J | |
| 41  COHERENT CORP. | | None | J | T | | | | |
| 42  MICROSOFT CORP | A | Dividend | K | T | | | | |
| 43  PLUG POWER INC | | None | J | T | Buy (addl'T) | 08/10/22 | J | |
| 44 | | | | | Sold (part) | 12/19/22 | J | |
| 45  Coinbase Global, Inc. CL A (COIN) | | None | J | T | Sold (part) | 12/19/22 | J | |
| 46  Amazon.com, Inc. (AMZN) | | None | J | T | | | | |
| 47  Dow, Inc. (DOW) | A | Dividend | J | T | | | | |
| 48  BHP Group Limited ADR (BHP) | A | Dividend | J | T | Buy | 08/26/22 | J | |
| 49  MASS MUTUAL FINANCIAL GROUP, whole life insurance policies | B | Dividend | L | T | | | | |
| → 50  Wells Fargo Bank Cash Accounts | A | Interest | M | T | | | | |
| 51  Dade County Federal Credit Union Cash Accounts | A | Int./Div | N | T | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated



# U.S. Bancorp

**Exhibit 71**

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929,

**U.S. Bancorp**



Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB (https://w ww.nyse.com/quote/X NYS:USB) |
| | S&P 100 component |
| | S&P 500 component |

Exhibit 71 Exh.I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY:

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11 Th)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL  33130-1731

**PROCESSED**

ID Code

ID No    210380

Conf Code

P Req Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date  [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31 20~~08~~ was $ 2,800,357.00.

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami - Dade (former Residence) | 700,000.00 |
| Home located in Miami - Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 mL | $25,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former Residence) P.O. Box 9001719, Louisville, Ky. - | 91,438.00 |
| GMAC Mortgage (Residence) [1st & 2nd Mortgages P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650709, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:    Columbus, Ohio 4320-2579

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |
| | |



**Exhibit 71 Exh.K**

IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE N

April 1,2010

S Bank, N.A.
Plaintiff(s)

V.

Leroy Williams
Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11 2008, (2) their was no record activity for the year preceding
Service of the foregoing notice, (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.

Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

**APR 06 20**     **APR 06 2010**

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

MONA BRUNO #796

**Exhibit 71 Exh.L**

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

| | FOR OFFICE USE ONLY | |
|---|---|---|
| | ID Code | |
| | ID No | 210380 |
| | Conf Code | |
| | P Reg Code | |

PROCESSED

‖
Hon Valerie R Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOUSE RM 1105
MIAMI FL 33130

Manno Schurr   Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _____ , 20 69 was $ _____

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS.
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects described above is $ _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000.

| DESCRIPTION OF ASSET (specific description is required - see instructions p 4) | VALUE OF ASSET |
|---|---|
| | |
| | |
| | |
| | |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None – | |
| | |
| | |

CE FORM 6   EFF. 1/1/     (Continued on reverse side.)   PAGE 1

**Exhibit 71 Exh.M**

IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE No. _____-CA

April _, 2009

S Bank N.A
        Plaintiff,

Vs.

LEROY Williams
        Defendant(s)

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
served on April 11 2008. The court finds _____ notice prescribed by rule _40 _
Was serve _____ April _1 2008; (2) their _____ record activity for the ___ preceding
Service of the foregoing notice 1978 _____ has been issued or approve to be the court
And (4) no party has sho_____ good cause why this action should _____ ____ pending.
Accordingly,
IT IS ORDERED That this _____
DONE AND ORDERED in chamber _____
March _, 2009

SARAH L ZABEL
Circuit C _____

Copies furnished to:
_____, Cahill & Stewards)
P.O. Box 23028
Tampa, Florida 33623-5018
All parties on the attached service list
www.NNDCALaw.COM-8-leslie-FEW.) at

**Exhibit 71 Exh.N**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY FLORIDA
CIVIL ACTION

US BANK, N.A.
Plaintiff

CASE NO.       2007-1248T-CA
DIVISION       32

vs.

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
Defendant(s).

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court, ex parte, pursuant to a motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants, LEROY WILLIAMS, MARK WELLS, FRANKLIN CREDIT MANAGEMENT CORPORATION, CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148



Serial 13666522
DOC_ID M010502





Bk 27343 Pg 949 CFN 20100451678 07/06/2010 15 32 32 Pg 1 of 3 Mia-Dade Cty FL

# Exhibit 71 Exh.O

| | | | | | |
|---|---|---|---|---|---|
| | | 01/25/2011 | Service Return for Unknown Party | Event | |
| | | 01/25/2011 | Service Return for Unknown Party | Event | LEROY WILLIAMS |
| | | 01/25/2011 | Service Return for Unknown Party | Event | |
| | | 01/26/2011 | Summons Returned - No Service | Event | Parties: Williams Huke |
| | | 01/26/2011 | Summons Returned - No Service | Event | Parties: Williams Lenox |
| | | 01/26/2011 | Summons Returned - No Service | Event | Parties: Littlejohn James |
| | | 12/27/2010 | Answer | Event | ATTORNEY DO301901 TO THE COMPLAINT Parties: Miami Dade Court |
| | | 12/06/2010 | 27515 1488 | Lis Pendens | Event | B 27515 P 1488 |
| | | 12/06/2010 | certification | Event | |
| | | 12/06/2010 | Plaintiff's Certificate of Settlement Authority | Event | |
| | | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | Summons Issued | Event | Parties: Williams Lenox; Littlejohn James; Williams Huke; Deutsche Bank, nat'l trs; Wells Fargo Bank, nat; Wachovia Bank (ra) |
| | | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | $ 1906.00 |
| | | 12/06/2010 | Complaint | Event | |
| | | 12/06/2010 | Civil Cover | Event | |

**Exhibit 71 Exh.N pg.2**

The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the herein-described property.

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

The Final Summary Judgment heretofore entered on August [   ] 2010 be and the same hereby is set aside and shall be of no further force or effect.

The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ day of _____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list

Bk 27343 Pg 950 CFN 20100451678 07/06/2010 15 32 32 Pg 2 of 3 Mia-Dade Cty FL

**Exhibit 71 Exh.P1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22213-GAYLES

CARL PAYERSON

Plaintiff

v.

RAYMOND CORPORATION, et al.

Defendants

_____

ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455 the undersigned Judge hereby recuses in the above-styled case is

undersigned hereby recuses himself and returns the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of June, 2018.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

**Exhibit 71 Exh.Q1**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO   2018-030418-CA-01
SECTION  CA 28

JAMES BUCKMAN
            Plaintiff(s),

vs

LANCASTER MORTGAGE CO
            Defendant(s)



ORDER OF RECUSAL

THIS CAUSE came before the Court sua sponte  and the Court being fully advised in

the premises  it is hereby

ORDERED AND ADJUDGED

1  That the undersigned Circuit Court Judge  hereby recuses herself from further
   consideration of this case

2  This case shall be reassigned to another section of the Circuit Civil Division in
   accordance with established procedures

DONE AND ORDERED  in chambers  at Miami Dade County, Florida  this   th  day of

October 2018.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List
JAMES BUCKMAN 1977 NE 119TH RD  MIAMI FL 33181
MAURICE SYMONETTE 4711 LJ PARKWAY, UNIT 4208, SUGAR LAND TX 7475
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2008 A B
RESIDENTIAL ASSET SECURITIZATION TR 2008 A8 +

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

**Exhibit 71 Exh.R**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022

*[signature]*

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE

Electronically Signed

Case No: 2021-010826-CA-01                                    Page 1 of 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL    **Exhibit 71 Exh.S**
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____|

## ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

   **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises. it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**Exhibit 71**

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Julie Anthousis, FL.CourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Exhibit 71**

**Physically Served:**

Exhibit 71 Exh.T pg.1



Exhibit 71 Exh.T pg.2



SEE PROOF OF DISCRIMINATING JUDGES CAUGHT...

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

**Exhibit 71 Exh.V pg.1**

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT
BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on
the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit
0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC
Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd FL Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
prior the Judge is Bias the Stue 22 .31 () Judge cant have conflict of Interest !*

Judge Vivianne Del Rio must Recuse elf for an ce to Conflict of Interest because s e's
business with US Bank and helping them to make money so that she can make money by foreclosing and

Exhibit 71 Exh.V pg.2

taking (stealing) our property while acting as the Judge on the case on o ⊔ ▪▪▪▪ on case's Merits b ⊔

for to make ▪▪▪▪ money Illegally. Here's ▪▪▪▪ her Form 6 Affidavit Oath from Tallahassee called

FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:


2. form 6 for 2019 on line 2., Exh. 0. She got $750,215.00 with FRS which is Financed by the SBA.

Exh. 1. which is U.S. Bank, Exh. 2.

3. form 6 for 2019' Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing

business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S.

Bancorp, Exh.4, 19.  And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.


And on her 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on line 2,

Exh. 0. Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S.

Bank, Exh. 2.

3. Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing business with AIG

which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4,

19.  And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

4. Exh. (0). And on line 4 she has $44,000 with E-Trade Which is Morgan Stanley Exh.3, and

Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and

Page 2. which is U.S. Bancorp, (Exh.4, 19). And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

Exhibit 71 Exh.V pg.3

Which means U.S. Bank is JUDGE VIVIANNE DEL RIO according to her Form 6 signed by her

Affidavit of Financial interest whole way of wealth making money and partners with her in

almost all assets she owns other than e~~her~~ ~~'s~~ ~~s~~alary is U.S. BANK. This is why she has

ruled in favor of U.S. BANK to give a date to sale our house 06/21/2022, Exh. 120. Against

the Rule of Law and without allowing us to talk in the Zoom hearing 05/04/2022, see Exh. 7.

(Video of Hearing gods2.com Video #1), and we know she heard us because the Transcript

could hear us and could hear her and the Transcriber was in a different location from the

Judge and from us in the Zoom Hearing and if he could hear her and us and the Judge can

hear him that means she could hear us so she deliberately ignored us until we screamed

and to listen to our Motion to Dismiss and Reconsider and revert this case back to the

Original Dismissal with Prejudice that was on the Docket before U.S. Banks Motion to reset

the Sale of our Property. See Exh. (8). But instead Judge Vivianne Del Rio referred us to her

assistant and would not hear our Motion. See Exh.9 (Video on gods2.com #2 video of her

assistant talking to us),

WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest
against us and there's more. I have found that our case was directed to other Judges in this sess Pool
all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met
jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice
because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got
$995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. F. And then
suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice
like Judge Zabel did, Exh. G. So as to avoid the Law which says another Judge cannot change another
Judges order in the same Circuit Court so she made the same Order so she could change her own

Exhibit 71 Exh.V pg.4

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

v.

Case No. 2010-61928-CA01

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF
ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding
the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on
the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits
# B)  Attached-U.S. Bank N.A. Special Situation Property Funds  Account Page 42, IFRS 2018 Tables 9-13,
SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

_Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V._
_Judge John A. Rudd FL Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify_
_himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is_
_party fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !_

 Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing
business with US Bank and helping them to make money so that he can make money by foreclosing
and taking (stealing) our property while acting as the Judge on the case on our property, not on case's
Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP,
Exhibit A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan
Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

Exhibit 71 Exh.V pg.5

Stanicy) as seen in his FORM 6 page, 3.line.6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest. Judge John Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit, N. as seen on the public record Exhibit, F. Who is the Entity that is the entity who assigned our Mortgage to US BANK, Exhibit, G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhattan Bank, Exhibit.M. that Judge Schlesinger was doing business with and got his properties from, Exhibit.L. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec.19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit.A against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit.1. A judge cannot change another Judge's ORDER!

2. And also on Dec.19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60. relief from Judgment Or Order. and to vacate Order .*

**Exhibit 71 Exh.V pg.5**

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS.
LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in
time to move for a new trial under Rule 59(b);*

*3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an
Opposing party*

A Judge is expected to Recuse himself pursuant to 28 U.S. C. § 455 Under § 455(a),
Recusal is mandatory in "any proceeding in which his impartiality might reasonably be
questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five
statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking
such relief has been filed, and regardless of whether a reasonable person would question the
judge's impartiality.

*Section 455(b) he shall also disqualify himself in the following circumstances.*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his
household, has a financial interest in the subject matter in controversy or in a party to the
proceeding, or any other interest that could be substantially affected by the outcome of the
proceedings*

*(4)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is
based on new facts, related to a whistle blower's information, willful blindness, fraud,
misconduct, and discovered evidence unknown at the time of the original Complaint filing
Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be
assigned judge before the original Complaint filing As previously displayed by his Dismissal
Order, due to cited improper financial conflicts of interest Judge Schlesinger was incapable of
impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties
required for due process justice in this case.

Judge Schlesinger has creditor loan history and business with Defendant U.S. Bank N.A.

AFFIDAVIT **Exhibit 71 Exh.X**

I Maurice Synanette was There in The Dade County Courthouse on Flagler Street in Downtown Miami and witnessed Judge Zabel Sign The Document to Dismiss with Prejudice on 14/16/2019 that was For The case. 2007-1290-T cm2, and I also witness That I saw it on The docket Sign Judge Zabel

MAURICE Synanette
1500 S River Dr
Miami FLA 33167

X _____
Feb 1, 2022



AFFIDAVIT **Exhibit 71 Exh.Y pg.5**

I James Buckman was there in The Miami Dade Court
House on Flagler Street in downtown Miami and I witness
Judge Zabel sign The Document & Issues with Prejudice
on 04/06/2011 That was for the case No. 2007-12407 (HCS,
and I'm also witness That I saw it on the docket Signed
by Judge ZABEL

James Buckman Jr.
is 5 Rooms
Miami FL. 33167

X Janice Mitchell
Feb 11, 2022



AFFIDAVIT                **Exhibit 71 Exh.Z pg.5**

I Mack Wells was There in The Rimer witness in my
Court house on Flagler Street in Downtown Miami And
I witness Judge Zabel Sign The Dismissal To Dismiss witn
Prejudice on 04/06/2021 That was For The case Number
2020-12407-cacs And I'm also a witness that I
Saw it on the Docket Signed by Judge Zabel

*Mack Wells* (signature)

MACK Wells
1502C S River dr.
Miami Fla 33167

x  Jonnie Pritchell
    Feb. [illegible]

[notary stamp - illegible]



## MIAMI-DADE COUNTY CLERK OF THE COURTS
### HARVEY RUVIN



Exhibit 71 Exh.Z1



# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

US BANK [NA] VS WILLIAMS LEROY

| | |
|---|---|
| Local Case Number: | 2007-01243-CA-01 |
| Filing Date: | 04-26-2007 |
| State Case Number: | 132007CA01240100300? |
| Judicial Section: | 2433 |
| Consolidated Case No.: | N/A |
| Case Type: | 400-401-USC - Legacy Mortgage Foreclosure |
| Case Status: | CLOSED |

👥 **Parties**   Total Of Parties: 6 ✚

🔨 **Hearing Details**   Total Of Hearings: 0 ✚

📑 **Dockets**   Total Of Dockets: 12 ☰

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 02/04/2022 | | Receipt | Event | RECEIPT#:2410006 AMT PAID:$8.00 COMMENT ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUB |
| 📑 | 07/31/2015 | | Copy of | | OF ORDER OF DISMISSAL |
| 📑 | 04/04/2010 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04-07-2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2015 | | The Further Notice of Action | Event | ORDER FILED IN CASE # 00-8168 CA01 AND IN SHARE DRIVE |

GCS Search

## Exhibit 71 Exh.Z2

TO VACATE LAST ORDER & RETAIN ORIG.ORDER

| Date | | Event | | Description |
|---|---|---|---|---|
| 06.14.2012 | | Motion | Event | |
| 06/28/2010 | | Motion for Vacate Threshold | Event | |
| 06.09.2010 | | Tax | Event | RETD ORIGINAL NOTE AND MORTGAGE |
| 06.09.2010 | 27343.0949 | Court Order (Recorded)Order | Event | B 27343 P 0949 VACATING, DISMISSING,CXL SALE, RELEASE LIS PENDENS, ETC |
| 06/02/2010 | | Motion | Event | ATY:0007197$ TO DISMISS CASE,CANCEL FORECLOSURE SALE ETC |
| 06.18.2010 | | Final Disposition Document | Event | |
| 04.07.2010 | 27244.4793 | Court Order Recorded Order | Event | B 27244 P 4793 OF DISMISSAL |
| 12/07/2009 | | Tax | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 12.09.2008 | | Direction | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| 09.09.2008 | | Notice | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT  ETC |
| 06.18.2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 06.18.2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09.17.2007 | 25944.0542 | Court Order Recorded Order | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09.14.2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09.14.2007 | | Proof of Publication | Event | PUB DATE |
| 09.12.2007 | | Motion | Event | TO CANCEL FORECLOSURE SALE |
| 09.10.2007 | | Motion | Event | ATY:83888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09.10.2007 | | Tax | Event | $50 FEE PD/RCPT 145184 |
| 08.30.2007 | | Notice of Sale | Event | |
| 08.28.2007 | | Tax | Event | WRITTEN REQUEST DISPUT VALIDITY OF ALLEGED LOAN |
| 08.14.2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08.13.2007 | | Notice of Filing | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08.13.2007 | | Notice of Filing | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08.13.2007 | | Tax | Event | FINAL DISPOSITION FORM |

*handwritten note:* Dismissed with Prejudice ←

9:02                    LTE

🔒 en.m.wikipedia.org

American  ·-                    based in        **Exhibit 71**
          ,                , and incorporated in    **Exh.Z3**
          .     It is the parent company of **U.S.**
**Bank** National Association, which is the 5th
                              . The
company provides banking, investment,
mortgage, trust, and payment services
products to individuals, businesses,
governmental entities, and other financial
institutions. It has 3,106          and 4,842
       , primarily in the Midwestern
       ,   and has approximately 72,400
employees.    The company also owns            ,
a processor of credit card transactions. U.S.
Bancorp operates under the second-oldest
continuous national charter, originally Charter
#24, granted in 1863 following the passage of
the                       . Earlier charters have
expired as banks were closed or acquired,
raising U.S. Bank's charter number from #24 to
#2. The oldest national charter, originally
granted to the
       , is held by          , which it
obtained upon its merger with          .

**U.S. Bancorp**



U.S. Bank



Exhibit 72

LIMITED-TIME OFFER $5 for 3 months Rediscover the power of local news. SAVE NOW

NATIONAL

# He forged signatures of judges over 100 times. Now this lawyer is going to jail

BY DAVID OVALLE

DOVALLE@MIAMIHERALD.COM

UPDATED AUGUST 03, 2017 5:39 PM

Ex-lawyer Jose Camacho during his sentencing for forgering the signatures of Broward judges. He was sentenced to 364 days in jail, plus 10 years of probation. DAVID OVALLE *Miami Herald*

*MIAMI, FLA.*

Disgraced South Florida lawyer Jose Camacho forged over 100 judicial signatures on financial settlement cases — but the baffling part was that he wasn't really making any extra money off the illegal shortcuts.

Instead, Camacho claimed, he was overwhelmed with work and merely wanted to avoid waiting for backlogged judges to sign off on the paperwork.

TOP VIDEOS

BRENNAN
CENTER
FOR JUSTICE

**Issues**

**Our Work**

Election 2024

**Experts**

**Get Involved**

**About**

Library     Press

**Exhibit 73**

Home // Our Work // Research & Reports // Fair Courts E-Lert: Investigation - 131 federal judges failed to step down from cases with financial conflicts

# Fair Courts E-Lert: Investigation – 131 federal judges failed to step down from cases with financial conflicts

This Fair Courts E-Lert highlights an investigation into ethics violations committed by federal judges, Biden's latest round of nominees to the federal bench, New York judges sent home for noncompliance with a vaccine mandate, and more.

PUBLISHED: October 22, 2021



Strengthen Our Courts

Promote Fair Courts

### Investigation Finds 131 Federal Judges Failed to Step Aside from Cases Despite Financial Conflicts

"More than 130 federal judges have violated U.S. law and judicial ethics by overseeing court cases involving companies in which they or their family owned stock," according to an investigation by the *Wall Street Journal* published on September 28.

The investigation found that 129 federal district court judges and two federal appellate judges failed to step aside from 685 cases in which they had a financial conflict from 2010–2018, and in those cases, about two-thirds of the rulings were in the judge's or their family's financial interests.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION   Exhibit 74

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

    Plaintiff

                                                           CASE NO: 2010-61928-CA01

v.

MACK WELLS

    Defendants,

<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND
MEMORANDUM OF LAW</u>

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the <u>June. 17' 2023</u> Carlos Lopez review of the record and Final Judgement Order, Exhibit.J. based on
the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (<u>Exhibits
# B</u>) Attached- U.S. BANK Special Situation <u>Property  Funds  Account Page  42, IFRS  2018</u> Tables 9-13, SEC
Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

**_Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !_**

Judge Carlos Lopez must Recuse himself for an open obvious Conflict of Interest because he's
doing business with US Bank and helping them to make money so that he can make money by

Exhibit 74

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $2,077,949 with Iberia Bank, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)-(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007-12407-CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has the same conflict of Interest So he must recuse himself and vacate his Order. So Carlos Lopez you must Recuse YOUR SELF and not ORDER against us.

FACTS                                    Exhibit 74

l. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit. A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 25' 2010 Carlos Lopez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & PropertyDisclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2,160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Carlos Lopez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstances.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

CONCLUSION

Exhibit 74

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Carlos Lopez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Carlos Lopez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and Final Judgment Order. Judge Carlos Lopez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK
HE RECUSED HIMSELF BECAUSE HE HAD A MONEY CONFLICT OF INTEREST
IN 131 FEDERAL JUDGES JUST GOT FOUND GUILTY OF CONFLICTS OF
INTEREST GOOGLE NEW YORK TIMES ARTICLE BY ADAM LIPTAC.

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June. *17*, 2023 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds

*Mack Wells*

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

Exhibit 74

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb.,    2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, <u>Exhibit. I. A judge cannot change another Judge's ORDER!</u> And also on <u>June. 25 2010</u>, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb.,    2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

X *Fannie S Mitchell*
*May 3, 2022*

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 360128
My Comm. Expires Jul 29, 2023
Bonded through National Notary Assn.

Exhibit 74

MACK WELLS
15020 S. River Dr.
Miami. fla. 33167

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

FORM 6          Exhibit 74    Exh.D

FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST

PART B- ASSETS


Carlos Lopez

Circuit Judge

11<sup>th</sup> Judicial Circuit


As of January 31, 2022

PART B- ASSETS

ASSETS INDIVIDUALLY VALUED OVER $1,000:

| | |
|---|---|
| Real Estate XXXX Brickell Ave, Unit XXXX, Miami, Fl | $1,250,000 |
| Real Estate 1717 North Bayshore Drive, A4244, Miami, Fl (rental property) | $575,000 |
| Real Estate 1800 NW 24ave, #720, Miami, Fl (rental property) | $200,000 |
| Cash IBERIABANK (Cash & CD) | $2,077,949 |
| 1111 Brickell Ave, Miami, Fl 33131 | |
| Marketable Securities UBS (See Summary) | $311,383 |
| CIM Group, P.O. Box 219312 (Cole Capital) | $255,000 |
| Kansas City, MO 64121 | |
| BBC Realty Holdings LLC- Rental Office at 2333 Brickell Ave | $1,800,000 |
| Suite A-1, Miami, Fl (33.3% owned) | |
| Loan Owed from Caribe Insurance Agency Corp | $125,000 |
| 720 Jeronimo Drive | |
| Coral Gables, Fl 33146 | |

Exhibit 74    Exh.E

All regions ▾     Safe search: moderate ▾     Any time ▾

● https://www.theadvertiser.com › story › money › business › 2022 › 02 › 28 › td-bank-group-buyin...

## TD Bank Group buying former IBERIABANK, First ... - Lafayette, Louisi...

Feb 28, 2022 · **TD Bank** Group, the Canadian financial giant with more than 26 million U.S. customers, will soon be the owner of former IBERIABANK locations following the acquisition of First Horizon on...

🅐 https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-13 ...

## First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023 · First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. **TD Bank** informed First...

🅐 https://www.theadvocate.com › baton_rouge › news › business › first-horizon-iberiabank-owner-...

## First Horizon, IberiaBank owner, set to be acquired by TD Bank in $13...

Feb 28, 2022 · First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. STAFF PHOTO BY LESLIE...

🅒 https://www.commercialappeal.com › story › money › business › 2022 › 02 › 28 › td-bank-acquir...

## TD Bank Group to acquire First Horizon: 5 things to know

Feb 28, 2022 · Toronto-based **TD Bank** Group announced the $13.4 billion all-cash agreement to obtain Memphis-based First Horizon as part of the group's plans to accelerate its growth in the U.S., according to...

🖻 https://www.kadn.com › news › first-horizon-bank-which-acquired-iberiabank-agrees-with-td-ba...

## First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023   MEMPHIS. Tenn. (CNN) -- First Horizon, which acquired IberiaBank, and **TD Bank** have called off a $13 billion deal that would have formed America's sixth-largest **bank**, adding to the turmoil sweeping the country's regional lenders. The acquisition was announced shortly after Memphis-based First Horizon had finished its rebrand of IberiaBank.

Exhibit 74    Exh.F

https://www.bizjournals.com › memphis › news › 2019 › 11 › 08 › first-horizon-to-acquire-30-suntr...

## First Horizon to acquire 30 SunTrust/BB&T branches - The Business J...

Memphis-based **First Horizon** National Corp. announced Friday. Nov. 8, that it entered into a deal with **SunTrust Banks** Inc. and BB&T Corp. to acquire 30 branches across North Carolina, Virginia, and ...

https://www.firsthorizon.com

## First Horizon Bank - A Trusted Choice for Financial Services

first horizon bank is suntrust bank 

🔍 All    🖼 Images    ▷ Videos    🗐 News    ⊙ Maps    🛍 Shopping    ⚙ Settings

Digital & Mobile Banking    Contact Us    Small Business    Mortgage    Forgot User ID Or...

https://www.globenewswire.com › news-release › 2020 › 07 › 20 › 2064531 › 0 › en › First-Horiz...

## First Horizon Completes Acquisition of 30 SunTrust now - GlobeNews...

List of branches in transaction: Winston-Salem, NC Fed Banking Market Medical Park, 2006 S. Hawthorne Rd., Winston-Salem. NC 27103 Mocksville Yadkinville Road. 880 Yadkinville Rd., Mocksville. NC...

https://www.firsthorizon.com › Better-Together › Find-a-Location

## Find a Location - First Horizon Bank

Open on Saturdays Full-Service Drive-Thru No Locations Found See all locations Drive-thru hours could vary. Please check with the banking center team to see if additional drive-thru hours are available. Proven. Focused. Better Together.

https://www.bizjournals.com › charlotte › news › 2020 › 07 › 20 › first-horizon-buys-former-suntr...

## Dozens of former SunTrust branches become part of First Horizon Ba...

Updated Jul 20. 2020, 3:55pm EDT Thirty former **SunTrust** branches are now part of **First Horizon Bank**. Truist Financial Corp. (NYSE: TFC), which owned the branches, agreed to divest them last...

All regions ▾      Safe search: moderate ▾      Any time ▾          **Exhibit 74   Exh.G**

🔲 https://www.truist.com › who-we-are › about-truist

## About Truist | Truist

At Truist, our purpose is to inspire and build better lives and communities. That happens through real care to make things better. To meet client needs, to empower teammates, and to lift up communities. Care starts with culture. Our belief in better is at the core of everything that we do, every day.

🔲 https://money.usnews.com › banking › articles › suntrust-and-bbt-merger-what-you-need-to-know

## SunTrust and BB&T Merger: What You Need to Know - U.S. News

The **SunTrust** and **BB&T** merger is not expected to close until later in 2019, and the two **banks** will remain operating as two separate companies, they say. Don't Dump Your Brick-and-Mortar **Bank**...

🔲 https://media.truist.com › 2019-12-09-BB-T-and-SunTrust-complete-merger-of-equals-to-become...

## BB&T and SunTrust complete merger of equals to become Truist

CHARLOTTE, N.C., Dec. 9. 2019 / PRNewswire / -- Truist Financial Corporation (NYSE: TFC) today announced the completion of the merger of equals between **BB&T** Corporation and **SunTrust** Banks, Inc., effective Dec. 6, 2019.

🔲 https://www.truist.com

## Truist Bank | Checking, Savings, Lending, and Financial Services

The Consumer Financial Protection Bureau (CFPB) offers help in more than 180 languages. call 855-411-2372 from 8 a.m. to 8 p.m. ET, Monday through Friday for assistance by phone. CFPB additional resources for homeowners seeking payment assistance in 7 additional languages: Spanish. Traditional Chinese, Vietnamese, Korean, Tagalog, and Arabic.

🄵 https://www.forbes.com › advisor › banking › suntrust-bank-now-truist-review

## SunTrust Bank, Now Truist, Review - Forbes Advisor

Nov 11, 2021 · **SunTrust** mainly has branches in the Southeast, but its merger with **BB&T** to form Truist may expand its footprint. You can open an account online with **SunTrust** even if you don't live in a state...

Exhibit 74     Exh.H

WSJ  https://www.wsj.com › market-data › quotes › USB

## USB | U.S. Bancorp Stock Price & News - WSJ

Apr 12, 2023 · View the latest **U.S. Bancorp** (USB) stock price, news, historical charts, analyst ratings and financial information from WSJ.

⊞  https://dias.bank.truist.com › ui › bbt

## Truist Online Banking Login | Truist

"Truist Advisors" may be officers and/or associated persons of the following affiliates of Truist Financial Corporation: Truist Bank, our commercial bank, which provides banking, trust and asset management services; Truist Investment Services, Inc., a registered broker-dealer, which is a member of FINRA and SIPC, and a licensed insurance agency ...

🅜  https://www.cnbc.com › 2019 › 02 › 07 › here-are-the-biggest-us-banks-with-bbt-suntrust-merge...

## These are the 10 biggest banks in the country now after the BB&T ...

**BB&T** and SunTrust announced a $66B merger — Here's what three experts say that means for the financial sector **BB&T** 's deal to buy SunTrust Banks is slated to create the sixth-largest bank in...

⋰  https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54119720091014

## U.S. Bancorp to buy BB&T's select Nevada branches : Reuters

Oct 14 (Reuters) - **U.S. Bancorp** USB.N said it signed a deal with **BB&T** Corp BBT.N to buy about $800 million in deposits of certain branch locations of **BB&T's** Nevada banking operations for an...

ℕ  https://greensboro.com › business › whats-bb-ts-new-name › article_2701870e-6a62-5f7f-ae2c-...

## What's BB&T's new name?

The combined BB&T-SunTrust, with $442 billion in total assets, would be on the heels of US **Bancorp's** $476 billion in assets as the largest super-regional bank in the country. It would be the ...

Exhibit 74   Exh.I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

AUTO*3-DIGIT 331 T2  P2    B
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL  33130-1731

PROCESSED

**COMMISSION ON ETHICS**
**DATE RECEIVED**

FOR OFFICE USE ONLY:

JUN 2 6 2009

ID Code

ID No    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2008 was $ 2,800,357.00.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 mL | $ 25,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 9001719, Louisville, Ky.- | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 | 9,205.00 |
| | Columbus, Ohio 43218-2579 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |

CE FORM 6 - EH 1/2009      (Continued on reverse side)      PAGE 1

Exhibit 74   Exh.K

IN THE CIRCUIT COURT OF THE
... JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO 2007-12407-ca1

April 1.2010

US Bank .N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March . 2010.

APR 06 20...    APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc All parties

STATE OF FLORIDA COUNTY OF MIAM DADE

12/22   21

MONA BRUNO #79805

Exhibit 74     Exh.L

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS    2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY:

PROCESSED

ll
Hon Valerie R Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code

ID No          210380

Conf. Code

P. Reo Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of _December 31_ 20 09 was $ _3,351,650.00_

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _152,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see Instructions p 4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County (interest) | 2,500,000.00 |
| Joint Property Condominium/Dade County | 25,000.00 |
| Bank Acct, IRA, Brokerage Account, Wachovia/Bank of America | 650,000.00 |
| Assorted Range Rover / Harley | 64,000.00 |

## PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citi Mtge CreditLine / P.C. Box 4035, Kansas City, I A | 610,000.00 |
| Wells Fargo / P.C. Box/10 px 252 757, Dallas Tx | 111,000.00 |
| Chase Home Group / P.C. Box 78067, Phoenix Az 8500 | 24,350.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None – | |

CE FORM 6 - Eff 1/2010          (Continued on reverse side)          PAGE 1

Exhibit 74

Exhibit M

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-CA1

US Bank N.A.
    Plaintiffs,

v.

Leroy Williams
    Defendants.

_____

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution. Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e) Was served on April 11,2008, (2) their was no record activity for the year preceding Service of the foregoing notice; (3) no stay has been issued or approved by the court. And (4) no party has shown good cause why this action should remain pending. Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice. DONE AND ORDERED in chambers at Miami, dade county, Florida this 30th day of March , 2009

KARAH I. ZABEL
Circuit Court Judge

  
Exhibit 74    Exh.N

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

                    CASE NO.    2007-12407-CA
vs.                 DIVISION    32

                                    SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

---

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED as follows

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS, FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148                     Serial 13666522
                                          DOC_ID M010502

                 

Exhibit 74    Exh.N pg.2

4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ _____ day of

_____, 2010.

**JUN 2 3 2010**

_____
VALERIE R. MANNO SCHURR
Circuit Court Judge

Copies furnished to:
Florida Default Law Group, P.L
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV--abiven

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Exhibit 74     Exh.O

| | 57 | 01/27/2011 | | Service Return for Unknown Party | Event | |
|---|---|---|---|---|---|---|
| | 57 | 01/25/2011 | | Service Return for Unknown Party | Event | **LEROY WILLIAMS** |
| | | 01/25/2011 | | Service Return for Unknown Party | Event | |
| | | 01/25/2011 | | Summons Returned - No Service | Event | Parties: Williams Hoke |
| | | 01/25/2011 | | Summons Returned - No Service | Event | Parties: Williams Leroy |
| | | 01/25/2011 | | Summons Returned - No Service | Event | Parties: Littlejohn James |
| | | 12/27/2010 | | Answer | Event | **ATTORNEY:00301991 TO THE COMPLAINT** Parties: Miami Dade County |
| | | 12/09/2010 | 27515:1498 | Lis Pendens | Event | B: 27515 P: 1498 |
| | | 12/06/2010 | | Verification | Event | |
| | | 12/06/2010 | | Plaintiff's Certificate of Settlement Authority | Event | |
| | | 12/06/2010 | | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| | | 12/06/2010 | | Filing Fee For Mortgage Foreclosure | Event | $ 1906.00 |
| | | 12/06/2010 | | Complaint | Event | |
| | | 12/06/2010 | | Civil Cover | Event | |

Exhibit 74 Exh.P1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22211-GAYLES

CARL ERICKSON

    Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.

    Defendants.

_____

ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

**Exhibit 74 Exh.Q1**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.  2019-030415-CA-01
SECTION. CA 20

JAMES BUCKMAN
    Plaintiff(s),

vs.

LANCASTER MORTGAGE CO
    Defendant(s).

<u>ORDER OF RECUSAL</u>

THIS CAUSE, came before the Court sua sponte, and the court being fully advised in

the premises it is hereby

ORDERED AND ADJUDGED

1.  That the undersigned Circuit Court Judge hereby recuses himself from further
consideration of this case

2.  This case shall be reassigned to another section of the Circuit Civil Division in
accordance with established procedures

DONE AND ORDERED in chambers at Miami-Dade County, Florida this 17th day of

October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List
JAMES BUCKMAN  1977 NE 119TH  RD  MIAMI  FL 33181
MAURICE SYMONETTE  4711 LJ PARKWAY, UNIT 4208, SUGAR LAND  TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A B
RESIDENTIAL ASSET SECURITIZATION TR 2006 AB •

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

**Exhibit 74 Exh.R**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____

**ORDER OF RECUSAL**

**THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Filing # 172928996 E-Filed 05/11/2023 11:02:03 PM

Exhibit 74   **Exh.S**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____ /

**ORDER OF RECUSAL**

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

   **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

   **ORDERED AND ADJUDGED**

   1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

   2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Exhibit 74

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Exhibit 74

Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com


**Physically Served:**

Exhibit 74 Exh.T pg.1



Exhibit 74 Exh.T pg.2



get turned on.
miaminewtimes.com

news
blogs
restaurants
calendar
music
movies
arts
classified
promotions
ad index

20

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION     Exhibit 75

MAURICE SYMONETTE

Plaintiff

CASE NO: 2021-10826-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Jan. 29 2024 Jose M. Rodriguez Fine review of the record and Final Judgement Order, Exhibit.A. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*__Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

Exhibit 75

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Hise's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on pg.1 line 3, $392,610.00 Exh.D1, for And on the Form 6 of 2022 Line 6. $321,128.00 Exh.D2 for Voya And on the Form 6 for 2020 for Voya Retirement on line 2. $332,289.00 Exh.D3. And Voya Retirement in 2019 line 8. $279,314.00 Exh.D4. and Voya Retirement is US Bank, Exh. E.2.: Judge Jose M. Rodriguez is Doing Business** U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cesspool all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to his Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received a  $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice, no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose M. Rodriguez must do because he has the same conflict of Interest   So he must recuse himself and vacate his Order, Exhibit, G. So Jose M. Rodriguez you must Recuse YOUR SELF and not ORDER against us, EXH. I.

FACTS

Exhibit 75

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order ~~Exhibit. S~~ against Plaintiff

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,

Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting

Memorandum regarding the Jan. 29 2024 Judge Jose M. Rodriguez review of the record and Final Judgement

Order, Exhibit. A. based on the following facts, new information, just terms, judicial misconduct, fraudulent

grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and

officers of this Court (Exhibits # B)   Attached- U.S. BANK Special Situation Property Funds Account Page

42. IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial

Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party
fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's
doing business with US Bank and helping them to make money so that he can make money by
foreclosing and taking (stealing) our property while acting as the Judge on the case on our property,
not on case's Merits but for to make his and them money Illegally. Here's proof.

FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall
also disqualify himself in the following circumstances.*

Exhibit 75

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H)  and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Jose M. Rodriguez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Jose M. Rodriguez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and Final Judgment Order. Judge Jose M. Rodriguez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

### REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 25, 2010 Final judgment Order (Exhibit.J. based upon the stated facts, just terrns, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Exhibit 75

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state

___/S/MAURICE SYMONETTE___
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MAURICE SYMONETTE has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

_____/S/MAURICE SYMONETTE_____
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

CERTIFICATE OF SERVICE                    Exhibit 75

I HERE BY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the

foregoing was provided via this Court's electronic filing system to the attorneys of record

Exhibit 75      Exh.A pg.1

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-CA-010826

MAURICE SYMONETTE,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC 2005AHL3, et
al.,

      Defendant(s).

_____/

### NOTICE OF SERVING ORDER GRANTING DEFENDANTS'
### MOTION TO DISMISS THIRD AMENDED COMPLAINT

      Defendants, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC

2005AHL3 ("U.S. Bank") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

INC. ("MERS") (collectively, "Defendants"), by and through its undersigned counsel, hereby

gives Notice of Serving the attached Order Granting Defendants' Motion to Dismiss Third

Amended Complaint.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically

filed on January 29, 2024, with the Clerk of the Circuit Court using the Florida Courts e-filing

eportal and served by an automatic email generated by the Florida Courts e-filing portal to:

Jessica F. Watts, Esq., Quinn Legal, P.A., 19321 US Highway 19 N., Ste. 512, Clearwater, FL

33764, eservice@quinnlegal.com and kmiller@quinnlegal.com. I also certify that, in accordance

with Florida Rule of General Practice and Judicial Administration 2.516, the foregoing document

is being served on all pro se parties identified below by U.S. Mail: Mr. Mack Wells, 15020 S.

Exhibit 75    Exh.A pg.2

River Drive, Miami, FL 33167 and Mr. Maurice Symonette, 15020 S. River Drive, Miami, FL

33167.

**BLANK ROME LLP**

100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Tampa, FL 33602
Telephone: 813-255-2324
Facsimile: 813-433-5352

*/s/ Michael R. Esposito*
MICHAEL R. ESPOSITO
Florida Bar No. 37457
Michael.Esposito@BlankRome.com
NICOLE R. TOPPER
Florida Bar No. 558591
Nicole.Topper@BlankRome.com
*Counsel for Defendants, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

Exhibit 75    Exh.A pg.3

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-010826-CA-01
SECTION: CA15
JUDGE: Jose Rodriguez

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

**THIS CAUSE** is before the Court on (1) Defendant's Motion to Dismiss Third
Amended Complaint With Prejudice ("Defendants' Motion"). This Court having
considered Defendant's Motion and being fully advised on the premises, hereby finds as follows:

I. **Dismissal with Prejudice**

Dismissal with prejudice is a severe sanction. *See Obenschain v. Williams,* 750 So.
2d 771, 772 (Fla. 1st DCA 2000). The trial court should grant such relief only when
the pleader has failed to state a cause of action and it conclusively appears that the
pleader cannot possibly amend the pleading to state a cause of action. *Id.* at 772–73.
A dismissal with prejudice can constitute an abuse of discretion where a party may
be able to plead additional facts to support its cause of action or support another
cause of action under a different legal theory. *Id.* at 773 (citing *Kapley v. Borchers,*
714 So. 2d 1217, 1218 (Fla. 2d DCA 1998)). Thus, the trial court should hesitate to
dismiss without giving the pleading party an opportunity to amend. *See Kapley,* 714
So. 2d at 1218.

*Florida Dep't of Revenue ex rel. A.L. v. S.B.*, 124 So. 3d 377, 378 (Fla. 2d DCA 2013).

II. **Analysis**

This Court has provided the Plaintiff with three opportunities to file an amended complaint,
to safeguard Plaintiff's procedural and substantive rights. Plaintiff's Third Amended Complaint is
dismissed for failure to comply with the Court's Order, entered on June 17, 2023, which

Exhibit 75      Exh.A pg.4

specifically stated that Plaintiff had twenty (20) days to file his Third Amended Complaint. Plaintiff filed his Third Amended Complaint on July 19, 2023, past the twenty (20) days allowed by the Court. Therefore, this is sufficient to dismiss Plaintiff's Third Amended Complaint.

Moreover, the Defendant has proffered proof that judgment has been entered in favor of U.S. Bank in the underlying foreclosure case. Furthermore, because the Plaintiff continues to allege conclusory facts, this Court reasonably concludes that the Plaintiff cannot allege additional facts to state a cause of action.

**WHEREFORE**, it is **ORDERED** and **ADJUDGED** that **DEFENDANT'S MOTION** is **GRANTED with prejudice**.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>19th day of January, 2024</u>.

2021-010826-CA-01 01-19-2024 3:14 PM

2021-010826-CA-01 01-19-2024 3:14 PM
Hon. Jose Rodriguez

**CIRCUIT COURT JUDGE**
Electronically Signed

**Electronically Served:**
Erin Mae Rose Quinn, kmiller@quinnlegal.com
Erin Mae Rose Quinn, eservice@quinnlegal.com
Jessica F. Watts, eservice@quinnlegal.com
Jessica F. Watts, kmiller@quinnlegal.com
Michael Esposito, MEsposito@BlankRome.com
Michael Esposito, BRFLeservice@BlankRome.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nicole Topper, NTopper@BlankRome.com
Nicole Topper, BRFLeservice@blankrome.com
Nicole Topper, sol.cruz@blankrome.com
maurice symonette, BigBOSS1043@yahoo.com

**Physically Served:**

Exhibit 75     Exh.D.1 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | FLORIDA | 2021 |
|---|---|---|---|

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

COMMISSION ON ETHICS ~~FOR OFFICE USE ONLY:~~

JUN 21 2022

RECEIVED

HON JOSE MANUEL RODRIGUEZ
Circuit Court Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE
73 WEST FLAGLER STREET RM. 405
MIAMI FL 33130

*PROCESSED*

ID CODE

ID NO.          24598

CONF. CODE

Rodriguez, Jose Manuel

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2021 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___, 20 _21_ was $ _1,045,191.00_ .

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _30,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 68,190.00 |
| City National Bank of Florida | $ 25,000.00 |
| Voya | $392,610.00 |
| **(Continued on a Separate Sheet) | |

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 7,425.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 928.00 |
| United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628 | $280,454.00 |
| **(Continued on a Separate Sheet) | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective June 2, 2022
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D — INCOME     Exhibit 75     Exh.D.1 pg.2

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2021 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

[✔] I elect to file a copy of my 2021 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2021 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

### PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

[✔] **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_(signature)_

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  _Miami - Dade_

Sworn to (or affirmed) and subscribed before me by means of
[✔] physical presence or [ ] online notarization, this _15th_ day of
_June_ , 20_22_ by _Jose M. Rodriguez_

_Ileana Perez_
(Signature of Notary Public—State of Florida)

_Ileana Perez_
(Print, Type, or Stamp Commissioned Name of Notary Public)

> Notary Public State of Florida
> Ileana Perez
> My Commission GG 252111
> Expires 12/16/2022

Personally Known _✔_     OR     Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                    Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** [✔]

**2022 Form 6 - Full and Public Disclosure of Financial Interests**    Exhibit 75    Exh.D2

Filed with COE: 06/28/2023

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 30,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| 11124 SW 128th Court, Miami, FL 33186 | $ 750,000.00 |
| Cape Coral Unit 51 BK 3729 PB 19/PG 4 Lots 42 & 43 | $ 45,000.00 |
| Anchorage Resort & Yacht Club Condominium - Timeshare-107800 Overseas Highway, Key Largo, FL 33037 | $ 2,000.00 |
| Bank Account (Chase) | $ 70,853.00 |
| City National Bank of Florida | $ 24,874.00 |
| Voya | $ 321,128.00 |
| IRA | $ 17,838.00 |
| Florida International University 401K | $ 47,430.88 |

Exhibit 75     Exh.D3 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|

**OF FINANCIAL INTERESTS**

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez     Jose     Manuel

MAILING ADDRESS:
Dade County Courthouse

73 West Flagler Street

CITY : Miami     ZIP: 33130     COUNTY : Miami Dade

NAME OF AGENCY :
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

FLORIDA
COMMISSION ON ETHICS

JUL 0 7 2021

RECEIVED

24598

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31 , 20 20 was $ 737,584.00 .

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 55,729.00 |
| City National Bank of Florida | $ 24,832.00 |
| Voya | $332,289.00 |
| **(Continued on a Separate Sheet) | |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $13,365.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 6,496.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 3,583.00 |
| **(Continued on a Separate Sheet) | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**PART D – INCOME**   Exhibit 75   Exh.D3 pg.2

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]**

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**PART F - TRAINING**

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☑ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF   MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this  29th  day of
June          , 20 21 by  Jose M. Rodriguez.

_____
(Signature of Notary Public--State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓    OR Produced Identification

Type of Identification Produced _____

Notary Public State of Florida
Commission GG 252111
Expires 12/16/2022

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                              Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exhibit 75     Exh.D4 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2019 |
|---|---|---|
| | OF FINANCIAL INTERESTS | |

**Please print or type your name, mailing address, agency name, and position below:**

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez     Jose     Manuel

MAILING ADDRESS:
Dade County Courthouse

73 West Flagler Street,

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| Miami | 33130 | Miami-Dade |

NAME OF AGENCY :
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE  ☑

FOR OFFICE USE ONLY:

24598

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

MAR 25 2020

**RECEIVED**

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date.  [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _____December 31_____, 20 19 was $ _____$592,413.00_____.

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 50,148.00 |
| City National Bank of Florida | $ 24,793.00 |
| Voya | $279,314.00 |
| **(Continued on a Separate Sheet) | |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 16,830.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 10,672.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 6,587.00 |
| **(Continued on a Separate Sheet) | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exhibit 75      Exh.D4 pg.2

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2019 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑ I elect to file a copy of my 2019 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2019 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☑ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed herein and any attachments hereto, is true, accurate and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this 18th day of

MARCH , 2020 by JOSE M. RODRIGUEZ

_Wendy Sardina_
(Signature of Notary Public--State of Florida)

WENDY SARDINA
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR  Produced Identification ✓

Type of Identification Produced  FL.DL1

[Notary seal: Wendy Sardina / Notary Public State of Florida / My Commission GG 924170 / Expires 10/20/2023]

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                        Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ◼

Exhibit 75

**Exh.E1**

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, and has approximately 72,400 employees. The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia.

U.S. Bancorp

**usbancorp**

Trade name          U.S. Bank

guru focus

Exh. 75 Exh.E2

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

## In this article:

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

*is U.S. Bank*
*Exh. D.2*
*# 3*

**Business**

Exh. 75 Exh. E3

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW
to Issue New Cards With
Enhanced Digital Experiences, Greater Value
to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences

🔍   US Bank owns bmw financial service   ✕

All    News    Maps    Images    Videos    Shopping

Exhibit 75

 http://www.ctvalley.org › bmw-fina...                    ⋮

## BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...                                        ›
Sun, May 15

## People also ask                                             ⋮

Who is BMW finance owned by?                                    ⌄

Which bank is BMW Financial Services?                           ⌄

Exhibit. 75 Exh.F

**FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2008**

PROCESSED

COMMISSION ON ETHICS
DATE RECEIVED

ID No. 210380

Manno Schurr  Valerie R

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit 11 Th
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL 33130-1731

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**PART A – NET WORTH**

My net worth as of December 31, 2008 was $ 2,800,357.00.

**PART B – ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS

The aggregate value of my household goods and personal effects described above is $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (primary residence) | 700,000.00 |
| Home located in Miami-Dade (rental) | 240,000.00 |
| Vail Colorado Condominium / Eagle Point Chicago | $ 300,000.00 |
| Bank Accounts, Stocks, Funds / Pension Accounts | $ 60,000.00 |
| Mercedes Benz 350 ML | $ 25,000.00 |

**PART C – LIABILITIES**

LIABILITIES IN EXCESS OF $1,000

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (rental) PO Box 900119, Louisville, Ky | 91,438.00 |
| GMAC Mortgage (residence) (1st & 2nd Mortgages) Club & Side Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail) PO Box 50768, Dallas, Tx | 124,000.00 |
| Huntington National Bank (Mercedes) PO Box 182519 Columbus Ohio 43218-2519 | 5,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |

PAGE 1

**Exhibit. 75 Exh.I**

# FORM 6   FULL AND PUBLIC DISCLOSURE OF   2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY:

PROCESSED

II
Hon Valerie R  Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL  33130

ID Code

ID No        210380

Conf. Code

P. Rec  Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A – NET WORTH

Please enter the value of your net worth as of December 31  2009  or a more current date  [Note  Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3 ]

My net worth as of _December 31_ , 20 _09_ was $ _5,351,651.51_

### PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1 000  This category includes any of the following if not held for investment purposes  jewelry, collections of stamps  guns  and numismatic items  art objects  household equipment and furnishings  clothing  other household items  and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ _152,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence  in  Miami – Dade County (Pinecrest) | 2,500,000.00 |
| Vail  Colorado  Condominium/Eagle County | 35,000.00 |
| Frank Aronis  IRA  Die Kortare  Accnts / Bank of America Wachovia | 651,000.00 |
| Solo  401k  Roth | 64,000.00 |

### PART C – LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC  Credit Line / P L Fex 4055  Waterla  I A | 410,000.00 |
| Wells Fargo  P C Box/IL or  252 764, Dallas  Tx | 145,000.15 |
| Chase  Firr.  wal  Group / i .. Fxx 78061, Phoenix Az 85064 | 34,352.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None – | |

CE FORM 6 - Eff  1/2010          (Continued on reverse side)          PAGE 1



# Exhibit. 75 Exh.G

IN THE CIRCUIT COURT OF THE
11ᵗʰ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY. FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO 2007-12407-cal

April 1.2010

US Bank .N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008: (2) their was no record activity for the year preceding
Service of the foregoing notice: (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers. at Miami. dade county. Florida this 31th day of
March . 2010.

APR 06 20⁺     **APR 06 2010**

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC All parties

STATE OF FLORIDA COUNTY OF MIAMI DADE

12/22     21

HONA BRUNO #79806

3

ℓₓ𝒯𝒞

## Exhibit. 75 Exh.H

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK. N.A..
    Plaintiff.

                        CASE NO.        2007-12407-CA
                        DIVISION        32
vs.

                                                        SPACE FOR RECORDING ONLY P S 14530

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION: CITY
OF NORTH MIAMI;
        Defendant(s).

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is.

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION: CITY OF NORTH MIAMI. are hereby dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER F07012148                    Serial: 13666522
                                         DOC_ID: M010502

                               

**Exhibit. 75 Exh.H pg.2**

4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ _____ day of

_____, 2010

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV--abwen





MIAMI-DADE COUNTY CLERK OF THE COURTS
HARVEY RUVIN

Exhibit. 75 Exh.Jpg1

Contact Us     My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

**US BANK (NA) VS WILLIAMS, LEROY**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2007-012407-CA-01 | **Filing Date:** | 04/26/2007 |
| **State Case Number:** | 132007CA012407000001 | **Judicial Section:** | CA32 |
| **Consolidated Case No.:** | N/A | **Case Type:** | z DO NOT USE - Legacy Mortgage Foreclosure |
| **Case Status:** | CLOSED | | |

👥 Parties                                                                    Total Of Parties: 5 ➕

🔨 Hearing Details                                                      Total Of Hearings: 0 ➕

🔗 Dockets                                                                   Total Of Dockets: 52 ➖

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| | 01/23/2015 | | Copy of: | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |

**Exhibit. 75**
**Exh J pg.2**

| Date | Book:Page | Type | | Description |
|---|---|---|---|---|
| 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion: | Event | ATY:00071675 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,...ETC |
| 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,...ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCFLING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing: | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

*Dismissed with Prejudice* (handwritten annotation)

Exh. 75 Exh. K

[redacted]

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: [illegible]

US Bank N.A.
Plaintiffs.

V.

Leroy Williams
Defendants

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution Served on April 11 2005. The court finds that (1) notice prescribed by rule 1.420 (e) Was served on April 11 2005 (2) their was no record activity for the year preceding Service of the foregoing notice: (3) no stay has been issued or approved by the court And (4) no party has shown good cause why this action should remain pending.

Accordingly:

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice

DONE AND ORDERED in chambers at Miami, dade county, Florida this 31th day of March, 2009

[illegible]
Circuit Court Judge

Exhibit 75          EXH.P PG.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARL ERICKSON,
                    Plaintiff,

v.                                                    Case No. 18-cv-22211-GAYLES

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W ANDERSON et al.,
                    Defendants.

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson here a files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

FACTUAL BACKGROUND

1.   On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2.   The Complaint was based upon precedent USDC related filings accepted by non biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8

3   On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

- [1] -

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

4.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

## MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 -- Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time-- and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. S. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

**Plaintiff's so called "Shotgun Complaint" pleadings are _Res Judicata_ based upon approved banking real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney General s of the United States of America.**

A federal judge is expected to recuse himself pursuant to 28 U.S.C § 455 Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]

Exhibit 75   **EXH.P PG.3**

statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93-512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95-598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100-702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, § 321, Dec. 1, 1990, 104 Stat 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]

Exhibit 75   EXH.P PG.4

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

_Carl Erikson_

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Served: 6/24/19

_Carl Erikson_

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

[4]

Exhibit 75     EXH.P PG.5

Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 06/24/2019   Page 5 of 8

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | | 2013 |
|---|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME
Gayles, Darrin Phillip

MAILING ADDRESS
400 North Miami Avenue

Room 10-2

| CITY | ZIP | COUNTY |
|---|---|---|
| Miami, FL | 33128 | Miami-Dade |

NAME OF AGENCY
11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY

FLORIDA
COMMISSION ON ETHICS
AUG 1   2014
RECEIVED

PROCESSED

**PART A — NET WORTH**

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by totaling your reported assets and subtracting your reported liabilities, so please see the instructions on page 3.]

My net worth as of June 23   20 14   was $ 434,634.00

**PART B — ASSETS**

HOUSEHOLD GOODS AND PERSONAL EFFECTS.
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 8,300.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specify description if required – see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 02nd Street, Miami, FL 33150 | $125,000.00 |
| Condo, 133 NE 2nd Avenue, #2017, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2005 Mercedes CLK Conv. | $9,700.00 |
| FRS Retirement Account | $150,410.00 |

**PART C — LIABILITIES**

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Evernome Mortgage (House Mortgage) | $113,034.00 |
| Bank of America (2nd House Mortgage) | $76,511.00 |
| Chase (Condo Mortgage) | $116,834.00 |
| U.S. Department of Education | $101,275.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.

Continued on reverse side.

PAGE 1

Exhibit 75       EXH.P PG.6

Case 1:18-cv-22211-DPG   Document 5   Entered on FLSD Docket 06/24/2019   Page 6 of 8

## PART D -- INCOME

You may EITHER (1) file a complete copy of your 2013 federal income tax return including all W2's, schedules, and attachments; OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D below.

☐ I elect to file a copy of my 2013 federal income tax return and all W2 & schedules, and statements.
(If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 9):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv  Tallahassee, FL 32399 | $142,177.52 |
| Rental Income (Conco) | 133 NE 2nd Avenue, #2911, Miami, FL 33132 | $14,350.00 |

SECONDARY SOURCES OF INCOME (major customers, clients, etc. of businesses owned by reporting person – see instructions on page 10):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_(signature)_

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami - Dade_

Sworn to (or affirmed) and subscribed before me this ___ day of _August_ 20_14_, by _Dixie Clay Collins_.

_(signature)_

(Signature of Notary Public-State of Florida)

Chase A. Lalani

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____   _____
Signature              Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

CE FORM 6 - Effective January 1, 2014
Adopted by rule 34-8.202(1), F.A.C.                                                    PAGE 2

Exhibit 75    EXH.P PG.8

Complaint - Department of Justice

httos://www.justice.gov/archive/opa/documents/complaint.pdf

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130
) ) THE STATE OF ALASKA.. ) 1031 W. 4 th. Avenue, Ste ... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

*US ATTORNEYS FILED SAME COMPLAINT*

**Exhibit 75   EXH.Q PG.1**

IN THE CIRCUIT COURT OF THE ELEVE
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE CO
CIVIL ACTION

US BANK N.A.

PLAINTIFFS

CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

### MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS L. WILLIAMS**, says that BB&T BANK on his form in Full and Public Disclosure of Financial interests is a Bank he is doing Business with because he is doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the judge to take the property and action on the Merits of the case but for to make him and them money Illegally. Here is a proof Judge **THOMAS L. WILLIAMS** is doing business with BB&T BANK as seen in his 10-CM.6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. WELLS FARGO BANK is EXH. B, and is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E, the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to one in this Pool, so judge REEMBERTO you must Recuse YOUR SELF.

MACK WELLS
1502 1 S. RIVER DR.
MIAMI FL. 33167

| FORM 6 | FULL AND PUBLIC DISCLOSURE |
|---|---|
| Please print or type your name, mailing address, agency name, and position below | OF FINANCIAL INTERESTS |

**Exhibit 75**
**EXH.Q PG.2**

LAST NAME — FIRST NAME — MIDDLE NAME
THOMAS, WILLIAM L

MAILING ADDRESS
73 WEST FLAGLER STREET

SUITE 1307

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
STATE OF FLORIDA

NAME OF OFFICE OR POSITION HELD OR SOUGHT
ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

RECEIVED

PROCESSED

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of _July 1_____ , 20 _19_ was $ _$130,000_

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _$20,000_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4)

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $415,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $55,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.202, F.A.C.

PAGE 1

### PART D – INCOME

identify each separate source and amount of income which exceeded $1,000 during the year, including secondary copy of your 2018 federal income tax return, including all W2s, schedules and attachments. Please read the attaching your returns as the law requires these documents be posted to the Commission's website

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments. If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of this

**PRIMARY SOURCES OF INCOME** (See instructions on page 5)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc. of businesses owned by reporting person – see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

### PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

### PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

*William Thomas*
*Circuit Court Judge*

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmed) and subscribed before me this _1_ day of _JULY_ 20 _19_ by _WILLIAM L THOMAS_

Signature of Notary Public-State of Florida

_WALDO LAURENCE_
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ____ OR Produced Identification _FL DL_
Type of Identification Produced _T32-_ _732-61-466_ _2_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____ prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____                          _____
Signature                                Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.202, F.A.C.

PAGE 2

**Exhibit 75**
**EXH.Q PG.3**

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**Exhibit 75**

**EXH.R**

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

---

### ORDER OF RECUSAL

**THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Exhibit 75

## Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT

FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM

OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL

ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF

JUDGE SAMANTHA COHEN.

SIGNED, *Mack L. Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

*Judytte Joseph* ___ NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR.

WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA

DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

Exhibit 75

# JUDGE CARLOS LOPEZ GOT $2MILLION CASH NOT CREDIT FROM US BANK TO FORECLOSE ON A CRIPPLED BLACK MANS HOUSE

https://www.bradvocate.com/baton_rouge-news-business-first-horizon-td-bank-call-off-13

First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023  First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with TD Bank Group to call off their $13 4 billion merger. TD Bank informed First

## Iberia Bank is First horizon & First Horizon is Sun trust Bank

https://www.globionewsive.com/news-release/2020/07/20/2064531/0/en-/-First-Horizon

First Horizon Completes Acquisition of 30 SunTrust now - GlobeNews...

## Suntrust Bank is US Bancorp & US Bancorp is US Bank

U.S. bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company

U.S. Bancorp

**US**bancorp

https://greensboro.com/business/whats-bb-ts-new-name-article_2701870e-8a62-5f7f-ae2c-

What's BB&T's new name?

The combined BD&T with $442 billion in total assets, would be on the heels of US Bancorp's $476 billion in assets as the largest super regional bank in the country. It would be the ...

RACIST RINO JUDGE STEALING BLACK PEOPLES HOMES WE'RE REPORTING HIM TO THE FBI & THE JQC  V  & ALL POLITICIANS WHO DOES NOT VOTE TO REMOVE  HIM WILL BE RECALLED SEE GODS2.COM

## FLORIDA LAW

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (D), Fla. Statute 112.312 (D) and Section 68(b) he shall also disqualify himself in the following circumstances;

(1) He knows that he individually or as a fiduciary, or his spouse or minor child residing in his household has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings

(d) "financial interest" means ownership of a legal or equitable interest, however small

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2021 |
| --- | --- | --- |
| | | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME   MIDDLE NAME

Lopez Carlos

PROCESSED

| Real Estate 1717 North Bayshore Drive, A4244, Miami, Fl (rental property) | $475,000 |
| --- | --- |
| Real Estate 1800 Bayshore, #7JD, Miami, Fl (rental property) | $700,000 |
| Cash IBERIABANK (cash & CD) | $2,077,949 |
| 1111 Brickell Ave, Miami, Fl 33131 | |
| Marketable Securities UBS (See Summary) | $311,381 |
| CIM Group, P.O. Box 219312 (Cole Capital) | $255,000 |
| Kansas City, MO 64121 | |
| BBC Realty Holdings LLC- Rental Office at 2333 Brickell Ave | $1,800,000 |
| Suite A-1, Miami, Fl (33.3% owned) | |
| Loan Owed from Caribe Insurance Agency Corp | $125,000 |
| 720 Jeronimo Drive | |
| Coral Gables, Fl 33146 | |

$1,800,000 with BBC $255,000 with CIM & $125,000 with Carib Insurance Agency K ROCK WHICH IS FINANCED BY U.S. BANK JUDGE CARLOS made a total of $4,568,949.00 from US BANK ALL OF THE MONEY HE MAKES OTHER THAN HIS JUDGES SALARY IS FROM US BANK. TO FORECLOSE & EVICT A CRIPPLED BLACK MAN & A VET ON THE SAME DAY THAT HE WAS SICK & COULD N OT HEAR OR SEE TO PUT HIM OUT ON  THE STREETS EVEN THOUGH HE WAS MAKING THE PAYMENTS TO AXIOM BANK & HAS RECEPTS TO SHOW THAT HE WAS MAKING PAYMENTS ON TIME BUT ATTORNEY MICHAEL ESPICITO HAS BROUGHT IN AN ASSIGNMENT  FROM  WITH  THE  WRONG  BANK TO FORECLOSE ILLEGALLY ANYWAY & THE BANK HAS PAID THE JUDGE TO RULE IN U.S. BANK FAVOR AGAINST THE LAW

SEE GODS2.COM VIDEO#J

# BOSS: AMERICAN GALA AWARDS

PRESIDENT TRUMP GETS A DOCTORATE DEGREE FROM A HAITIAN COLLEGE ALONG WITH THE OTHER PROMINENT DEMOCRATS & REPUBLICANS COMING SOON.

BLACKS FOR TRUMP GODS2.COM

AMERICAN GALA AWARD EVENT SEE AMERICANGALA.COM & GODS2.COM TO SEE 50 STARS SAY THEIR PERFORMING FREE TO RAISE MONEY FOR THE VETS. LISTEN TO 88.7 FM

20

FJUD

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,
vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

_____/

Exhibit 75      EXH.S PG.1

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

FILED FOR RECORD
2017 DEC 19 AM 11: 37

## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's
Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Exhibit 75   EXH.S PG.2

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| Attorney's Fees Total | $4,689.00 |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2.    **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.    **Lien on Property.** Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4.    **Sale of property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on __JAN 3 0 2018__, 2017, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

Exhibit 75    EXH.S PG.3

Florida Statutes.    The   subject   property   shall   be   sold   by   electronic   sale   at: www.miamidade.realforeclose.com.

5.    **Costs.**  Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.    **Distribution of Proceeds.**  On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.    **Right of Possession.**  Upon filing the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any.  Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8.    **Jurisdiction.**  The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9.    **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10.  The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect.  Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exhibit 75     EXH.S PG.4

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE.  IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017.

DEC 1 9 2017

Circuit Judge                         John Schlesinger
                                      Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

## Service List

Willnae LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____ 03
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.           John Schlesinger
      Judge's Initials ___ Circuit Court Judge

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

Exhibit 7E   EXH.S PG.5

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
proccess
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation. FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Exhibit 75    EXH.S PG.6

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Exhibit. 75 Exh.T pg.1



Exhibit. 75 Exh.T pg.2

