UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MACK WELLS and
MAURICE SYMONETTE,

    Plaintiff,

v.                                            Case No.:  1:24-cv-23015-SC

U.S. BANK N.A. ET AL,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court are multiple Motions to Change Venue (Docs. 11, 15, 21) filed by Plaintiffs Mack Wells and Maurice Symonette. Several Defendants filed responses in opposition. (Docs. 14, 18, 22). The motions are now ripe for review.

Without delving into the background of this case, Plaintiffs request a transfer of venue to Pinellas County, Florida. They believe they will not receive a fair trial in the Southern District of Florida "because there's almost no judge who doesn't have a conflict of interest." (Doc. 21). There are multiple problems with Plaintiffs' request. But the Court need not address such deficiencies because Plaintiffs' motions are moot. Chief Judge William H. Pryor Jr. appointed the undersigned, who sits in the Fort Myers Division of the Middle District of Florida, to preside over this case. (Doc. 24). Given Plaintiffs'

concerns with judges in the Southern District of Florida and Miami-Dade County generally, his apprehensions should now be alleviated. Thus, the Motions to Change Venue are denied as moot.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motions to Change Venue (Docs. 11, 15, 21) are **DENIED as moot.**

**DONE** and **ORDERED** in Miami, Florida on September 25, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record