UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MACK WELLS and
MAURICE SYMONETTE,

    Plaintiff,

v.                                                           Case No.:  1:24-cv-23015-SC

U.S. BANK N.A. ET AL,

    Defendants.
_____/

## **ORDER**

    Before the Court is Plaintiff Mack Wells' Applications to Proceed In District Court Without Prepaying Fees or Costs (Docs. 28, 31), which the Court construes as a motion for leave to appeal *in forma pauperis*.  Wells and Symonette filed a *pro se* Notice of Appeal (Doc. 30), seeking to appeal this Court's dismissal of their Complaint (Doc. 26).

    An individual seeking to appeal *in forma pauperis* must submit a statement of good faith on the issues he appeals.  Fed. R. App. P. 24(a)(1)(C) ("The party must attach an affidavit that…states the issues that the party intends to present on appeal.").  The statement lets the district court decide whether the appeal is frivolous or not taken in good faith.

    Wells failed to submit any such statement.  And even when reading his filings liberally, the Court identifies no good faith issues to be appealed.  The

Court thus finds Wells has presented no meritorious issues to raise on appeal and is not taking the appeal in good faith.  Because the Court certifies the appeal is not taken in good faith, any request to proceed *in forma pauperis* must be sent directly to the Eleventh Circuit Court of Appeals.  *See* Fed. R. App. P. 24(a)(5).

Accordingly, it is

**ORDERED:**

1. Mack Wells' motions for leave to appeal *in forma pauperis* (Doc. 28, 31) are **DENIED**.

2. The Clerk is **DIRECTED** to send a copy of this Order to the Clerk for the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** in Miami, Florida on November 8, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record